Jeremy C. Lieb
Erik Grafe
Ian S. Dooley
Carole A. Holley
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: jlieb@earthjustice.org
E: egrafe@earthjustice.org
E: idooley@earthjustice.org
E: cholley@earthjustice.org

Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: ejorgensen@earthjustice.org

*Attorneys for Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Friends of the Earth, and Greenpeace, Inc.*

Kristen Monsell (*pro hac vice application forthcoming*)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, St. #800
Oakland, CA 94612
T: 510.844.7100
E: kmonsell@biologicaldiversity.org

*Attorneys for Plaintiff Center for Biological Diversity*

Cecilia Segal (*pro hac vice application forthcoming*)
Ann Alexander (*pro hac vice application forthcoming*)
111 Sutter St., 21st floor
NATURAL RESOURCES DEFENSE COUNCIL
San Francisco, CA 94104
T: 415.875.6100 / 415.875.6190
E: csegal@nrdc.org
E: aalexander@nrdc.org

*Attorneys for Plaintiff Natural Resources Defense Council*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

CENTER FOR BIOLOGICAL DIVERSITY,
DEFENDERS OF WILDLIFE, FRIENDS OF THE
EARTH, GREENPEACE, INC., and NATURAL
RESOURCES DEFENSE COUNCIL, INC.,

*Plaintiffs*,

v.

BUREAU OF LAND MANAGEMENT; UNITED
STATES FISH AND WILDLIFE SERVICE;
NATIONAL MARINE FISHERIES SERVICE;
UNITED STATES DEPARTMENT OF THE
INTERIOR; UNITED STATES DEPARTMENT OF
COMMERCE; DEB HAALAND, in her official
capacity as Secretary of the Interior; TOMMY P.
BEAUDREAU, in his official capacity as Deputy
Secretary of the Interior; GINA M. RAIMONDO, in
her official capacity as Secretary of Commerce;
STEVEN COHN, in his official capacity as Alaska
State Director of Bureau of Land Management;
SARA BOARIO, in her official capacity as Regional
Director of United States Fish and Wildlife Service;
and JONATHAN KURLAND, in his official
capacity as Regional Administrator of National
Marine Fisheries Service,

*Defendants*.

Case No. 3:23-cv-00061-HRH

**PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Friends of the Earth, Greenpeace, Inc., and Natural Resources Defense Council hereby state that none of the Plaintiffs has a parent corporation, and no publicly held corporation owns ten percent or more of stock in any Plaintiff.

Respectfully submitted this 15th day of March, 2023.

*s/ Erik Grafe*

Erik Grafe (Alaska Bar No. 0804010)
Jeremy C. Lieb (Alaska Bar No. 1810088)
Ian S. Dooley (Alaska Bar No. 2006059)
Carole A. Holley (Alaska Bar No. 0611076)
Eric P. Jorgensen (Alaska Bar No. 8904010)
EARTHJUSTICE

*Attorneys for Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Friends of the Earth, and Greenpeace, Inc.*

*s/ Kristen Monsell*

Kristen Monsell (California Bar No. 304793)
(*pro hac vice application forthcoming*)
CENTER FOR BIOLOGICAL DIVERSITY

*Attorneys for Plaintiff Center for Biological Diversity*

*s/ Cecilia Segal*

Cecilia Segal (California Bar No. 310935)
(*pro hac vice application forthcoming*)
Ann Alexander (California Bar No. 321751)
(*pro hac vice application forthcoming*)
NATURAL RESOURCES DEFENSE COUNCIL

*Attorneys for Plaintiff Natural Resources Defense Council*

# CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2023, a copy of foregoing PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT was served by first class mail, certified and return receipt requested, on the following:

Bureau of Land Management
1849 C Street NW
Washington, DC 20240

United States Fish and Wildlife Service
1849 C Street, NW
Washington, DC 20240

National Marine Fisheries Service
1315 East-West Highway, 14th floor
Silver Spring, MD 20910

United States Department of the Interior
1849 C Street, NW
Washington, DC 20240

United States Department of Commerce
1401 Constitution Ave NW
Washington, DC 20230

Deb Haaland, Secretary
United States Department of the Interior
1849 C Street, NW
Washington, DC 20240

Tommy P. Beaudreau, Deputy Secretary
United States Department of the Interior
1849 C Street, NW
Washington, DC 20240

Gina M. Raimondo, Secretary
United States Department of Commerce
1401 Constitution Ave NW
Washington, DC 20230

Steve Cohn, Alaska State Director
Bureau of Land Management
222 W 7th Avenue #13
Anchorage, AK 99513

Sara Boario, Regional Director
United States Fisha and Wildlife Service
1011 East Tudor Rd
Anchorage, AK 99503

Jonathan Kurland, Regional Administrator
National Marine Fisheries Service
709 W. 9th St., Rm 420
Juneau, AK 99801

Merrick B. Garland, Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Civil Process Clerk
U.S. Attorney, District of Alaska
United States Department of Justice
222 West 7th Avenue, Room 253, #9
Anchorage, AK 99513

_s/ Erik Grafe_
Erik Grafe