Jeremy C. Lieb
Erik Grafe
Ian S. Dooley
Carole A. Holley
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: jlieb@earthjustice.org
E: egrafe@earthjustice.org
E: idooley@earthjustice.org
E: cholley@earthjustice.org

Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: ejorgensen@earthjustice.org

*Attorneys for Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Friends of the Earth, and Greenpeace, Inc.*

Kristen Monsell (*pro hac vice application forthcoming*)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, St. #800
Oakland, CA 94612
T: 510.844.7100
E: kmonsell@biologicaldiversity.org

*Attorneys for Plaintiff Center for Biological Diversity*

Cecilia Segal (*pro hac vice application forthcoming*)
Ann Alexander (*pro hac vice application forthcoming*)
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter St., 21st floor
San Francisco, CA 94104
T: 415.875.6100 / 415.875.6190
E: csegal@nrdc.org
E: aalexander@nrdc.org

*Attorneys for Plaintiff Natural Resources Defense Council*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, DEFENDERS OF WILDLIFE, FRIENDS OF THE EARTH, GREENPEACE, INC., and NATURAL RESOURCES DEFENSE COUNCIL, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT; UNITED STATES FISH AND WILDLIFE SERVICE; NATIONAL MARINE FISHERIES SERVICE; UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES DEPARTMENT OF COMMERCE; DEB HAALAND, in her official capacity as Secretary of the Interior; TOMMY P. BEAUDREAU, in his official capacity as Deputy Secretary of the Interior; GINA M. RAIMONDO, in her official capacity as Secretary of Commerce; STEVEN COHN, in his official capacity as Alaska State Director of Bureau of Land Management; SARA BOARIO, in her official capacity as Regional Director of United States Fish and Wildlife Service; and JONATHAN KURLAND, in his official capacity as Regional Administrator of National Marine Fisheries Service, <br><br> *Defendants*. | Case No. 3:23-cv-00061-HRH |

**PLAINTIFFS' NOTICE OF RELATED CASES**
**UNDER LOCAL CIVIL RULES 3.1(b) & 16.1(e)**

Pursuant to Local Civil Rules 3.1(b) and 16.1(e), Plaintiffs hereby submit this notice of related cases. The related cases are *Sovereign Iñupiat for a Living Arctic et al. v. Bureau of Land Management et al.*, No. 3:23-cv-00058-SLG (D. Alaska), filed on March 14, 2023, and the prior cases, *Center for Biological Diversity et al. v. Bureau of Land Management et al.*, 3:20-cv-00308-SLG (D. Alaska) and *Sovereign Iñupiat for a Living Arctic et al. v. Bureau of Land Management et al.*, 3:20-cv-00290-SLG (D. Alaska).

The recently filed cases challenge the Bureau of Land Management's approval of ConocoPhillips Alaska, Inc.'s Willow Master Development Plan, an oil and gas development in the National Petroleum Reserve-Alaska, the United Stated Fish and Wildlife Service's biological opinion for the plan, and the National Marine Fisheries Service's letter of concurrence for the plan. The prior-filed cases challenged an earlier approval of the Willow Master Development Plan, which the Court vacated as a result of the cases. The cases thus concern "the same . . . property, transaction, or events," and "substantially the same" defendants. L.Civ.R. 3.1(b)(1). The currently filed cases are brought by different plaintiff groups.

The cases also concern substantially similar claims, under the National Environmental Policy Act, Endangered Species Act, National Petroleum Reserves Production Act, and Administrative Procedure Act. The specific violations at issue are, however, distinct. Additionally, the *Sovereign Iñupiat for a Living Arctic* case asserts counts not alleged here under the Alaska National Interest Conservation Lands Act.

Plaintiffs believe that assigning both matters to Chief Judge Gleason, who heard the prior cases, would help avoid duplication of labor and avoid the potential for conflicting results. L.Civ.R. 3.1(b)(2). They do not request consolidation of the cases.

Respectfully submitted this 15th day of March, 2023.

*s/ Erik Grafe*

Erik Grafe (Alaska Bar No. 0804010)
Jeremy C. Lieb (Alaska Bar No. 1810088)
Ian S. Dooley (Alaska Bar No. 2006059)
Carole A. Holley (Alaska Bar No. 0611076)
Eric P. Jorgensen (Alaska Bar No. 8904010)
EARTHJUSTICE

*Attorneys for Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Friends of the Earth, and Greenpeace, Inc.*

*s/ Kristen Monsell*

Kristen Monsell (California Bar No. 304793)
(*pro hac vice application forthcoming*)
CENTER FOR BIOLOGICAL DIVERSITY

*Attorneys for Plaintiff Center for Biological Diversity*

*s/ Cecilia Segal*

Cecilia Segal (California Bar No. 310935)
(*pro hac vice application forthcoming*)
Ann Alexander (California Bar No. 321751)
(*pro hac vice application forthcoming*)
NATURAL RESOURCES DEFENSE COUNCIL

*Attorneys for Plaintiff Natural Resources Defense Council*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2023, a copy of foregoing NOTICE OF RELATED CASES UNDER LOCAL CIVIL RULES 3.1(b) 16.1(e) was served by first class mail, certified and return receipt requested, on the following:

Bureau of Land Management
1849 C Street NW
Washington, DC 20240

United States Fish and Wildlife Service
1849 C Street, NW
Washington, DC 20240

National Marine Fisheries Service
1315 East-West Highway, 14th floor
Silver Spring, MD 20910

United States Department of the Interior
1849 C Street, NW
Washington, DC 20240

United States Department of Commerce
1401 Constitution Ave NW
Washington, DC 20230

Deb Haaland, Secretary
United States Department of the Interior
1849 C Street, NW
Washington, DC 20240

Tommy P. Beaudreau, Deputy Secretary
United States Department of the Interior
1849 C Street, NW
Washington, DC 20240

Gina M. Raimondo, Secretary
United States Department of Commerce
1401 Constitution Ave NW
Washington, DC 20230

Steve Cohn, Alaska State Director
Bureau of Land Management
222 W 7th Avenue #13
Anchorage, AK 99513

Sara Boario, Regional Director
United States Fisha and Wildlife Service
1011 East Tudor Rd
Anchorage, AK 99503

Jonathan Kurland, Regional Administrator
National Marine Fisheries Service
709 W. 9th St., Rm 420
Juneau, AK 99801

Merrick B. Garland, Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Civil Process Clerk
U.S. Attorney, District of Alaska
United States Department of Justice
222 West 7th Avenue, Room 253, #9
Anchorage, AK 99513

*s/ Erik Grafe*
Erik Grafe