UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, DEFENDERS OF WILDLIFE, FRIENDS OF THE EARTH, GREENPEACE, INC., AND Plaintiff(s), vs. BUREAU OF LAND MANAGEMENT, et al. Defendant(s). | Case No. 3:23-CV-00061-HRH MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, Stacey M. Bosshardt, hereby apply for permission to appear and
  (name)
participate as counsel for Arctic Slope Regional Corporation, Intervenor-Defendant,
  (Name of party)                                          (plaintiff/defendant)
in the above-entitled cause pursuant to Rule 83.1 of the Local Rules for the United States

District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT

ASSOCIATION of local counsel because [check whichever of the following boxes apply, if

any]:

☒ I am a registered participant in the CM/ECF System for the District of Alaska and consent

to service by electronic means through the court's CM/ECF System.

☐ I have concurrently herewith submitted an application to the Clerk of the Court for

registration as a participant in the CM/ECF System for the District of Alaska and consent

to service by electronic means through the court's CM/ECF System.

☐ For the reasons set forth in the attached memorandum.

# DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name: Stacey M. Bosshardt

Business Address: 700 Thirteenth Street, N.W., Suite 800 , Washington, D.C. 20005-3960
(Mailing/Street) (City, State, ZIP)

Residence: 3201 Fessenden St., NW , Washington D.C. 20008
(Mailing/Street) (City, State, ZIP)

Business Telephone: 202.661.5862    e-mail address: SBosshardt@perkinscoie.com

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

| Jurisdiction | Address | Year |
|---|---|---|
| District of Columbia | | 1998 |
| | | |
| | | |
| | | |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐    No ☒   (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐    No ☒   (If Yes, provide details on a separate attached sheet)

In accordance with Local Rule 83.1, I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: March 16, 2023

*[Signature: Stacey Bosshardt]*

(Signature of Applicant)



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Stacey M Bosshardt*

*was duly qualified and admitted on June 5, 1998 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on March 01, 2023.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2023 I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system, thereby serving counsel of record who are registered CM/ECF users via the CM/ECF system.

Date: March 16, 2023

*/s Stacey Bosshardt*
Stacey Bosshardt