STACEY BOSSHARDT (*Pro Hac Vice pending*)
DC Bar No. 458645
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: 202.654.6200
SBosshardt@perkinscoie.com

ERIC B. FJELSTAD
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
EFjelstad@perkinscoie.com

*Attorneys for Proposed Intervenor-Defendant*
*Arctic Slope Regional Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, DEFENDERS OF WILDLIFE, FRIENDS OF THE EARTH, GREENPEACE, INC., AND NATURAL RESOURCES DEFENSE COUNCIL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT, et al., <br><br> Defendants. | Case No. 3:23-cv-00061-HRH |

**ARCTIC SLOPE REGIONAL CORPORATION'S UNOPPOSED MOTION TO INTERVENE UNDER FEDERAL RULE OF CIVIL PROCEDURE 24**

Under Federal Rule of Civil Procedure 24(a)(2), applicant in intervention Arctic Slope Regional Corporation ("ASRC") hereby moves this Court for an order granting it leave to intervene in the above-captioned case as a matter of right. Alternatively, and under Federal Rule of Civil Procedure 24(b), ASRC hereby moves this Court for an order granting it permissive leave to intervene in this matter.

Undersigned counsel has conferred with counsel for Plaintiffs and Federal Defendants. Plaintiffs and Federal Defendants take no position on the motion. Consistent with Rule 24(c), ASRC attaches a proposed general denial to this motion (attached as Exhibit A), which it will supplement with a full answer within a reasonable time. ASRC also attaches a proposed order (Exhibit B).

DATED: March 16, 2023.

**PERKINS COIE LLP**

By: s/ Stacey Bosshardt
Stacey Bosshardt (*Pro Hac Vice pending*)
DC Bar No. 458645
SBosshardt@perkinscoie.com
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211

Eric B. Fjelstad
EFjelstad@perkinscoie.com
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561

***Attorneys for Proposed Intervenor-Defendant Arctic Slope Regional Corporation***

ASRC'S MOTION TO INTERVENE
*Center for Biological Diversity, et al. v. BLM, et al.*, No. 3:23-cv-00061-HRH
Page 2 of 3

Case 3:23-cv-00061-SLG   Document 13   Filed 03/16/23   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2023, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system, thereby serving counsel of record who are registered CM/ECF users via the CM/ECF system.

Dated: March 16, 2023

                                         */s Stacey Bosshardt*
                                         Stacey Bosshardt

ASRC'S MOTION TO INTERVENE
*Center for Biological Diversity, et al. v. BLM, et al.*, No. 3:23-cv-00061-HRH
Page 3 of 3

Case 3:23-cv-00061-SLG   Document 13   Filed 03/16/23   Page 3 of 3