REFINITIV STREETEVENTS

# EDITED TRANSCRIPT
ConocoPhillips 2021 Market Update

EVENT DATE/TIME: JUNE 30, 2021 / 2:00PM GMT

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

around the three big fields on this map. That's Prudhoe, Kuparuk and Alpine. Years after the initial development of these fields, we continued to identify and invest in low cost of supply projects that are capital-advantaged because of access to existing infrastructure.

We also have a long track record of identifying new development opportunities that arise from technology advancements that have occurred on the North Slope in recent years. Technologies such as extended-reach drilling and coiled-tubing drilling enable us to reach more resource from longer distances and with a reduced footprint.

In today's plan, we have an extensive inventory of development projects, including Nuna, Eastern NEWS in the Kuparuk Field and Narwhal in the Western North Slope area. And we have our bread-and-butter development work across the area as well, including the recently discovered Coyote trend at Kuparuk and our extended-reach drilling rig or ERD program in Western North Slope.

As shown in the lower left side of this slide, over the next 10 years, the Alaska fields are expected to deliver about 850 million BOEs of production at an average cost of supply less than $30 per barrel on a WTI basis. We expect our development projects will more than offset our low base decline about 4%. That's a 2-percentage-point improvement from 2019 plan, enabling us to maintain production of over 200,000 barrels of oil equivalent per day for the decade as shown in the lower right.

Next, a short case study using Alpine as an example of our infrastructure advantages in Alaska. So like all great Alaska fields, the story of Alpine can be summed up in a simple statement: big fields get bigger. As you can see on the timeline in the upper right side of Slide 24, Alpine was sanctioned over 20 years ago. It was approved as a 430-million-BOE stand-alone development that included a single central processing facility and two drill sites. Since then, cumulative production has nearly been 600 million BOEs, or 30% beyond the initial estimates of recoverable oil.

Currently, we have identified plans in hand that are expected to yield another 600 million BOEs of future production. That means our current estimate of ultimate recovery could be almost three times greater than our estimated project approval. And by the way, the identified future development inventory has an average cost of supply of less than $30 per barrel on a WTI basis, reflecting that infrastructure advantage that makes these assets so attractive.

The chart on the right indicates how phases of development projects have impacted field productivity over the past two decades as this great field has undergone cycles of renewal and regeneration. Just to bring you up to date on a few current projects while we're here, Greater Mooses Tooth 2 is on schedule and under budget for startup later this year. This is projected to add about 30,000 BOEs per day, which will restore rates to the levels of about 10 years ago. This can be seen in the yellow edge on the lower right side of the slide.

Also shown on this map is the outline of the area that's currently being accessed by our extended-reach drilling rig. This rig is now drilling the first Fiord West well from the existing CD2 pad, which is about 7 miles to the north. This will access more than 45 million BOEs of resource from the existing CD2 pad. It'll be tied back to infrastructure and is scheduled for first oil later this year. This is what we call growth without new gravel.

Before I conclude my Alaska comments, I'll move west to the National Petroleum Reserve and discuss Willow, which we believe could be the next great Alaska hub. Dominic showed you a plan sensitivity for Willow, and I'll provide a project update. We've now completed our appraisal work at Willow with a 12-well program that de-risks the resource. We've incorporated the appraisal information into our front-end engineering and design, also known as FEED, a process that optimizes the plan of development for this new world-class opportunity.

Slide 25 describes our planned field development, our project timeline, and provides the capital and production impacts for this project. We've had several years to consider and evaluate various plans of development using our optimization models. We have concluded that the highest economic value will be achieved using a modularized central processing facility with a capacity of 180,000 barrels of oil per day and 250 million cubic feet per day of gas handling. Field development will require approximately 200 wells, which will be drilled from only three drill sites, thus greatly minimizing our footprint and enabling us to capture efficiencies.

On our current timeline, first oil occurs about six years after we take our final investment decision, or FID, and we're on a path to have FID

completed by year-end if the litigation uncertainties are resolved. At 100% working interest, we estimate the project requires approximately $6 billion of capital to first production, including pre-drilling development wells. The estimate for the total plan of development is approximately $8 billion to develop a recoverable resource, which is estimated at 600 million BOEs.

Now Willow is very competitive on a cost of supply basis in the mid-$30s per barrel, and we have identified up to 3 billion BOEs of nearby prospects and leads with similar characteristics that could leverage the Willow infrastructure. This offers significant long-term upside to this project.

To conclude, we have every reason to believe that Willow should and will be developed. However, we've been clear that we won't take the final investment decision until the legal risks are resolved. That wraps up my review of Alaska. Now to Canada.

I'll start with Surmont asset on Slide 26, which has been transformed into a more robust free-cash-flow business while also lowering our GHG emissions. This is exactly what we expect every asset to do. Since 2019, our Canadian team has focused relentlessly on improving the profitability of our oil sands business by lowering the cost structure, deploying innovative technology to improve capital efficiency, and executing projects like the diluent recovery unit and dual diluent. These projects, which will be in service later this year, provide commercial flexibility and expand margins, which drive down the cost of supply. As a result of our comprehensive efforts, the cost of supply of Surmont has improved by 20% versus the prior plan.

As the graph in the upper right shows in today's plan, Surmont grows modestly using existing infrastructure with an average annual capital of about $80 million. Whole-field CapEx is lower than our prior plan, with 100 fewer wells due to recovery factor improvements, deployment of innovative flow control devices and optimizing pad sequencing. Free cash flow and profitability are important, but so is making meaningful progress on reducing emissions. We have successfully commercialized noncondensing gas technology after seeing a reduction of 20% in steam-oil ratio in the field pilots. And we've recently started a steam additives pilot. Today, we have line-of-sight to a 30% to 40% reduction in GHG emissions intensity, with an ambition of a 50% reduction by 2030. So our Surmont asset is performing its role in our portfolio.

Our Canadian team is creating a much more resilient asset with stable production and free cash flow generation to fund the Montney growth story you'll hear about on Slide 27. At Montney, we have built a legacy position in this unconventional liquids-rich play. With the 2020 acquisition from Kelt, we have a core-of-the-core position of 300,000 acres in the sweet spot of the play, as shown on the map to the left. This large contiguous resource base is still largely undeveloped.

We continue to evaluate and optimize our development plans while staying disciplined and going at a pace that allows us to gather data, learn and maximize value. And by the way, we're not reinventing the wheel here either. We are reaping the benefits of applied learnings from our Lower 48 unconventional resource expertise as we go.

Although we're still in late stages of appraisal activity, that expertise has already paid off. After only four pads, we've already seen significant progress on efficiency and cost improvements, including a 35% improvement in drilling days per 10,000 feet drilled, a 30% increase in frac stages per day and a 25% improvement in drilling costs over the program so far. Currently, the asset is producing approximately 30,000 barrels of oil equivalent per day, of which 50% is liquids. Over the 10-year plan, we expect the liquids rates to grow to about 60% with the majority of being high-value condensate. As shown on the right, our 10-year development plan grows Montney to about 180,000 barrels of oil equivalent per day as we exit the decade.

Now I'll move to Norway and Asia on Slide 28, where we have strong legacy positions that represent a competitive advantage for ConocoPhillips because they deliver high-margin production and significant free cash flow at some of the lowest cost of supply inventory in our portfolio. We have several highly competitive projects in inventory that average less than $20 per barrel cost of supply, which is an improvement over our 2019 plan. Like our other great conventional fields, these opportunities leverage existing infrastructure and utilize standard repeatable project design to drive capital efficiency and lower capital costs. In aggregate, these assets declined modestly over the 10 years but are still expected to generate $7 billion of free cash flow over that time frame.

Finally, as we announced last year, we have several discoveries and new licenses that we'll be exploring and appraising over the next

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2021 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

REFINITIV

10