| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, DEFENDERS OF WILDLIFE, FRIENDS OF THE EARTH, GREENPEACE, INC., and NATURAL RESOURCES DEFENSE COUNCIL, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT; UNITED STATES FISH AND WILDLIFE SERVICE; NATIONAL MARINE FISHERIES SERVICE; UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES DEPARTMENT OF COMMERCE; DEB HAALAND, in her official capacity as Secretary of the Interior; TOMMY P. BEAUDREAU, in his official capacity as Deputy Secretary of the Interior; GINA M. RAIMONDO, in her official capacity as Secretary of Commerce; STEVEN COHN, in his official capacity as Alaska State Director of Bureau of Land Management; SARA BOARIO, in her official capacity as Regional Director of United States Fish and Wildlife Service; and JONATHAN KURLAND, in his official capacity as Regional Administrator of National Marine Fisheries Service,<br><br>*Defendants*. | Case No. 3:23-cv-00061-SLG |

**DECLARATION OF NICOLE WHITTINGTON-EVANS**

Exhibit 30, Page 1 of 19

Case 3:23-cv-00061-SLG   Document 24-32   Filed 03/16/23   Page 1 of 19

I, Nicole Whittington-Evans, hereby declare as follows:

1. I am the Alaska Program Director for Defenders of Wildlife (Defenders).

2. Defenders is a 501(c)(3) nonprofit organization established in 1947. Our mission is to protect all native animals and plants in their natural communities. Defenders prioritizes imperiled species, and advocates for the sound management of our public lands.

3. Headquartered in Washington, D.C., Defenders maintains regional offices across the country, including in Anchorage, Alaska.

4. Our organization has more than 1.8 million members and supporters, including approximately 6,400 in Alaska. The organization focuses solely on wildlife and habitat conservation and the safeguarding of biodiversity. We employ a number of strategies to protect and restore species and their habitat, including through education, legislative and policy reform, litigation, and other fora. These activities extend to Alaska, the Arctic, and the National Petroleum Reserve-Alaska (Reserve), where we have participated in planning and wildlife conservation efforts across the region.

5. I have a B.A. in English from the University of Pennsylvania and an M.S. in environmental studies from the University of Montana. I joined Defenders in 2019 as the Alaska Program Director. In my role, I oversee Defenders' Alaska program and staff. This includes hiring and managing a team of four staff; overseeing all aspects of our program work; budgeting; fundraising; hiring and managing contractors; and strategic planning, among other things.

6. I previously worked as an outdoor educator with the National Outdoor Leadership School, for the Alaska Wildlife Alliance, for the Alaska Center for the Environment, and for The Wilderness Society. Throughout my twenty-one years of employment at The Wilderness Society, I ensured that policy and scientific rationales related to agency management direction, climate change, and other ecological aspects of agency planning regarding the Reserve were incorporated. I also engaged members of the public in order to generate comments for planning processes such as the 2013 adoption of the Integrated Activity Plan (IAP) and helped develop fact sheets and other informational and outreach materials. I also was a spokesperson for the media regarding Reserve planning, management decisions, and proposed oil and gas development.

7. I am a member of Defenders. I rely on Defenders and other nonprofit organizations to represent my interests in the preservation of species and habitats in Alaska and elsewhere in the nation.

8. Given my past work and my current position with Defenders, I am familiar with the history of Defenders' work with respect to the Reserve.

9. I am deeply involved in our day-to-day work on the Reserve, which includes attending weekly coalition meetings, responding to media requests, reviewing and drafting technical comments, and testifying at hearings. We issue action alerts to our members and encourage them to weigh in on decision-making processes related to the Reserve. We also write blogs and develop traditional and non-traditional communications products. Last year I was integrally involved in the development of a story map of the

NPR-A, which is available at the following link:

https://storymaps.arcgis.com/stories/bb6a3e9c86ca4c09ab2f5a7929e5b5be.

10. Defenders has prioritized proper planning and conservation of wildlife and other natural resources in the Reserve through participation in planning processes, grassroots advocacy, coalition conservation campaigns, litigation, and related collaborative efforts. Defenders is committed to conserving wildlife and the habitat they need to survive and thrive in the Reserve. One species we are particularly concerned with is polar bears. Protecting polar bears and their critical habitat is a top priority for Defenders. We are also committed to protecting habitat for other imperiled species in the Reserve, along with the Reserve's other extraordinary wildlife and public lands values.

11. Defenders specializes in landscape-level planning and management. Our work to conserve wildlife habitat in the Reserve parallels our work on other priority areas on the National Forest System, National Wildlife Refuge System, and the National System of Public Lands administered by the Bureau of Land Management (BLM). Working with federal agencies, scientists, and other stakeholders, we work to ensure that landscapes like the Reserve support federal objectives for wildlife conservation at a meaningful scale.

12. Our members and supporters are integral to our work. Tens of thousands of Defenders members support our mission annually by volunteering in field conservation projects, joining lobby efforts in state capitals and in Washington, D.C., and taking action through online petitions and action alerts, among other opportunities. Our supporters,

individuals who endorse our campaigns but do not contribute money to our organization, are also essential for amplifying our opposition to anti-wildlife proposals. Their engagement helps Defenders advocate for stronger protections for fish, wildlife, and habitat.

13. For more than a decade, Defenders has undertaken numerous activities to achieve our program goals for the Reserve. We participate in BLM planning and implementation processes, project-level reviews, and other opportunities for public input. We also use our communications and marketing platforms to educate our members and supporters about the remarkable wildlife values of the Reserve. Many of our members are moved to advocate for the Reserve after reading about our efforts to conserve wildlife in *Defenders* magazine, our website, blog, and on social media platforms like Facebook or Twitter.

14. As part of the American Bird Conservancy's Policy Council, we submitted comments to BLM on the draft IAP for the Northeast region of the Reserve in March of 1998. In these comments we advocated for the protection of important bird habitat and for strong protections of the Teshekpuk Lake and Colville River Special Areas. We also participated in a five-year status review for Steller's eiders, the Alaska-breeding population of which is listed as threatened under the Endangered Species Act (ESA). The Alaska population breeds primarily in the Reserve.

15. Since 2018, we have engaged more deeply in the Reserve for a variety of reasons; most significantly, the threat posed by development in the western Arctic to the

*CBD et al. v. BLM et al.*,
Case No. 3:23-cv-00061-SLG                5

**Exhibit 30, Page 5 of 19**

Case 3:23-cv-00061-SLG   Document 24-32   Filed 03/16/23   Page 5 of 19

faltering Southern Beaufort Sea population of polar bears. We have focused heavily on BLM's IAP process, advocating against opening more areas of the Reserve for oil and gas leasing and for increased protection of the Teshekpuk Lake and Colville River Special Areas. We commented on the proposed revisions to the IAP at the scoping and draft EIS phases. One of our staff also testified about BLM's proposed revision of the IAP at a hearing held in December, 2019, addressing some of the significant gaps in the BLM's environmental impact statement (EIS) particularly with respect to marine mammals. We have also written blogs about the Reserve emphasizing the importance of Special Areas and urging our membership to engage in public comment processes. Our members have been highly engaged in advocating for protection of the Special Areas and all of the federally designated polar bear critical habitat that spans across the coastal region of the Reserve. In addition, we have been featured in numerous articles regarding revisions to the IAP including the Washington Post, National Public Radio online, The Hill, and the Associated Press.

16. Polar bears are a priority species and national priority for Defenders. Much of our work has focused on the threat of oil and gas development and climate change on polar bears and their habitat. In 2010, Defenders published and distributed the report *Sea Bear Under Siege: Polar Bears and Climate Change in Alaska*, a comprehensive review and status report of Alaska's polar bears that details threats to the species and a set of recommendations for action (*see* https://defenders.org/sites/default/files/publications/sea_bear_under_siege_polar_b

*CBD et al. v. BLM et al.*,
Case No. 3:23-cv-00061-SLG             6

**Exhibit 30, Page 6 of 19**

Case 3:23-cv-00061-SLG   Document 24-32   Filed 03/16/23   Page 6 of 19

ears_and_climate_change_in_alaska.pdf). The report notes the risks to polar bears from climate change, oil spills, disturbance, and other effects associated with oil and gas drilling.

17. In addition to polar bear focused work, Defenders also actively participates in scientific, policy, legal, and other fora regarding the causes of global climate change and the unique threat climate change poses for wildlife and the habitats on which they depend. Changes from a warming climate are being felt first in the Arctic, and Defenders is working actively to protect Arctic species and habitats. These efforts include policy and legal advocacy to mitigate the effects of climate change through the reduction of greenhouse gases, and to help vulnerable wildlife and ecosystems adapt to climate change, including managing for resiliency of these species and habitats by minimizing and mitigating other non-climate threats.

18. At the national level, in 2007, Defenders published "Navigating the Arctic Meltdown," a series of ten publications focused on Arctic wildlife threatened by global warming, including the spectacled eider, the walrus, the orange-crowned warbler, caribou, Kittlitz's murrelets, Arctic cod, the Arctic loon, the wolverine, the ivory gull, and the polar bear (*see,* for example, https://defenders.org/sites/default/files/publications/navigating_the_arctic_meltdown_polar_bear.pdf). Defenders also hosted a symposium in September 2007

entitled "Reducing the Impact of Global Warming on Wildlife," in which conservation and policy leaders from across the country joined together to talk about the critical need for wildlife adaptation and active management in the face of a warming world.

19. Given the significance of climate change to wildlife conservation, in 2009 Defenders established a new Climate Change program that focuses on wildlife and natural resources adaptation to climate change. The program works to develop and implement national policy on climate change issues and works closely with Defenders' field offices to assist with climate change policies and practices of interest in those regions. A key focus of this program is to protect wildlife and their habitat from the effects of climate change and to encourage wildlife and resource management agencies to take climate change into account in their decision making. Polar bears and the dire impacts of climate change on the current and future health of the species, and, similarly, ice seals, walrus, and eiders are key areas of focus for this program.

20. Defenders works to address the threats of traditional fossil fuel extraction and combustion both because of their direct impacts on wildlife and because of their contributions to global climate change. Oil and gas activities, like those proposed in ConocoPhillips Alaska, Inc.'s Willow Master Development Plan, which we oppose, directly contribute to climate change through the emission

of greenhouse gases. In addition, the noise, pollution, and other effects associated with oil and gas activities are likely to increase the stress on ecosystems and wildlife resulting from a changing climate.

21. Defenders works to combat the environmental impacts of oil and gas drilling throughout the United States, including in Alaska's fragile Arctic region. Defenders has provided extensive comments to the BLM regarding our concerns about oil and gas leasing, exploration, development, and production in this area. Our members and supporters have submitted tens of thousands of comments encouraging the federal government to roll back its expansion of planned drilling in the waters off Alaska and onshore, due in large part to the impacts of drilling and global warming on wildlife. We have also participated in previous BLM and Bureau of Ocean Energy Management (BOEM) litigation, including for the Arctic National Wildlife Refuge, the Reserve, and the Arctic Ocean, such as the Liberty case, challenging agencies' failures to comply with federal laws in their decisions.

22. We were also plaintiffs in litigation related to BLM's 2017 oil and gas lease sale in the Reserve. The case concerned BLM's pattern of leasing oil and gas resources to fossil fuel companies without first thoroughly assessing the impacts of development as required under federal law. Granting development rights before fully assessing potential impacts defeats the purpose of environmental analysis and informed decision-making on whether and how to permit development activities. BLM's "leap before you look"

approach to oil and gas development in the Reserve endangers wildlife and degrades habitat by eliminating the "No Action" alternative from consideration at the project level despite the absence of any prior site-specific review. This approach guarantees that development and associated wildlife and habitat impacts will occur regardless of what the eventual project-level analysis indicates. This approach creates poor public policy, defeats the purpose of federal planning requirements under the National Environmental Policy Act (NEPA), and needlessly places wildlife and habitat at risk.

23. We have been particularly concerned with the proposed Willow project. We submitted comments to BLM raising our concerns about Willow's potential impacts to habitat, wildlife, and subsistence resources throughout BLM's administrative process for the project. I attended BLM's hearings regarding Willow and testified on behalf of Defenders at one of BLM's Zoom hearings for the project. We also submitted comments to the U.S. Army Corps of Engineers regarding our concerns about Willow's impacts on aquatic resources. In addition, we engaged our members and supporters regarding Willow and asked that they too provide public comments on the project's impacts. Our staff has also written blogs about Willow and been featured in articles discussing the project in The Hill, the Anchorage Daily News, and The Washington News Day.

24. A primary concern for Defenders and our members is Willow's predicted impacts on polar bears. As discussed above, Defenders has long been actively engaged in polar bear conservation issues. In 2008, we participated in litigation brought against the Department of the Interior (DOI) regarding listing the polar bear under the ESA. After

polar bears were successfully listed as Threatened, we advocated for the designation of polar bear critical habitat — including substantial coastal areas within the Reserve — which occurred in 2010.

25. In 1993, Defenders wrote to then DOI Secretary Bruce Babbitt reiterating the Polar Bear Treaty obligations, which the U.S. Fish and Wildlife Service (FWS) reassessed at that time. Defenders' current Vice President for Government Relations, Robert Dewey, served on an informal consultation committee to FWS related to the agency's 1994 Conservation Plan for polar bears in Alaska and provided comments on the FWS's 1995 Habitat Conservation Strategy for Polar Bears in Alaska. In 1994, Robert Dewey also testified before the U.S. House of Representatives Subcommittee on Environment and Natural Resources on Polar Bear Conservation and the reauthorization of the Marine Mammal Protection Act. This testimony described many of the risks to polar bears posed by oil and gas development in the Arctic. In particular, he highlighted the threat of human disturbance to bears.

26. In addition, as part of the Polar Bear Recovery Advisory Work Group, Defenders was engaged and contributed to the development of the *2016 FWS Polar Bear Conservation Management Plan*.[1] Defenders continues to serve on the FWS's Polar Bear Recovery Advisory Work Group on Reducing Human-Polar Bear Conflicts, and works to reduce conflicts or impacts to polar bears and other wildlife that may arise from current

---

[1] U.S. Fish and Wildlife Serv., Polar Bear Mgmt. Plan, 2016.

*CBD et al. v. BLM et al.*,
Case No. 3:23-cv-00061-SLG                 11

or proposed development activities in the Reserve and elsewhere in the Arctic. The story map at the following link describes our human-polar bear coexistence work: https://defenders-cci.org/map/Coexisting_with_Polar_Bears/index.html.

27. As a wildlife advocate, I have been lucky to visit the Reserve, including the vicinity of the proposed Willow project, and I am deeply concerned about Willow's impacts on the wildlife, habitat, water resources, and other public values of the Reserve.

28. In my past work with The Wilderness Society, I traveled to and spent time in the community of Nuiqsut, advancing common interests related to the Reserve with the Native Village of Nuiqsut and attended meetings held by the Native Village of Nuiqsut Tribal Council, BLM, and other decision makers. During one of my visits to Nuiqsut in November 2016, I traveled by foot around the village where I saw whitefish and local fishing holes in the Colville River watershed and observed oil rigs in the distance.

29. In June 2011, I participated in a bird research field station organized and run by the Wildlife Conservation Society on the east side of the Ikpikpuk River in the Teshekpuk Lake Special Area. On that trip, a colleague and I camped for several days and helped with field activities including banding and releasing birds, checking field cameras, and recording information about nest sites. That trip remains unparalleled for me. It was the best bird watching and bird-engagement I have ever had the pleasure of experiencing.

30. In addition, in August 2012, I flew in and stayed at the Naval Arctic Research Laboratory cabin for several days on the north shore of Teshekpuk Lake, where

I hiked, watched birds, caribou and other wildlife, and paddled in Teshekpuk Lake before jumping in.

31. I intend to return to the Reserve in the future to experience the migration of the Western Arctic Caribou Herd and work with members of the community of Nuiqsut once again. While I do not yet have specific plans to go to Nuiqsut, I intend to spend time in the community in the next couple of years, now that travel to villages has resumed after the pandemic, to work with the Tribal Council and other members of the community on polar bear coexistence measures.

32. Defenders' members and other staff members also visit the Reserve and have plans to return there for various purposes, including to hike, fish, float the rivers, watch birds and other wildlife, engage in scientific field research, and guide groups to participate in these activities. Our members seek out the Reserve because of its quiet solitude, and the ability to observe polar bears, caribou, birds, and other wildlife in their natural and undisturbed environment.

33. Our members, including me, will be harmed by the proposed Willow project because it is an enormous oil and gas development that stands to industrialize the entire region and threatens the Teshekpuk Lake Special Area. The Teshekpuk Lake Special Area is important to me and our members because it is home to the largest wetlands complex in the entire circumpolar Arctic. It supports irreplaceable and globally significant wildlife habitat. Caribou calving, insect relief, and migratory corridors all stand to be impacted by Willow, as do migratory bird nesting and molting habitat. If

Willow is realized, there will be no true restoration of this habitat in the future. Once this sensitive habitat has been altered by industrialization it will be gone forever and I and our members may choose not to return to the area.

34. Our members are specifically concerned that Willow's massive industrial development will disturb polar bear critical habitat and push the Southern Beaufort Sea population of polar bears further down the path to extinction. Harm to this population of polar bears in the Reserve will make it less likely our members will be able to continue enjoying and observing polar bears, both in the Reserve and elsewhere in the Arctic. Our members have robustly engaged with the Willow project as a result of these threats. They have expressed their concerns by submitting comments to BLM and the FWS and will continue to do so in the future. I and other Defenders' members who have visited the northeastern portion of the Reserve may choose not to spend time there in the future if the Willow development is realized since it will convert this area to even more of an industrial zone, making it harder to see the wildlife we visit the area to enjoy.

35. Moreover, the development that is likely to branch off of Willow will further harm my and our members' ability to continue observing and enjoying wildlife in the Reserve. Species like caribou migrate across the landscape in and around Willow, and development can have far-reaching impacts beyond just the immediate footprint of the project infrastructure. When development occurs, it changes caribou migratory patterns and wildlife viewing opportunities, including for predators who prey on them. Industrial

development can displace or deflect wildlife populations and negatively impact the health of wildlife, thereby making wildlife viewing more difficult.

36. In addition, because the Reserve provides important habitat for numerous migratory species, any impacts to these species or their habitats also threaten the interests of Defenders' members in observing these species elsewhere in their range. In places outside of Alaska's Arctic, and even outside of Alaska, Defenders members observe and enjoy wildlife, including migratory birds and whales, that depend on the habitat provided by the Reserve. BLM's and other agencies' decisions to authorize the Willow project in a manner that harms Reserve-dependent species or their habitats injure these and other interests of Defenders members.

37. Our members recognize the intrinsic value of conserving critical habitat for polar bears, breeding and nesting habitat for the Steller's eiders and other migratory birds, and the ancient migratory pathways for caribou and the predators that depend on them. Defenders has worked tirelessly to protect the Reserve's value to our members as an intact ecosystem where wildlife can thrive. The Willow project puts these values in jeopardy.

38. The risks posed by Willow are immense and Defenders' and our members' interests in the Reserve have been undermined by many aspects of the decision-making process. Regarding polar bears, Defenders and our members are harmed by FWS's inadequate ESA process for Willow. FWS's Biological Opinion did not closely consider or adequately analyze harms to polar bears from Willow. The agency should have

considered additional mitigation measures and alternatives to reduce and offset Willow's impacts on polar bears but failed to do so. Approving Willow without addressing and offsetting the impacts to polar bears harms Defenders and our members by exposing this valued threatened species to unnecessary harm.

39. In addition, BLM's NEPA process for Willow harms Defenders' and our members' interests by ignoring Willow's full impacts, and by failing to protect resources through adequate mitigation measures.

40. When BLM and other agencies fail to follow the law in analyzing and approving the Willow project, Defenders, our members, and the overall public bear the brunt of the impact of these decisions. In analyzing Willow, BLM failed to account for the project's individual and cumulative impacts in light of ConocoPhillips' future plans in the area (i.e. Greater Willow 1 and 2). Willow is located directly adjacent to and within the Teshekpuk Lake Special Area and is likely to lead to and support future oil and gas development into this sensitive area. The Teshekpuk Lake Special Area contains a vast wetlands complex and provides globally significant habitat for migratory birds, with the greatest density of shorebird nesting in the circumpolar Arctic. It also provides important calving and insect relief habitat and migratory corridors for the Teshekpuk caribou herd, a critical subsistence herd for north slope communities. If approved, Willow would infringe on the Reserve's Special Areas and the values these areas protect.

41. BLM's inadequate analysis harms Defenders and its members. Approving Willow without fully accounting for the project's site-specific impacts will have real and

lasting consequences for the Reserve and the wildlife it supports. Vital resources will be damaged, fragmented, polluted, or otherwise denigrated; biodiversity, wildlife habitat, and wildlife populations will be negatively impacted; and climate impacts will be exacerbated. As a result, my and our members' future ability to enjoy the Reserve's wild landscape and observe wildlife such as polar bears, birds, and caribou in this region of the Reserve will be harmed.

42. Defenders, our members, including me, and supporters, and the public will be harmed by the Willow development. The proposed development is in a sensitive area — its impacts to wildlife, subsistence resources, and to Americans will be vast and lasting. Willow is a massive development involving a central processing facility within the Reserve, up to five drill pads with up to fifty wells on each pad, an extensive road system, an airstrip, pipelines, and a gravel mine. This project will impact designated critical habitat for Southern Beaufort Sea polar bears, one of the most imperiled polar bear populations in the world, and stands to significantly impact the Teshekpuk Lake Special Area.

43. Moreover, BLM's NEPA process failed to provide for adequate mitigation measures to reduce impacts to resources. Without meaningful mitigation measures, Defenders and its members and supporters will be harmed because wildlife and the habitat that supports it will be adversely impacted. This is particularly true for polar bears, other imperiled species, caribou, and nesting and molting birds. Further, the impacts to wetlands, tundra, and watersheds in the Reserve will be significant if

meaningful mitigation measures are not in effect, all of which will harm Defenders' members, including me, and supporters. We would also be harmed by the significant climate impacts that will result from Willow's oil extraction.

44. Pursuit of this litigation is important to me both personally and professionally because I believe that I, Defenders' members and supporters, and the rest of the American public are being harmed by the approval of the Willow project. BLM's failures to adequately analyze the individual and cumulative negative impacts of Willow have left me, Defenders' members and the public at a loss; we collectively cannot be assured that adequate mitigation has been required to protect the Reserve and the caribou, migratory birds, fish, polar bears, and other species it supports.

45. Defenders brings this case to vindicate its organizational interests and its members' interests in protecting Reserve-dependent wildlife species, in particular imperiled polar bears, and the Western Arctic ecosystems from the enormously harmful impacts of oil and gas development and associated activities of the Willow project, including high intensity noise pollution resulting from construction activities, infrastructure, drilling, the possibility of catastrophic spills, and from this project's contributions to climate change.

46. My interests, along with the interests of Defenders and its members around the country, would be remedied if this court ruled in favor of Plaintiffs in this matter.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of March, 2023, in Anchorage, Alaska.

*Nicole Whittington-Evans*
Nicole Whittington-Evans