# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT *et al.*, <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) <br> Case No. 3:23-cv-00061-SLG |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Upon consideration of Plaintiffs Center for Biological Diversity *et al.*'s Motion for Preliminary Injunction and all material submitted in support thereof and in opposition thereto, and for the reasons provided in the accompanying Memorandum Opinion, it is hereby ORDERED that the motion is GRANTED. Until further order of this Court, Defendants are hereby enjoined from taking any action implementing or relying on the adequacy of the March 2023 Record of Decision or the January 2023 Final Supplemental Environmental Impact Statement for the Willow Master Development Plan, including authorization of construction activities planned for the 2023 winter season. This injunction is effective until this Court issues a final decision on Plaintiffs' claims.

DATED this ___ day of _____, 2023 at Anchorage, Alaska.

_____
Sharon L. Gleason
UNITED STATES DISTRICT JUDGE