# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>        Plaintiffs,<br>  v.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>        Defendants,<br><br>  and<br><br>CONOCOPHILLIPS ALASKA, INC.,<br><br>        Intervenor-Defendant. | Case No. 3:23-cv-00061-SLG |

### ORDER RE UNOPPOSED MOTION TO INTERVENE BY CONOCOPHILLIPS ALASKA, INC.

Before the Court at Docket 7 is the *Unopposed Motion to Intervene by ConocoPhillips Alaska, Inc.* pursuant to Federal Rule of Civil Procedure 24. Federal Defendants take no position on the motion and Plaintiffs do not oppose the motion. It is hereby ORDERED that the Motion to Intervene is GRANTED.

ConocoPhillips Alaska Inc. ("ConocoPhillips") is hereby admitted into this litigation as an intervenor-defendant with full rights of participation. The case caption in this matter is amended as shown above. Within seven (7) days of the date of this order, ConocoPhillips is directed to file a clean copy of its Preliminary Answer (Docket 7-2), and may amend that Preliminary Answer following the

completion of motions for preliminary injunctive relief in this case.

DATED this 17th day of March, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00061-SLG, *Center for Biological Diversity, et al., et al. v. BLM, et al.*
Order Unopposed Motion to Intervene by ConocoPhillips Alaska, Inc.
Page 2 of 2

Case 3:23-cv-00061-SLG   Document 28   Filed 03/17/23   Page 2 of 2