# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>        Plaintiffs,<br>   v.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>        Defendants,<br><br>   and<br><br>CONOCOPHILLIPS ALASKA, INC., *et al.*,<br><br>        Intervenor-Defendants. | Case No. 3:23-cv-00061-SLG |

## ORDER RE ARCTIC SLOPE REGIONAL CORPORATION'S UNOPPOSED MOTION TO INTERVENE UNDER FEDERAL RULE OF CIVIL PROCEDURE 24

Before the Court at Docket 13 is the *Arctic Slope Regional Corporation's Unopposed Motion to Intervene Under Federal Rule of Civil Procedure 24*. Plaintiffs and Federal Defendants take no position on the motion. It is hereby ORDERED that the Motion to Intervene is GRANTED.

Arctic Slope Regional Corporation ("ASRC") is hereby admitted into this litigation as an intervenor-defendant with full rights of participation. The case caption is amended as shown above. Within seven (7) days of the date of this order, ASRC is directed to file a clean copy of its Answer (Docket 13-1).

DATED this 17th day of March, 2023, at Anchorage, Alaska.

                                    */s/ Sharon L. Gleason*
                                    UNITED STATES DISTRICT JUDGE