Ryan P. Steen (Bar No. 0912084)
ryan.steen@stoel.com
Jason T. Morgan (Bar No. 1602010)
jason.morgan@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

Whitney A. Brown (Bar No. 1906063)
whitney.brown@stoel.com
STOEL RIVES LLP
510 L Street, Suite 500
Anchorage, AK 99501
Telephone: 907.277.1900
Facsimile: 907.277.1920

*Attorneys for Intervenor-Defendant
ConocoPhillips Alaska, Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT, et al., <br><br> Defendants. <br><br> and <br><br> CONOCOPHILLIPS ALASKA, INC., et al., <br><br> Intervenor-Defendant. | Case No. 3:23-cv-00061-HRH |

**PRELIMINARY ANSWER OF CONOCOPHILLIPS**

## General Denial

Intervenor-Defendant ConocoPhillips Alaska, Inc. ("ConocoPhillips") files this preliminary answer to Plaintiffs' Complaint for Declaratory and Injunctive Relief, with the expectation that Plaintiffs are likely to seek immediate preliminary injunctive relief before ConocoPhillips has time to fully review the allegations in Plaintiffs' Compliant. To avoid any delay in intervention, and in a good faith effort to comply with FRCP 24(c), ConocoPhillips files this preliminary answer and avers as follows.

ConocoPhillips denies that Plaintiffs are entitled to any relief sought in the Complaint. ConocoPhillips is without sufficient time to review the allegations in the Complaint and form a belief as to the truth or falsity of those allegations, and therefore denies all of those allegations. ConocoPhillips will amend this preliminary answer following the completion of injunctive relief proceedings, or within the time allotted for Federal Defendants to file an answer.

## Affirmative Defenses

ConocoPhillips asserts the following affirmative defenses:

1. Plaintiffs have failed to state a claim for which relief may be granted.

2. Plaintiffs lack standing to bring their claims.

3. This Court lacks jurisdiction over some or all of plaintiffs' claims.

4. Some or all of plaintiffs' claims are barred by the doctrines of ripeness, laches, res judicata, collateral estoppel, or exhaustion of administrative remedies.

5. Some or all of plaintiffs' claims are barred by the applicable statute of limitations.

6. ConocoPhillips reserves the right to amend or supplement these affirmative defenses as appropriate.

WHEREFORE, ConocoPhillips, having answered the allegations contained in plaintiffs' Complaint, respectfully requests that this Court enter a judgment dismissing the Complaint with prejudice, and awarding such other and further relief as may be just and warranted.

DATED: March 17, 2023.

STOEL RIVES LLP

By: */s/ Ryan P. Steen*
    Ryan P. Steen (Bar No. 0912084)
    Jason T. Morgan (Bar No. 1602010)
    Whitney A. Brown (Bar No. 1906063)

*Attorneys for Intervenor-Defendant ConocoPhillips Alaska, Inc.*

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
*Main 206.624.0900 Fax 206.386.7500*

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main 206.624.0900   Fax 206.386.7500

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2023, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:23-cv-00061-SLG who are registered CM/ECF users will be served by the CM/ECF system.

| | |
|---|---|
| Jeremy C. Lieb | jlieb@earthjustice.org |
| Erik Grafe | egrafe@earthjustice.org |
| Ian S. Dooley | idooley@earthjustice.org |
| Carole Anne Holley | cholley@earthjustice.org |
| Eric P. Jorgensen | ejorgensen@earthjustice.org |
| Kristen Angela Monsell | kmonsell@biologicaldiversity.org |
| Cecilia D. Segal | csegal@nrdc.org |
| Ann Alexander | aalexander@nrdc.org |
| Paul A. Turcke | paul.turcke@usdoj.gov |
| Eric B. Fjelstad | efjelstad@perkinscoie.com |
| Rickey Doyle Turner, Jr | Rickey.Turner@usdoj.gov |
| Stacey M. Bosshardt | sbosshardt@perkinscoie.com |
| Charlene Koski | cbk@vnf.com |
| Tyson C. Kade | tck@vnf.com |

*/s/ Ryan P. Steen*
Ryan P. Steen

118833927.1 0028116-00159

*CBD et al. v. BLM et al.*
Case No. 3:23-cv-00061-HRH        4