IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>Defendants,<br><br>and<br><br>CONOCOPHILLIPS ALASKA, INC., *et al.*,<br><br>Intervenor-Defendants. | Case No. 3:23-cv-00061-SLG |

### ORDER RE SCHEDULING OF PRELIMINARY INJUNCTION MOTIONS

Before the Court at Docket 23 is the parties' *Stipulated Motion to Expedite and Set Schedule for Motions for Preliminary Injunction*. Upon due consideration, the motion is hereby GRANTED. IT IS ORDERED that the following schedule shall govern the presentation of motions for preliminary injunction in this case and the related Case No. 3:23-cv-00059-SLG:

1. Plaintiffs have filed their motions for preliminary injunctive relief on or before **March 16, 2023**.

2. Defendants and any Intervenor-Defendants shall each file a single combined response brief to the motions on or before **March 24, 2023**.

3. Plaintiffs in each case may file a single brief in reply to the opposition briefs on or before **March 28, 2023**.

4. The Court acknowledges the parties' joint request for a ruling on the preliminary injunction motions not later than **April 3, 2023**, and the Court will endeavor to accommodate that request.

IT IS SO ORDERED.

DATED this 17th day of March, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00061-SLG, *Center for Biological Diversity, et al. v. BLM, et al.*
Order re Scheduling of Preliminary Injunction Motions
Page 2 of 2
Case 3:23-cv-00061-SLG   Document 36   Filed 03/17/23   Page 2 of 2