Patrick W. Munson (AK Bar No. 1205019)
Brooks W. Chandler (AK Bar No. 8310109)
Charles A. Cacciola (AK Bar. No. 1306045)
Chandler, Falconer, Munson & Cacciola, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
(907) 272-8401

Attorneys for Movant Kuukpik Corporation

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br>　　　vs.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 3:23-cv-00061-SLG |

## MOTION FOR EXPEDITED CONSIDERATION

Pursuant to Local Rule 7.3, Kuukpik Corporation, concurrent with this motion, moves to intervene in the above-captioned case. Prior to filing this motion, counsel for Kuukpik sought the non-opposition of all existing parties to Kuukpik's motion to intervene.[1] Plaintiffs desired to reserve the right to respond to the principal motion, Kuukpik's motion to intervene,[2] thus making the present motion for expedited consideration necessary.

---

[1] Declaration of Charles Cacciola in Supp. of Mot. For Expedited Consideration, ¶ 2.

[2] *Id.*, ¶ 5.

MOT. FOR EXPEDITED CONSIDERATION

Kuukpik desires to oppose plaintiffs' Motion for Preliminary Injunction (Doc. 24). Opposition to that motion is to be filed by March 24, 2023.[3] Were briefing and a decision on Kuukpik's motion to intervene completed per Local Rule 7.2, Kuukpik's motion to intervene would not be decided until after the deadline for opposing plaintiffs' Motion for Preliminary Injunction.

So that the question of intervention by Kuukpik will be resolved before March 24, 2023, Kuukpik requests that the Court order opposition to Motion to Intervene by Kuukpik Corporation be filed by March 22, 2023 and the Court decide that motion by March 23, 2023. Kuukpik waives the filing of a reply to any opposition.

Dated: March 20, 2023.

        CHANDLER, FALCONER, MUNSON & CACCIOLA, LLP

        Attorneys for Movant Kuukpik Corporation

        By: /s/ Patrick W. Munson
            Patrick W. Munson
            AK Bar No. 1205019

        By: /s/ Brooks W. Chandler
            Brooks W. Chandler
            AK Bar No. 8310109

        By: /s/ Charles A. Cacciola
            Charles A. Cacciola
            AK Bar No. 1306045

---

[3] Order Re Scheduling of Preliminary Injunction Motions (Doc. 23).