STACEY BOSSHARDT (*Pro Hac Vice*)
DC Bar No. 458645
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: 202.654.6200
SBosshardt@perkinscoie.com

ERIC B. FJELSTAD (Bar No. 9505020)
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561
EFjelstad@perkinscoie.com

*Attorneys for Intervenor-Defendant*
*Arctic Slope Regional Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>Defendants, | Case No. 3:23-CV-00061-SLG |

**ARCTIC SLOPE REGIONAL CORPORATION'S
ANSWER TO COMPLAINT**

Under Rules 8 and 24(c) of the Federal Rules of Civil Procedure, Intervenor-

Defendant Arctic Slope Regional Corporation (ASRC) responds as follows to Plaintiffs'

Complaint, ECF No. 1 (Complaint):

ARCTIC SLOPE REGIONAL CORPORATION'S ANSWER TO COMPLAINT
*Center for Biological Diversity, et al. v. Bureau of Land Mgmt, et al.*, No. 3:23-cv-00061-SLG
Page 1 of 3

Case 3:23-cv-00061-SLG   Document 39   Filed 03/21/23   Page 1 of 3

## GENERAL DENIAL

Intervenor-Defendant ASRC denies any allegations of the Complaint, whether express or implied, including any allegations reflected in the Complaint's section headings, that are not specifically admitted, denied, or qualified herein. ASRC will supplement this pleading with an answer that responds paragraph-by-paragraph to the allegations in Plaintiffs' Complaint.

DATED: March 21, 2023

**PERKINS COIE LLP**

By: *s/ Stacey Bosshardt*
Stacey Bosshardt (*Pro Hac Vice*)
DC Bar No. 458645
SBosshardt@perkinscoie.com
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211

Eric B. Fjelstad (Bar No. 9505020)
EFjelstad@perkinscoie.com
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
Telephone: 907.279.8561

***Attorneys for Movant***
***Arctic Slope Regional Corporation***

ARCTIC SLOPE REGIONAL CORPORATION'S ANSWER TO COMPLAINT
*Center for Biological Diversity, et al. v. Bureau of Land Mgmt*., No. 3:23-cv-00061-SLG
Page 2 of 3

Case 3:23-cv-00061-SLG   Document 39   Filed 03/21/23   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2023, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system, thereby serving counsel of record who are registered CM/ECF users via the CM/ECF system.

Dated: March 21, 2023

/s Stacey Bosshardt
Stacey Bosshardt

ARCTIC SLOPE REGIONAL CORPORATION'S ANSWER TO COMPLAINT
*Center for Biological Diversity, et al. v. Bureau of Land Mgmt.*, No. 3:23-cv-00061-SLG
Page 3 of 3

Case 3:23-cv-00061-SLG   Document 39   Filed 03/21/23   Page 3 of 3