# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>Defendants,<br><br>and<br><br>CONOCOPHILLIPS ALASKA, INC., *et al.*,<br><br>Intervenor-Defendants. | Case No. 3:23-cv-00061-SLG |

## ORDER RE UNOPPOSED MOTION TO INTERVENE BY NORTH SLOPE BOROUGH

Before the Court at Docket 25 is the *Unopposed Motion to Intervene by North Slope Borough*, pursuant to Rule 24 of the Federal Rules of Civil Procedure. Plaintiffs and Federal Defendants do not take a position on the motion. It is hereby ORDERED that the Motion to Intervene is GRANTED.

The North Slope Borough ("Borough") is hereby admitted into this litigation as an intervenor-defendant with full rights of participation. Within seven (7) days of the date of this order, the Borough is directed to file a clean copy of its Answer.

DATED this 21st day of March, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00061-SLG, *Center for Biological Diversity, et al. v. BLM, et al.*
Order re Unopposed Motion to Intervene by North Slope Borough
Page 2 of 2
Case 3:23-cv-00061-SLG   Document 40   Filed 03/21/23   Page 2 of 2