Jeremy C. Lieb
Erik Grafe
Ian S. Dooley
Carole A. Holley
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: jlieb@earthjustice.org
E: egrafe@earthjustice.org
E: idooley@earthjustice.org
E: cholley@earthjustice.org

Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: ejorgensen@earthjustice.org

*Attorneys for Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Friends of the Earth, and Greenpeace, Inc.*

Kristen Monsell (*pro hac vice*)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, St. #800
Oakland, CA 94612
T: 510.844.7100
E: kmonsell@biologicaldiversity.org

*Attorneys for Plaintiff Center for Biological Diversity*

Cecilia Segal (*pro hac vice*)
Ann Alexander (*pro hac vice application forthcoming*)
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter St., 21st floor
San Francisco, CA 94104
T: 415.875.6100 / 415.875.6190
E: csegal@nrdc.org
E: aalexander@nrdc.org

*Attorneys for Plaintiff Natural Resources Defense Council*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>BUREAU OF LAND MANAGEMENT *et al.*,<br><br>    *Defendants*,<br><br>CONOCOPHILLIPS ALASKA, INC.; ARCTIC SLOPE REGIONAL CORPORATION; and NORTH SLOPE BOROUGH,<br><br>    *Intervenor-Defendants*,<br><br>    and<br><br>KUUKPIK CORPORATION,<br><br>    *Movant-Intervenor-Defendant.* | Case No. 3:23-cv-00061-SLG |

**PLAINTIFFS CENTER FOR BIOLOGICAL DIVERSITY *ET AL.*'S RESPONSE TO KUUKPIK CORPORATION'S MOTION TO INTERVENE**

Plaintiffs do not oppose Kuukpik Corporation's requests for intervention, Doc. 38. However, they respectfully ask the Court to order that all intervenors abide by the current case management schedules, Docs. 30 & 36.

Respectfully submitted this 21st day of March, 2023.

    *s/ Erik Grafe*
    Erik Grafe (Alaska Bar No. 0804010)
    Jeremy C. Lieb (Alaska Bar No. 1810088)
    Ian S. Dooley (Alaska Bar No. 2006059)
    Carole A. Holley (Alaska Bar No. 0611076)
    Eric P. Jorgensen (Alaska Bar No. 8904010)
    EARTHJUSTICE

    *Attorneys for Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Friends of the Earth, and Greenpeace, Inc.*

    *s/ Kristen Monsell*
    Kristen Monsell (California Bar No. 304793)
    (*pro hac vice*)
    CENTER FOR BIOLOGICAL DIVERSITY

    *Attorneys for Plaintiff Center for Biological Diversity*

    *s/ Cecilia Segal*
    Cecilia Segal (California Bar No. 310935) (*pro hac vice*)
    Ann Alexander (California Bar No. 321751)
    (*pro hac vice application forthcoming*)
    NATURAL RESOURCES DEFENSE COUNCIL

    *Attorneys for Plaintiff Natural Resources Defense Council*