# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> BUREAU OF LAND MANAGEMENT, *et al.*, <br><br> Defendants, <br><br> and <br><br> CONOCOPHILLIPS ALASKA, INC., *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:23-cv-00061-SLG |

### ORDER RE MOTION TO INTERVENE BY KUUKPIK AND MOTION FOR EXPEDITED CONSIDERATION

Before the Court at Docket 38 is the *Motion to Intervene by Kuukpik Corporation* pursuant to Federal Rule of Civil Procedure 24. Also before the Court at Docket 37 is Kuukpik's *Motion for Expedited Consideration*. Plaintiffs filed a response of non-opposition at Docket 41. Defendants do not take a position on the motion and all other parties do not oppose the motion. It is hereby ORDERED that the motions are each GRANTED.

Kuukpik Corporation ("Kuukpik") is hereby admitted into this litigation as an intervenor-defendant with full rights of participation. Within seven (7) days of the

date of this order, Kuukpik is directed to file a clean copy of its Answer. Kuukpik and all intervenors are directed to abide by the current case management schedules at Docket 30 and Docket 36.

DATED this 21st day of March, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00061-SLG, *Center for Biological Diversity, et al. v. BLM, et al.*
Order re Motion to Intervene by Kuukpik Corporation and Motion for Expedited Consideration
Page 2 of 2
Case 3:23-cv-00061-SLG   Document 43   Filed 03/21/23   Page 2 of 2