# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, *et al.*, <br><br>        Plaintiffs, <br><br>        v. <br><br>BUREAU OF LAND MANAGEMENT, *et al.*, <br><br>        Defendants. <br><br>   and <br><br>CONOCOPHILLIPS ALASKA, INC., *et al.*, <br><br>        Intervenor-Defendants. | Case No. 3:23-cv-00058-SLG |
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br>        Plaintiffs, <br><br>        v. <br><br>BUREAU OF LAND MANAGEMENT, *et al.*, <br><br>        Defendants. <br>   and <br><br>CONOCOPHILLIPS ALASKA, INC., *et al.*, <br><br>        Intervenor-Defendants. | Case No. 3:23-cv-00061-SLG |

## MISCELLANEOUS ORDER

For Plaintiffs' motions for preliminary relief, Defendants and Intervenor-Defendants' responses in opposition, and Plaintiffs' replies, each party shall provide a table that will list each exhibit referenced by that party in its filing and the corresponding docket number. The Court requests that these tables be submitted on **by close of business Wednesday, March 29**. Please see the following example for Center for Biological Diversity Plaintiffs in Case No. 3:23-cv-00061-SLG:

|  | Exhibit | Docket Number |
|---|---|---|
| **Docket 24** | Exhibit 10, part 1 | Docket 24-11 |
|  | Exhibit 10, part 2 | Docket 24-12 |

DATED this 28 day of March, 2023 at Anchorage, Alaska.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00058-SLG, *Sovereign Iñupiat for a Living Arctic, et al. v. BLM, et al.*
Case No. 3:23-cv-00061-SLG, *Ctr. for Biological Diversity, et al. v. BLM, et al.*
Miscellaneous Order
Page 2 of 2
Case 3:23-cv-00061-SLG   Document 67   Filed 03/28/23   Page 2 of 2