Jeremy C. Lieb
Erik Grafe
Ian S. Dooley
Carole A. Holley
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: jlieb@earthjustice.org
E: egrafe@earthjustice.org
E: idooley@earthjustice.org
E: cholley@earthjustice.org

Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: ejorgensen@earthjustice.org

*Attorneys for Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Friends of the Earth, and Greenpeace, Inc.*

Kristen Monsell (*pro hac vice*)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, St. #800
Oakland, CA 94612
T: 510.844.7100
E: kmonsell@biologicaldiversity.org

*Attorneys for Plaintiff Center for Biological Diversity*

Cecilia Segal (*pro hac vice*)
Ann Alexander (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter St., 21st floor
San Francisco, CA 94104
T: 415.875.6100 / 415.875.6190
E: csegal@nrdc.org
E: aalexander@nrdc.org

*Attorneys for Plaintiff Natural Resources Defense Council*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT *et al.*, <br><br> *Defendants*, <br><br> CONOCOPHILLIPS ALASKA, INC.; ARCTIC SLOPE REGIONAL CORPORATION; NORTH SLOPE BOROUGH; KUUKPIK CORPORATION; and STATE OF ALASKA, <br><br> *Intervenor-Defendants.* | Case No. 3:23-cv-00061-SLG |

**PLAINTIFFS' LIST OF EXHIBITS PURSUANT TO**
**MISCELLANOUS ORDER AT DOCKET 67**

Pursuant to the Court's miscellaneous order, Doc. 67, Plaintiffs submit the following list of exhibits referenced in and attached to their motion for preliminary injunction, Doc. 24. Plaintiffs did not reference any additional exhibits in their reply, Doc. 69.

## TABLE OF EXHIBITS

|  | **Exhibit Number** | **Docket Number** |
|---|---|---|
| **Docket 24** | Exhibit 1 | Docket 24-1 |
|  | Exhibit 2 | Docket 24-2 |
|  | Exhibit 3 | Docket 24-3 |
|  | Exhibit 4 | Docket 24-4 |
|  | Exhibit 5 | Docket 24-5 |
|  | Exhibit 6 | Docket 24-6 |
|  | Exhibit 7, part 1 | Docket 24-7 |
|  | Exhibit 7, part 2 | Docket 24-8 |
|  | Exhibit 8 | Docket 24-9 |
|  | Exhibit 9 | Docket 24-10 |
|  | Exhibit 10, part 1 | Docket 24-11 |
|  | Exhibit 10, part 2 | Docket 24-12 |
|  | Exhibit 10, part 3 | Docket 24-13 |
|  | Exhibit 11 | Docket 24-14 |
|  | Exhibit 12 | Docket 24-15 |

| | |
|---|---|
| Exhibit 13 | Docket 24-16 |
| Exhibit 14 | Docket 24-17 |
| Exhibit 15 | Docket 24-18 |
| Exhibit 16 (Omitted) | - |
| Exhibit 17 | Docket 24-19 |
| Exhibit 18 | Docket 24-20 |
| Exhibit 19 | Docket 24-21 |
| Exhibit 20 | Docket 24-22 |
| Exhibit 21 | Docket 24-23 |
| Exhibit 22 | Docket 24-24 |
| Exhibit 23 | Docket 24-25 |
| Exhibit 24 | Docket 24-26 |
| Exhibit 25 | Docket 24-27 |
| Exhibit 26 | Docket 24-28 |
| Exhibit 27 | Docket 24-29 |
| Exhibit 28 | Docket 24-30 |
| Exhibit 29 | Docket 24-31 |
| Exhibit 30 | Docket 24-32 |

Respectfully submitted this 29th day of March, 2023.

*s/ Erik Grafe*
Erik Grafe (Alaska Bar No. 0804010)
Jeremy C. Lieb (Alaska Bar No. 1810088)
Ian S. Dooley (Alaska Bar No. 2006059)
Carole A. Holley (Alaska Bar No. 0611076)
Eric P. Jorgensen (Alaska Bar No. 8904010)
EARTHJUSTICE

*Attorneys for Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Friends of the Earth, and Greenpeace, Inc.*

*s/ Kristen Monsell*
Kristen Monsell (California Bar No. 304793) (*pro hac vice*)
CENTER FOR BIOLOGICAL DIVERSITY

*Attorneys for Plaintiff Center for Biological Diversity*

*s/ Cecilia Segal*
Cecilia Segal (California Bar No. 310935) (*pro hac vice*)
Ann Alexander (California Bar No. 321751) (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL

*Attorneys for Plaintiff Natural Resources Defense Council*