Ryan P. Steen (Bar No. 0912084)
ryan.steen@stoel.com
Jason T. Morgan (Bar No. 1602010)
jason.morgan@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

Whitney A. Brown (Bar No. 1906063)
whitney.brown@stoel.com
STOEL RIVES LLP
510 L Street, Suite 500
Anchorage, AK 99501
Telephone: 907.277.1900
Facsimile: 907.277.1920

*Attorneys for Intervenor-Defendant ConocoPhillips Alaska, Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>      Defendants,<br><br>  and<br><br>CONOCOPHILLIPS ALASKA, INC., et al.,<br><br>      Intervenor-Defendants. | Case No. 3:23-cv-00061-SLG |

## CONOCOPHILLIPS ALASKA, INC.'S MOTION TO SUBMIT SUPPLEMENTAL MATERIALS

Pursuant to Local Rule 7.1(d), Intervenor-Defendant ConocoPhillips Alaska, Inc. ("CPAI") respectfully requests leave to submit additional portions of the 2020 Integrated Activity Plan Environmental Impact Statement (the "2020 IAP EIS"). These materials are part of the Bureau of Land Management's ("BLM's") administrative record in this case.

The need to file this motion is prompted by a statement in the Plaintiffs' ("CBD") reply brief (Dkt. 69) in case 3:23-cv-00061-SLG. CBD's reply at page 14 (ECF page 17) discusses the 2020 IAP EIS, and states that "The referenced analysis is from BLM's EIS on the Integrated Activity Plan—a programmatic document that does not mention West Willow at all."

This statement is not true. The 2020 IAP EIS in Appendix H includes "Greater Willow Potential Drill Site #1" and "Greater Willow Potential Drill Site #2" in its cumulative analysis of impacts to air quality, and provides a map showing those locations. Appendix H at H-48, H-49. As explained previously, Greater Willow 1 and 2 is just another name for West Willow. Dkt. 48 at 22-23 (ECF pages 28-29). CPAI seeks leave to include excerpts of Appendix H, which directly contradicts CBD's characterization of the 2020 IAP EIS.

CPAI also seeks leave to include the entire Appendix B to the 2020 IAP EIS. This Appendix shows clearly how the hypothetical analysis for projects was done to predict future impacts, including future oil production from the Petroleum Reserve. Appendix B shows that BLM's hypothetical development scenarios expressly included impacts from

*CBD et al. v. BLM et al.*
Case No. 3:23-cv-00061-SLG 2

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main 206.624.0900  Fax 206.386.7500

new (but not yet proposed) projects including "additional development near the Willow development." B-7. BLM collectively addressed these projects "in terms of projected oil production, construction surface disturbance, water use, and gravel use." *Id*. BLM estimated that "additional satellite developments would be added in the Bear Tooth Unit and connected to the Willow development CPF." *Id*. B-12. And Appendix B shows how BLM estimated the future hypothetical production from that future development. *Id*. at B-13. Although CBD submits a portion of this Appendix (Dkt. 24-04), it omits the discussion and tables addressing hypothetical future development and related oil production.

Lastly, CPAI moves to include Appendix G to the 2020 IAP EIS as well. This Appendix uses the production from the hypothetical development scenarios to model downstream GHG impacts. Appendix G at G-14-15. CBD includes portions of this Appendix (Dkt. 24-04), but omits the discussion of how the 2020 IAP modeled downstream emissions from the hypothetical development scenarios.

Pursuant to Local Civil Rule 7.1(d)(1), "supplementation of factual materials may occur only by motion for good cause" and the "motion must have the proposed factual materials attached as an exhibit and address the reasons earlier filing was not possible or their relevance was not appreciated." CPAI has attached Appendices B, G and H (excerpts) to this motion, as Exhibits 24, 25, and 26 (continuing the sequence from exhibits to CPAI's Dkt. 48). CPAI did not provide these materials previously because (a) it was attempting to be judicious with the scope of materials from the administrative record attached to its opposition brief in light of the exigent nature of the injunction

*CBD et al. v. BLM et al.*
Case No. 3:23-cv-00061-SLG    3

request; and (b) CPAI did not anticipate that CBD would characterize the 2020 IAP EIS in a manner that is inconsistent with its contents.

DATED: March 29, 2023.

> STOEL RIVES LLP
>
> By: /s/ Jason T. Morgan
> Ryan P. Steen (Bar No. 0912084)
> Jason T. Morgan (Bar No. 1602010)
> Whitney A. Brown (Bar No. 1906063)
>
> *Attorneys for Intervenor-Defendant ConocoPhillips Alaska, Inc.*

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main 206.624.0900   Fax 206.386.7500

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2023, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:23-cv-00061-SLG who are registered CM/ECF users will be served by the CM/ECF system.

                                             */s/ Jason T. Morgan*
                                             Jason T. Morgan

119061295.1 0028116-00159

*CBD et al. v. BLM et al.*
Case No. 3:23-cv-00061-SLG      5

**STOEL RIVES LLP**
600 University Street, Suite 3600, Seattle, WA 98101
Main 206.624.0900   Fax 206.386.7500