Jeremy C. Lieb
Erik Grafe
Ian S. Dooley
Carole A. Holley
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: jlieb@earthjustice.org
E: egrafe@earthjustice.org
E: idooley@earthjustice.org
E: cholley@earthjustice.org

Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: ejorgensen@earthjustice.org

*Attorneys for Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Friends of the Earth, and Greenpeace, Inc.*

Kristen Monsell (*pro hac vice*)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, St. #800
Oakland, CA 94612
T: 510.844.7100
E: kmonsell@biologicaldiversity.org

*Attorneys for Plaintiff Center for Biological Diversity*

Cecilia Segal (*pro hac vice*)
Ann Alexander (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter St., 21st floor
San Francisco, CA 94104
T: 415.875.6100 / 415.875.6190
E: csegal@nrdc.org
E: aalexander@nrdc.org

*Attorneys for Plaintiff Natural Resources Defense Council*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT *et al.*, <br><br> *Defendants*, <br><br> CONOCOPHILLIPS ALASKA, INC.; ARCTIC SLOPE REGIONAL CORPORATION; NORTH SLOPE BOROUGH; KUUKPIK CORPORATION; and STATE OF ALASKA, <br><br> *Intervenor-Defendants.* | Case No. 3:23-cv-00061-SLG |

**DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFFS' MOTION FOR EXPEDITED CONSIDERATION OF THEIR MOTION FOR INJUNCTION PENDING APPEAL (RULING REQUESTED ON APRIL 5, 2023)**

I, Erik Grafe, declare as follows:

1. I am an attorney at the Alaska Office of Earthjustice, a nonprofit public interest environmental law firm. I am one of the attorneys for Plaintiffs in the above-captioned case. I submit this declaration pursuant to Local Rule 7.3(a).

2. On March 16, 2023, Plaintiffs filed a motion for preliminary injunction.

3. On April 3, 2023, this Court issued an order denying Plaintiffs' motion for preliminary injunction.

4. On April 4, 2023, I emailed counsel for Federal Defendants and counsel for Intervenor-Defendants, explaining Plaintiffs' intention to appeal and seek an injunction pending appeal. I also explained that Plaintiffs would be proposing expedited consideration of that request to allow for a decision before irreparable harm occurs.

5. On April 4, 2023, I received emails from counsel for Federal Defendants and Intervenor-Defendants explaining they take no position on the request for expedited consideration but will oppose the motion for injunction pending appeal.

6. On April 4, 2023, I also learned from counsel for ConocoPhillips that the company's winter construction activities have begun and will continue as planned.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: April 4, 2023

        *s/ Erik Grafe*
        Erik Grafe
        EARTHJUSTICE