IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA



APR 20 2023

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, DEFENDERS OF WILDLIFE, FRIENDS OF THE EARTH, GREENPEACE, INC., and NATURAL RESOURCES DEFENSE COUNCIL, INC., | ) ) ) ) ) |
| *Plaintiffs,* *v.* | ) ) ) ) ) |
| BUREAU OF LAND MANAGEMENT; UNITED STATES FISH AND WILDLIFE SERVICE; NATIONAL MARINE FISHERIES SERVICE; UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES DEPARTMENT OF COMMERCE; DEB HAALAND, in her official capacity as Secretary of the Interior; TOMMY P. BEAUDREAU, in his official capacity as Deputy Secretary of the Interior; GINA M. RAIMONDO, in her official capacity as Secretary of Commerce; STEVEN COHN, in his official capacity as Alaska State Director of Bureau of Land Management; SARA BOARIO, in her official capacity as Regional Director of United States Fish and Wildlife Service; and JONATHAN KURLAND, in his official capacity as Regional Administrator of National Marine Fisheries Service, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| *Defendants.* | ) ) |

Case No.

**3:23-cv-00061-HRH**

-------------------------------------------------------------

## LETTER TO THE COURT SHOWING THAT THERE IS NO SCIENTIFIC BASIS FOR THE CLAIMS THAT BURNING FOSSIL FUEL COULD CAUSE GLOBAL WARMING, AND THE CALLS FOR ZERO-CARBON EMISSION IS DESTRUCTIVE TO THE ENVIRONMENT AND THE STANDARD OF LIVING.

Presented by:
**TAREK FARAG, pro se.**
**411 N WARWICK AVE, WESTMONT, IL 60559**
**Phone: 630 709 3965**
**Email: tarekfaragusa@hotmail.com**

## IDENTITY AND INTEREST OF THE PRESENTER
## OF THE LETTER TO THE COURT*

My name is Tarek Farag. I am an engineer having worked in many engineering fields, did many scientific researches including my Masters and PhD in nuclear engineering, was certified as a PE (Professional Engineer) in Illinois in 1994, and have a few patents. I emigrated from Egypt in 1988, with my family to the USA escaping a tyrant system that fully controls the media, prosecutes and eliminates any opposing voice, and its president has the power to arrest and imprison any person. This tyrannical system has elected officials that their jobs are to praise the government and hold the people accountable to it, and has a constitution that mandates discrimination and the president can manipulate and change it according to his whims.

I believed that the USA is the greatest nation because of its Constitution; not its people (people are the same everywhere), nor its resources. However, I became worried after the miserable failures of our government to prevent the terrorists' attacks on 9/11 (even after many warnings), and no one resigned or was held accountable. I became very worried after the repeated failures of the government to prevent the "Boston Marathon Massacre", then the "San Bernardino Massacre", followed by the "Orlando Florida Massacre", even after the clear warnings, and again, no one resigned or was held accountable or our elected officials raised enough voices. I became terrified after seeing the government controlling what the people should know or say, including the facts about the man-made-global-warming.

I examined the declarations of the former president Obama that this warming will drown huge areas of the land under water, and I found it to be untrue (a hoax), which motivated me to thoroughly examine and follow it up. Obama opened new gates for many to jump on the issue,

---

* I did not receive any financial or technical support from anyone, for my research or the preparation and filing of this letter.

promote it, gain power, and make huge financial gains. The worst part was, and is, the promotion of this hoax on an international level by NASA and the United Nations' Intergovernmental Panel on Climate Change (IPCC). The destruction of this hoax became clear after the Biden's administration war on fossil fuel, resulting in losing our energy independence, and the soaring of the prices of almost everything, which is **devastating for me personally** and almost all the citizens. I completed my scientific studies, analysis, and calculations using mainly the data contained in the technical reports generated by IPCC and NASA, which revealed serious errors. The claims that the released CO2 from **burning fossil fuel** could **cause Global Warming**, cause sea levels to rise, etc is a **hoax** that has no scientific basis.

I published my findings around May 2022, and around November 17, 2022, sent an open letter to UN Secretary General asking him to stop pushing countries into disasters due to the scientific hoax that burning fossil fuel is causing global warming. However, I didn't receive any response, and the push for the hoax continued. Around February 14, 2023, I sent another letter to him and to many politicians and decision makers, and complained to US Attorney General and to IL State Attorney General. However, **I didn't get any disputes to my findings, or a responsive reply**.

## SUMMARY OF THE ARGUMENT

The Man-Made-Global-Warming (MMG-Warming) has no scientific basis. Hence, all the actions, laws, administrative orders, subsidiaries, wars against fossil fuel, calls for Zero-Carbon emission, etc., based on it, are invalid.

## ARGUMENT

## 1. FACTS PRESENTED BY IPCC and NASA DISPUTING THE MMG-WARMING

As the UN is the major promoter of the MMG-Warming, I used mainly the materials of its

Intergovernmental Panel on Climate Change (**IPCC**), and **NASA, to prove its falsity.**

The theory behind MMG-Warming is that humans are burning large amounts of fossil fuel generating $CO_2$, which traps (absorbs) the IR (Infra Red radiations) emitted from the earth's surface heating the atmosphere, is grossly faulty, and there is no serious scientific research supporting it. The earth emits large spectrum of IR most of its energy is concentrated in the 3 to 100 micrometer range. $CO_2$ has limited absorption bands at (2, 2.7, 4.3, and 15 μm), which absorbs very small **energy** out of the total spectrum, while water vapor is the major absorbent. If we want to fight the global warming according to this theory, we should eliminate water vapor, which is impossible and would result in the death of life.

The **IPCC** in "The Earth's Energy Budget, - - ", stated:

https://www.ipcc.ch/report/ar6/wg1/downloads/report/IPCC_AR6_WGI_Chapter07.pdf

> "*However, the overall precision of these fluxes (uncertainty in global mean TOA flux of 1.7% (1.7 W m–2) for reflected solar and 1.3% (3.0 W m–2) for outgoing thermal radiation at the 90% confidence level)* is **not sufficient** *to quantify the Earth's energy imbalance in absolute terms. Therefore, the CERES EBAF reflected solar and emitted thermal TOA fluxes were adjusted, within the estimated uncertainties, to ensure that the net TOA flux for July 2005 to June 2015 was consistent with the estimated Earth's energy imbalance for the same period based on ocean heat content (OHC) measurements and energy uptake estimates for the land, cryosphere and atmosphere - -. ESMs typically show good agreement with global mean TOA fluxes from CERES-EBAF. However, as some ESMs are known to calibrate their TOA fluxes to CERES or similar data - -, this is not necessarily an indication of model accuracy, especially as ESMs show significant discrepancies on regional scales, often related to their representation of clouds*".

These statements are very problematic:

a) When doing the measurements at <u>higher precision</u>, the results **DISPROVED THEIR THEORY** of MMG-Warming (***not sufficient***), they twisted the invalidity of their models to "*this is <u>not necessarily an indication of model accuracy</u>*", then they **FABRICATED the measurements** (***adjusted***) to prove their theory against the scientific methods.

b) Most of the references they <u>used are their own that could be</u> **fabricated**.

The same problems shown above, are repeated by **NASA:**

https://ceres.larc.nasa.gov/documents/DQ_summaries/CERES_EBAF_Ed2.8_DQS.pdf

> "***<u>Despite recent improvements</u>*** *in satellite instrument calibration and the algorithms used to determine SW and LW outgoing top-of-atmosphere (TOA) radiative fluxes, a **<u>sizeable imbalance persists</u>** in the average global net radiation at the TOA from CERES satellite observations. With the most recent CERES Edition3 Instrument calibration improvements, the SYN1deg_Edition3 net imbalance is <u>~3.4 W m-2</u>, **<u>much larger</u>** than the expected observed ocean heating rate <u>~0.58 W m-2</u> - -. This **<u>imbalance is problematic</u>** in applications that use Earth Radiation Budget (ERB) data for **<u>climate model evaluation</u>**, estimations of the Earth's annual global mean energy budget, and studies that infer meridional heat transports. The CERES Energy Balanced and Filled (EBAF) **<u>dataset uses an OBJECTIVE constrainment algorithm to adjust SW and LW TOA fluxes within their ranges of uncertainty to remove the inconsistency between average global net TOA flux and heat storage in the Earth-atmosphere system</u>*".

These admissions by **NASA** and **IPCC** of manipulating the data was observed by Wallace at al, "On the Validity of **NOAA, NASA** and Hadley CRU Global Average Surface Temperature Data and the Validity of **EPA's CO2 Endangerment Finding**" (June 2017), p. 30.

The IPCC Technical Summary (TS) states:

"*Where there is sufficient __scientific confidence__ __findings__ can also be formulated as statements of __fact__ without uncertainty qualifiers*" [TS-38].

**It is wrong to mix the facts with the observations or findings**, because it could lead to wrong consequences, especially when others come to different results.

The IPCC reports use themselves or their older versions to prove themselves;

"*__Human influence on the climate system is now an__ __established fact__: The Fourth Assessment Report (AR4) stated in 2007 that 'warming of the climate system is unequivocal', and AR5 stated in 2013 that 'human influence on the climate system is clear*" [TS-41].

The IPCC reports based their evaluations on inaccurate equation by defining:

***Earth's energy imbalance:*** *In a stable climate, the amount of energy that Earth receives from the Sun is approximately in balance with the amount of energy that is lost to space in the form of reflected sunlight and thermal radiation.*

This definition is assuming that the earth is almost a perfect mirror, and **wrongfully using the words imbalance and approximately.** It ignored the energy absorbed and stored by the earth in different forms in plants, evaporation, wind, light, etc., with or without human activities.

IPCC gives a formula for temperature change ($\Delta T_o$) vs. CO2 concentrations (I don't trust IPCC or NASA anymore);

$$\Delta T_o = (5.35/3.2) \, Ln \, (C/C_o)$$

It shows that doubling CO2 concentration from its current estimated value of 400 ppm, to **800 ppm**, will increase Earth's surface temperature by just **1.16 °C** (much lower than IPCC predicted). While increasing CO2 concentration to **4000 ppm** will increase it **3.8 °C**. Which

could be easily adaptable and tolerated by humans, as we have hot and cold waves that could be higher than 4 °C. Again, **It does not take into consideration the cooling effect of CO2 as I'll explain later**.

NASA published the following figure (Fig 1). https://www.nasa.gov/feature/langley/what-is-earth-s-energy-budget-five-questions-with-a-guy-who-knows

Fig 1 shows the 10 years average energy (all-locations/hourly/daily of energy (its peak is 1360 W/m2, and average 340.4 W/m2)) absorbed by the Earth's surface is **163.3** $W/m^2$ radiated as **398.2** $W/m^2$, and the Earth's surface is reheated by greenhouse gases by **340.3** $W/m^2$.



**Fig 1: NASA's Earth's Energy Budget April 10, 2017**

This graph (Fig 1) represents many **scientific disasters**:

1) The earth's surface radiates energy more than the sun's energy or the absorbed energy.

2) Keeping this information more than 5 years on the internet without correcting, disputing, or explaining how it could be.

3) Other people and assumable scientists used some of its forms blindly without realizing its falsity.

IPCC in its "Earth's Energy Budget, - -", Chapter 7, page 934, stated;

https://www.ipcc.ch/report/ar6/wg1/downloads/report/PCC_AR6_WGI_Chapter07.pdf

"*To illustrate the overall effects that clouds exert on energy fluxes, Figure 7.2 (lower panel)* (Fig 2 here) *also shows the energy budget in the absence of clouds, with otherwise identical atmospheric and surface radiative properties. It has been derived by taking into account information contained in both in situ and satellite radiation measurements taken under cloud-free conditions (Wild et al., 2019). A comparison of the upper and lower panels in Figure 7.2* (Fig 2 and 3 here) *shows that **without clouds, 47 W m–2 less** solar radiation is reflected back to space globally (53 ± 2 W m–2 instead of 100 ± 2 W m–2), **while 28 W m–2 more thermal radiation is emitted to space** (267 ± 3 W m–2 instead of 239 ± 3 W m–2). As a result, there is a **20 W m–2** radiative imbalance at the TOA in the clear-sky energy budget (Figure 7.2, lower panel* (Fig 2 here), ***suggesting that the Earth would warm substantially if there were no clouds***"

Irrespective of the invalidity of Fig 2 and 3, the IPCC is ADMITTING THAT GREENHOUSE GASES CAUSE GLOBAL COOLING NOT WARMING, and contradicting the global warming theory, by ***suggesting that the Earth would warm substantially if there were no clouds*** (clouds are water vapor, the strongest greenhouse gases).



**Fig 2 Schematic representation of the global mean energy budget of the Earth without considerations of cloud effects**



**Fig 3 Schematic representation of the global mean energy budget of the Earth**

**In contrast**, they disproved the MMG-Warming again, by stating [page 1022]:

"*Scientists have made significant progress over the past decade and are <u>now more confident</u> that changes in clouds will **<u>amplify</u>**, rather than offset, <u>global warming</u> in the future*".

The **20 W m–2** IPCC previously estimated (page 934) is a factual number not a feeling and IPCC should not use the word "suggesting". There is **no basis for their statement of "more confident"** as they didn't specify the magnitude or direction. In science, there is no "confidence", there is "doubt", and numbers should express both.

IPCC presented Fig 2 and Fig 3 that are almost identical to NASA's Fig 1. **<u>Both, NASA and IPCC, are displaying the same errors</u>**. Examining Fig 3 (all sky), we find that the surface of the Earth is emitting **398** W/m2, which is 2.5 times the Sun's energy reaching the Earth's surface of **160** W/m2, and even 1.17 times the total incoming Sun's energy of **340** W/m2 (not counting 82 W/m2 evaporation, 21 W/m2 sensible heat, or 342 W/m2 down surface). **they are violating the basics of physics and the laws of thermodynamics**.

Moreover, Fig 3 shows that 80 W/m2 from the incoming Sun's energy are absorbed in the atmosphere, and 160 W/m2 are absorbed at the earth's surface while 159 W/m2 (398 – 239) are absorbed from the outgoing radiations. A total of **399** W/m2 (80 + 160 + 159 = 399) are continuously heating the atmosphere. This means that the Earth is not only warming, it is **<u>dangerously HEATING with energy MORE THAN THE INCOMING SUN'S ENERGY</u>** !!! Additionally, we can observe that the **<u>IR energy retained</u>** by the earth is not a negligible percentage that we can use the term "approximately". Also, these data <u>tell us that there is a **huge Global Warming crisis</u>** even without CO2 absorption. Additionally, looking at the outgoing thermal radiation at CO2 absorption bands of (15, 4.3, 2.7, and 2 μm), even with all these radiations fully absorbed, **<u>irrespective of CO2 concentrations</u>**, and ignoring that <u>CO2 radiates</u>

back IR at these bands, we realize that they are very small and have small effect on the total absorption. This means that CO2 concentrations have negligible effect on changing the retained outgoing energy, which means that **MMG-Warming due to burning fossil fuel is a hoax.**

**NOTICE THAT** IPCC is trying to impress people by their **computer models**, while computers don't make models, they are **computing machines without brains or knowledge**.

## 2. FACTS PRESENTED BY HONEST SCIENTISTS DISPUTING THE MMG-WARMING HOAX

There are other honest researchers discussing the MMG-Warming showing the errors involved (could be fraud), but bad scientists, media, and politicians were hiding their work. https://www.independent.org/multimedia/detail.asp?id=6073

There is an article by Tamara Cohen (Published: 15:40 EDT, 19 September 2013, Updated: September 2013). https://www.independent.org/multimedia/detail.asp?id=6073 It disclosed that the world's top climate scientists found that the temperature didn't rise for the last 15 years, and they were urged to hide this fact, to prevent the opposition to MMG-Warming from having facts supporting their argument.

Clive Best, on February 4, 2010, published an article titled "Doubling CO2 and basic physics" [https://clivebest.com/blog/?p=1169]. In his article, he referred to another article [http://brneurosci.org/co2.html] that concluded :

> "*direct IR radiation in the main CO2 bands is absorbed well below 1 km above the earth. Increasing levels of CO2 merely cause the absorption length to move closer to the surface. **Doubling the amount of CO2 does not double** the amount of global warming. Any **increase** could be at most **logarithmic**".*

Another scientists, Costa and Shine; [https://journals.ametsoc.org/view/journals/atsc/69/6/jas-

d-11-0248.1.xml?tab_body=fulltext-display], showed that the value of **40 Wm⁻²** for the irradiance reaching the top of the atmosphere from the surface, through the midinfrared atmospheric window, was estimated in an **ad hoc manner**, while it should be **20 W m⁻²** (± 20%). **Which proves again the falsity of the IPCC's data**.

**The two distinguished Princeton professors, Richard Lindzen, Prof. of Earth Sciences, and William Happer, Prof. of Physics, recently TESTIFIED BEFORE CONGRESS** against rules to burden all publicly traded companies by adopting climate change mitigation policies. They showed that there is no scientific basis for climate-related risk caused by fossil fuels and $CO_2$, and there is no climate emergency. **NO OTHER SCIENTIST DARED, or CARED, to COME FORWARD to DISPUTE THEIR TESTIMONY**. Their following link will be used by referring to its pages: https://www.sec.gov/comments/s7-10-22/s71022-20132171-302668.pdf

They disputed the MMGW-Alarmists' claims that $CO_2$ levels increased to dangerously high levels; while it is near a dangerously **record low** (for plant growth). Fig 4 shows that $CO_2$ level was at its highest level of about 7000 ppm, and currently at its low level of 411 ppm [page 8].

They showed the saturation effect of $CO_2$; when doubling its concentration from 400 ppm to 800 ppm the radiation emitted to space will change from 277 W m⁻² to 274 W m⁻², not double the energy as the Alarmists' say [page 21]. **Which means that changing $CO_2$ concentrations has minimum effect on the warming of Earth's surface**.

They proved the falsity of MMG-Warming models and their miserable failure to predict reality [page 12].

They clarified that "*The IPCC is Government Controlled and Only Issues Government Dictated Findings, and Thus Can Provide No Reliable Scientific Evidence for the Proposed Rule*" [page 13].



**Fig 4, CO2 & Temperature long term view – 600 million years of climate change Geological Timescale: Concentration of CO2 and Temperature fluctuations**

They showed how NASA and NOAA manipulated and fabricated the data to prove that there is MMG-Warming [page 20].

Further, they showed that "*Climate Science Publishing Is Dominated by One-Sided, Paid-For Studies with No Disclosure, and Thus Provides No Reliable Scientific Evidence to Support the Proposed Rule Without Full Disclosure of Funding*" [page 21].

They brought into attention the statements of **distinguished physics professor Dr. Harold Lewis**, in his **resignation letter** to the American Physical Society (October 6, 2010);

"*The **global warming scam**, with the (literally) trillions of dollars driving it ... has*

corrupted so many scientists ... ***It is the greatest and most successful pseudoscientific fraud I have seen in my long life as a physicist***" [page 21].

Most importantly, they showed that <u>doubling CO2 concentration</u> from 400 ppm to 800 ppm would decrease the Earth's radiated energy about 1.1%. Not the huge values claimed by the MMGW-Alarmists. Which could result in an <u>estimated temperature rise of 0.84 °C</u>, which is **four times smaller** than the 3°C "most likely" warming claimed by the <u>IPCC</u> for a doubling of CO2 [page 21].

Nobel Prize winner, Dr. Ivar Giaever, has a lecture: Global Warming Revisited, July 1, 2015. <u>https://mediatheque.lindau-nobel.org/recordings/34729/ivar-giaever-global-warming-revisited</u> Because the American Physical Society, made the non-scientific statement:

> "*The evidence is **incontrovertible: Global warming is occurring**. If no mitigating actions are taken, significant disruptions in the Earth's physical and ecological systems, social systems, security and human health are likely to occur. **We must reduce emissions of greenhouse gases beginning now**.*"

He resigned from the society in 2011, as the **distinguished physics professor Dr. Harold Lewis** did in October 2010. **Dr. Ivar Giaever** stated:

> "*First: nothing in science is **incontrovertible**. Second: the "measured" average temperature increase in **100 years** or so, is **0.8 Kelvin**. Third: since the Physical Society claim it has become warmer, why is everything better than before? Forth: the maximum average temperature ever measured was in 1998, 17 years ago. **When will we stop wasting money on alternative energy?**" *

An article titled "Carbon Dioxide, the Wimp" stated that:

<u>https://geosciencebigpicture.com/2014/01/13/carbon-dioxide-the-wimp/</u>

*"It is well-known that CO2 represents only one part in 2500 in the atmosphere. **Water vapor represents one part in 40.** Not only is CO2 a wimpy constituent of the atmosphere, it is also a wimpy constituent of the greenhouse gasses. He used a Solar Radiation Spectrum graph [https://en.wikipedia.org/wiki/Absorpt on_band] to find out that the earth gets about 1120 W/m2, water absorbs 168 W/m2, CO2 absorbs 5.6 W/m2. Which simply means that the **heat CO2 absorbs is about 3%** of the total absorption."*

There are many studies and reports proving that MMG-Warming is a HOAX, one of them is
https://www.climatedepot.com/special-reports/

## 3. GLOBAL WARMING WOULD REDUCE SEA LEVEL, NOT INCREASE IT

Let us assume that Global Warming is real, irrespective of the cause, and as some are predicting, will increase the average global temperature by 3° C. UC San Diego states;
https://scripps.ucsd.edu/news/voyager-how-long-until-ocean-temperature-goes-few-more-degrees *"The average temperature of the sea surface is about 20° C (68° F), but it ranges from more than 30° C (86° F) in warm tropical regions to less than 0°C at high latitudes"*
Using average temperature of **20°C**, at which the water vapor content in the air is about 17.30 gm/m3, when it increases by the **predicted 3°C** to 23°C, the water vapor content is about **20.59 gm/m3**, an increase of **19%**. This 19% increase in water vapor means **tremendous amounts of water evaporation** from the sea surface **reducing its level substantially. Notice that such evaporation will absorb sun's energy and reduce the surface temperature stopping the evaporation, in other words, it would have a feedback effect that would cool the surface.**
Assuming the data in Fig 2 and Fig 3 are valid; 247 W/m2 will go down towards Earth's surface for clear sky, and 185 W/m2 for normal clouds, i.e., the net effect of normal clouds is a reduction

of about 62 W/m2. Assuming a linear relationship, then increasing cloud's density by 19%, will reduce Sun's energy going down towards Earth's surface by about **11.78 W/m2** (0.19x62), which is a huge reduction compared to the imbalance of **0.7 W/m**, or the **additional 3W/m2 of CO2 absorption** (277-274 W/m2) for its increase from 400 to 800 ppm.

Further, **increasing the water vapor in the atmosphere WILL INCREASE THE PRECIPITATION OF RAIN, SNOW, AND ICE.**

There is a claim that the expansion of water due to the increase in its temperature will contribute to rising the sea level, which is not true. At 20°C the specific volume of water is 1.0018 m3/kg, and at 23°C it is 1.0024, a change of volume of about 0.06% which gives about **0.02% linear increase** that will happen only at the **small depth from the water surface**, not like the **19% increase in water vapor** in the atmosphere for **many kilometers**.

Another claim that sea level will rise due to the melting of ice. Some people exaggerate things and present numbers as if all the ice will melt. About 90% of the world's ice is at Antarctica, where the **average** temperature is about **-37°C.** Hence, increasing its temperature by 3°C will **NOT MELT ANY ICE THERE**. On the North Pole, the ice is not thick and floats on the Arctic Ocean. The average temperature of the North Pole during winter is about -40°C, and during summer is about 0°C, hence increasing the temperature by 3°C will not melt any ice during winter, and will have negligible effect during summer.

Additionally, an increase of humidity by about 20%, due to the claimed global temperature rise by 3°C, **will increase the precipitation of ice on both the North and South poles**, which will **CONTRIBUTE FURTHER TO REDUCING SEA LEVELS BY TRANSFERRING THE EVAPORATED WATER TO THEM.**

## 4. GLOBAL WARMING AND SEA LEVEL RISING COULD BE REAL, BUT NOT DUE TO BURNING FOSSIL FUEL

People try to live in areas where the temperature over the year is reasonable for the human body. Looking at the most populated areas in Ancient Egypt, we find that they were moving from south to north over the years. The city of Luxor, at latitude 25.68°, and current average peak temperature of about 40.5 °C, was the most populated area about 4000 years ago. The city of Cairo, at latitude 30.03°, and current average peak temperature of about 34.7 °C was the most populated area about 1000 years ago. We can guess that the temperature increased about 5.8 °C (40.5 – 34.7) over 3000 years. This could be interpreted as a **natural global warming, within the current 4000 years, of about 2 °C per 1000 years, without any human activities**.

It is well known that the outer space has water, as stated by NASA:

[https://mobile.arc.nasa.gov/public/iexplore/missions/pages/yss/april2012.html]

> *"Ice is common in our solar system, from deposits at the poles of Mercury and the Moon to ice-covered moons and rings around distant Jupiter and Saturn, and **comets made of ice** and other materials streaming across the spaces between. And, of course, ice is present around our own world."*

Hence, **there is a possibility that some of the ice in the outer space would come into our atmosphere, and eventually reach the oceans and seas, increasing their levels**.

## 5. CO2 INCREASE AND RISING TEMPERATURE ARE VERY GOOD FOR THE ENVIRONMENT AND PLANTS

It was known for long time that increasing CO2 concentrations improved the growth of plants. [https://www.**nasa**.gov/feature/goddard/2016/nasa-study-rising-carbon-dioxide-levels-will-help-and-hurt-crops as NASA states (2016/5/3)]

> *"Studies have shown that **higher concentrations of atmospheric carbon dioxide affect**

*crops in two important ways: they **boost crop yields** by increasing the rate of*

*photosynthesis, which spurs growth, and they reduce the amount of water crops lose*

*through transpiration. Plants transpire through their leaves, which contain tiny pores*

*called stomata that open and collect carbon dioxide molecules for photosynthesis. During*

*that process they release water vapor. As carbon dioxide concentrations increase, the*

*pores don't open as wide, resulting in lower levels of transpiration by plants and thus*

***increased water-use efficiency***".

https://climate.nasa.gov/news/2436/co2-is-making-earth-greenerfor-now/

"*A quarter to half of Earth's vegetated lands has shown **significant greening** over the last*

*35 years largely due to rising levels of atmospheric carbon dioxide*".

https://www.livescience.com/54579-earth-is-greening-as-globe-warms.html

"*The **excess carbon dioxide** in the atmosphere has **created a greener planet**, a new NASA*

*study shows. Around the world, areas that were once icebound, barren or sandy are now*

*covered in green foliage. All told, carbon emissions have fueled greening in an area*

*about twice the size of the continental United States between 1982 and 2009*".

**We should not forget that marine life would improve the same way as plants by the**

**increase of CO2 levels.** https://oceanservice.noaa.gov/facts/plankton.html

"***Phytoplankton** are microscopic plants, but they play a huge role in the marine food*

*web. **Like plants** on land, phytoplankton perform photosynthesis to convert the **sun's rays***

***into energy** to support them, and they **take in carbon dioxide and produce oxygen**.*

*Because they need the sun's energy, - -*".

However, some people are wrongfully claiming that the increase of CO2 would increase the

acidity of water damaging marine life.

CO2 Coalition quantified the increase in crop biomass, resulting from adding 300 ppm CO2, to be between a minimum of 41% to a high of 77.8%. https://co2coalition.org/wp-content/uploads/2021/08/CO2_8.jpg

This could make us conclude that doubling CO2 concentration from 400 ppm to 800 ppm would increase crop biomass by about 55% to 104%. Those increases are tremendous in value that **should make us increase CO2 concentration as much as we can, and burn more fossil fuel**, not to destroy our economy and standard of living by reducing or eliminating fossil fuel.

There is no need to discuss the fact that; **increasing the global temperature will extend the planting season increasing the crops globally, and improve the quality of the crops**. Just examining the tropical areas and the richness and quality of its crops.

## 6. CO2 INCREASE WOULD CAUSE GLOBAL COOLING NOT GLOBAL WARMING

The website SinceDirect.com, estimates that the maximum theoretical efficiency of the photosynthesis process is approximately 11%, which brings about a general photosynthetic proficiency of 3%–6% based on total solar radiation.
https://www.sciencedirect.com/topics/biochemistry-genetics-and-molecular-biology/photosynthetic-efficiency

The website LifeScience.com, estimates that the green leafy flora make up 32% of Earth's surface area.
https://www.livescience.com/54579-earth-is-greening-as-globe-warms.html

We assume that the photosynthetic average proficiency is 4.5%, the green land is 32% of Earth's land, which is 29% of Earth's total surface area, and the Sun's energy reaching Earth's surface is 160 W/m2. Then the plants are storing about **0.668 W/m2** (.045 x .32 x 0.29 x 160 = 0.668). Assuming that CO2 is doubled to 800 ppm, which would result in 55% to 104% increase in

biomass of plants of an average of **79.5%**. This means that **increasing CO2 to 800 ppm would make the plants store an additional 79.5% of energy**, i.e., **0.53 W/m2** (0.795 x 0.668 = 0.53), which would cool the Earth's surface with a total amount of **1.198 W/m2**. However, if we assume that sea plants (planktons) will have growth similar to land plants of an average 79.5%, and the entire water surface is occupied with sea plants, we get an energy storage of **5.11 W/m2** (0.045 efficiency x 0.71 water area x 160 = 5.11). Increasing CO2 to 800 ppm, would give us additional storage of **4.06 W/m2** (5.11 x .795). Adding land and water extra storage; we get **4.73 W/m2**, which is more than the **3 W/m2** difference in the radiation emitted to space (277 and 274) when increasing CO2 concentration to 800 ppm. **This would reduce the temperature by storing those extra Sun's energy, like a battery, instead of letting those energies become heat.** These two values prove the cooling effect of CO2.

We should notice that the **0.668 W/m2** and **4.73 W/m2 of CO2 COOLING** could be the missing values in both the IPCC's and NASA's Earth's Energy Budget that both are **trying to fabricate** the measurements to validate their wrong models (to prove the MMG-Warming).

## 7. PLANTS WILL REDUCE THE INCREASE OF CO2

From the numbers above, that increasing CO2 concentration from **400 to 800 ppm** could result in plants growth by an average **79.5%,** resulting in an increase of CO2 absorption by the same ratio of 79.5%. Which could result in absorption of 79.5% of the excess 400 ppm, i.e. 318 ppm (.795 x 400 = 318), which could leave 82 ppm, i.e. **CO2 concentration will be reduced from 800 to 482 ppm** [there are many assumptions in these calculations, but they demonstrate the balancing effect (feedback) of reducing the increase in CO2 concentration].

## CONCLUSION

Tarek Farag, the presenter of this letter, would respectfully ask this Honorable Court for the following:

1) Allow this letter to be filed electronically, and accept it as an "Amicus Brief", to serve all the parties electronically, and to make it accessible and easy to examine and oppose.

2) Declare that the Man-Made-Global-Warming and the Zero-Carbon emission are destructive non-scientific issues.

3) Invalidate all the administrative orders, laws, subsidiaries, etc. to combat MMG-Warming, promote Zero-Carbon emission, or against fossil fuels, that are not based on solid science.

4) Hold accountable, all the people, agencies, companies, organizations, etc. that knowingly ignored the science, manipulated the data, promoted false claims, obstructed and hid the truth, benefited from the lies, violated their duties to respond appropriately, prevented or suppressed the scientific discussions, etc.

5) Refer any criminal activities or negligence for the purpose of prosecutions.

6) Take any additional actions this Honorable Court sees as proper and just.

Respectfully submitted,

**TAREK FARAG, pro se.**
**411 N WARWICK AVE, WESTMONT, IL 60559**
**Phone: 630 709 3965**
**Email: tarekfaragusa@hotmail.com**

Note: This letter contains about 5221 words.



U.S. POSTAGE PAID
PCM 1S ENV
WESTMONT, IL
60559
APR 10, 23
AMOUNT
**$2.22**
R2305H127952-10

RDC 99          99513

Sender: **TAREK FARAG**
411 N WARWICK AVE, WESTMONT, IL 60559

Case No. **3:23-cv-00061-HRH**

**CLERK OF THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**
**222 W. 7th AVENUE, ROOM 229, BOX/SUITE #4**
**ANCHORAGE, AK 99513**