Jeremy C. Lieb / Erik Grafe
Ian S. Dooley / Carole A. Holley
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: jlieb@earthjustice.org
E: egrafe@earthjustice.org
E: idooley@earthjustice.org
E: cholley@earthjustice.org

Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: ejorgensen@earthjustice.org

*Attorneys for Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Friends of the Earth, and Greenpeace, Inc.*

Kristen Monsell (*pro hac vice*)
CENTER FOR BIOLOGICAL
DIVERSITY
1212 Broadway, St. #800
Oakland, CA 94612
T: 510.844.7100
E: kmonsell@biologicaldiversity.org

Cecilia Segal (*pro hac vice*)
Ann Alexander (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter St., 21st floor
San Francisco, CA 94104
T: 415.875.6100 / 415.875.6190
E: csegal@nrdc.org / aalexander@nrdc.org

*Attorneys for Plaintiff Center for Biological Diversity*

*Attorneys for Plaintiff Natural Resources Defense Council*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>BUREAU OF LAND MANAGEMENT *et al.*,<br><br>    *Defendants*,<br><br>CONOCOPHILLIPS ALASKA *et al.*,<br><br>    *Intervenor-Defendants*. | Case No. 3:23-cv-00061-SLG |

**AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT**

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that I am over 18 years of age, I am not a party to this action, and that on March 15, 2023, Emma Askea, a litigation assistant under my supervision, served the Summons and Complaint in the above-captioned case on the below-named defendants in the manner indicated:

| | |
|---|---|
| Bureau of Land Management<br>1849 C Street NW<br>Washington, DC 20240 | 1) Serving the United States and<br>2) Sending Bureau of Land Management a copy of the summons and complaint by first class mail, certified and return receipt requested. |
| United States Fish and Wildlife Service<br>1849 C Street, NW<br>Washington, DC 20240 | 1) Serving the United States and<br>2) Sending United States Fish and Wildlife Service a copy of the summons and complaint by first class mail, certified and return receipt requested. |
| National Marine Fisheries Service<br>1315 East-West Highway, 14th floor<br>Silver Spring, MD 20910 | 1) Serving the United States and<br>2) Sending National Marine Fisheries Service a copy of the summons and complaint by first class mail, certified and return receipt requested. |
| United States Department of the Interior<br>1849 C Street, NW<br>Washington, DC 20240 | 1) Serving the United States and<br>2) Sending United States Department of the Interior a copy of the summons and complaint by first class mail, certified and return receipt requested. |
| United States Department of Commerce<br>1401 Constitution Ave NW<br>Washington, DC 20230 | 1) Serving the United States and<br>2) Sending United States Department of Commerce a copy of the summons and complaint by first class mail, certified and return receipt requested. |

| | |
|---|---|
| Deb Haaland, Secretary<br>United States Department of the Interior<br>1849 C Street, NW<br>Washington, DC 20240 | 1) Serving the United States and<br>2) Sending Secretary Haaland a copy of the summons and complaint by first class mail, certified and return receipt requested. |
| Tommy P. Beaudreau, Deputy Secretary<br>United States Department of the Interior<br>1849 C Street, NW<br>Washington, DC 20240 | 1) Serving the United States and<br>2) Sending Deputy Secretary Beaudreau a copy of the summons and complaint by first class mail, certified and return receipt requested. |
| Gina M. Raimondo, Secretary<br>United States Department of Commerce<br>1401 Constitution Ave NW<br>Washington, DC 20230 | 1) Serving the United States and<br>2) Sending Secretary Raimondo a copy of the summons and complaint by first class mail, certified and return receipt requested. |
| Steve Cohn, Alaska State Director<br>Bureau of Land Management<br>222 W 7th Avenue #13<br>Anchorage, AK 99513 | 1) Serving the United States and<br>2) Sending State Director Cohn a copy of the summons and complaint by first class mail, certified and return receipt requested. |
| Sara Boario, Regional Director<br>United States Fish and Wildlife Service<br>1011 East Tudor Rd<br>Anchorage, AK 99503 | 1) Serving the United States and<br>2) Sending Regional Director Boario a copy of the summons and complaint by first class mail, certified and return receipt requested. |
| Jonathan Kurland, Regional Administrator<br>National Marine Fisheries Service<br>709 W. 9th St., Rm 420<br>Juneau, AK 99801 | 1) Serving the United States and<br>2) Sending Regional Administrator Kurland a copy of the summons and complaint by first class mail, certified and return receipt requested. |

Pursuant to Fed. R. Civ. P. 4(i)(1)(B) and 4(i)(1)(A)(ii), service on the United States was accomplished on March 15, 2023, by sending copies of the summonses and complaint by first class mail, certified and return receipt requested, to the following:

| Merrick B. Garland, Attorney General | Civil Process Clerk |
| United States Department of Justice | U.S. Attorney, District of Alaska |
| 950 Pennsylvania Avenue, NW | United States Department of Justice |
| Washington, DC 20530-0001 | 222 West 7th Avenue, Room 253, #9 |
| | Anchorage, AK 99513 |

Copies of the U.S. Postal Service certified mail receipts and return receipts are attached as proof of service on Bureau of Land Management, National Marine Fisheries Service, United States Department of the Interior, Deb Haaland, Tommy P. Beaudreau, Gina M. Raimondo, Steve Cohn, Sara Boario, Jonathan Kurland, Merrick B. Garland, and Civil Process Clerk. *See* Exhibit 1. In lieu of the return receipt, delivery on United States Fish and Wildlife Service and United States Department of Commerce was confirmed via U.S. Postal Service Tracking. *See* Exhibit 2.

I certify under penalty of perjury that the foregoing is true.

Dated: May 3, 2023.

Iris Korhonen-Penn
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.792.7126
E: ikorhonen@earthjustice.org



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bureau of Land Management
1849 C Street NW
Washington, DC 20240

9590 9402 7692 2122 3314 91

2. Article Number (Transfer from service label)

7020 1290 0001 3849 3621

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Mia D. Ragland     ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Mia D. Ragland-Evans    3/22/23

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☒ No

REQUESTED RETURN RECEIPT

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

**Exhibit 1, page 1 of 11**



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

Certified Mail Fee: $4.15
Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage: $17.05
Total Postage and Fees: $24.55

Postmark Here: 03/15/2023

Sent To: National Marine Fisheries Service
Street and: 1315 East-West Highway, 14th floor
City, State: Silver Spring, MD 20910

7020 1290 0001 3849 3607

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

National Marine Fisheries Service
1315 East-West Highway, 14th floor
Silver Spring, MD 20910

9590 9402 7692 2122 3316 13

2. Article Number (Transfer from service label)
7020 1290 0001 3849 3607

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): M Dur
C. Date of Delivery: 3/20

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

RETURN RECEIPT REQUESTED

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20240 OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $4.15 | 0800 10 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $0.00 | |
| ☐ Return Receipt (electronic) $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $0.00 | |
| ☐ Adult Signature Required $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $17.05 | 03/15/2023 |
| Total Postage and Fees $24.55 | |

Sent To: United States Department of the Interior
Street and Apt: 1849 C Street, NW
City, State, ZIP: Washington, DC 20240

7020 1290 0001 3849 3591

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Department of the Interior
1849 C Street, NW
Washington, DC 20240

9590 9402 7692 2122 3316 06

2. Article Number *(Transfer from service label)*

7020 1290 0001 3849 3591

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X G. Knight    ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*: A. Knight
C. Date of Delivery: 3-22-23

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

RETURN RECEIPT REQUESTED

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20240

| Certified Mail Fee | $4.15 | 0800 |
|---|---|---|
| $ | $3.35 | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage | $17.05 | |
| $ | | |
| Total Postage and Fees | | 03/15/2023 |
| $ | $24.55 | |

Sent To: Deb Haaland, Secretary
Street and: United States Department of the Interior
City, State: 1849 C Street, NW
PS Form: Washington, DC 20240

7020 1290 0001 3849 3577

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Deb Haaland, Secretary
United States Department of the Interior
1849 C Street, NW
Washington, DC 20240

9590 9402 7692 2122 3315 83

2. Article Number (Transfer from service label)
7020 1290 0001 3849 3577

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name): A. Knight
C. Date of Delivery: 3-22-23

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053       Domestic Return Receipt

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20240 OFFICIAL USE

| Certified Mail Fee | $4.15 | 0800 |
| --- | --- | --- |
| $ | $3.35 | 10 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00         Postmark
- ☐ Certified Mail Restricted Delivery $ $0.00      Here
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $17.05

Total Postage and Fees $24.55

03/15/2023

Sent To: Tommy P. Beaudreau, Deputy Secretary
Street and: United States Department of the Interior
City, State: 1849 C Street, NW
Washington, DC 20240

Tracking: 7020 1290 0001 3849 3515

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Tommy P. Beaudreau, Deputy Secretary
   United States Department of the Interior
   1849 C Street, NW
   Washington, DC 20240

   9590 9402 7692 2122 3315 21

2. Article Number *(Transfer from service label)*

   7020 1290 0001 3849 3515

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _C. Knight_    ☐ Agent
                 ☐ Addressee

B. Received by *(Printed Name)*: A. Knight
C. Date of Delivery: 3-22-23

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

RETURN RECEIPT REQUESTED

3. Service Type
   - ☐ Adult Signature
   - ☐ Adult Signature Restricted Delivery
   - ☒ Certified Mail®
   - ☐ Certified Mail Restricted Delivery
   - ☐ Collect on Delivery
   - ☐ Collect on Delivery Restricted Delivery
   - ☐ Insured Mail
   - ☐ Insured Mail Restricted Delivery (over $500)
   - ☐ Priority Mail Express®
   - ☐ Registered Mail™
   - ☐ Registered Mail Restricted Delivery
   - ☐ Signature Confirmation™
   - ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Washington, DC 20230

Certified Mail Fee $4.15

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $17.05

Total Postage and Fees $24.55

Sent To: Gina M. Raimondo, Secretary
United States Department of Commerce
1401 Constitution Ave NW
Washington, DC 20230

Postmark Here 03/15/2023

7020 1290 0001 3849 3560

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gina M. Raimondo, Secretary
United States Department of Commerce
1401 Constitution Ave NW
Washington, DC 20230

9590 9402 7692 2122 3315 76

2. Article Number (Transfer from service label)

7020 1290 0001 3849 3560

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Exec Sec
C. Date of Delivery: 3-23-23

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

RETURN RECEIPT REQUESTED

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**Exhibit 1, page 6 of 11**

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Anchorage, AK

Certified Mail Fee $4.15

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $11.45

Total Postage and Fees $18.95

Postmark Here 03/15/2023

Sent To: Steve Cohn, Alaska State Director
Street and Apt.: Bureau of Land Management
City, State, ZIP+4: 222 W 7th Avenue #13
Anchorage, AK 99513

PS Form 3800

Article Number: 7020 1290 0001 3849 3553

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Steve Cohn, Alaska State Director
Bureau of Land Management
222 W 7th Avenue #13
Anchorage, AK 99513

9590 9402 7692 2122 3315 69

2. Article Number (Transfer from service label)
7020 1290 0001 3849 3553

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RETURN RECEIPT REQUESTED

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 — Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Anchorage, AK 99503

Certified Mail Fee $4.15
$3.75

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ $0.00
☐ Return Receipt (electronic)     $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required        $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $11.45

Total Postage and Fees $15.95

Postmark Here 03/15/2023 0800 10

Sent To: Sara Boario, Regional Director, Alaska
Street and: United States Fish and Wildlife Service
City, State: 1011 East Tudor Rd
Anchorage, AK 99503

7020 1290 0001 3849 3508

PS Form

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sara Boario, Regional Director, Alaska
United States Fish and Wildlife Service
1011 East Tudor Rd
Anchorage, AK 99503

9590 9402 7692 2122 3315 14

2. Article Number (Transfer from service label)

7020 1290 0001 3849 3508

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
   F. Pena   BARROW               3/20/23

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
  ured Mail
  ured Mail Restricted Delivery
  er $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Juneau, AK — OFFICIAL USE

Certified Mail Fee $4.15
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $9.80
Total Postage and Fees $17.30

Postmark Here 03/15/2023

Sent To: Jonathan Kurland, Regional Administrator
Street and Apt: National Marine Fisheries Service
City, State, ZIP: 709 W. 9th St., Rm 420
Juneau, AK 99801

7020 1290 0001 3849 3546

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jonathan Kurland, Regional Administrator
National Marine Fisheries Service
709 W. 9th St., Rm 420
Juneau, AK 99801

9590 9402 7692 2122 3315 52

2. Article Number (Transfer from service label)
7020 1290 0001 3849 3546

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Katherine Goephus
C. Date of Delivery: 4/24/2023

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

**Exhibit 1, page 9 of 11**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Certified Mail Fee $4.15
$3.35

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery $

Postage $17.05

Total Postage and Fees $24.55

Postmark Here 03/15/2023

Sent To: Merrick B. Garland, Attorney General
Street and: United States Department of Justice
City, State: 950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

7020 1290 0001 3849 3539

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Merrick B. Garland, Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

9590 9402 7692 2122 3315 45

2. Article Number (Transfer from service label)
7020 1290 0001 3849 3539

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MAR 2 2 2023

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053  Domestic Return Receipt

**Exhibit 1, page 10 of 11**



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
U.S. Attorney, District of Alaska
United States Department of Justice
222 West 7th Avenue, Room 253, #9
Anchorage, AK 99513

9590 9402 7692 2122 3315 38

2. Article Number (Transfer from service label)
7020 1290 0001 3849 3522

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  20 Mar 23

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

RETURN RECEIPT REQUESTED

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**Exhibit 2, page 1 of 4**

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70201290000138493614

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 11:49 am on March 21, 2023 in WASHINGTON, DC 20240.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20240
March 21, 2023, 11:49 am

See All Tracking History

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**Exhibit 2, page 2 of 4**

Case 3:23-cv-00061-SLG    Document 92-1    Filed 05/03/23    Page 17 of 19

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

Washington DC 20230

| Certified Mail Fee $4.15 | 0800 |
| --- | --- |
| $ $3.35 | 10 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $17.05 | |
| Total Postage and Fees $24.55 | 03/15/2023 |

Sent To: United States Department of Commerce
Street and: 1401 Constitution Ave NW
City, State: Washington, DC 20230

PS Form

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70201290000138493584

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 7:07 am on March 22, 2023 in WASHINGTON, DC 20230.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20230
March 22, 2023, 7:07 am

See All Tracking History

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

**Exhibit 2, page 4 of 4**

Case 3:23-cv-00061-SLG     Document 92-1     Filed 05/03/23     Page 19 of 19