FILED

MAY 19 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SOVEREIGN INUPIAT FOR A LIVING ARCTIC; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT; et al., <br><br> Defendants-Appellees, <br><br> CONOCOPHILLIPS ALASKA, INC.; et al., <br><br> Intervenor-Defendants-Appellees. | No. 23-35226 <br><br> D.C. No. 3:23-cv-00058-SLG District of Alaska, Anchorage <br><br> ORDER |
| CENTER FOR BIOLOGICAL DIVERSITY; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT; et al., <br><br> Defendants-Appellees, <br><br> CONOCOPHILLIPS ALASKA, INC.; et al., <br><br> Intervenor-Defendants-Appellees. | No. 23-35227 <br><br> D.C. No. 3:23-cv-00061-SLG |

Appellants' motions for voluntary dismissal of these appeals (Docket Entry Nos. 28, 29 in No. 23-35226; Docket Entry Nos. 30, 31 in No. 23-35227) are granted. These appeals are dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT