Lia Comerford (*pro hac vice*)
OSB #141513
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd
Portland, OR 97219
(503) 768-6823
comerfordl@lclark.edu

*Attorney for Amici Curiae*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,  *Plaintiffs*,  v.  BUREAU OF LAND MANAGEMENT, *et al.*  *Defendants*,  and  CONOCOPHILLIPS ALASKA, INC. et al.,  *Intervenor-Defendants*. | No. 3:23-cv-00061-SLG |

**MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF OF MEMBERS OF CONGRESS IN SUPPORT OF PLAINTIFFS' PRINCIPAL BRIEF**

Members of the U.S. Congress respectfully move this Court for leave to participate as *amici curiae* by filling an amicus brief in this action in support of the Plaintiffs' Principal Brief. The members of Congress seeking to participate as *amici curiae* include Representatives Jared Huffman (CA), Raúl Grijalva (AZ), Becca Balint (VT), Nanette Diaz

Barragán (CA), Katie Porter (CA), Don Beyer (VA), and Alexandria Ocasio-Cortez (NY). Counsel for members of Congress contacted counsel for the Parties to determine their positions on this motion. Plaintiffs consent to the filing of the amicus brief. Federal Defendants take no position on the motion for leave to participate as amicus. ConocoPhillips reserves its position on the motion for leave to file an amicus brief and will respond to the motion after it is filed. The Arctic Slope Regional Corporation takes no position on the motion. The North Slope Borough reserves its position and will respond to the motion. The State of Alaska reserves its position and will respond to the motion. The Kuukpik Corporation has not responded by the time of filing. For the following reasons, the Court should grant this motion.

## DISCUSSION

Because there is no Federal Rule of Civil Procedure or District of Alaska Local Civil Rule governing amicus briefs, this Court looks to Federal Rule of Appellate Procedure 29 for guidance. *See, e.g.*, *Dep't of Fish & Game v. Fed. Subsistence Bd.*, 2021 WL 6926426, No. 3:20-cv-00195-SLG, at *1 (D. Alaska Aug. 24, 2021). Under Appellate Rule 29(a), leave to file an *amicus* brief may be granted where (1) the *amicus curiae* has an interest in the litigation; (2) the *amicus* brief would be beneficial to the court; and (3) the *amicus* brief raises issues relevant to the case. *See* Fed. R. App. P. 29(a)(3); *Dep't of Fish & Game*, 2021 WL 6926426, at *1. These criteria are met here. When such conditions are met, "[a]n amicus brief should normally be allowed." *Cmty. Ass'n for Restoration of Env't (CARE) v. DeRuyter Bros. Dairy*, 54 F. Supp. 2d 974, 975 (E.D. Wash. 1999). As such, this Court should grant *Amici's* motion for leave to file an amicus brief.

MOTION TO FILE *AMICUS CURIAE* BRIEF  2
*Center for Biological Diversity, et. al. v. BLM, et al*, Case No. 3:23-cv-00061-SLG
Case 3:23-cv-00061-SLG   Document 117   Filed 07/28/23   Page 2 of 6

A. *Amici* **have an interest in the litigation.**

Proposed *amici curiae* are members of Congress filing this brief in support of the Plaintiffs. *Amici*'s brief is necessary to provide the perspectives and present the interests of members of Congress that do not appear in the Parties' briefs. *Amici* are dedicated to ensuring that the federal government is doing all it can to combat climate change, the greatest threat to humans, the environment, and biodiversity. The Willow Project will exacerbate the climate crisis. As such, Willow's impacts are not limited to only Alaska; Willow will have far-reaching consequences for the entire nation. *Amici*'s brief raises important concerns about Willow's effects on the United States' ability to address climate change, as well as related efforts to promote environmental justice and protect national security. Moreover, as members of Congress, *Amici* have a strong interest in the proper interpretation of federal statutes, including the National Environmental Policy Act ("NEPA") and the Endangered Species Act ("ESA"). *Amici* rely on federal agencies to properly implement the environmental laws Congress has enacted and ensure that federal decisions adequately address climate change. BLM's and the Services' failure to comply with these statutes harms *Amici's* interests in solving the climate and biodiversity crises and impairs their interest in a faithful implementation of statutes the Legislative Branch designed to promote informed agency decision-making and protect the environment and species.

B. **The amicus brief will benefit the Court.**

*Amici's* brief would benefit the Court because it serves to underscore the national importance and widespread impacts of Willow. "District courts frequently welcome

MOTION TO FILE *AMICUS CURIAE* BRIEF 3
*Center for Biological Diversity, et. al. v. BLM, et al*, Case No. 3:23-cv-00061-SLG
Case 3:23-cv-00061-SLG   Document 117   Filed 07/28/23   Page 3 of 6

amicus briefs from non-parties . . . if the amicus has unique information *or perspective* that can help the court beyond the help that the lawyers for the parties are able to provide." *Sonoma Falls Developers, LLC v. Nev. Gold & Casinos, Inc.*, 272 F. Supp. 2d 919, 925 (N.D. Cal. 2003) (emphasis added) (internal quotation marks omitted). Here, *Amici* can provide a unique perspective as policymakers who are working to develop policy and solve the crisis of climate change and as legislators who have insight regarding federal agencies' compliance with NEPA, the ESA, and other federal environmental laws. *See Ctr. for Biological Diversity v. Nat'l Highway Traffic Safety Admin.*, 538 F.3d 1172, 1185 (9th Cir. 2008) ("'NEPA expresses a Congressional determination that procrastination on environmental concerns is no longer acceptable.'") (citation omitted).

**C.     The amicus brief raises issues relevant to the case.**

Finally, *Amici's* brief raises issues relevant to the case. The brief addresses the widespread impacts of climate change and the ways in which those effects will be exacerbated nationwide if Willow goes forward. Additionally, the brief discusses the importance of NEPA and the ESA procedures for ensuring informed decision making by the federal government. *Amici* identify the ways in which BLM and the Services failed to adhere to their statutory obligations when evaluating Willow's impacts and why those failures are not only of legal significance but also of greater public interest to Americans and the environment. Moreover, affording the members of Congress an opportunity to submit an *amicus curiae* brief would not disrupt the existing briefing schedule or prejudice any party. The members of Congress have sought to participate as *amici curiae* within two days of the submission of the Plaintiffs' Principal Brief.

MOTION TO FILE *AMICUS CURIAE* BRIEF                                                                                     4
*Center for Biological Diversity, et. al. v. BLM, et al*, Case No. 3:23-cv-00061-SLG
Case 3:23-cv-00061-SLG   Document 117   Filed 07/28/23   Page 4 of 6

## CONCLUSION

Accordingly, for the foregoing reasons, the members of Congress request that this Court grant them leave to file an amicus brief in this matter. The proposed amicus brief, as well as a proposed order granting this motion, are attached to this motion.

Respectfully submitted July 28, 2023.

*s/ Lia Comerford*
Lia Comerford (*pro hac vice*)
OSB #141513
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd
Portland, OR 97219
(503) 768-6823
comerfordl@lclark.edu

*Attorney for Amici Curiae*

MOTION TO FILE *AMICUS CURIAE* BRIEF  5
*Center for Biological Diversity, et. al. v. BLM, et al*, Case No. 3:23-cv-00061-SLG
Case 3:23-cv-00061-SLG   Document 117   Filed 07/28/23   Page 5 of 6

# CERTIFICATE OF SERVICE

I certify that on this 28th day of July 2023, I filed the above Motion for Leave to File *Amici Curiae* Brief of Members of Congress in Support of Plaintiffs' Principal Brief with the Court's CM/ECF system, which provided notice of this filing by email to all counsel of record.

<u>s/Lia Comerford</u>
Lia Comerford (*pro hac vice*)
OSB #141513
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd
Portland, OR 97219
(503) 768-6823
comerfordl@lclark.edu

*Attorney for Amici Curiae*

MOTION TO FILE *AMICUS CURIAE* BRIEF
*Center for Biological Diversity, et. al. v. BLM, et al*, Case No. 3:23-cv-00061-SLG
Case 3:23-cv-00061-SLG   Document 117   Filed 07/28/23   Page 6 of 6