Max Sarinsky (N.Y. Bar No. 5387576)*
INSTITUTE FOR POLICY INTEGRITY
New York University School of Law
139 MacDougal Street, 3rd Floor
New York, NY 10012
(212) 992-8932
max.sarinsky@nyu.edu
*Pro Hac Vice Motion Pending

Attorney for *Amicus Curiae*, Institute for Policy Integrity

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, et al., <br><br> CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT, et al., <br><br> Defendants, <br><br> and <br><br> CONOCOPHILLIPS ALASKA, INC., et al., <br><br> Intervenor-Defendants. | Case Nos. 3:23-cv-00058-SLG, <br> 3:23-cv-00061-SLG |

**MOTION OF THE INSTITUTE FOR POLICY INTEGRITY AT NEW YORK UNIVERSITY SCHOOL OF LAW FOR LEAVE TO FILE A BRIEF *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT**

The Institute for Policy Integrity at New York University School of Law (Policy Integrity) hereby moves the Court for leave to file the accompanying *amicus curiae* brief in the above-captioned cases[1] in support of Plaintiffs.[2] Policy Integrity is a nonpartisan think tank dedicated to improving government decisionmaking through advocacy and scholarship in the fields of administrative law, economics, and environmental policy.

The "classic role of amicus curiae" is to "assist[] in a case of general public interest, . . . supplement[] the efforts of counsel, and draw[] the court's attention to law that might otherwise escape consideration." *Funbus Sys., Inc. v. State of Cal. Pub. Utilities Comm'n.*, 801 F.2d 1120, 1125 (9th Cir. 1986). That is what Policy Integrity offers here. As detailed below, Policy Integrity has a unique perspective on this case through its extensive scholarship and advocacy on the proper consideration of environmental, climate, and economic impacts in administrative

---

[1] Policy Integrity files this motion in *Center for Biological Diversity v. Bureau of Land Mgmt.,* No. 3:23-cv-00061-SLG, on July 31, 2023. Policy Integrity filed an otherwise identical motion and accompanying *amicus curiae* brief in *Sovereign Inupiat for a Living Arctic v. Bureau of Land Mgmt.*, No. 3:23-cv-00058-SLG, on July 28, 2023.

[2] The use of "Plaintiffs" in this brief generally refers to the plaintiffs in both of the above-captioned cases.

1

decisionmaking. Our proposed *amicus curiae* brief draws upon our years of expertise in this area to provide the Court with useful information to decide this case.

Policy Integrity files this motion and accompanying *amicus curiae* brief in *Center for Biological Diversity v. Bureau of Land Mgmt.* on July 31, 2023, five days after Plaintiffs filed their opening briefs. (Policy Integrity filed an otherwise identical motion and *amicus curiae* brief on July 28, 2023, in the related case filed by Sovereign Inupiat for a Living Arctic, No. 3:23-cv-00058-SLG.) There is no local rule directly applicable to the timeliness of the filing of this motion, but, of note, under Federal Rule of Appellate Procedure 29(a)(6), an *amicus curiae* brief must be filed no later than seven days after the appellant's or petitioner's principal brief is filed.

Plaintiffs in both cases have advised the undersigned that they consent to this motion. The Federal Defendants take no position on this motion. Intervenor-Defendants ConocoPhillips Alaska,[3] the State of

---

[3] Counsel for ConocoPhillips stated ConocoPhillips' position as follows: "ConocoPhillips reserves its position on the motion for leave to file an *amicus* brief and will respond to the motion after it is filed."

Alaska, and the North Slope Borough[4] reserve their positions on this motion. Intervenor-Defendants Arctic Slope Regional Corporation and Kuukpik Corporation take no position on this motion.

I. **The Issues In This Case Are Of General Public Interest And Have Broad Implications**

In this case, Plaintiffs challenge the Bureau of Land Management's (BLM) approval of the Willow Master Development Plan (Willow Project or Project). Among other claims, Plaintiffs argue BLM did not sufficiently evaluate the Project's climate effects. *See* CBD Opening Br. 15–20; SILA Opening Br. 22–24.

The Court's decision will not only affect the parties in this case but will also have broad implications for other stakeholders. For one, as explained in Policy Integrity's proposed brief, this Project will cause extensive climate damages both within and outside the Project region: Up to $18 billion, according to BLM's estimates, and likely far more. Moreover, as Policy Integrity further explains in its brief, the Project, if developed, would partially siphon royalties and revenues away from

---

[4] Counsel for the North Borough Slope stated the North Borough Slope's position as follows: "The North Slope Borough reserves its position on the motion for leave to file an *amicus* brief and reserves its right to file a response to the motion after it is filed."

3

other energy-producing regions. Moreover, beyond the Project itself, the Court's analysis and decision could have broader effects on a wide range of federal projects that are reviewed under the National Environmental Policy Act and other statutes.

As detailed below, Policy Integrity has broad expertise in environmental and administrative law generally, and in particular the climate and economic effects of the federal oil and gas program. Its expertise will be valuable to this Court in understanding the broad effects of the Project and reaching a decision in this case.

### II. Policy Integrity's Expertise In Administrative Decisionmaking And The Assessment Of Climate And Economic Impacts Will Assist This Court

As noted above, an area of particular concern for Policy Integrity is the proper consideration of environmental, climate, and economic impacts in administrative decisionmaking.

Policy Integrity has published reports, scholarly articles, and comment letters on assessing the climate and economic impacts of the federal oil and gas program—including several comment letters on the Willow Project. *See, e.g.*, Inst. for Pol'y Integrity et al., Comment Letter on Willow Master Development Plan Draft Supplemental Environmental

4

Impact Statement (DOI-BLM-AK-2018-0004-EIS) (Aug. 29, 2022), https://policyintegrity.org/documents/Comment_Letter_on_Willow_Master_Development_Plan.pdf.

One of Policy Integrity's attorneys, Max Sarinsky, recently testified before Congress on the climate effects of the federal oil and gas program. *What More Gulf of Mexico Oil and Gas Leasing Means for Achieving U.S. Climate Targets: Hearing Before the H. Nat. Res. Subcomm. on Energy & Mineral Res.*, 117th Cong. (2022) (statement of Max Sarinsky), https://perma.cc/5R25-XAXB. Federal courts have also relied on Policy Integrity's work on the climate and economic impacts of the federal oil and gas program, including in other cases involving BLM. *E.g.*, *Diné Citizens Against Ruining Our Env't v. Haaland*, 59 F.4th 1016, 1039–42 (10th Cir. 2023).

### III. Policy Integrity's Brief Offers A Unique Contribution

Policy Integrity's brief also offers a unique contribution to the Court, drawing attention to numerous factual and analytical considerations that support vacatur if the Court decides in favor of Plaintiffs' substantive claims.

5

First, the brief explains that the Project's climate damages are extensive under BLM's estimates—and likely far larger, since BLM's practices produce underestimates. Second, the brief explains that the Project will partially displace energy production in other regions and thereby reduce the royalties, tax revenues, and employment associated with energy production in those regions.

These arguments provide reasons supporting vacatur if the Court grants summary judgment to Plaintiffs and offer a unique contribution to the Court.

## CONCLUSION

For the foregoing reasons, Policy Integrity respectfully requests leave to file its proposed *amicus curiae* brief, which accompanies this motion.

DATED: July 31, 2023

Respectfully submitted,

Max Sarinsky
INSTITUTE FOR POLICY INTEGRITY
*Counsel for* Amicus Curiae
*Institute for Policy Integrity*

*/s/ Max Sarinsky*
Max Sarinsky, *Pro Hac Vice*
motion pending

# CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July 2023, a true and correct copy of the foregoing Motion of the Institute for Policy Integrity at New York University School of Law for Leave to File a Brief *Amicus Curiae* in Support Plaintiffs was filed with the Clerk of the U.S. District Court for the District of Alaska via the Court's CM/ECF system. Counsel for all parties are registered CM/ECF users and will be served by the CM/ECF system.

DATED: July 31, 2023    Respectfully submitted,

/s/ Max Sarinsky
Max Sarinsky

*Counsel for* Amicus Curiae
*Institute for Policy Integrity*