Sarah McMillan (*admitted pro hac vice*)
Melissa Hornbein (*admitted pro hac vice*)
Western Environmental Law Center
103 Reeders' Alley
Helena, MT 59601
(406) 443-3501, Ext. 122 (McMillan)
(406) 443-3501, Ext. 128 (Hornbein)
mcmillan@westernlaw.org
hornbein@westernlaw.org

Andrew M. Hawley (*admitted pro hac vice*)
Western Environmental Law Center
1037 NE 65th St., No. 343
Seattle, WA 98115
(206) 487-7250
hawley@westernlaw.org

*Attorneys for Proposed Amicus Curiae Naqsragmiut Tribal Council*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT, et al., <br><br> Defendants, <br><br> and <br><br> CONOCOPHILLIPS ALASKA, INC., et al., <br><br> Intervenor-Defendants. | Case No. 3:23-cv-00061-SLG |

**NOTICE OF WITHDRAWAL OF NAQSRAGMIUT TRIBAL COUNCIL'S
MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF**

*CBD et al. v. BLM et al.*, No. 3:23-cv-00061-SLG                                        1

On July 28, 2023, the Naqsragmiut Tribal Council filed a Motion for Leave to File Amicus Curiae in this matter, Docket # 121. The Naqsragmiut Tribal Council now files this Notice to inform the Court that the Council is withdrawing its previously filed Motion for Leave to File Amicus Curiae.

Respectfully submitted this 7th day of August, 2023.

/s/ Sarah McMillan
Sarah McMillan (*admitted pro hac vice*)
Melissa Hornbein (*admitted pro hac vice*)
Western Environmental Law Center
103 Reeders' Alley
Helena, MT 59601
(406) 443-3501, Ext. 122 (McMillan)
(406) 443-3501, Ext. 128 (Hornbein)
mcmillan@westernlaw.org
hornbein@westernlaw.org

Andrew M. Hawley (*admitted pro hac vice*)
Western Environmental Law Center
1037 NE 65th St., No. 343
Seattle, WA 98115
(206) 487-7250
hawley@westernlaw.org

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2023, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/* Sarah McMillan