# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, *et al.*,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>　　　　Defendants,<br><br>　　and<br><br>CONOCOPHILLIPS ALASKA, INC., *et al.*,<br><br>　　　　Intervenor-Defendants. | Case No. 3:23-cv-00058-SLG |
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>　　　　Defendants,<br><br>　　and<br><br>CONOCOPHILLIPS ALASKA, INC., *et al.*,<br><br>　　　　Intervenor-Defendants. | Case No. 3:23-cv-00061-SLG |

## ORDER RE MOTIONS TO FILE *AMICUS CURIAE* BRIEFS

Before the Court at Docket 133 in Case No. 3:23-cv-00058-SLG and at Docket 146 in Case No. 3:23-cv-00061-SLG is the Motion of Our Children's Trust for Leave to File *Amicus Curiae* Brief in Support of Plaintiffs' Motions for Summary Judgment. Plaintiffs consented to the motion; Federal Defendants responded by taking no position; Intervenor-Defendant ConocoPhillips Alaska reserved its position and did not file a response; and Intervenor-Defendants State of Alaska and North Slope Borough did not respond.

Upon due consideration and good cause being shown, IT IS ORDERED that the motions to file *amicus curiae* briefs at Docket 133 in Case No. 3:23-cv-00058-SLG and at Docket 146 in Case No. 3:23-cv-00061-SLG are each GRANTED. The Court will consider the proposed *amicus curiae* briefs at Dockets 133-1 in Case No. 3:23-cv-00058-SLG and at Docket 146-1 in Case No. 3:23-cv-00061-SLG.

DATED this 28th day of August, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00058-SLG & 3:23-cv-00061-SLG; *Sovereign Iñupiat for a Living Arctic, et al. v. BLM, et al.* & *Center for Biological Diversity, et al.* v. *BLM, et al.*
Order re Motions to file *Amicus Curiae* Briefs
Page 2 of 2
Case 3:23-cv-00061-SLG   Document 151   Filed 08/28/23   Page 2 of 2