

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. |
| BUREAU OF LAND MANAGEMENT et al., | ) 3:23-cv-00061-SLG |
| Defendants. | ) |
| CONCOPHILLLIPS ALASKA, INC. et al., | ) |
| Intervenor-Defendants. | ) |

## MOTION TO INTERVEN BY TAREK FARAG.

The movant Tarek Farag, pro se (hereinafter Movant), as a U.S. citizen, states the following:

1- Plaintiffs are establishing this case on an assumption that burning fossil fuel could cause global warming, which Movant believes it to be a hoax. Accordingly, around 4/20/2023 he filed his Amicus Brief showing that there is no scientific basis for the claims that burning fossil fuel could cause global warming, and the calls for zero-carbon emission are destructive to the environment and the standard of living (89). Around 8/9/2023, Movant filed his motion to supplement his previous Amicus Brief (142). Movant asked the Court to allow him to dispute the assumption that burning fossil fuel is causing global warming (hereinafter **Hoax**).

2- Up until now, no one disputed the facts presented in Movant's Briefs. However, all the filings were made as if the Hoax is real.

3- On June 12, 2023 a trial began of a similar case in Montana First Judicial District Court, Lewis And Clark County, Case # CDV-2020-307 (hereinafter M. Case), that H.J. Kathy Seeley

was presiding. Movant knew about M. Case trial from the news <u>just that day 6/12/2023</u>. He immediately prepared and served a brief identical to that that was filed in this case (89) on the same day 6/12/2023, to let the Court and all the parties know the facts to stop a crisis that could result from the Hoax. The trial of M. Case ended on 6/20/2023, <u>without tackling the Hoax</u>, and with Plaintiffs' <u>expert witnesses making unreasonable statements</u>. On 7/20/23 (<u>after the trial, and before the final Court order</u>) Movant filed a motion, to warn the Court that a layperson would reject those unreasonable statements. On 8/14/23, the Court ignored the Briefs, and issued its Findings of Facts, Conclusions of Law, and Order in Favor of Plaintiffs (supporting the Hoax).

4- Although Movant showed the invalidity of the harms claimed in M. Case. H.J. Seeley stated in her order that climate change is causing the following harms: 1) The Earth has warmed by 1.3 to 2.2 °F in only the last 35 years. 2) If we don't reduce GHG concentrations Plaintiffs will be unable to live clean and healthy lives in Montana. 3) Climate change and the air pollution associated with it are negatively affecting children in Montana. 4) Is causing <u>psychological harms</u> to Montana's youth. 5) <u>Harms the physical and psychological health</u> and <u>safety</u> of Montana's children, <u>interferes with family</u> and <u>cultural foundations</u> and <u>integrity</u>, and **causes economical deprivations**. 6) Cause <u>anxiety, depression</u>, and <u>chronic despair</u>. 7) The days above 90°F are expected to increase by 11 to 30 per year by mid-century, and about 60 days by the end of the century. 8) Number of days above freezing will increase by weeks to months in the future.

5- Just considering that, **for hundreds of years**, Florida's average temperature was higher than Montana's by about **30°F**, and **no one observed those harms stated above**, for only **2.2 °F** increase, or a projected increase of **9.8°F** (by year 2100). Additionally, Plaintiffs **reversed the <u>benefits</u>** of increasing annual warm days, and the reduction of freezing days **to be harmful** !

6- Movant is entitled to intervene in this action because he meets the four-part test (Movant is not going to repeat the arguments presented by other intervenors but will rely on them):

1) Movant's motion is timely since the case is in its preliminary stages and he previously participated in it by filing his Amicus Briefs.

2) Movant suffered huge financial losses and reduction to his standard of living, due to the huge increases in the prices of almost everything, due to the **<u>limitations, imposed to follow the Hoax, on the use and production of fossil fuel in Alaska, the USA, and the world</u>**. In addition, he <u>is **paying** to **destroy** other reliable sources of energy</u> (including nuclear), and to <u>subsidize</u> electric-cars, windmills, solar panels, etc. against his will.

3) Learning the lesson from M. Case, Movant must intervene to prevent the potential of a Court order supporting the Hoax, or compromising between a hoax and financial benefits, and what could be an environmental damage, impeding his ability to protect his interests.

4) Movant's interests go beyond this action, which are not adequately represented by the existing parties. Although all the parties are aware of Movant's Briefs, no one showed interest in it, or contacted him to verify his claims for the Hoax, or to coordinate with him. Even when he tried many times to contact the intervenor ConcoPhillips he was completely ignored. Examples of the differences between Movant's and other parties' interests are: 1) ConcoPhillips is a private corporation serving the interests of its shareholders that <u>could be interested in limited permissions</u> (not an elimination of all the restrictions everywhere) to explore and produce oil to prevent other oil companies from competing with it, and the <u>reductions</u> in oil products resulted in <u>record profits</u> for it. 2) BLM is following the directives of the Biden's Administration and may not be willing to prove them wrong. 3) The State's interests are mainly financial within its borders. 4) Corporation Defendants give priority to the interests of their shareholders.

7- Premising Movant to intervene wouldn't affect the rights of anyone. It could put a quick end to this case by proving that it is based on a Hoax, and save time, money, and resources.

8- Court Rules require a motion to intervene to be accompanied by a pleading. However, the intervention motions could be without a pleading where the court was otherwise apprised of the grounds for the motion. All the parties and the Court are well aware that Movant is trying to prove that the Hoax is a hoax, and hold its promoters accountable. To save time and resources, Movant would like to ask the Court to allow him a leave to file his pleadings in case that the Court approves his intervention.

WHEREFORE, Movant Tarek Farag, respectfully requests that this Honorable Court:

1- Allow him to intervene in this action, grant him a leave to file his pleadings, and allow him free access to all the case documents;

2- Order the parties that are claiming that burning fossil fuel is causing global warming (Plaintiffs, BLM, Government, etc.) to provide their scientific proofs against the Hoax, dispute Movant's findings, and prepare graphs for CO2 and for water vapor absorption (coefficients) for the IR spectrum at the current concentration of about 400 ppm or any other concentration the measurements were done, and hold a hearing for facts finding;

3- Allow him to file, serve, and be served electronically to his email address: tarekfaragusa@hotmail.com using the CM/ECF system; and

4- Take any additional actions as proper and just.

    Respectfully submitted,

Movant: **TAREK FARAG, pro se.**
411 N WARWICK AVE, WESTMONT, IL 60559
Phone: 630 709 3965
Email: tarekfaragusa@hotmail.com

Sender: TAREK FARAG
411 N WARWICK AVE, WESTMONT, IL 60559

Case No.
3:23-cv-00061-SLG

CLERK OF U.S. District Court
222 W. 7th Avenue, Room 229, Box/Suite #4
Anchorage, AK 99513

