
SEP 22 2023
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | ) |
| *Plaintiffs,* | ) |
| v. | ) Case No. |
| BUREAU OF LAND MANAGEMENT *et al.*, | ) **3:23-cv-00061-SLG** |
| *Defendants.* | ) |
| CONOCOPHILLLIPS ALASKA, INC. *et al.*, | ) |
| *Intervenor-Defendants.* | ) |

## FARAG'S PLEADINGS TO ACCOMPANY HIS MOTION TO INTERVENE INCLUDING RESPONSES TO THE OPPOSITIONS TO HIS INTERVENTION

1- To avoid any objection, Farag is providing his pleadings that were supposed to accompany his motion to intervene that include his response to all the oppositions to his intervention. He is including his motion to intervene (Dkt. 159) to this document, to avoid repetition.

2- The world is seeing a huge well organized and well funded, International Criminal Enterprise (hereinafter ICE), using a big lie that "burning fossil fuel is causing global warming" (hereinafter HOAX). ICE **rented** many politicians and government officials, and **bought** many organizations and individuals to promote the HOAX (hereinafter Promos). **As for the lawyers and their expert witnesses**, as in all criminal cases, they are the **certain winners** (especially when the **amount of money is huge** as in this case), some will represent the criminals and others the victims.

3- Farag believes that **this kind of cases never happened in the history of the COURTS**, where **almost all the participants conspired to litigate** a **BIG LIE** (burning fossil fuel is causing global warming). Plaintiffs are accusing Defendants of not complying with the HOAX: *"they fail to consider the impact of carbon emissions"*, *"failed to assess any alternatives that meaningfully reduce greenhouse gas emissions"*, *"again failed to assess the full climate consequences"*, etc. (Dkt. 1 pg. 3), and others presenting briefs supporting the HOAX. While defendants and intervenors trying to show their compliance **without disputing the HOAX**.

4- Farag didn't know about this case until Mr. Biden tried to repair some of the serious damages he caused to the American economy (when he recklessly attacked the fossil fuel industry and stopped the permits to explore oil and gas), by allowing limited permits in Alaska. At this point the media highlighted this case making Farag aware about it. Additionally, Farag finished his research about the HOAX and published it after May 2022, hence, he was unable to rightfully file his Amicus Brief or intervene before that date.

5- At the beginning, Farag didn't have the intention to intervene in this case that involves **Trillions** of Dollars. He was not willing to throw himself **among or against about 100 highly trained and highly paid lawyers**. His only weapon was the **TRUTH**, which could be lost in the jungle of legal tricks. However, he was forced to intervene because an Amicus Brief is not obligatory (especially by a pro se) to the Court or the parties, and he found that the **TRUTH was lost** in a similar case in Montana (case # CDV-2020-307), **and on its way to be lost** in this case.

6- **Farag's intervention is to PROVE the MOST RELEVANT FACT that this "CASE IS BASED on a HOAX", NOT because Farag wants to litigate or inject irrelevant issues.**

7- Farag's intervention is not to participate in what he believes to be a frivolous litigation, it is to let the Court know the hidden **TRUTH**, end this litigation, dismiss the case, and give

everyone what he/she justly deserves. **It is NEVER TOO LATE or UNTIMELY for the Court to know the hidden TRUTH**, even after the trial, the Court can reverse its decisions.

8- BLM opposes Farag's intervention based on "- - *this case involves review under the Administrative Procedure Act, - - intent to have the Court consider impermissible information beyond the administrative record*". The kind of review doesn't prevent the Court from knowing the TRUTH especially if it is not in the record.

9- Plaintiffs claim that Farag has no "question of law or fact in common - -", which is not true. Farag's intervention is to expose the hidden Truth, not to get lost in legal proceedings and tricks.

10- Farag filed his motion to intervene on 8/29/2023, without his pleading, and stated:
"*8- Court Rules require a motion to intervene to be accompanied by a pleading. However, the intervention motions could be without a pleading where the court was otherwise apprised of the grounds for the motion. All the parties and the Court are well aware that Movant is trying to prove that the Hoax is a hoax, and hold its promoters accountable. To save time and resources, Movant would like to ask the Court to allow him a leave to file his pleadings in case that the Court approves his intervention.*"

11- The Court denied Farag's motion to supplement his Amicus Brief, giving the parties the impression that the Court didn't read Farag's brief and may not consider it (the brief has explicit allegations of fraud that could **alarm the Court to take swift actions**). Even if the Court read it, it is almost impossible to believe it, without the two sides presenting their arguments in front of the Court. This impression gave the Promos the freedom to file frivolous documents **after knowing their falsity**. After the final date for filing briefings passed, the Promos cannot withdraw their documents, which will allow the Court to catch them red-handed.

12- Granting Farag's motion to intervene should have no effect **whatsoever on the proceedings**. The Court can proceed (**without wasting its time reading Farag's Amicus Brief**) until it reaches its final order, and just at the fraction of a second **before signing and filing** that order, it may pause, and **examine** Farag's claims of the HOAX against the Promos **in front** of the Court.

Farag is certain that once the Promos define the meanings of global warming, CO2 effects, etc. he will prove the HOAX to the Court within few minutes. If Farag fails to prove it, the Court would lose nothing but saved the time reading his brief. <u>It might be beneficial</u> for the Court to delay the ruling on Farag's motion to intervene (or even deny it) to give the Promos the freedom to do whatever they planned to do, and before signing and filing its order examine Farag's claims.

13- Farag alleges that the Promos <u>committed fraud</u> by (1) Making untrue statements that burning fossil fuel is causing harmful global warming; (2) Knowing their falsity (at least after Farag's brief); (3) Promoting it as an existential threat increasing its material importance to the people; (4) With the intent to fraud the people and the Court; (5) With the planning to let the Court issue wrong and destructive orders supporting them, and the people pay high cost for alternative energy, refrain from using affordable and reliable fossil fuels, and suffer from the excessive increase in the prices of almost everything; (6) Relying on the ignorance of the people about the HOAX; (7) As most of the people trust NASA, UN, IPCC, and the media; (8) With the Court having the obligation to rely on their false statements that no party disputed; and (9) They caused huge losses to the people of the USA and in particular to Alaska, by stopping extracting oil and gas, in addition to subsidizing electric cars, solar panels, etc.

14- Farag alleges that the Promos, knowingly, <u>filed frivolous pleadings</u> that have no factual basis, which should subject their parties and their lawyers to sanctions. Further, they continued their frivolous litigation after Farag served them with the proofs of their baseless claims.

15- Farag alleges that all the lawyers and the parties that opposed his disclosure to the Court of the **hidden TRUTH**, <u>conspired</u> with each other to hide the TRUTH (that the HOAX is a hoax, even after Farag's Amicus Brief). They conspired to extend their frivolous litigation, and overwhelm the Court with huge number of documents, to exaggerate their charges, and make the

Court issue unfair order that may look as if a good compromise, but only for their benefits (like allowing oil and gas extraction in limited areas). As an additional proof to this conspiracy, <u>Conocophillips could have verified the TRUTH about the HOAX and moved the Court quickly to dismiss the case, and to declare that the HOAX is a hoax, and to invalidate all the restrictions on fossil fuel</u>, which they didn't do.

16- <u>Farag understands the **DIFFICULTY FOR THE COURT TO BELIEVE THAT WHAT HE PRESENTED IS TRUE**, because he felt the same way when he was doing his research. **There is nothing that can prohibit the Court from verifying** any document or testimony presented to it. Considering the **RISK, DIFFICULTY, TIME, AND THE COST TO FARAG**, and the **very serious** nature of Farag's allegations, Farag **strongly believes** that it is **worth the Court's time to spend a few minutes to verify the hidden Truth, and expose the International Criminal Enterprise**</u>.

WHEREFORE, Tarek Farag, respectfully requests that this Honorable Court Order the following:

1) Dismiss this case.

2) Declare that the Man-Made-Global-Warming and the Zero-Carbon emission are destructive non-scientific issues.

3) Invalidate all the administrative orders, laws, subsidiaries, etc. to combat MMG-Warming, promote Zero-Carbon emission, or against fossil fuels, that are not based on solid science.

4) Hold accountable all the people, agencies, companies, organizations, etc. that knowingly ignored the science, manipulated the data, promoted false claims, obstructed and hid the TRUTH, benefited from the lies, violated their duties to respond appropriately, prevented or suppressed the scientific discussions, etc.

5) Refer any criminal activities or negligence for the purpose of prosecutions.

6) Sanction everyone that committed fraud, filed frivolous pleadings, or conspired with others.

7) Compensate Farag for his damages.

8) Award Farag punitive damages.

9) Take any additional actions this Honorable Court sees as proper and just.

Respectfully submitted this 19th day of September 2023.

Movant: **TAREK FARAG, pro se.**
**411 N WARWICK AVE, WESTMONT, IL 60559**
**Phone: 630 709 3965**
Email: **tarekfaragusa@hotmail.com**

### CERTIFICATE OF SERVICE

I certify that on September 19, 2023, I filed the foregoing pleadings of Tarek Farag, by first-class mail to the Court, relying on the Court's CM/ECF system to conveniently serve all the parties.
Respectfully submitted,

**TAREK FARAG, pro se.**
**411 N WARWICK AVE, WESTMONT, IL 60559**
**Phone: 630 709 3965**
Email: **tarekfaragusa@hotmail.com**

Under penalties as provided by law, the undersigned certifies that the statements set forth in this instrument are true and correct.

Signed: TAREK FARAG
Dated: September 19, 2023

Sender: TAREK FARAG
411 N WARWICK AVE, WESTMONT, IL 60559



Case No.
3:23-cv-00061-SLG

CLERK OF U.S. District Court
222 W. 7th Avenue, Room 229, Box/Suite #4
Anchorage, AK 99513