# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

SOVEREIGN IÑUPIAT FOR A LIVING
ARCTIC, et al.,

        Plaintiffs,

    v.

BUREAU OF LAND MANAGEMENT, et
al.,

        Defendants.
  and

CONOCOPHILLIPS ALASKA, INC.,

        Intervenor-Defendant.

Case No. 3:23-cv-00058-SLG

CENTER FOR BIOLOGICAL
DIVERSITY, et al.,

        Plaintiffs,

    v.

BUREAU OF LAND MANAGEMENT, et
al.,

        Defendants,
  and

CONOCOPHILLIPS ALASKA, INC., et al.,

        Intervenor-Defendants.

Case No. 3:23-cv-00061-SLG

## [PROPOSED] ORDER RE UNOPPOSED MOTION
## TO CONVENTIONALLY FILE JOINT APPENDIX

Upon due consideration, the Unopposed Motion to Conventionally File Joint Appendix, ECF No. 160 in Case No. 3:23-cv-00058-SLG and ECF No. 175 in Case No. 3:23-cv-00061-SLG, is hereby GRANTED. The parties are directed to conventionally file the Joint Appendix on USB flash drive with the Clerk of Court. The Court hereby waives the requirement that the parties submit a physical Chambers copy of the Joint Appendix.

Dated this _____ of _____ 2023.

_____
HON. SHARON L. GLEASON
United States District Judge