IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>    Defendants,<br><br>    and<br><br>CONOCOPHILLIPS ALASKA, INC., *et al.*,<br><br>    Intervenor-Defendants. | Case No. 3:23-cv-00061-SLG |

**ORDER RE FARAG'S MOTION TO RECONSIDER DENYING HIS MOTION TO INTERVENE AND TO CONSIDER HIS PLEADINGS OF DOCKET 174**

Before the Court at Docket is *Farag's Motion to Reconsider Denying His Motion to Intervene and to Consider His Pleadings of Docket 174.* The motion to reconsider is DENIED. *See* District of Alaska Local Civil Rule 7.3(h).

DATED this 10th day of October 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE
