Jeremy C. Lieb
Erik Grafe
Ian S. Dooley
Carole A. Holley
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: jlieb@earthjustice.org
E: egrafe@earthjustice.org
E: idooley@earthjustice.org
E: cholley@earthjustice.org

Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: ejorgensen@earthjustice.org

*Attorneys for Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Friends of the Earth, and Greenpeace, Inc.*

Kristen Monsell (*pro hac vice*)
CENTER FOR BIOLOGICAL
DIVERSITY
1212 Broadway, St. #800
Oakland, CA 94612
T: 510.844.7100
E: kmonsell@biologicaldiversity.org

*Attorneys for Plaintiff Center for Biological Diversity*

Cecilia Segal (*pro hac vice*)
NATURAL RESOURCES DEFENSE
COUNCIL
111 Sutter St., 21st floor
San Francisco, CA 94104
T: 415.875.6100
E: csegal@nrdc.org

Michelle Wu (*pro hac vice*)
NATURAL RESOURCES DEFENSE
COUNCIL
40 West 20th St., 11th Floor
New York, NY 10011
T: 646.889.1489
E: michellewu@nrdc.org

*Attorneys for Plaintiff Natural Resources Defense Council*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*, </br></br>*Plaintiffs*, </br></br>v. </br></br>BUREAU OF LAND MANAGEMENT *et al.*, </br></br>*Defendants*, </br></br>CONOCOPHILLIPS ALASKA, INC. *et al.*, </br></br>*Intervenor-Defendants.* | Case No. 3:23-cv-00061-SLG |

**AMENDED CERTIFICATE OF SERVICE RE: DOC. 182**

Plaintiffs Center for Biological Diversity *et al.* filed their RESPONSE TO INTERVENOR-DEFENDANT CONOCOPHILLIPS ALASKA, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY on November 6, 2023 (Doc. 182). The certificate of service for the filing indicated that service on Tarek Farag was completed on that same day. The correct date of service is November 8, 2020, and the certificate of service is amended to read as follows:

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2023, a copy of foregoing PLAINTIFFS' RESPONSE TO INTERVENOR-DEFENDANT CONOCOPHILLIPS ALASKA, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY was served electronically through the CM/ECF system on the following counsel of record: Paul A. Turcke, Rickey Doyle Turner, Jr., Ryan P. Steen, Whitney A. Brown, Jason T Morgan, Stacey M. Bosshardt, Eric B. Fjelstad, Melinda Meade Meyers, Tyson C. Kade, Charlene Koski, Jonathan David Simon, Charles A. Cacciola, Brooks W. Chandler, Mary Hunter Gramling, and Jonathan W. Katchen.

I further certify that on November 8, 2023, Tarek Farag, tarekfaragusa@hotmail.com, was served by electronic mail.

               *s/ Erik Grafe*
               Erik Grafe

Respectfully submitted this 8th day of November, 2023.

*s/ Erik Grafe*
Erik Grafe (Alaska Bar No. 0804010)
Jeremy C. Lieb (Alaska Bar No. 1810088)
Ian S. Dooley (Alaska Bar No. 2006059)
Carole A. Holley (Alaska Bar No. 0611076)
Eric P. Jorgensen (Alaska Bar No. 8904010)
EARTHJUSTICE

*Attorneys for Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Friends of the Earth, and Greenpeace, Inc.*

*s/ Kristen Monsell*
Kristen Monsell (California Bar No. 304793) (*pro hac vice*)
CENTER FOR BIOLOGICAL DIVERSITY

*Attorneys for Plaintiff Center for Biological Diversity*

*s/ Cecilia Segal*
Cecilia Segal (California Bar No. 310935) (*pro hac vice*)
Michelle Wu (New York Bar No. 5633664) (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL

*Attorneys for Plaintiff Natural Resources Defense Council*

# CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2023, a copy of foregoing AMENDED CERTIFICATE OF SERVICE RE: DOC. 182 was served electronically through the CM/ECF system on the following counsel of record: Paul A. Turcke, Rickey Doyle Turner, Jr., Ryan P. Steen, Whitney A. Brown, Jason T Morgan, Stacey M. Bosshardt, Eric B. Fjelstad, Melinda Meade Meyers, Tyson C. Kade, Charlene Koski, Jonathan David Simon, Charles A. Cacciola, Brooks W. Chandler, Mary Hunter Gramling, and Jonathan W. Katchen.

I further certify that Tarek Farag, tarekfaragusa@hotmail.com, was served by electronic mail.

*s/ Erik Grafe*
Erik Grafe