Erik Grafe
Jeremy C. Lieb
Carole A. Holley
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: egrafe@earthjustice.org
E: jlieb@earthjustice.org
E: cholley@earthjustice.org

Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: ejorgensen@earthjustice.org

*Attorneys for Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Friends of the Earth, and Greenpeace, Inc.*

Kristen Monsell (*pro hac vice*)
CENTER FOR BIOLOGICAL
DIVERSITY
1212 Broadway, St. #800
Oakland, CA 94612
T: 510.844.7100
E: kmonsell@biologicaldiversity.org

*Attorneys for Plaintiff Center for Biological Diversity*

Cecilia Segal (*pro hac vice*)
NATURAL RESOURCES DEFENSE
COUNCIL
111 Sutter St., 21st floor
San Francisco, CA 94104
T: 415.875.6100
E: csegal@nrdc.org

Michelle Wu (*pro hac vice*)
NATURAL RESOURCES DEFENSE
COUNCIL
40 West 20th St., 11th Floor
New York, NY 10011
T: 646.889.1489
E: michellewu@nrdc.org

*Attorneys for Plaintiff Natural Resources Defense Council*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) | |
| v. | ) ) | Case No. 3:23-cv-00061-SLG |
| BUREAU OF LAND MANAGEMENT *et al.*, | ) ) | |
| *Defendants*, | ) ) | |
| CONOCOPHILLIPS ALASKA, INC. *et al.*, | ) ) | |
| *Intervenor-Defendants.* | ) ) | |

## NOTICE OF APPEAL

Notice is hereby given that Center for Biological Diversity, Defenders of Wildlife, Friends of the Earth, Greenpeace, Inc., and Natural Resources Defense Council, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the District Court's Decision and Order (Doc. 184) and Judgment (Doc. 185) dated and entered on the docket on November 9, 2023. The case was first filed in the District Court on March 15, 2023 (Doc. 1). There was a prior appeal to the Ninth Circuit from an interlocutory order that was voluntarily dismissed on May 19, 2023. *Sovereign Iñupiat for a Living Arctic v. Bureau of Land Mgmt.*, Nos. 23-35226 & 23-35227, 2023 WL 4339382 (9th Cir. May 19, 2023).

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Plaintiffs' Representation Statement is attached hereto. Plaintiffs also state that there is a related case, *Sovereign Iñupiat for a Living Arctic et al. v. Bureau of Land Management et al.*, Case No. 3:23-cv-00058-SLG (D. Alaska), for which a notice of appeal was filed on November 14, 2023.

Respectfully submitted this 14th day of November, 2023.

*s/ Erik Grafe*

Erik Grafe (Alaska Bar No. 0804010)
Jeremy C. Lieb (Alaska Bar No. 1810088)
Carole A. Holley (Alaska Bar No. 0611076)
Eric P. Jorgensen (Alaska Bar No. 8904010)
EARTHJUSTICE

*Attorneys for Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Friends of the Earth, and Greenpeace, Inc.*

*s/ Kristen Monsell*

Kristen Monsell (California Bar No. 304793) (*pro hac vice*)
CENTER FOR BIOLOGICAL DIVERSITY

*Attorneys for Plaintiff Center for Biological Diversity*

*s/ Cecilia Segal*

Cecilia Segal (California Bar No. 310935) (*pro hac vice*)
Michelle Wu (New York Bar No. 5633664) (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL

*Attorneys for Plaintiff Natural Resources Defense Council*

# REPRESENTATION STATEMENT

## Plaintiffs-Appellants

Name of party:

    CENTER FOR BIOLOGICAL DIVERSITY

Names, addresses, telephone numbers, and emails of counsel:

| | |
|---|---|
| Erik Grafe | Eric P. Jorgensen |
| Jeremy C. Lieb | EARTHJUSTICE |
| Carole A. Holley | 325 Fourth Street |
| EARTHJUSTICE | Juneau, AK 99801 |
| 441 W 5th Avenue, Suite 301 | T: 907.586.2751 |
| Anchorage, AK 99501 | E: ejorgensen@earthjustice.org |
| T: 907.277.2500 | |
| E: egrafe@earthjustice.org | |
| E: jlieb@earthjustice.org | |
| E: cholley@earthjustice.org | |

    Kristen Monsell
    CENTER FOR BIOLOGICAL
    DIVERSITY
    1212 Broadway, St. #800
    Oakland, CA 94612
    T: 510.844.7100
    E: monsell@biologicaldiversity.org

    Are counsel registered for Electronic Filing in the 9th Circuit? Yes

Names of parties:

    DEFENDERS OF WILDLIFE
    FRIENDS OF THE EARTH
    GREENPEACE, INC.

Names, addresses, telephone numbers, and emails of counsel:

Erik Grafe
Jeremy C. Lieb
Carole A. Holley
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: egrafe@earthjustice.org
E: jlieb@earthjustice.org
E: cholley@earthjustice.org

Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: ejorgensen@earthjustice.org

Are counsel registered for Electronic Filing in the 9th Circuit?  Yes

Name of party:

NATURAL RESOURCES DEFENSE COUNCIL, INC.

Names, addresses, telephone numbers, and emails of counsel:

Cecilia Segal
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter St., 21st floor
San Francisco, CA 94104
T: 415.875.6100
E: csegal@nrdc.org

Are counsel registered for Electronic Filing in the 9th Circuit?  Yes

Michelle Wu
NATURAL RESOURCES DEFENSE COUNCIL
40 West 20th St., 11th Floor
New York, NY 10011
T: 646.889.1489
E: michellewu@nrdc.org

Are counsel registered for Electronic Filing in the 9th Circuit?  No,
application pending

**Defendants-Appellees**

Names of parties:

> BUREAU OF LAND MANAGEMENT
> UNITED STATES FISH AND WILDLIFE SERVICE
> NATIONAL MARINE FISHERIES SERVICE
> UNITED STATES DEPARTMENT OF THE INTERIOR
> UNITED STATES DEPARTMENT OF COMMERCE
> DEB HAALAND, in her official capacity as Secretary of the Interior
> LAURA DANIEL-DAVIS, in her official capacity as Acting Deputy
> Secretary of the Interior[1]
> GINA M. RAIMONDO, in her official capacity as Secretary of Commerce
> STEVEN COHN, in his official capacity as Alaska State Director of Bureau
>     of Land Management
> SARA BOARIO, in her official capacity as Regional Director of United
>     States Fish and Wildlife Service
> JONATHAN KURLAND, in his official capacity as Regional Administrator
>     of National Marine Fisheries Service

Names, addresses, telephone numbers, and emails of counsel:

> Rickey D. Turner, Jr.
> U.S. DEPARTMENT OF JUSTICE
> Wildlife & Marine Resources Section
> 999 18th Street, South Terrace, Suite 370
> Denver, CO 80202
> T: 303.844.1373
> E: rickey.turner@usdoj.gov
>
> Paul A. Turcke
> U.S. DEPARTMENT OF JUSTICE
> Natural Resources Section
> 1290 West Myrtle Street, Suite 500
> Boise, ID 83702
> T: 202.532.5994
> E: paul.turcke@usdoj.gov

---

[1] Laura Daniel-Davis is substituted for Tommy P. Beaudreau.

*CBD et al. v. BLM et al.,*
Case No. 3:23-cv-00061-SLG         3

**Intervenor-Defendants-Appellees**

Name of party:

     CONOCOPHILLIPS ALASKA, INC.

Names, addresses, telephone numbers, and emails of counsel:

| | |
|---|---|
| Ryan P. Steen | Whitney A. Brown |
| Jason T. Morgan | STOEL RIVES LLP |
| Luke Sanders | 510 L Street, Suite 500 |
| Tiffany Wang | Anchorage, AK 99501 |
| STOEL RIVES LLP | T: 907.277.1900 |
| 600 University Street, Suite 3600 | E: whitney.brown@stoel.com |
| Seattle, WA 98101 | |
| T: 206.624.0900 | |
| E: ryan.steen@stoel.com | |
| E: jason.morgan@stoel.com | |
| E: luke.sanders@stoel.com | |
| E: tiffany.wang@stoel.com | |

Name of party:

     ARCTIC SLOPE REGIONAL CORPORATION

Names, addresses, telephone numbers, and emails of counsel:

| | |
|---|---|
| Stacey M. Bosshardt | Eric B. Fjelstad |
| PERKINS COIE LLP | PERKINS COIE LLP |
| 700 Thirteenth Street, N.W., | 1029 West Third Avenue, |
| Suite 800 | Suite 300 |
| Washington, D.C. 20005-3960 | Anchorage, AK 99501-1981 |
| T: 202.654.6200 | T: 907.279.8561 |
| E: sbosshardt@perkinscoie.com | E: efjelstad@perkinscoie.com |

Name of party:

NORTH SLOPE BOROUGH

Names, addresses, telephone numbers, and emails of counsel:

Tyson C. Kade                          Charlene Koski
Jonathan D. Simon                      VAN NESS FELDMAN, LLP
Melinda L. Meade Meyers                1191 Second Avenue, Suite 1800
VAN NESS FELDMAN, LLP                  Seattle, WA 98101
1050 Thomas Jefferson Street, NW       T: 206.623.9372
Washington, DC 20007                   E: cbk@vnf.com
T: 202.298.1800
E: tck@vnf.com
E: jxs@vnf.com
E: mmm@vnf.com

Name of party:

KUUKPIK CORPORATION

Names, addresses, telephone numbers, and emails of counsel:

Patrick W. Munson
Brooks W. Chandler
Charles A. Cacciola
CHANDLER, FALCONER, MUNSON & CACCIOLA, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
T: 907.272.8401
E: pmunson@bcfaklaw.com
E: bchandler@bcfaklaw.com
E: ccacciola@bcfaklaw.com

Name of party:

STATE OF ALASKA

Names, addresses, telephone numbers, and emails of counsel:

      Mary Hunter Gramling
      STATE OF ALASKA, DEPARTMENT OF LAW
      P.O. Box 110300
      Juneau, AK 99811-0300
      T: 907.465.3600
      E: mary.gramling@alaska.gov

***Amicus Curiae***

Name of party:

      SENATOR LISA MURKOWSKI
      SENATOR DAN SULLIVAN
      REPRESENTATIVE MARY SATTLER PELTOLA
      ALASKA STATE LEGISLATURE

Names, addresses, telephone numbers, and emails of counsel:

      Jonathan W. Katchen
      William R. Crowther
      HOLLAND & HART LLP
      420 L Street, Suite 550
      Anchorage, AK 99501
      T: 907.865.2600
      E: jwkatchen@hollandhart.com
      E: wrcrowther@hollandhart.com

Name of party:

      REPRESENTATIVE JARED HUFFMAN
      REPRESENTATIVE RAÚL GRIJALVA
      REPRESENTATIVE BECCA BALINT
      REPRESENTATIVE NANETTE DIAZ BARRAGÁN
      REPRESENTATIVE KATIE PORTER
      REPRESENTATIVE DON BEYER
      REPRESENTATIVE ALEXANDRIA OCASIO-CORTEZ

Names, addresses, telephone numbers, and emails of counsel:

Lia Comerford
EARTHRISE LAW CENTER AT LEWIS AND CLARK LAW SCHOOL
10101 S. Terwilliger Blvd.
Portland, OR 97219
T: 503.768.6823
E: comerfordl@lclark.edu

Name of party:

INSTITUTE FOR POLICY INTEGRITY

Names, addresses, telephone numbers, and emails of counsel:

Max Sarinsky
INSTITUTE FOR POLICY INTEGRITY
New York University School of Law
139 MacDougal Street, 3rd Floor
New York, NY 10012
T: 212.992.8932
E: max.sarinsky@nyu.edu

Name of party:

SABIN CENTER FOR CLIMATE CHANGE LAW

Names, addresses, telephone numbers, and emails of counsel:

Michael Burger
COLUMBIA LAW SCHOOL
435 W116th St,
New York, NY 10027
T: 212.854.2372
E: mburger@law.columbia.edu

Name of party:

PATAGONIA, INC.

Names, addresses, telephone numbers, and emails of counsel:

>Rebecca Davis
>LOZEAU DRURY LLP
>1939 Harrison St.
>Suite 150
>Oakland, CA 94612
>T: 510.836.4200
>E: rebecca@lozeaudrury.com

Name of party:

>OUR CHILDREN'S TRUST

Names, addresses, telephone numbers, and emails of counsel:

>Brad D. De Noble
>DE NOBLE LAW OFFICES LLC
>11517 Old Glenn Highway, Suite 202
>Eagle River, AK 99577
>T: 907.694.4345
>E: brad@denoblelaw.com

Name of party:

>TAREK FARAG
>411 N Warwick Ave
>Westmont, IL 60559
>T: 630.709.3965
>E: tarekfaragusa@hotmail.com

Names, addresses, telephone numbers, and emails of counsel:

>n/a (*pro se*)

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2023, a copy of the foregoing

NOTICE OF APPEAL, with attached Representation Statement, was served

electronically on all counsel of record through the Court's CM/ECF system.

I further certify that Tarek Farag, tarekfaragusa@hotmail.com, was served

by electronic mail.

*s/ Erik Grafe*
Erik Grafe