IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>Defendants,<br><br>and<br><br>CONOCOPHILLIPS ALASKA, INC., *et al.*,<br><br>Intervenor-Defendants. | Case No. 3:23-cv-00058-SLG |
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>Defendants,<br><br>and<br><br>CONOCOPHILLIPS ALASKA, INC., *et al.*,<br><br>Intervenor-Defendants. | Case No. 3:23-cv-00061-SLG |

**ORDER RE MOTIONS TO EXPEDITE CONSIDERATION OF MOTIONS FOR INJUNCTION PENDING APPEAL**

Before the Court is SILA Plaintiffs' Motion to Expedite Consideration of SILA Plaintiffs' Motion for Injunction Pending Appeal.[1] CBD Plaintiffs have indicated they will also file a motion for an injunction pending appeal and an associated motion to expedite consideration on November 17, 2023.[2] Intervenor-Defendants responded in opposition, but proposed an alternative briefing schedule.[3] Assuming CBD Plaintiffs file their motions on this day, the Court GRANTS Plaintiffs' Motions to Expedite Consideration of their Motions for Injunction Pending Appeal as follows:

1. Federal Defendants' and Intervenor-Defendants' responses to Plaintiffs' Motions for Injunction Pending Appeal are due November 29, 2023.
2. SILA Plaintiffs and CBD Plaintiffs shall not file reply briefs.[4]
3. The Court intends to rule on Plaintiffs' Motions for Injunction Pending Appeal no later than December 4, 2023.

DATED this 17th day of November, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[1] Docket 170 (Case No. 3:23-cv-00058-SLG). *See* Docket 169 (Case No. 3:23-cv-00058-SLG) (SILA Plaintiffs' Mot. for Inj. Pending Appeal).

[2] *See* Docket 188 at 2 (Case No. 3:23-cv-00061-SLG). Intervenor-Defendants filed their opposition in Case No. 3:23-cv-00061-SLG upon belief that CBD Plaintiffs would file their motions on November 17, 2023, but before CBD Plaintiffs actually filed their motions. Docket 187 at 4 (Case No. 3:23-cv-00061-SLG). As such, at Docket 188 CBD Plaintiffs confirmed that they intend to file a motion for an injunction pending appeal and a motion to expedite consideration of that motion on November 17, 2023. Docket 188 at 2 (Case No. 3:23-cv-00061-SLG).

[3] Docket 171 (Case No. 3:23-cv-00058-SLG); Docket 187 (Case No. 3:23-cv-00061-SLG).

[4] Both plaintiffs agreed to forego any reply. Docket 170 at 2 (Case No. 3:23-cv-00058-SLG); Docket 188 at 3 (Case No. 3:23-cv-00061-SLG).

Case No. 3:23-cv-00058-SLG, *Sovereign Iñupiat for a Living Arctic, et al. v. BLM, et al.*
Case No. 3:23-cv-00061-SLG, *Ctr. for Biological Diversity, et al. v. BLM, et al.*
Order re Motions to Expedite Consideration of Motions for Injunction Pending Appeal
Page 2 of 2