*A Report of Teewinot Institute*
*www.teewinotinstitute.org*

# Declaration of Likely Impacts to Caribou and Caribou Subsistence from the Construction Phase of the Willow Project, National Petroleum Reserve in Alaska

**November 16, 2023**

**by**

**Gary Kofinas**
**Anne Gunn**
**Donald E Russell**

Cite as: Kofinas, Gary, Anne Gunn, and Donald E Russell (2023) Declaration of Likely Impacts to Caribou and Caribou Subsistence from the Construction Phase of the Willow Project, National Petroleum Reserve in Alaska. Report of Teewinot Institute.  pp 24.

**ABOUT THE AUTHORS**

**Gary Kofinas, PhD** is Professor Emeritus of Resource Policy and Management at the Institute of Arctic Biology, University of Alaska Fairbanks. His research examines the impacts of land-use and climate change on subsistence-based communities of the Arctic, with a focus on Human-Caribou Systems. Through work in Alaska, he has partnered in research with more than 15 rural communities on topics including Indigenous-government co-management, community-based ecological monitoring, subsistence sharing networks, the practice of integrated assessment, and community sustainability, resilience and adaptation. He is a co-founder of the Circum-Arctic Rangifer Monitoring and Assessment (CARMA) Network. Gary served as a member the Dept. of Interior Outer Continental Shelf Science Committee and the Science Technical Advisory Panel of the North Slope Science Initiative, and was a director of the University of Alaska Fairbanks Resilience and Adaptation Program, an interdisciplinary graduate studies program. In 2011 he was a recipient of the Secretary of the Interior's Partnerships in Conservation Award for serving as Principal Investigator of "The Study of Sharing Networks to Assess the Vulnerabilities of Local Communities to Oil and Gas Development Impacts in Arctic Alaska."

**Anne Gunn Ph.D.** After attending university in the UK and Ireland, Dr Gunn came to Canada to work in the Arctic. With the Government of the NWT (1979-2006) she served as the Regional Biologist in the central Arctic, and then as GNWT's Caribou Biologist based in Yellowknife. Her knowledge and experience are from working and travelling on the land with people, and watching and counting caribou and muskoxen from the ground and the air. In 2006, Anne became an independent consultant offering technical advice on caribou conservation, climate change, and environmental assessment for the Wek'èezhìi Renewable Resource Board, Mackenzie Valley Environmental Impact Review Board, Qikiqtani Inuit Association, and the Kivalliq Inuit Association. At the international scale, she helped organize the Circum-Arctic Rangifer Monitoring and Assessment (CARMA) Network, provided Red List assessments for the International Union for the Conservation of Nature, and serves as a member of IUCN's Specialist Deer and Caprinae Groups. She has authored peer-reviewed publications on caribou and wildlife conservation, and served as a mentor for graduate students, from supporting them in their thesis field research to acting as external examiner of theses.

**Donald E Russell** retired in 2006 from Environment Canada after 33 years of service. He previously worked for Yukon Government for seven years. His primary focus of research is the ecology of large migratory caribou herds, with a particular interest in impacts of industrial development and climate change. He has conducted research for over 30 years on the Porcupine Caribou Herd and has published extensively on the herd's ecology. He has been a member of the Porcupine Caribou Management Board for 10 years and co-chair of the International Porcupine Caribou Board. He is a co-founder of the Circum-Arctic Rangifer Monitoring and Assessment (CARMA) Network involving scientists and community people from all the circumpolar countries. Don's major research has focused on adaptation of *Rangifer* to arctic and sub-arctic ecosystems including behavioral, nutritional, physiological, compensatory and reproductive strategies, computer simulation modeling as a tool to integrate ecosystem components and assess impacts of global change (climate, development, and institutional) on reindeer/caribou systems, the use of modeling as a tool in cumulative impact assessment, the integration of social and biological research in the assessment of the health of natural and human systems, and use of monitoring as a tool to integrate Indigenous communities in research and management of their environment.

**Exhibit 1, page 2 of 24**

**Introduction**

This document describes impacts to the Teshekpuk Lake caribou herd (TLCH) and Iñupiat caribou subsistence that are more likely than not to occur as a result of the next two years constructing the Willow Project in the National Petroleum Reserve in Alaska. We base this assessment on findings of peer-reviewed publications, agency reports, observations from monitoring programs, Indigenous knowledge, the Willow Project Final Supplemental Environmental Impact Statement (SEIS) and Record of Decision (ROD), and our combined 140 years of experience working with and researching "Human-Caribou Systems" (Kofinas and Forbes 1998; Kofinas 2013). Figure 1 illustrates the components and linkages examined in this declaration.

Our declaration is organized around two overarching conclusions:

I.   *Willow Project construction activities in the next two years are more likely than not to result in changes in TLCH's distribution and movements, resulting in greater energetic costs to caribou, and having a negative effect on pregnancy and calf survival rates.*

II.  *Willow Project construction activities in the next two years are more likely than not to negatively affect the caribou subsistence system in the community of Nuiqsut by displacing harvesters from traditional use areas, reducing total harvest, and negatively affecting food security, human health, and aspects of traditional Iñupiat culture.*

**Exhibit 1, page 3 of 24**

Figure 1: Projected Responses of Human-Caribou System to Willow Project Construction Phase

**Willow Project Proposed Construction Activities**

While the Supplemental Environmental Impact Statement (SEIS) for Willow states that Alternative E will have lower impacts than other assessed development alternatives, disturbance related to Alternative E construction will be considerable. Over the next two years, ConocoPhillips plans extensive activity year-round, especially during the long late fall and winter season, including gravel mining, construction of up to 98 miles of ice roads (SEIS App. D Table D 4.48), 30 miles gravel roads (SEIS at 196), ice pads, drill sites, an airstrip, vertical support members, pipelines, bridges; and the initial construction of on-pad facilities and the Operation Center (SEIS at 22-23; *id*. SEIS App. D.1 Figure D.4.20). The number of vehicle passages from construction is expected to increase rapidly from 33,180 the first winter (which began last year), to 92,127 the second winter, and to 190,286 the third winter (SEIS App. D Table D.4.47). Every day throughout the winter and spring over the next two years of construction, traffic will exceed 15 vehicles per hour, the rate at which BLM states that caribou show increased disturbance, although a recent study shows reactions at less than five vehicles per hour (Severson et al 2023). Noise would be greatest during winter construction, especially near the three bridges when impact hammers would be used to drive pilings in and around the

4

mine site, where blasting and gravel hauling would occur (SEIS, p. 239). Blasting, although brief, is especially loud. Then, during late spring (the caribou calving period) and summer (post calving and the highest period of subsistence caribou harvesting), heavy machinery would condition and compact gravel roads, and trucks would haul and place gravel at Oliktok Dock (SEIS App. D1 at 90-91, p.109). "Throughout the spring and summer, fixed wing aircraft and helicopters would be flown across the Willow area." (SEIS App. D.1 Table 5.51).

**Likely Impacts to Caribou Ecology**

The TLCH is similar to other migratory tundra caribou herds, with seasonal movements from winter grounds to calving grounds. TLCH, however, is atypical among migratory caribou herds in that most individuals stay on the coastal plain throughout the winter. As a result, this herd endures more extreme winter conditions than those experienced by herds that migrate south to the forested taiga. As a result of expansion of oil development from the Prudhoe Bay Field to the west, the TLCH herd currently has some exposure to infrastructure, but its historic range is primarily outside those areas.

Willow construction activities are more likely than not to affect distribution and movements of the TLCH and result in population-level impacts. There are three reasons why: First, exposure of the herd would be high as the Willow activities would extend oilfield activity west into the more highly used annual TLCH ranges, and as a consequence, TLCH is likely to be exposed year-round (SEIS Figure 3.12.4; Welch *et al.* 2022; Figures 9 and 17). Second, construction activities tend to have more intense impacts on caribou than the production phase of Willow (2023 ROD p.11). Third, experience elsewhere has shown how caribou behavioral responses to development activities can accumulate to impact herd-level vital rates such as pregnancy and calf survival. Given the location and levels of interactions from construction of Willow, and based on the available research, it is our conclusion that population-level impacts are likely to occur.

Herd exposure periods

Two-thirds of the TLCH would likely be exposed as the caribou winter on the coastal plain and herd-scale fidelity to the coastal plains is strong (Fullman *et al.* 2021). Willow construction activities are extensive from late November to mid-May [SEIS 2.5.10.1 Construction Phase Vol 1

p.22; Fullman *et al.* 2021]. Additionally, the TLCH will be exposed to overflights during calving and insect harassment during summer seasons. As noted above, Willow construction activities will overlap with TLCH seasonal ranges during the project's high-density periods in the fall, winter, and post-calving, in June. Willow construction will also overlap with the herd's spring migration, calving, and insect harassment in late summer, which would cause low- to medium-density exposure (SEIS Figure 3.12.4; Welch *et al.* 2022, Figure 17). The year-round exposure amounts to a high level of potentially multiple disturbances to a substantial portion of the herd.

<u>Individual to herd-level responses to construction</u>

The pathway for oilfield disturbance leading to changes in caribou movements and population-level impacts is through behavioral responses of individuals such as being alert, foraging less, and moving away from the disturbance. For example, despite mitigation such as increasing elevated pipeline height and separating pipelines from roads, Central Arctic herd cows and young calves still avoid gravel roads and calving remains displaced even 40 years after Prudhoe Bay oilfield started production (Johnson *et al.*, 2020). The level of traffic planned for Willow over the next two years is likely to restrict the distribution of TLCH or influence its habitats during winter and spring. Smith and Johnson (2023) studied winter road crossing of caribou in support of diamond mining in the Northwest Territories. This is one of the first studies to study the fine-scale location and timing of crossing decisions by caribou in an ephemeral winter-road network with a large volume of industrial traffic. They found that slightly more than 50% of the collared caribou in the vicinity rarely crossed the road when any level of traffic was present. In this case, the level of traffic, not the road right-of-way, was the underlying explanatory factor for the animals' behavioral decision. In that study, the relative probability of a caribou crossing the road fell to nearly zero when traffic rates were 50 vehicles or more in the eight hours prior to the crossing event. Willow construction traffic rates during winter and spring will be far higher than this threshold and are therefore likely to deflect many caribou. Winter is an energetically stressful season for caribou and reduced energy intake results in smaller calf birth weights, higher early calf mortality, and cows in poorer condition entering the summer. Frequent exposure to disturbance increases daily energy expenditure and reduces time spent

foraging (energy input), which together in the case of Willow construction are likely, and will thus decrease cow productivity and calf survival.

Caribou have a similar behavioral response to human activities (hunting and industrial disturbance) as they do to predators (Lima and Dill 1990), and adjust their behavior to trade off between the risk of predation and maintaining their forage intake (Droge *et al.* 2019). Thus, it is not surprising the caribou response to vehicles also includes delays in movement (i.e., days) as they approach roads and assess the risks of the road crossings (Poole *et al.* 2021, Boulanger *et al.* 2020). The delays lengthen the time for likely behavior responses such as decreasing foraging time which was observed to decrease closer to an ice road with traffic (Smith *et al.* 2023). Since traffic will exceed 15 vehicles per hour every day throughout the winter and spring, the disturbance from traffic and resulting decrease in forage intake and increased daily energy expenditure is likely, for the reasons discussed below.

Group size and leadership influence responses to disturbance (Padilla and Kofinas 2014). The distance at which caribou respond varies from 0.6 mile to 8 miles from roads and traffic, depending on whether the disturbance is during calving or intense traffic or associated with hunting (SEIS at 237; Plante *et al.* 2018; Boulanger *et al.* 2020). The distance at which caribou respond also varies depending on how caribou integrate their previous experience (memory), current surroundings, and their internal state. Although most is known about how caribou respond during calving, post-calving, and summer, caribou in winter also hesitate with delays and deflections in approaching ice or gravel roads used by traffic that can act as barriers (Boulanger *et al.* 2020; Smith and Johnson 2023).

Post-calving and summer seasons provide only a narrow window for female caribou with new calves to rely on foraging to fuel lactation and replenish depleted body stores (Taillon *et al.* 2013; Barboza and Parker 2008). Failure to replenish body stores during the summer can be significant, as summer weight gain influences the probability of conceiving in the fall, as well as calf survival (Cameron *et al.* 2005; Veiberg *et al.* 2016; Arthur and del Vecchio 2009). However, winter is also a critical time for caribou. Snow limits foraging opportunities during the winter and caribou rely on body stores of energy and protein for survival and gestation (Barboza and

Parker 2008; Taillon *et al.* 2013). In the Central Arctic Herd, late winter body mass of female caribou affects timing of calving and calf survival (Cameron *et al.* 2005; Albon *et al.* 2017; Veiberg *et al.* 2017).

Not only are caribou disturbed by oil and gas activities, but they also are subjected to many other impacts caused by their environment. For example, mosquito harassment on the Arctic Coastal Plain can be intense enough to increase caribou movements and mask responses to disturbance (Bali *et al*. 2013; Valente *et al.* 2020). Another example is in years of deep snow, when the energetic costs of movement increase (Fancy and White, 1987). The increased energetic costs likely contribute to why November snow depth is related to parturition (i.e., birthing rate) and spring recruitment (i.e., addition to population) (Russell *et al.* 2023). Thus, in years with below or above average November snow depths, the impact of caribou responses to Willow activities will vary.

Avoidance of petroleum development infrastructure by parturient caribou during the first few weeks of the lives of calves is the most consistently observed behavioral response of caribou to development (Griffith *et al.* 2002). Brief durations of interrupted foraging time, if frequent enough, will accumulate and affect caribou reproduction and survival. Wolfe (2000) compared calving locations for an undeveloped zone and a developed zone of the Central Arctic herd. He found that for cows in the undeveloped zone, annual calving distribution coincided with areas of high forage quality. However, in the oil development zone, selection patterns were inconsistent and concentrated calving shifted progressively inland, away from development towards more rugged terrain with lower forage quality. He concluded that repeated use of lower-quality inland habitats could compromise nutrient intake by calving females. The location of calving for all large migratory herds shifts annually in response to changing snowmelt and plant green-up patterns. Thus, the need to allow free movement to the temporally optimal range would apply to the Teshekpuk Herd as well. Disturbance from Willow traffic to caribou movement is likely to result in reduced forage quality for the caribou, leading to adverse effects on calf survival.

**Exhibit 1, page 8 of 24**

Subsequently, Cameron *et al.* (2005) reported that pregnancy rates of radio-collared cows were lower on the oilfield area than an undeveloped area to the east. Additionally, calves born and summering in the more developed western part of the Central Arctic herd range averaged 3 kilograms lighter than calves born in the western portion (Arthur and del Vecchio 2009). Lighter calves had a higher overall winter mortality, as mortality increases 5% for every kilogram difference in fall body weight (Russell *et al.* 2021). The noise and traffic disturbance at the oilfield is comparable to the disturbance that will be caused by Willow construction, and it is therefore likely that Willow construction will also lead to higher calf mortality.

<u>Use of simulation modelling to scale impacts to the population level and assess cumulative effects.</u>

The application of computational modelling to integrate individual responses to population level is increasingly well-accepted (White *et al.* 2014; Johnston *et al.* 2019). Computational modelling provides a method for scaling up from individual behavioral responses to the herd-scale, and for integrating the impacts of disturbance with environmental variables. Modeling also provides a means for assessing how individual-scale behavioral responses are cumulative, and how they lead to population-scale responses (Russell *et al.* 2021).

An application of modeling to assess herd-scale impacts of oilfield development was used during a recent proposal to open the Arctic National Wildlife Refuge (ANWR) to oil development. Cumulative impacts on the Porcupine Caribou herd were assessed under adverse, average, or favorable climate conditions (Russell *et al.* 2021). Scaling up from caribou encounters with development and subsequent reductions in foraging time meant that fall body weight of cows and calves (relative to baseline) were projected to decrease 0.69 to 1.7 kilograms for calves and 0.24 to 0.44 kilograms for cows.

These projected body weight changes will result in higher overwinter calf mortality and lower pregnancy rates, resulting in an increased probability that the herd will decline. Further, using population thresholds that trigger harvest management in Canada, Russell *et al.* (2021) projected a 9%–23% higher probability that managers would have to impose more restrictive harvest regimes to trade off the cost of Arctic Refuge development. While Russell *et al.* (2021)

quantitatively estimated herd-scale impacts of oilfield disturbance, they did not include the cost of displacing caribou from preferred habitats and their modelling assumed no development changes to winter range. With respect to the Willow Project, the range in impacts presented in Russell *et al*. (2021) covered 4 alternative development options (B, C, D1 and D) with increasing restrictions on development. The two Alternative D options were presented as the most conservation-minded, and even those alternatives resulted in population-level impacts. Aspects of this work translate to assessing the potential impacts of the Willow construction on the TLCH to demonstrate the likelihood that herd exposure to Willow construction would cause a decrease in fall cow and calf body weight, leading to population-level effects.

It is important to note that not only is the activity related to construction over the next two years likely to directly lead to population-level effects, the construction of the road during this period will also cause future impacts that are also likely to lead to population-level impacts. The extension of the gravel road eight miles to the west this winter, and the continued extension of the road north in the following winter as well, will result in permanent alterations to habitat connectivity, because the road cuts across the spring migration corridor and will deflect pregnant caribou away from their migration to calving grounds. Thus, the road infrastructure will cause impacts for as long as the road is in use, whether by industrial activity or otherwise, into the future.

Construction of Willow with climate change

Climate change will impact the TLCH, and if current trends in climate continue, the productivity of the Teshekpuk herd may be reduced. If so, hydrocarbon development within the key ranges of the herd will only exacerbate those trends. The period from 1980 to 2016 has subjected the TLCH to higher snowfall and more days with freezing rain compared to barren ground caribou herds to the east, and projected trends are increasing occurrences of freezing rain and rain on snow events. Recent analysis indicates fall and winter icing has a negative impact on survival of TLCH cows (Russell *et al.* 2023). Hence, TLCH exposure to industrial activity and its related impacts must be assessed in the context of an anticipated trajectory of a changing climate.

**Exhibit 1, page 10 of 24**

**Likely Impacts to Caribou Subsistence**

The Alaska National Interest Land Conservation Act defines subsistence as "the customary and traditional uses by rural Alaska residents of wild, renewable resources for direct personal or family consumption as food, shelter, fuel, clothing, tools, or transportation; for the making and selling of handicraft articles out of nonedible byproducts of fish and wildlife resources taken for personal or family consumption; for barter or sharing for personal or family consumption; and for customary trade" (16 U.S.C. § 3113). The North Slope Borough Municipal Code defines subsistence as "an activity performed in support of the basic beliefs and nutritional needs of the residents of the borough and includes hunting, whaling, fishing, trapping, camping, food gathering, and other traditional and cultural activities" (North Slope Borough Municipal Code 19.20.020). Following these definitions, any assessment of impacts on Alaska Native subsistence must consider not only the number of harvested animals and total number of pounds of meat produced, but also assess impacts to broader cultural processes, including but not limited to maintenance and production of traditional knowledge, intra- and inter-community sharing of wild foods, people's time on the land, individuals' and communities' sense of place and homeland, household and individual food security, cultural identity, and the transgenerational transmission of cultural values. For this reason, we refer to caribou subsistence as a "system" of elements that links caribou ecology with social, economic, and cultural dimensions of Iñupiat lifeways (Wheeler 2005; Kofinas 2013).

Construction of Willow (and the production phases that follow) should also be framed with an appreciation of the level of landscape change that has already occurred in the area as a result of oil and gas development (Braund & Associates 2022). Willow construction activities is likely to add to the impacts of industrial activity that is surrounding the Village of Nuiqsut, which are already causing physical and psychological harm (Ahtuangaruak 2015). Landscape changes related to climate change have also been documented (Schmidt *et al.* 2018; Zhou *et al.* 2022; Brubaker *et al.* 2014), including the thawing of permafrost resulting in the erosion of riverbanks that has unearthed barrels of contaminants left from past oil and gas exploration, changes in access to hunting grounds, and increases in human safety risks resulting from unpredictable

**Exhibit 1, page 11 of 24**

weather. We anticipate that construction of the Willow Project will add to local perceptions of stress and loss.

<u>Reduced access to traditionally used hunting grounds and the displacement of harvesters from those areas</u>

Caribou harvesting by Nuiqsut and Barrow caribou hunters has been documented through several studies (Braund & Associates 2023, p. 61). Summarized findings show that while caribou harvesters use different areas in different years to harvest caribou, depending on the distribution and movement of animals, as many as 84% of Nuiqsut harvesters hunt caribou in the Willow construction area (Willow FSEIS). Mean number of reported caribou harvested by Nuiqsut hunters in years 1985 to 2012 is 510, with a maximum of 636 in 2019 (Braund & Associates 2023). Using a conversion rate of 136 lbs. per caribou, the mean total of pounds harvested is 86,360 lbs. per year, which constitutes a significant portion of the community's total wild food harvest.

Based on Nuiqsut's experience in the Alpine Oil Field, it is likely that safety and security concerns during construction at Willow will result in restrictions of subsistence harvesting in areas traditionally used to hunt caribou and a resultant displacement of hunters from its most productive hunting grounds. (See Figure 2)

<u>Reduced quality of the hunting experiences</u>

The viewsheds and soundscapes of the North Slope are huge. For example, the Alpine Oil Field and satellite facilities can be seen by from the village of Nuiqsut, 6 miles away. Subsistence harvesters have reported that oil development infrastructure and aircraft subtracts from their subsistence experiences and has resulted in a preference by some to avoid those areas when spending time on the land hunting with friends and family, fishing, and camping (Braund & Associates 2023). The large number of aircraft, excavation vehicles, road traffic, and other human activities projected for Willow are likely to dramatically affect the areas in and surrounding construction, making more of people's homelands visually and acoustically polluted, and making the harvesting of caribou less desirable.

**Exhibit 1, page 12 of 24**



Figure 2: Nuiqsut Caribou hunting areas and the proposed Willow Project site. Source: Figure E.16.2, Willow SEIS.

Reduced quality of meat that is harvested

Experienced subsistence hunters are acutely aware of the quality of the meat they harvest and select animals that are not "worked," less agitated, and in better physical condition (Kofinas *et al*. 2002; Kofinas *et al*. 2013). Those who regularly consume caribou report that there is a taste difference in stressed vs unstressed caribou. For example, knowing that bull caribou are highly active during their rut period (early October), many hunters avoid harvesting those animals, and instead hunt bulls at other times of the year or shoot cows during the rut period. As noted in the Caribou Ecology section above, caribou interacting with construction activities and deflected to non-construction regions are likely to be stressed and agitated. Therefore, the caribou meat harvested is more likely than not to be of a poorer quality and less desirable. It is therefore more likely than not that some hunters may elect not to harvest stressed caribou.

The section on caribou ecology and sections on subsistence above outline how Willow construction will make traditional caribou hunting grounds less accessible, hunting experiences lower quality, and caribou more stressed and, therefore, less desirable. The section below describes how a reduction in hunters may decrease in total number of caribou available to Nuiqsut and others.

Reduced number of harvesters participating in caribou hunts; potentially a reduced total number of animals harvested

The vast majority of wild foods used by Alaska Native communities are harvested by "super households," with the exception of bowhead, which is organized and harvested with whaling crews (Wolfe and Walker 1987). Super households have members who are skilled and highly successful hunters, with available time and equipment to harvest large quantities of animals. Studies of rural Alaska, including those on the North Slope, confirm the "30-70 rule," whereby 30% of the households produce 70% of the meat, with harvested wild foods shared with other households of the local community and other communities (Kofinas *et al*. 2016). The 30-70 rule highlights how a small number harvesters are key to community subsistence wild food

14

production, and how this system differs from the sport hunting in which one hunter harvests one animal.

The 30-70 rule is important in the context of Willow construction in that a small reduction in the number of households (and harvesters) participating in a harvest can profoundly reduce the total number of animals available to other households. Given the importance of the Willow development area for caribou hunting, the resultant lack of access to that area for harvesting caribou, as well as other related hunting conditions described above, we conclude that Willow construction activities will more likely than not result in a decrease in the total number of caribou harvested by the community of Nuiqsut.

<u>Reduced flow of caribou distributed through intra- and inter- community sharing</u>

As illustrated by the 30-70 rule, sharing wild food harvests with others is an important and long-held value of the Iñupiat culture (Okada 2010, Topkok 2015). Common is the belief among Iñupiat (and other Indigenous hunter-gatherer societies) that sharing brings luck and good fortune to those who are generous (Kofinas 1998). Sharing one's first caribou harvest each year with an elder or a needy person is a common practice that is steeped in Iñupiat tradition (Okada 2010). Studies of subsistence in Arctic Alaska also find that sharing of harvested wild foods is undertaken by high- as well as low-harvesting households, and serves as a social welfare function by networking harvesters with those who are needy (e.g., single mothers with kids, elders, community feasts) (Kofinas *et al.* 2016).

There is currently limited quantitative evidence on how reduced harvests results in changes in sharing patterns, but recent studies show that a reduction in the total community harvest has affected non-harvesting households, with fewer harvested animals resulting in fewer pounds of meat distributed (Howe *et al.* 2016; Trainor *et al.* 2021; Scaggs *et al.* 2021). The Bureau of Ocean Energy Management Sharing Project (Kofinas *et al.* 2016) quantified how sharing is not confined to households within a single community, and how harvested wild food from one village household finds its way to other communities throughout Alaska and beyond. This evidence supports the assertion that a reduction of caribou harvest in Nuiqsut is likely to impact not only the households of the community, but also those of other communities, including

**Exhibit 1, page 15 of 24**

family members who live in urban areas and regularly depend on receiving wild foods from their village.

## Impacts to household food security

Studies in Nuiqsut and other communities have found that a shocking portion of the North Slope households report food insecurity. The North Slope Borough's Census / Health Profile for Nuiqsut (2010) based on interviews with household heads found that approximately a third of households (38%) were not able to get enough healthy food to meet their needs, fifty-three percent of households were unable to get enough subsistence foods, and twenty-five percent of households reported that at times they did not have enough food to eat. These values are higher than the responses reported for all North Slope villages (*ibid.*), and are consistent with food insecurity reported in other studies (e.g., Kofinas *et al.* 2016)  A reduction in subsistence sharing, which commonly delivers wild food to the neediest members of the community, those already living with food insecurity, is therefore likely to negatively impact human health.

| Table 1: Food Security | Nuiqsut household heads | All NSB household heads |
|---|---|---|
| Times last year when household found it difficult to get the foods they needed to eat healthy meals | 38% | 35% |
| If yes, because not able to get enough subsistence foods to eat healthy meals | 53% | 43% |
| If yes, because not able to get enough store foods to eat healthy meals | 87% | 90% |
| Percent with household members who at times did not have enough to eat | 25% | 19% |
| Source: NSB - Baseline Community Health Analysis Report. 2012. | | |

## Impacts on time spent on the land; reduced opportunities for transgenerational learning

It is a common tradition for families to travel and camp together when harvesting subsistence foods. This is a time when young people learn firsthand from skilled adult hunters about the ways of animals, how to be respectful when harvesting and caring for meat, how to travel safely, and how to process meat. It is also a time when oral traditions and old stories are shared

with the younger generation. As well, time on the land is vital in maintaining and sustaining Iñupiat lifeways. The area proposed for construction and development of the Willow Project includes numerous family camps that have been used for generations. Construction of the Willow Project and the development that follows will make many of them inaccessible, and not practical for their intended use—spending time on the land to practice cultural traditions. Making a significant portion of the caribou hunting grounds inaccessible to community residents, even for a period of two years, is likely to have a negative effect on culture traditions, and would potentially impact the transgenerational transmission of Indigenous knowledge.

<u>Impacts on traditional hunting practices</u>

As reported in fourteen years of Nuiqsut caribou monitoring reports, there has been an increase in the use of roads (and trucks) for caribou hunting (Brand 2023). While the construction of a road system provide future opportunities for road hunting, there is strong belief among some traditional hunters of Nuiqsut that this way of harvesting is culturally inappropriate, counter to the old ways, and leads to greater incidence of wastage. "Highway hunting" by First Nations People of Northwest Territory and Yukon from the Dempster Highway of western Canada (completed in 1979, running Dawson City, Yukon to Inuvik NWT) has resulted in a host of on-going wounding and wastage issues (PCMB 2020). Hunters of this area have also observed how roads and road hunting have redirected caribou leaders in that area, affecting herd movements and consequently making caribou less available (Padilla and Kofinas 2014). In the case of the Dalton Highway of Alaska, restrictions are now in place requiring hunters using firearms to travel five miles from the road before harvesting. Experiences with roads and caribou hunting and the mere idea of hunting near oil production facilities suggest that road access caribou hunting through Willow will be problematic on several levels.

**Accounting for Potential Adaptation**

There is no doubt that residents of Nuiqsut and other affected communities will respond in ways that, in part, mitigate some of the impacts from the Willow Project construction phase. Adaptive responses could include community hunts that help households meet their caribou needs, having caribou meat transported from other communities to Nuiqsut, or hunting in new

areas should caribou be displaced. However, communities do not have infinite capacity to adapt to change (Berman *et al.* 2021), and changes at the scale proposed with Willow will be irreversible. While adaptive responses may mitigate some of the impacts of Willow construction on caribou subsistence, they will come with their own set of costs, several of which have been articulated above.

**Tipping Points and State Changes**

The interaction of caribou and humans is a complex and dynamic system of interacting components. (See Figure 1) Change in one component of the system is likely to affect others. Evidence shows that change in social-ecological systems is often non-linear, and the extent of change is almost always unpredictable (Mathias 2020). As well, change can cascade through a system's elements, resulting in cumulative effects and the crossing of critical thresholds (i.e., tipping points) that can result in state changes that fundamentally alter the system's structure, function and identity. Talk of tipping points and state change in the context of Willow is not theoretical and many cases have documented such dynamics in other social-ecological systems (Chapin *et al.* 2009, Gunderson *et al.* 2022). The information provided in this declaration provides ample evidence on how the next two years of construction for Willow is more likely than not to result in a significant change in the existing Human-Caribou system. While there is always a level of uncertainty when assessing impacts of land-use change, the evidence shows that the potential impacts and related risks of Willow construction will not be trivial, and its impacts to the system as a whole will be significant.

**Conclusion**

This declaration outlines the impacts that are more likely than not to occur as a result of the Willow Project construction phase in the Alaska National Petroleum Reserve. While it is impossible to predict impacts with exact certainty, the evidence strongly suggests that Willow Project construction in the next two years is more likely than not to negatively affect caribou ecology and traditional caribou subsistence.

**Exhibit 1, page 18 of 24**

# References

Ahtuangaruak, R. (2015). Broken promises: the future of Arctic development and elevating the voices of those most affected by it, Alaska Natives. *Politics, Groups, and Identities*, 3(4): 673-677, DOI: 10.1080/21565503.2015.1080618.

Albon, S. D., R.J. Irvine, O. Halvorsen, R. Langvatn, L.E. Loe, E. Ropstad, V. Veiberg, R. van der Wal, E.M. Bjørkvoll, E.I. Duff, B.B. Hansen, A.M. Lee, T. Tveraa, A. Stien (2017). Contrasting effects of summer and winter warming on body mass explain population dynamics in a food limited Arctic herbivore. *Global Change Biology*, *23*(4): 1374-1389, DOI: 10.1111/gcb.13435.

Arthur, S. M. & P. A. Del Vecchio (2009). Effects of oil field development on calf production and survival in the Central Arctic herd: Final Research Technical Report. Alaska Department of Fish and Game. https://www.adfg.alaska.gov/static/home/library/pdfs/wildlife/research_pdfs/ca-oil_finaltr.pdf.

Bali, A., V.A. Alexeev, R.G. White, D.E. Russell, A.D. McGuire, & G.P. Kofinas (2013). Long-term patterns abiotic drivers of mosquito activity within summer ranges of Northern Alaska caribou herds (1979-2009). *Rangifer*, *33*, Special Issue No. 21: 173-176.

Barboza PS, Parker KL. Body protein stores and isotopic indicators of N balance in female reindeer (Rangifer tarandus) during winter. Physiol Biochem Zool. 2006 May-Jun;79(3):628-44. doi: 10.1086/502811. Epub 2006 Apr 14. PMID: 16691528.

Berman, M. D., J. I. Schmidt, & G.P. Kofinas (2021). Comparing adaptive capacity of Arctic communities responding to environmental change. *Ecology and Society, 26*(3):22. https://doi.org/10.5751/ES-12304-260322.

Boulanger, J., R. Kite, M. Campbell, J. Shaw and D.S. Lee. 2020. Analysis of Caribou Movements Relative to the Meadowbank Mine and Roads During Spring Migration. Government of Nunavut, Department of Environment, Technical Report Series – No:01-2020. 31 July 2020.

Braund, S.R. & Associates (2009-2023). Nuiqsut Caribou Subsistence Monitoring Project Reports Submitted to: ConocoPhillips Alaska, Inc. North Slope Borough Department of Wildlife Management. https://catalog.northslopescience.org/dataset/2397.

Braund, S.R. & Associates (2023). Nuiqsut Caribou Subsistence Monitoring Project: 2021 (Year 14) Report FINAL REPORT Submitted to: ConocoPhillips Alaska, Inc. North Slope Borough Department of Wildlife Management 28 June 2023

**Exhibit 1, page 19 of 24**

Braund, S.R. & Associates (2009-2023) Nuiqsut Caribou Subsistence Monitoring Project Reports, submitted to: ConocoPhillips Alaska, Inc. North Slope Borough Department of Wildlife Management. Posted at https://catalog.northslopescience.org/dataset/2397

Brubaker M., J. Bell, H. Dingman, M. Itta, K. Kasak (2014). Climate Change in Nuiqsut, Alaska, Strategies for Community Health. ANTHC. https://anthc.org/wp-content/uploads/2016/01/CCH_AR_072014_Climate-Change-in-Nuiqsut.pdf

BurnSilver, S., J. Magdanz, R. Stotts, M. Berman, & G.P. Kofinas. (2016). Are Mixed Economies Persistent or Transitional? Evidence Using Social Networks from Arctic Alaska. *American Anthropologist, 118*(1):121-129.

Cameron, R. D., D.J. Reed, J.R. Dau, & W.T. Smith (1992). Redistribution of calving caribou in response to oil-field development on the arctic slope of Alaska. *Arctic, 45*(4): 338-342.

Cameron, R.D., W.T. Smith, R.G. White, B. Griffith (2005). Central Arctic Caribou and petroleum development: distributional, nutritional, and reproductive implications. *Arctic, 58*(1), 1–9.

Chapin III, F. S., G. Kofinas, & C. Folke (2009). "A Framework for Understanding Change." In Chapin, F.S., G.P. Kofinas, & C. Folke, editors. *Principles of Ecosystem Stewardship: Resilience-Based Natural Resource Management in a Changing World*. Springer-Verlag, New York. Pages 3-28.

Droge, E., S. Creel, M. Becker, D. Christianson, J. M'soka, & F. Watson (2019). Response of wildebeest (Connochaetes taurinus) movements to spatial variation in long term risks from a complete predator guild. *Biological Conservation, 233*: 139-151. 10.1016/j.biocon.2019.02.031.

Fancy, S. F. and R. G. White. 1987. Energy Expenditures by Caribou while Cratering in Snow. The Journal of Wildlife Management 49: 987-993.

Fullman, T. J., K. Joly, & A. Ackerman (2017). Effects of environmental features and sport hunting on caribou migration in northwestern Alaska. *Movement Ecology 5*:4.

Fullman, T.J., B.T. Person, A.K. Prichard, L.S. Parrett (2021). Variation in winter site fidelity within and among individuals influences movement behavior in a partially migratory ungulate. *PLoS ONE 16*(9): e0258128. https://doi.org/10.1371/ journal.pone.0258128

Graham, M. (March 20, 2023). With the Willow project on the horizon, some Alaska Natives worry about traditional foods. *Grist*. https://grist.org/food/willow-project-alaska-natives-traditional-foods-oil/

**Exhibit 1, page 20 of 24**

Case 3:23-cv-00061-SLG   Document 190-1   Filed 11/17/23   Page 20 of 24

Griffith, B., D.C. Douglas, N.E. Walsh, D.D. Young, T.R. McCabe, D.E. Russell, R.G. White, R.D. Cameron, & K.R. Whitten (2002). The Porcupine caribou herd. In. Douglas, D.C., P.E. Reynolds, & E.B. Rhode, editors. *Arctic Refuge coastal plain terrestrial wildlife research summaries* (pp. 8-37). U.S. Geological Survey, Biological Resources Division, Biological Science Report USGS/BRD/BSR-2002-0001.

Gunderson, L. H., C.R. Allen, & A. Garmestani (2022). Applications and Diffusion of Panarchy Theory. *Applied Panarchy: Applications and Diffusion Across Disciplines*, 291.

Howe, E. Lance, J.J. Murphy, D. Gerkey, & C.T. West (2016). Indirect Reciprocity, Resource Sharing, and Environmental Risk: Evidence from Field Experiments in Siberia. *PLoS ONE,* 11(7):e0158940.

Johnson, H. E., T.S. Golden, L.G. Adams, D.D Gustine, & E.A. Lenart (2020). Caribou use of habitat near energy development in Arctic Alaska. *Journal of Wildlife Management*, 84: 401–412. DOI: 10.1002/jwmg.21809.

Johnson, H. E., T.S. Golden, L.G. Adams, D.D Gustine, E.A. Lenart, & P.S. Barboza (2021). Dynamic selection for forage quality and quantity in response to phenology and insects in an Arctic ungulate. *Ecol. Evol. 11*: 11664–11688. DOI: 10.1002/ece3.7852.

Johnston, A.S.A., R.J. Boyd, J.W. Watson, A. Paul, L.C. Evans, E.L. Gardner, V.L. Boult (2019). Predicting population responses to environmental change from individual-level mechanisms: towards a standardized mechanistic approach. *Proc. R. Soc. B* 286: 20191916.

Kofinas, G.P. & B. Forbes (1998). The Human Role in Reindeer/Caribou Systems. *Polar Research* Volume 19, number 1.

Kofinas, G.P. (1998). *The Cost of Power Sharing: Community Involvement in Canadian Co-Management of Porcupine Caribou* Ph.D. Dissertation (Interdisciplinary Studies in Resource Management Science), University of British Columbia, Vancouver, BC, Canada. Pp 471.

Kofinas, G.P., D. E. Russell, & R. White (2002). Community Monitoring of Caribou Body Condition: Technical Workshop Proceedings. Technical Report Series No. 390. Canadian Wildlife Service, Ottawa, Ontario, 31 pp.

Kofinas, G.P., F.S. Chapin III, S. BurnSilver, J.I. Schmidt, N.L. Fresco, K. Kielland, S. Martin, A. Springsteen, and T.S. Rupp (2010). Resilience of Athabascan subsistence systems to interior Alaska's changing climate. *Canadian Journal of Forest Research* 40:1347-1359

Kofinas, G.P., (2013). Heterogeneity and Resilience of Human-Rangifer Systems. Special issue of *Ecology and Society*. http://www.ecologyandsociety.org/issues/view.php?sf=58

**Exhibit 1, page 21 of 24**

Kofinas, G.P., P. Lyver, D. Russell, R. White & A. Nelson (2003). Towards a Protocol for Community Monitoring of Caribou Body Condition. *Rangifer*. Special Issue Vol 14 No 7: pages 43-52.

Kofinas, G.P., S. BurnSilver, J. Magdanz, R. Stotts, & M. Okada (2016), Subsistence Sharing Networks and Cooperation: Kaktovik, Wainwright, and Venetie Alaska. BOEM Project Report Number 2015-023DOI. Published by University of Alaska Fairbanks. (pp 500) http://www.north-slope.org/assets/images/uploads/subsistence_sharing_networks_BOEM-2015-23.pdf

Lima, S.L. & L.M. Dill (1990). Behavioral decisions made under the risk of predation: a review and prospectus. *Can. J. Zool.* 68: 619-640.

Mathias, J. D., J.M. Anderies, J. Baggio, J. Hodbod, S. Huet, M.A. Janssen, M. Milkoreit, & M. Schoon (2020). Exploring non-linear transition pathways in social-ecological systems. *Scientific reports*, *10*(1), 4136.

McAninch, J. (July 2012). Baseline Community Health Analysis Report. North Slope Borough Department of Health and Social Services. https://www.north-slope.org/wp-content/uploads/2022/01/Baseline-Community-Health-Analysis-Report.pdf.

Okada, M. M. (2010). The Comparison of Qualitative and Quantitative Approaches for measuring Traditional Food Sharing on Communities of the North Slope of Alaska. Master's Thesis, University of Alaska Fairbanks.

Oster, K.W., P.S. Barboza, D.D. Gustine, K. Joly, & R.D. Shively (2018). A spatial and phenological perspective of mineral constraints on arctic caribou. Ecosphere. 9(3): e02160

Padilla, E. & G. P. Kofinas (2014). Letting the leaders pass: Barriers to using traditional ecological knowledge in comanagement as the basis of formal hunting regulations. *Ecology and Society* 19(2). http://dx.doi.org/10.5751/ES-05999-190207

PCMB (2020) Minutes of the Canadian Porcupine Caribou Management Board Meeting, Dawson City, Yukon February 13, 2020, posted at https://pcmb.ca/wp-content/uploads/2021/09/2020_02-minutes.pdf

Plante S, Dussault C, Richard JH, Côté SD (2018) Human disturbance effects and cumulative habitat loss in endangered migratory caribou. Biol Conserv 224:129–143. https:// doi. org/ 10. 1016/j. biocon.2018. 05. 022

Poole, K.G., A. Gunn, & G. Pelchat (2021). Influence of the Ekati Diamond Mine on migratory tundra caribou movements. Report prepared for the Independent Environmental Monitoring Agency, Yellowknife, Northwest Territories. Downloaded

https://monitoringagency.net/wp-content/uploads/2021/08/Poole-et-al-IEMA-Ekati-caribou-movements-final-August-2021.pdf

Porcupine Caribou Management Board Minutes of Meeting Dawson City, Yukon (February 13, 2020). Posted at https://pcmb.ca/wp-content/uploads/2021/09/2020_02-minutes.pdf.

Russell, D. E., R. G. White, & A. Gunn (2023). Understanding productivity of North American migratory tundra caribou: Role of vital rates and climate. Poster presentation 2023 North American caribou workshop and Arctic Ungulate Conference. Anchorage, Alaska.

Russell, D.E., A. Gunn, & R. White (2021). A decision support tool for assessing cumulative effects on an Arctic migratory tundra caribou population. *Ecology and Society* 26(1):4].

Scaggs, S.A., D. Gerkey, & K.R. McLaughlin (2021). Linking Subsistence Harvest Diversity and Productivity to Adaptive Capacity in an Alaskan Food Sharing Network. *American Journal of Human Biology* 33(4):e23573.

Schmidt, J. I., G.P. Kofinas, T.J. Brinkman, & N. O'Neal (2018). "Local Knowledge and Science: Observations of Landscape Change in the Nuiqsut Homelands". Northern Test Case of Alaska EPSCoR. University of Alaska. Fairbanks, AK. Pp 28. Posted at: http://www.alaska.edu/epscor/files/epscor/NTC/Nuiqsut-Community-Report.pdf

Severson, J.P., T.C. Vosburgh, & H.E. Johnson (2023). Effects of vehicle traffic on space use and road crossings of caribou in the Arctic. *Ecological applications* (2023): e2923.

Shankman, S. (August 2, 2018). Surrounded by Oil Fields, an Alaska Village Fears for Its Health. Inside Climate News. https://insideclimatenews.org/news/02082018/alaska-north-slope-oil-drilling-health-fears-pollution-risk-native-village-nuiqsut/

Smith, A. & C. Johnson (2023). Why didn't the caribou (Rangifer tarandus groenlandicus) cross the road? The barrier effect of traffic on industrial winter roads. 10.21203/rs.3.rs-2497278/v1.

Taillon, J., Barboza, P.S. and Côté, S.D. (2013), Nitrogen allocation to offspring and milk production in a capital breeder. Ecology, 94: 1815-1827. https://doi.org/10.1890/12-1424.1

Topkok, C.S.A. (2015). Iñupiat ilitqusiat: Inner views of our Iñupiaq values. University of Alaska Fairbanks PhD Dissertation, 3740949. 181 pages. Posted at https://www.proquest.com/docview/1751016755?pq-origsite=gscholar&fromopenview=true

Trainor, A., D. Gerkey, B.M. McDavid, H.S. Cold, J. Park, & David S. Koster (2021). *How Subsistence Salmon Connects Households and Communities: An Exploration of Salmon*

**Exhibit 1, page 23 of 24**

*Production and Exchange Networks in Three Communities on the Yukon River, 2018–2019*. Technical Paper 481. Fairbanks, Alaska: Alaska Department of Fish and Game Division of Subsistence.

U.S. Department of the Interior, Bureau of Land Management (Jan. 2023). Willow Master Development Plan: Final Supplemental Environmental Impact Statement.

U.S. Department of the Interior, Bureau of Land Management (Mar. 2023). Willow Master Development Plan: Record of Decision.

Valente, S., A. Skarin, P. Ciucci & A. Uboni (2020). Attacked from two fronts: Interactive effects of anthropogenic and biotic disturbances generate complex movement patterns, Arctic, Antarctic, and Alpine Research, 52:1, 27-40, DOI:10.1080/15230430.2019.1698251

Veiberg, V., L.E. Loe, S.D. Albon, R.J. Irvine, T. Tveraa, E. Ropstad, & A. Stien (2016). Maternal winter body mass and not spring phenology determine annual calf production in an Arctic herbivore. *Oikos*, http://doi.org/10.1111/oik.03815.

Welch, J. H., A. K. Prichard, & M. J. Macander (2022). Caribou monitoring study for the Alpine Satellite Development Program and Greater Moose's Tooth Unit, 2021. Annual report for ConocoPhillips Alaska, Inc., Anchorage, by ABR, Inc., Fairbanks, Alaska. x + 77 pp.

Wheeler, P. & T. Thornton (2005). Subsistence research in Alaska: A thirty-year retrospective. *Alaska Journal of Anthropology*, *3*(1), 69-103.

White, R.G., D.E. Russell, & C.J. Daniel (2014). Simulation of maintenance, growth and reproduction of caribou and reindeer as influenced by ecological aspects of nutrition, climate change and industrial development using an energy-protein model. *Rangifer*, 1-126.

Wolfe, R.J., & R.J. Walker (1987). Subsistence economies in Alaska: Productivity, geography, and development impacts. *Arctic anthropology, 24*(2), 56-81.

Wolfe, S. (2000). Habitat selection by calving caribou of the Central Arctic Herd, 1980-95. MSc Thesis. University of Alaska, Fairbanks. 83 pp.

Zhou, J., G.P. Kofinas, K. Kielland, R. B. Boone, L. Prugh, & K.D. Tape (2022). Climate change, moose, and subsistence harvest: social-ecological assessment of Nuiqsut, Alaska. *Ecology and Society* 27(3):29. https://doi.org/10.5751/ES-13175-270329

**Exhibit 1, page 24 of 24**