**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>BUREAU OF LAND MANAGEMENT *et al.*, )<br>)<br>*Defendants*, )<br>)<br>CONOCOPHILLIPS ALASKA *et al.*, )<br>)<br>*Intervenor-Defendants.* )<br>) | Case No. 3:23-cv-00061-SLG |

**DECLARATION OF ROSEMARY AHTUANGARUAK**

I, Rosemary Ahtuangaruak, hereby declare as follows:

1.      I was born in Fairbanks and I moved to the North Slope in 1980. I now live in Nuiqsut. In the past, I have lived in both Nuiqsut and Utqiaġvik (formerly Barrow). I am a member of the Native Village of Barrow.

2.      I attended the University of Washington Medex Northwest Physician Assistant program. I graduated in 1991 and was employed as a health aide in Nuiqsut for 14 years. In 2017, I received an Honorary Doctor of Humanities degree from the Oberlin College and Conservatory.

3.      I am a current member of the Friends of the Earth (FoE). I joined FoE to work with others whose work helps to protect where I live. I support FoE's work to protect the Arctic, including the National Petroleum Reserve-Alaska (Reserve), the Arctic National Wildlife Refuge (the Refuge), and the adjoining Beaufort and Chukchi Seas.

4.      I am Executive Director of Grandmothers Growing Goodness, an organization dedicated to elevating the understanding and protection of Iñupiat culture and people in the face of rampant oil and gas development and climate change. Its core purpose is to help support equity for communities facing significant environmental justice threats and to strengthen equity for the Iñupiat that affect our community's life, health, and safety.

5.      I am a member of the Environmental Protection Agency's (EPA) Clean Air Act Advisory Committee.

6. I was first elected to Nuiqsut City Council in 1986 and served on the City Council and Native Village Tribal Council for many different terms throughout the years. I was re-elected to the Nuiqsut City Council in October 2020. I was re-elected Mayor from November 2020 until October 2023.

7. I have recently served, including as chair, a three-year term on the North Slope Borough Health Board.

8. For many years, I was also involved with the Center for Disease Control & Prevention's (CDC) National Tribal Health Think Tank, a group working to promote tribal public and environmental health issues in communities, including those on the North Slope. As part of this group, I was able to address tribal environmental health concerns with many various agencies. As explained below, I initially became involved with CDC because of fish contamination issues we were experiencing around Umiat. My work on tribal health issues was recently recognized by CDC, supported by the American Public health Association. I also worked with the National Research Council (NRC) and 24 of its scientists in Nuiqsut. We discussed many of our concerns, and it took 17 years for the NRC to make recommendations based on this research and their discoveries about the relationship between oil and gas activity and health impacts.

9. I raised my family in Nuiqsut. I have one daughter, four sons, 12 granddaughters, and eight grandsons. I live a very traditional lifestyle hunting, fishing, whaling, gathering, and teaching our family and extended family and community members the traditional and cultural activities as my elders taught me and as I am

teaching my grandchildren.  We hunt and eat various birds, including ptarmigan, ducks and geese, fish, including char, salmon, whitefish, dolly varden, grayling, pike, trout, and cisco, land mammals, including caribou, moose and muskox, and marine mammals, including bearded seals, walrus, and beluga and bowhead whales.  In the winter, we trap furbearers, including wolverines.  We harvest berries, plants, roots, and herbs.  We work together in harvesting plants and animals and sharing the harvest.

10.    We have extensive sharing traditions that unite our families and communities across the North Slope and beyond.  Others share their harvest with my family, and we share our harvest with others, including extended family members in other places.  Other villages share their harvest with the people of Utqiaġvik and the people of Utqiaġvik in turn share their harvest with us.  As we interact with our village families, we share our harvest as they share theirs.  These extensive sharing patterns have given us much of the variety we eat.  We hunt much of our own food, but others share unique items such as beluga whale and walrus meat.  We send cisco, caribou, moose, muskox, or bowhead to others.  So many family members are appreciated for sharing their foods.  From Aunt Bettie's arctic cisco from Kaktovik to the salmon from my niece on Kenai, we are still sharing the foods as our elders have.  These inter-village sharing traditions are also demonstrated during Kivgiq, the Messenger Feast, during which our villages come together to share and celebrate.

**Exhibit 2, page 4 of 148**

11.     In addition to getting food, we also make items from the animals we harvest, like tools from bones.  Some of the crafts we make, such as caribou-horn popsockets, ivory beads, or beaded covers for cell phones, help meet new needs.

12.     We also share our harvest with those in need.  When my mother fell ill, villages across the North Slope reached out to her to make sure she had fermented walrus and other foods she wanted.  Now that one of my sons is not hunting as much due to illness and other reasons, I share with him caribou and fish harvested by my youngest son.  Covid-19 has also increased our need for caribou and other subsistence foods.  I only went to the store a few times during the pandemic.  The local stores are still empty and have little variety; most things sell out quickly and if you don't get to the store when deliveries are made, you are out of luck.  For example, we have no butter right now. Many families must make expensive trips out of town to get stable supplies.  Many hunters are harvesting and delivering meat to families in need.  Families are working together fishing to make sure we had fish as our store shelves are limited.  The lack of store food, pre-Covid and post-Covid, makes traditional foods necessary for our survival. Going to the store does not meet our needs for "shopping."  Without our traditional foods, our cabinets and cupboards would be as empty as the shelves at the stores. Sharing is vital to obtaining the variety of foods we need.

13.     My mother taught me the land hunting skills that she learned from her parents and family.  Other extended family members taught me how to work together to hunt whales and other marine mammals.  I also learned the ways of preparing and

preserving the foods, including how to ferment fish and whale meat, and how to prepare caribou meat by burying it in the snow. I have family ties that bind me to Nuiqsut, Utqiaġvik, Wainwright, Atqasuk, Pt. Hope, Pt. Lay, Kaktovik, Anaktuvuk Pass, Inuvik, Aklavik, and other communities in the Arctic, and exposure to hunting and gathering is an important part of these ties.

14. My family and I hunt, fish, and gather across the North Slope, including in various places along the Chukchi and Beaufort Sea coasts, multiple tributaries including in the Colville River watershed, and throughout the lands and waters around Nuiqsut and Utqiaġvik.

15. My family and I rely on the area in which ConocoPhillips plans to work this winter and in the next two years. We use it mostly to hunt caribou. The Willow industrial activities that would begin this winter threaten to harm our use of the area during the time of the activities and beyond.

16. My nephews, including one who is a super hunter, hunt in the area west of GMT2. They go on the road to GMT2, and from there they go onto the tundra, travelling north, south, or west onto the tundra, for up to 30 or sometimes even 50 miles on their Hondas and four-wheelers. The area where they travel and hunt therefore directly overlaps with the areas where the road will be extended and construction activity will take place over the next two years, including where the Willow Operations Center, Willow Central Facilities, and the BT 1, 2, and 3 drill pads will be constructed and where the bridges will be installed. My nephews bring me caribou and other foods from there.

They're the ones who bring me most of my caribou, but lots of people in my community share caribou with me. All the kids with snow machines and four wheelers go there, in the Willow area.

17. My nephews would not use the Willow area if high levels of traffic and construction, such as what ConocoPhillips has planned for the next couple years, are going on. The Willow area, west of GMT2, is one of the last places people can go that is away from industrial activity. My nephews prefer to hunt where there isn't all this activity, because it isn't enjoyable to be surrounded by oilfield infrastructure and activity. Also, my nephews know that if there is a lot of human activity, the caribou are likely to avoid the area.

18. My nephews also won't continue to use the road to GMT2 over the next couple of years if their access will be blocked. The start of construction this winter already blocked our access to the area. I went out there and people there told me I couldn't be out there. They said while they're doing certain activities, no access is allowed. They are breaking their promises that we'd be able to use the road. My nephews said they were told they'd have no access to the area during construction. It wasn't until later, sometime in September or October, when they finally opened the road again. But they'll close it again as soon as mining starts up this winter. When they close the road because of the mining and gravel hauling activities, we can't use the road as a way to safely and easily get farther out of town. If the caribou aren't near town, this prevents us from exploring farther by road to find them, including in the area to the west

of the end of the GMT-2 road, where we have traditionally hunted caribou and where ConocoPhillips plans to construct this year and next.

19.     Construction, even over the next couple of years, at the Willow project is likely to deflect caribou because the activities are intense and they overlap with the caribou migration, during both the spring and fall migrations. We already saw the activity in the area increase this year, with preparations for Willow. There was a lot of traffic all up and down the road – staging equipment, transporting personnel in and out of the area. There was a continuous flow of people everywhere. The disturbance will make it harder for our hunters to feed our communities. We have seen how deflection can change the migration path and how many caribou will eventually abandon areas with industrial activity.

20.     When it's busy like this, it's not safe for us to use the road. Even when it is not busy, the industry sees us as a hazard when we travel through the area. And with all the projected activities, are we now going to be considered even more hazardous? This is another reason why, even if the road is open, my nephews and others will avoid the Willow construction area. You wouldn't let your son out there if you understood the risk this industrial traffic is causing. The gravel trucks drop rocks and cause vehicle accidents. Industry personnel who are unaccustomed to driving on ice roads also get into accidents along the road. There aren't enough pull outs for us to safely get out of the way when industry vehicles are coming down the road, and it's risky for us to be out on the road.

**Exhibit 2, page 8 of 148**

21.     Once the permanent infrastructure is in place, it changes how the animals, and we use the area.  The longer the infrastructure stays, the worse the impacts are on our usage.  The permanent roads, infrastructure, and pads will affect the migration for generations.

22.     We have run out of other places to go hunting.  If we can't go to the area where Willow will be constructed, we will only have further and less desirable places to go, and we might not be able to not make up the lost caribou from other areas as we have learned when sharing with people from Anaktuvuk Pass.  When Alpine first started, many houses hung caribou to dry and once construction stopped, just a few.  We never were able to replace what we should have been getting.  I'm concerned that Willow will only be additive to these impacts, leaving us with so much farther to go, and with less food to feed ourselves.

23.     I like to travel along the GMT-2 road, from Nuiqsut to the end, not to hunt but to get out and enjoy nature and try to relax.  My work is stressful, because I have observed so many physical and mental health impacts to people, and it takes incredible effort to try to protect our people from these risks.  I need to go to our undisturbed areas and look out on the tundra to rejuvenate and retain my resilience.  I have to get past all the infrastructure near town, and as I go farther out, it becomes more peaceful and easier to relax.  But every time they build a new pad, the peace of that area is destroyed.  The permanent infrastructure that will be constructed over the next two years, including the roads, pipelines, well pads, and operations center, will destroy the peace and beauty that

currently exists beyond the end of the road. As our village becomes surrounded like this, there are fewer places for me to go and enjoy nature, and they become farther and farther away.

24. The gravel mine for the Willow project is an example of the type of destruction I fear from Willow activities in the coming two years. It is just few miles west of Nuiqsut. It is along the Tinmiaqsiugvik River. We used to be able to take our boats up that river, but it is no longer possible because of a piling that was placed. We still travel to the area by land when we can to go hunting. My nephews killed a grizzly bear there last fall. They were cleaning the caribou they caught, and the bear threatened them. The area near the gravel site is beautiful. It has been a place of wellness for me. This is an area where I go walking and berry-picking, as I did last year. But now there is blasting, with loud noises, emissions, and blooms of dust clouds from this mine. This winter, we heard the blasting at the new mine for Willow. People could hear and feel it in the village, shaking the houses. It's going to contribute to the settling of our houses. We've experienced the blasting taking place at the old ASRC gravel mine site between Nuiqsut and Meltwater; they blasted there despite our concerns. These blasts shook our houses, bodies, and minds; they rattled us at a very deep level. These mine-related activities are very concerning to me because we've experienced the impacts from gravel mines before. In prior years, the blasting done at ASRC mine cracked house windows and broke water and sewer pipes in the permafrost. We are still assessing the effects caused by this year's blasting. Some people got post-traumatic disorder from the

**Exhibit 2, page 10 of 148**

blasting, and they got agitated before blasting started and all of this is contributing to more anxiety disorders. Of course, any blasting sounds at the Willow mine site will now viscerally remind us of the CD-1 leak, too, bringing back the trauma of that event. I worry deeply about the health, including mental health, impacts of this gravel mine to our village.

25. I also worry about the impacts that gravel mine will have on caribou. We hunt caribou where the mine is located. That area, like the whole Willow project area, is part of our traditional use areas. I worry that all the noises and activities from the mine will affect caribou migrations through that area. After the blasting that occurred at the old mine site, we saw caribou come to our area earlier than normal. Or maybe the industry is herding the animals our way. If disturbances from the mining activities affect timing of the caribou migrations, I worry about how this will affect caribou movement and calf survivability across rivers that have increasingly unstable ice due to rapid climate change. I worry that calving and calf imprinting could be affected because of these issues. This gravel mine is one more site that will create layers of impacts to caribou, and to us.

26. The mine site is also near where we put down our fish nets. While fishing in this area, I've watched foxes eating fish there, too. I worry how the gravel mine will affect the water table in this area, and how those and other mine-related changes will affect our fish and fish-dependent animals. I am also concerned that the contaminated

**Exhibit 2, page 11 of 148**

water from the mine site will enter the river. I also worry about erosion. We've already seen severe erosion, the size of a city block, near the Willow mine site.

27.     What ConocoPhillips has planned for the next two seasons—building and expanding a road from GMT-2 road to the Willow hub, laying gravel for the hub and airfield, installing bridges—will extend the types of impacts from the mine across the areas my family and I use to provide food for ourselves and our community.

28.     We have also hunted and gathered in Wainwright, Kaktovik, Atqasuk, Pt. Hope, Pt. Lay, Umiat, and Anaktuvuk Pass. Our family and extended families have Native Allotments throughout the North Slope, including the Teshekpuk Lake area and along the coast near the Sagavanirktok River. We have memories from, and ties to, all these places, but our use of them varies from one family to another. It was at a Teshekpuk Lake allotment where my son gave my uncle a nickname "Superman Joe." We also have an allotment at the Franklin Bluffs area along Sag River, south of Prudhoe Bay. My grandparents hunted throughout this area. The sod house and ice cellar there are disappearing from view. Like for many others, our allotment at Franklin Bluffs was not finalized, documented by the state and federal governments. This does not change the importance of this area for our tradition and culture. Our families depend on harvesting in this area, as generations have done, and we will continue to do so. We also have a cabin five miles from Utqiaġvik. We travel with family and friends to hunt and harvest in all these places. My family shares all types of foods with me as I share foods with them. We share at potlucks and feasts and receive from them too.

**Exhibit 2, page 12 of 148**

29.     Our family has a cabin eight miles from Nuiqsut.  This cabin is located across the river from where the Alpine oilfield was built.  Before the oilfield, this used to be our preferred place to hunt caribou and geese.  When the Alpine development was first proposed, we were told it would only have a small, 14-acre footprint and 200 workers. But 14 acres turned in to hundreds of acres and 200 workers to thousands of workers as the project has crept, and continues to creep, across our lands and waters.  The activity levels around the cabin are now so high that hunting around there is greatly impacted; there are too many overflights, airboats, freighters, track vehicle traffic, and personnel contact for our boys to hope or want to get caribou near the cabin.  Also, my oldest grandson who is now 15 years old, could not get a caribou there.  These changes are affecting how our uncles are teaching our nephews to hunt in our traditional use area. Caribou are not staying in areas around the cabin for insect relief, like they used to. Other community members have also noticed this and share this concern with us.  We feel that the increased activities such as overflights are causing the caribou to avoid the area, or flee from the area, forcing us to travel elsewhere to hunt for them.  In some years, there are still caribou in the industrialized Alpine area.  But we know, and western science confirms, that the overall trend has been abandonment of this area by the caribou. We still use the cabin as a stop-over place, and for fishing, although my youngest son has stopped taking his nieces and nephews there altogether by boat, but they still go out by snowmachine.  I am concerned that disturbances to nesting grounds from oil and gas activities are also affecting the density of birds in our traditional hunting grounds near the

*CBD et al. v. BLM et al.,*
Case No. 3:23-cv-00061-SLG                                              12

**Exhibit 2, page 13 of 148**

cabin. We are not harvesting as many ducks and geese as we used to do. Our elders have expressed concerns about the reduced numbers of birds and also for some species that have failed to return. Just like with fishing and caribou hunting, we now have to travel elsewhere and increase our efforts to get our birds. Due to the added travel and effort, our local hunts, including for caribou, require burning many more gallons of gas per year. There is an impact mitigation fund that was established to address these types of conflicts between oil and gas activities and hunting, but the funds are not sufficient to mitigate the actual costs we are experiencing due to more extended travel and increased effort. The cost of repair to equipment is very expensive, and the cost to our bodies from all this extra effort, like weakened backs and knees, is irreparable. Because of decreased harvests near the cabin and in our traditional hunting areas, we cannot share our foods with our extended families as we used to do and we also have less to consume ourselves. This raises concerns for our long-term health due to the failure to meet our traditional nutritional needs. The stress of trying to meet these needs is accumulating and magnifying the concerns for our long-term health and food security.

30. My second youngest son was brought to the same area, near the cabin, where his dad caught his first caribou. My son shot a caribou there, but the wounded animal fled from a helicopter flying overhead, and moved into a water filled gravel pit, created for development of the Alpine oilfield, and drowned where we could not get to it. The conflict between attempting to harvest and share a successful hunt with the elders and members of the village and that of oil and gas development in our areas of traditional

and cultural use changed my son's desire to attempt to hunt for many summers. He came to the understanding that oil and gas development in historically traditional and cultural use areas, including increased flight activities, vehicle traffic and contact with more and more people, leads to loss of harvest. This was a difficult lesson for him to learn at eleven and affected his hopes for future hunts. It is understandable that anyone that experiences this type of threat and harm would end up making bad choices and succumbing to social ills.

31.     This year, including during the last few weeks, caribou have come close to our village more than they have done in many years. I wonder if this is because of changes in weather, climate, and cumulative impacts of oil and gas. Before this year, during the past decade or so, caribou herds did not migrate through the village of Nuiqsut as they used to. For this reason, our two youngest boys grew up not seeing the migrations through the village, experiences that our older children had. I believe that this experience is increasingly common for the young men of my village, and I worry that it reflects larger trends for many communities in my region and also in other regions. This is just one example of our concerns for increasing community conflicts, increasing stress, and increasing risk of social ills among our people. These social impacts were not considered when the government approved the Willow project.

32.     The distances we travel to meet our needs are changing. Our harvesting trips are changing from short walks to multiple days of travel by motor. We are forced to make these changes, to adapt, for the national energy policy. We talk about the

wrongness of this in our testimonies. Yes, the mitigation program has been put in place to help but it cannot continue to meet our needs, when the distances we have to travel during our harvest trips multiplies beyond understanding. After reviewing the final Willow EIS, including putting many hours into commenting on the analysis of the mitigation measures and communicating in many meetings with the agencies, I see now that the agency did not change the document, did not incorporate our concerns into the final decision. The fragmented and narrowed focus of the mitigation measures make this decision arbitrary and capricious. Feeding our families, and continuing our traditions and culture, are still our asks.

33.     In 2005, my second youngest son was excited to move to Utqiaġvik with the hopes that he could hunt and gather on lands and in waters less impacted by oil and gas industry. He saw the changes had less impact the first couple of years. However, after that, the changes have impacted the herds of the North Slope and declines in numbers have caused him to travel hundreds of miles in many trips to try to harvest caribou. For example, he had to travel to Atqasuk and Wainwright, 328 miles in one trip, to get his caribou. He did this trip 3 times in 2015. One year, he was delayed on his return, and we had to alert the search and rescue. The rescue plane was about to leave when he finally got home, with a broken arm. These extended hunting trips have greatly increased the stress in our family for his health and safety. We, and others who are similarly situated, also feel an increased reliance and dependence on search and rescue services and other technological advances because of the need for us to travel further to

hunt. My sons' understanding of the need to have super hunters and being one himself could not prevent the negative choices that he's made, trying to survive in Utqiaġvik, where young people are facing intense social disruption. Their mental health, and their role in their families, should not be sacrificed to produce oil and gas.

34. My son knows the changes he saw in Nuiqsut and the changes that came from the oil and gas companies' increased activity in Utqiaġvik and all along the coast in connection with its past drilling plans. This has caused him great concern. For example, he saw during the first couple of years of living there that Utqiaġvik did not have as many flights in traditional use areas, but the flights increased over time due to the increased exploration activities. He saw during the first couple of years living in Utqiaġvik that there were fewer interactions with personnel coming into traditional use areas for activities such as monitoring, permitting, research, and resource exploration activities, but this increased over time as well. He also saw less outsider boat activities when first living in Utqiaġvik, something that increased over time with the oil and gas companies' exploration efforts and has had a negative impact on his traditional and cultural uses. He wanted to get out and hunt as much as he could because he listened to the helicopters and planes in Nuiqsut and Utqiaġvik and knew the impact it would have on his hunting. He became very frustrated as the lessons of his childhood were repeated around Utqiaġvik and the surrounding areas. He is an Iñupiat by blood and his ancestry is in conflict with the changes to the lands and waters affecting the seasons of living with the animals we depend upon. One change he's seen is that starting in 2015, for the first time ever, we

have restrictions across the North Slope on caribou harvest. The harvest limit for caribou dropped from 15 to just five caribou per day. This is a burdensome restriction for our super-hunters. With Covid, these restrictions conflict with the number of animals needed by our super hunters who are now hunting and providing for many families. And that same year, 2015, there was another proposal to cancel moose hunts. The current hunting restrictions, including restrictions for cows, only add to the hunters' stresses. My son has turned to some of the social ills to deal with these conflicts and makes known his frustrations. And then during the Federal Subsistence Board meeting last fall, it was proposed that the limit be further reduced to just five caribou per year. Had that been approved, this would have been devastating to our super-hunters as well as all the other hunters and our families. The federal and state regulators have not accepted recommendations by the Tribes to better protect our hunt from the declines that are happening. Tribes have already made these recommendations to their members because they understand the serious threats we are facing and some of members remember the severe harms we faced when caribou populations plummeted in the past.

35. The social degradation of my son can be summed up in the conflicts of community health degradation. He harvested his first animal, but the traditions of hunter could not be honored the same was as his father and grandfather had done. My son moved to Utqiaġvik to try to have hopes to be an Iñupiat hunter and harvester. He did become identified as a super hunter, but then alcohol and drugs became a numbing tool for the pain he felt trying. So much can be said yet being "us" on our lands and in our

waters is hard. Now the statistics of social disruption are showing. There are increased

rescue missions for engine breakdowns or when we run out of fuel or get stuck in

unfamiliar territories. There are alcohol and drugs and suicide. A suicide victim was

found in one of our camps recently; how many more are coming? Are we going to

protect our people or just create more prisons and more programs in response to the lack

of protections for the health and wellbeing of our people? Are we going to call our

hunters criminals, just because they are hunting?

36.     And now my sons have to deal with the added stress that comes from

having a parent, who stands up for greater good, against projects like Willow. We

experience name calling and other things that happen not just in community meetings but

also in stores and other places. These interactions can turn very personal and aggressive,

and it is sometimes hard for my sons to hold back their reactions. My entire family faces

a lot of stress because of this. It is very trying on all of us.

37.     Repeating lessons from childhood in Nuiqsut, and later in Utqiaġvik, does

not change my son's blood or ancestry. The conflicts extend to his children trying to live

Iñupiat values, living with seasons and the animals we depend upon. The changes to

harvest restrictions alienate our super hunters at the same time as Covid increases

demands upon them. The changes in moose populations add to the conflict. He has also

experienced the conflicts and increased divisions that happen when our allotments get

passed down. He saw this at Itkillit River, a tributary to the Colville, at his grandfather's

old allotment. He wanted to honor his grandfather by putting down fish nets there but other families cut the nets down.

38.     For decades, we have talked about our concerns about aircraft traffic in our lands and waters, their impacts on our animals, our hunters, our mental health, and our traditions and culture. We have talked about how helicopters have affected hunting activities, increasing the danger to hunters. Once when my ex-husband and I and two of my sons went to harvest caribou, we could not find any caribou, but we were able to hunt muskox by permit. Muskox is more territorial. There was a helicopter flying overhead that was using a route not identified in the industry's plans. After my ex-husband shot a muskox, the herd was disrupted by the helicopter and charged the hunters, causing my family to flee to our boat.

39.     Just as my son saw the changes in Nuiqsut and the effects of increasing activities from the oil and gas companies near Utqiaġvik, I have much concern for increased flight activities near Nuiqsut, including the activities associated with ConocoPhillips' Willow project, and the changes they cause in our traditional use areas. These activities have increased so much over time and they disturb our hunting throughout the year. Negative impacts, like noises that affect hunting, cause much frustration. Cumulative effects from the air traffic are building intolerance to the conflicts and there is a risk of increasing violence and conflict because of that.

40.     I have extended family who live in Kaktovik, and I visit them as frequently as I am able. I remember the first time I flew to Kaktovik with my mother and auntie to

visit my uncle and his family in 1983. One day, my uncle took us out by snow machine to go hunting. We first headed toward the mountains, but it was too foggy and we turned toward the ocean. There we found a whale encapsulated in ice. Polar bears and a fox had been eating the whale. We also saw a wolf, and my uncle chased it. Another day, my uncle left early to hunt sheep in the Red Sheep Creek valley. The Red Sheep Creek valley is only a one-mile area. Local communities have advocated for restrictions that only allow locals to hunt sheep there. The Federal Subsistence Board has supported these restrictions, but not the Alaska Board of Game. Industrial activities in the Refuge may put pressure on Red Sheep Creek valley and the sheep that depend on it. When my uncle returned with a sheep, I saw it was covered in red. He told me that the sheep turn red because of the mineral salt licks in the valley. He shared with me traditional knowledge about how the sheep and the salt lick are important medicine for families.

41.  I have since returned to Kaktovik, and to the Coastal Plain of the Refuge and the foothills of the Brooks Range. I went to work at the Kaktovik clinic for three weeks. I have participated in many meetings, including relating to the sheep issue in Kaktovik. I have traveled and shared presentations in the school on oil and gas development. During these trips, I have visited family, gone fishing and eaten caribou hunted for in the Refuge and along the coast, and my children have attended a summer camp on the coast. I reflect back on all these years, working in the Kaktovik clinic as a young mother and then presenting on oil and gas issues as a grandmother. In another

decade, I don't want to find myself in a situation where the Refuge issues still break my family relationships. I don't want to pass these conflicts on to the next generation.

42. I have owned a harpoon since 1982. I have shared this harpoon with a whaling crew in Utqiaġvik, receiving a share of the whale from their harvest. Sometimes I participate in the Utqiaġvik hunt, which occurs in the spring and perhaps again in the fall, if the quota allows. Other times, the whalers send meat to me. I have been out on the ice during whale hunts in Utqiaġvik many times. I have helped to butcher whale in Utqiaġvik and have shared in the community whale feasts in Utqiaġvik. My youngest son went spring whaling in Utqiaġvik a few years ago.

43. I have also shared my harpoon with whaling crews from Nuiqsut. I have received whale from Nuiqsut whalers. Nuiqsut whalers hunt for whales in the Beaufort Sea during the fall. The crews go to Cross Island in August. In 2022, my youngest son traveled to Cross Island with the Nunmuk crew. He did not strike a whale but he assisted in butchering all of them, and this instrumental role he played was important for him to gain the respect of the others. He took a lot of pride in doing it the right way. My ex-husband has gone whaling from Cross Island with his uncle a few times, and my children do now, and I hope my grandchildren will in the future.

44. I am concerned that oil and gas activities on the Coastal Plain of the Refuge and in the Reserve, including those related to the Willow project, will drastically increase activity around Cross Island and our other traditional use areas. ConocoPhillips plans to barge in large modules to Oliktok Dock and to transport them to the Willow project, as

well as to expand the Oliktok Dock. Increased traffic and other activities near Cape Halkett, northeast of Teshekpuk Lake, is a concern to us also, including our young whalers. The Cape Halkett area has a low shelf to which the whales come to feed on krill before they head to Cross Island. Between the Willow project and other oil and gas projects, individually and cumulatively, these actions will increase the amount of industrial activities in waters near my community, and affect the whales and our whalers and seal hunters, and conflict with our whaling and subsistence activities. Adding these problems near our village will affect whaling, including how well we will be prepared for it and who is going to make it to go whaling. Even if industry is required to limit certain activities during the whaling season, there will still be helicopters, barges, and onshore and nearshore activities that generate noise and other disturbances that can harm and disturb the whales and other animals important for subsistence. These are activities that do not belong in our waters, especially during whaling. The industry has shown their disregard toward whaling and our concerns by bringing a barge between the harpoon and whale. The removal of deferral areas around Cross Island amplifies threats to our whales and whalers as we try to continue our traditional and cultural uses. This has become even harder as our communities have become divided due to conflicts over oil and gas development projects. These conflicts are affecting the joy and unity that whaling is supposed to provide.

45.     There is a feast in the village when a whale is caught by Nuiqsut whalers. A portion of the whale is cooked up when the whale is first brought to town. Everyone is

**Exhibit 2, page 23 of 148**

invited to the successful captain's home to eat whale meat and other foods, and to drink tea and coffee. I have participated in several of these feasts in Nuiqsut. These feasts are a time of celebration, a time when stories are told about the hunt, when traditional values are reinforced. Traditions like these are affected by increased rates of alcoholism and violence that go up when oil and gas development projects occur on our lands and in our waters. These new behaviors conflict with our traditional values.

46.    We have a unique sharing system to divide the harvested whale among the crew striking the whale and the crews helping to land and butcher the whale. The whalers set aside a portion of the whale meat to share with those in need. Dividends do not obviate the need for these whale shares.

47.    Part of the catch is saved for feasting. We share the feast at the blanket toss—a traditional celebration during the summer—as well as Thanksgiving and Christmas. Families come to the feast area with utensils and receive their contribution of muktaq, meat, kidney, heart, tongue, intestine and flipper. The families get a share for each person and we eat together as well as take some home for later personal use. Each whaler and family brings some of the whale to share with those in need.

48.    In Nuiqsut and Utqiaġvik, much of the year is planned around the whale hunt, with preparations during all seasons needed to help a hunt succeed. The work is divided amongst the crew members, and extended family networks pitch in. I feel that the joy of the harvest and the sharing of the whale bind the communities together and reinforces the binding of our families. Whale feeds families throughout the long, dark

winter, and provides nourishment, warmth and fuel for our daily activities during the Arctic winter. Employment in oil and gas is volatile and unpredictable—something that was shown during the Covid-19 pandemic—and this makes whale sharing even more important as a reliable source of food. When the pandemic hit, the oil entities, the municipal government, and the regional corporation on the North Slope shut down, pulled their resources, abandoned us. We were left with nothing but layoffs and the responsibility of carrying out all the activities those entities had previously done.

49. Like whales, seals are also important to our culture and our traditions. There can be many seals in the nearshore waters in Harrison Bay, including around Oliktok Point and the mouth of the Colville River, during the open water period in the summer. We usually see the most seals in the area when the fish are running up the Colville River to spawn in mid to late July. During this time, spotted and ringed seals gather near the mouth of the river in larger numbers than usual. The seals will even try to follow fish upstream. I have seen several seals upriver. It seems that they are attracted to the food source provided by the fish run. These seals must come to the area from other parts of the Beaufort Sea, because when I have visited this area at other times of the year I have not seen as many seals in this area.

50. I have been to Oliktok Point and the mouth of the Colville River on many occasions to hunt for seals. One year, in July, I took my grandson on a three-day trip to the ocean. We camped at Oliktok Point. We saw more than 40 seals in the water between Oliktok Point and Nuiqsapiat, about 20 miles to the northeast of Nuiqsut. We

hunted for bearded and spotted seals, and followed the seals into the waters where the mouth of the Colville meets the ocean. Unfortunately, we were unable to catch any seals during that trip. We also brought a fishnet with us and put it out to catch whitefish that were running up the Colville at that time.

51.     During other trips to that area, attempts to hunt for seals have been more successful. For example, during two summers several years ago, I took children to the area between the Colville River and Oliktok Point to camp as part of the Arctic Slope Native Association summer camp. Children from all seven communities on the North Slope came to the camp to learn our traditional culture. During that time, the campers caught a spotted seal in the waters between Oliktok Point and the mouth of the Colville River. When they returned to camp with the seal, I cooked it and we all shared the meal.

52.     We make a delicacy called Kinniqtaq, which is dried bearded seal meat in seal oil and blubber. My children and I enjoy this food and we eat a limited amount to make it last. It is harder to get bearded seals in the coastal waters near Nuiqsut than in other areas of the Beaufort Sea, so we often trade Arctic cisco to extended families in many places in exchange for bearded seal.

53.     In the last few years, we have seen an increase in seal harvests. We are unsure what this trend means, including for other villages, and we are wary about it. We think that changes in sea ice are affecting fish and thereby the seals. With the increased seal harvests, we are concerned about increased conflicts with non-subsistence activities. For example, in recent years, our hunters entering the traditional seal hunting areas near

Oliktok Point have encountered more and more non-subsistence boats in the area. These boats are there to do monitoring or to support other industry-related activities. Our seal hunters are increasingly getting into conflict with these other boats. The impact mitigation funds allow families to travel further out to the ocean to hunt, but this takes them away from their preferred hunting areas and is also more hazardous due to longer travel, deeper water, and changes in the ice conditions.

54.     The foods we eat are important to our lives and health. We have activities associated with our harvesting throughout the year, such as skin sewing, sinew preparation, and craft making. The teaching of the activities and stories continues throughout the year with each generation sharing family hunting stories and such.

55.     I embrace the traditional and cultural activities that I learned from my elders and extended family members. Sharing and passing these traditions onto my children, grandchildren and families is very important to me. I fear that industrial oil and gas exploration and development activities in the Reserve, the Refuge, and in the Beaufort Sea, including those proposed and pursued by ConocoPhillips Alaska, Hilcorp, Emerald House, and anyone else that comes after, will continue to change our natural environment in negative ways and thereby affect my ability to live and to effectively share and pass on our traditional way of life. Increased contact with these unnatural activities causes a cascade of reactions. Taking the next generation hunting and fishing in areas that now feature signs and sounds of industrial activity – infrastructure, gravel mining and placement, flight activity, artificial lights, and more boat and personnel

**Exhibit 2, page 27 of 148**

activity – is not the same.  Our animals change because of these changes in their environment.

56.     Oil and gas infrastructure are changing our lands and waters.  For example, industry puts in causeways and then fails to maintain them; this decreases water in important fish habitat during seasonal migrations.  Adding these impacts to the hydrological changes caused by climate change only makes things worse for our waters.  Gravel mines and manmade lakes affect water levels and alter plant communities.  This causes vegetation to accumulate on our nets, requiring us to pull nets from the water prematurely.  Gravel pads cause erosion, resulting in more sedimentation.  As a result, rivers that we depend on for fishing are degraded and fishing is less productive.

57.     The images of the great caribou herds, pictures provided by the oil companies that are charged with monitoring our animals, are used against us, to claim that our animals are not affected by oil and gas activities.  But these industry images do not demonstrate the true impacts, they do not show how our daily lives and our culture change because of these oil and gas proposals.  Industry also says they have more information about how the pipelines, roads, drilling pads contribute to caribou interactions, but this information is not shared with us or incorporated into the proposals.  Our knowledge of our animals is not incorporated.  Our voices are not listened to.  I used to be part of the North Slope caribou working group but I was pushed out.

58.     There is a growing need to work in cultural camps that teach the next generation our hunting traditions.  But teaching the young harvesters our traditions is

getting harder because the animals, including caribou, whales, seals, and birds, have been pushed away from our traditional use areas and because there are increasing conflicts with non-traditional activities and uses in these areas. Last year, we didn't catch any caribou at culture camp. This year, we only caught one caribou, and many kids did not get the experience. These competing and conflicting activities, both on land and offshore, are deeply and adversely affecting us, our animals, our culture, and our ability to pass on our traditions to our future generations. They are fundamentally impacting our lives, health, and safety. Culture camps can help but they are not the answer.

59.     Our grandparents tried to warn us of the impacts that fossil fuel activities would have on our lands and in our waters. Our parents lived these impacts. And now, my generation is sharing these lived impacts with our children and our grandchildren.

60.     The industrial development at Alpine and extending out with other projects into the Reserve has affected our cultural camp at the Nigliq Channel and on the Colville River. Both areas have been changed by oil and gas development activities. Our camp and traditional story telling are changing with the generations, with the expansion of the oil and gas development, and changing how we use the land and our teachings. We have to find new ways to educate our youth about our traditional and cultural activities such as trying to teach a child to cut up a caribou from pictures and words. We have to become very creative in our efforts to share with our youth our knowledge of our traditions. Because of how these changes have affected our camp, we are limited in what our young campers brought back to their families. Encouraging the sharing of the hunting is

affected. Traditional storytelling is affected. Elders' names for traditional use areas are being lost, replaced by names given by the industry. Children are learning different names than we were taught. As families change their activities to adapt to oil and gas activities, this causes gaps in storytelling and prevents natural discussions about our traditional and cultural uses from growing. Instead our children are learning how our elders used areas and how my generation's usage changed, and the children I taught will be faced with more changes. How will we take care of the future if the current generations don't use the lands and waters the way our elders and my generation does, and if the importance of traditional and cultural uses are lost? When activities from the expanding oil and gas exploration activities conflict with our traditional and cultural activities and are permitted to dominate our landscape, the traditional usage of the areas that has persisted for generations loses out. In most cases we have no control over the activities that are changing our traditions. I fear that the Willow project and any future expansion of oil and gas activities on our lands and in our waters will only make these impacts worse.

61. During previous cultural camps, our elders have noted how much the camps have changed since the arrival of the development activities at the Alpine oil field complex. One year, an elder also felt the changes in a very tangible way: when the boat got closer to the camp, and passed the complex where flaring was taking place, her breathing was affected. The same thing happened upon return from the camp. Since then, we have heard similar stories from other community members. Elders across the

**Exhibit 2, page 30 of 148**

North Slope are also feeling symptoms and connecting their symptoms to ours. By failing to enforce the air quality regulations, the federal, state, and borough agencies are subjecting our people to hazardous air conditions. The industry shares air quality monitoring data that they want to share with us, but we worry that they are not sharing all of it. This will not prevent our exposures and will continue to increase our adverse health risks. In Nuiqsut, only 20 out of 69 important preventative air quality criteria were monitored when Alpine was first developed. Before the CD-1 gas leak, additional criteria were monitored, but by not monitoring emissions of concern, it left us uninformed that the leak happened. After the leak, some changes were made but the monitoring still does not prevent our exposure, is still not done in a way that protects our health. We want the monitoring to be done in a way that alerts our community of emissions of concern. The air pollution from existing North Slope sources is already causing problems for our people. In addition to respiratory problems like asthma, many pollutants act as endocrine disruptors that affect our health. Any additional oil and gas activities, including those resulting from the Willow project, will only aggravate the situation, making things worse for those who already suffering, as well as our future generations. I have raised these issues in my written and oral comments on the Willow project, the revised IAP, and the Peregrine project. And I have also raised them in my previous comments regarding the Refuge. I feel none of my concerns have been heard or included in any of these plans. With multiple sites across the North Slope producing air emissions, the concentrations of pollutants increase and more people end up with severe

respiratory reactions, especially during inversions. I believe this is the reason why so many families in Nuiqsut have severe reactions to air pollution already. I believe this is the reason why so many families decided to self-evacuate during the CD-1 leak. We are questioning whether or not we should make recommendations to our people, come up with air quality advisories, and to limit people's activities during time of severe air pollution. We are also advocating to make our school as a safe zone, to have air filtration there, and at homes too. Creating these systems will cost us money. We have to do these things because the oil and gas industry is producing so much pollution in and near Nuiqsut and across the North Slope, a situation that is made even worse when there is a gas leak or a spill. Of course, pollution from oil continues to impact us even after the oil leaves the North Slope.

62.     We have experienced so many changes around Nuiqsut and in our traditional hunting and fishing areas due to the oil and gas activities in the Reserve and the surrounding lands. We have seen ice roads devastate the tundra and fish that were sucked up from the lakes stuck on the ice roads because of failed screens on the water withdrawal pumps. Due to the water withdrawals, our hunters and fishers have seen water levels drop in the affected lakes. Water withdrawals affect the ice formation on the lakes and creates pockets that break down as we cross the lakes along our traditional routes. Our elders have said that prepacking ice roads too early compacts soils and affects seasonal waterways that the fish use as migration paths. I heard a story from an

elder who caught over 300 broad whitefish in a lake that typically only gave 5-15 fish. This meant that the fish were stuck in the lake because their migratory path was severed.

63.     I also have concerns about snow roads, like the ones that were used for the Peregrine project near Umiat.  Snow roads involve prepacking that can increase thermokarsting.  Snow roads also provide less cushioning and can damage plants and the tundra.  I see that kind of damage whenever I fly between Nuiqsut and Deadhorse, a checkerboard of scars on the tundra from snow roads and seismic lines from the 1950s. With rapid changes in climate, including varying levels of snow cover, I worry that impacts from snow roads are only going to get worse.  I've seen drone photos of the damage from seismic surveys conducted after the CD-1 gas blowout.

64.     My concerns are the same for ice roads, including for ice roads that were used this winter for the Willow project. We have had some warm winters lately and I worry that the tundra is not sufficiently protected, especially last year.  After the ice road season started, we had rain that melted the snow and damaged the ice road.  But activity continued anyway.  We are concerned about the lack of coordination among the companies building unnecessary ice roads.  Last winter there were three ice roads all within a half mile of the Kuukpik road.  I worry that the current tundra travel rules do not consider the changing climate conditions in our region.

65.     Opening more of the Reserve for oil and gas leasing will inevitably result in more and more exploration and development and more and more ice roads and water withdrawals.  I fear the government keeps approving these new plans without knowledge

of the harms, including cumulative impacts, caused by these roads and withdrawals on our lakes, streams, fish, animals, plants, and people. I worry that the Reserve cannot withstand all these water uses. I worry the water is not recharging because of the snow and water use. Continued water harvesting from development in the area is affecting the ecosystem.

66. There are fewer and less deep lakes east of Nuiqsut, including in the Refuge. I worry that any water withdrawals there will cause damage to those lakes, the ecosystem, and our people. Because there are fewer lakes to make ice roads, I also worry that there will be more damage to the tundra.

67. Introducing more gravel infrastructure, roads, and pads, into our environment will cause all kinds of problems. Like the ice roads, I worry about the gravel roads' impacts on caribou movements, including access to their calving and insect-relief areas. I have also watched birds displaced by gravel pads and failed nests caused by using fewer desirable locations close to industrial activity.

68. Oil and gas companies in Alaska have opposed commonsense measures like wildlife bridges for roads, which are often used in the lower 48. Industry even opposed reduced speed limits in a known muskox zone, and 7 muskoxen died from a single vehicle collision. Industry offered the muskox to us, but we had no way to get there. My community requested seasonal traffic restrictions to accommodate the Porcupine caribou herd's migration that begins the third week of July, but this request was refused. We have similar concerns about the effects on other animal migrations.

The repeated refusal to implement these policies has cumulative impacts on wildlife, which have not been acknowledged. Measures should be implemented restoring ecosystems to their historical states. Without regulatory and enforcement guarantees, how can we be assured that mitigation measures will work?

69.     It has also been hard to see how our village is now completely surrounded by lights from the oil and gas infrastructure. In 1986, the closest lights were 60 miles away; now they are all around us. The Putu development is happening literally outside our doors. These artificial lights, and others, are confusing our people. We used to be able to find our way through our lands but now there are confusing lights everywhere, affecting our travels to the east, north, west, and south. These lights are affecting our traditional subsistence activities, and they are affecting our animals, including birds. They also have a profound impact on our psyche--our natural, nurturing environment is changing into an industrial place, our home an industrial sacrifice zone.

70.     I don't know the exact number of drill rigs that were around this year but there seems to be more than before. Unlike in the past, drill rigs are now active year-round. I drove a friend from Nuiqsut to GMT to Moose's Tooth 7 and back, via CD 1, 2, and 4. We saw so many wells there, and a lot of directional drilling. During the CD-1 leak, we were informed the leak was an uncontrolled emission; we were informed the emissions were coming from different locations on the drill pad. With rapid drilling efforts, did this cause instability for the drill site? Did the shutdown of the well address all the concerns, that we don't know. What kind of follow up is being done? Industry

responded to questions on the gas leak and said they did not have to report on this event. How much more do we have to worry about this statement?  Are there more emissions we are not aware of?  These massive changes are affecting me, my people, in a deep way; they are affecting our ability to even try.  This is hard.

71.     The Colville River and its multiple tributaries are very important to me and my family.  The area provides us with life-sustaining provisions, and we love going there. Our family uses this area for healing as this area has a more traditional cultural presence and less industrial activity.  We travel to this area as often and as we can, taking every opportunity.  The harvesting from this area has fed my family every year.

72.     This area is my second oldest son's main hunting area.  He travels there as often as he can.  Most years over 30 boats travel up the river to Umiat and beyond.  Most years my son has been among them.  One year he even traveled there when he was sick, trying to overdo it.  He had to be medivaced out.  This demonstrates just how important this area is to him.

73.     Every year, starting in July, we travel to the Colville to set up the moose camps.  We stage supplies and fuel to the area beyond Ocean Point and Kittick and all the way to Umiat for hunters that come in August and September.

74.     While at camp, my son and other family members use boats to harvest not just moose but also bear, fish, caribou, and wolverine.  We also pick berries and plants that we have patiently waited to grow, checking them regularly and throughout our travels.

75.     Years ago, when my granddaughter was in preschool, I took pictures of her planting flowers in this area at camp. She wanted to keep our food growing, she said. She had heard my testimony and was concerned for our plants. I later shared her picture with members of the legislature and committee members and others we were educating about our concerns for our lands and waters. My granddaughter has now graduated from high school.

76.     If pursued, the Peregrine project threatens this important traditional and cultural use area. It threatens an important area for healing and joy, one that is not over-run by industrial development. I need this area for myself, my children, my grandchildren, and their children. I hope we can continue to use and love this area as my mother did. She was healed by a traditional healer at this area. The value of healing is multi-generational.

77.     We have also experienced damage to our camp areas and equipment. Once, a tracked vehicle from the Alpine facility went off their approved transportation route and ran into our families' camp and right over the platform for our tent. Some of our berry and plant picking areas are being converted into runways and other infrastructure. We are also seeing changes in vegetation caused by salt-water intrusion, which is extending further and further inland due to changes in sea ice. These changes--caused by the oil and gas industry and climate change--are harming our animals whose feeding is affected and/or the animals are being deflected and birds forced away. Because of oil and gas

*CBD et al. v. BLM et al.,*
Case No. 3:23-cv-00061-SLG                                                          36

**Exhibit 2, page 37 of 148**

activities, we are also seeing abnormal concentrations of predators like foxes, seagulls, and crows in our traditional use areas.

78.     Last but not least, oil and gas development on our lands has also created conflicts and division among our people.  These conflicts are breaking the unity of our communities.  They are affecting inter-village interaction.  The industry is pushing to separate the Chukchi and Beaufort villages and asking us to choose sides.  Villages further away from Nuiqsut are willing to support Willow and other oil and gas projects here because they are not feeling the impacts the same way as Nuiqsut is.  I worry about the leadership of our villages.  Conflicts over proposed oil and gas activities and worries over looming threats put tremendous strain and stress on our leaders and their families.  Families in earlier generations stayed together, but divorce rates in the last ten years have greatly increased, especially among elected officials.  We worry how this affects the marriages, how it contributes to failed unions.  Pressure is placed on those who oppose oil and gas development on our lands, including in the Reserve and the Refuge.  Many of those who champion the protection of our lands for us, others, and future generations are worn out.  I believe these stresses and strains are a key contributor to why our villages have so much leadership turnover.  We are losing out on so many levels.

79.     BLM's leasing plan for the Refuge has created its own layer of stress and conflict.  The Refuge documents refer to and pose questions for Nuiqsut, yet we were not consulted and were not able to participate in the decisions.  I was asked by the mayor to go to Kaktovik to help the community prepare to respond to the leasing plan, but people

**Exhibit 2, page 38 of 148**

who support the oil and gas industry tried to block my visit. Because I did not want to create any stress or conflict within Kaktovik, I did not go. They want to silence people like me who oppose oil and gas development. The Refuge is important to me because east of Nuiqsut, it is the only area on the North Slope has not yet been damaged by oil and gas development. For every block that has been offered for sale around Nuiqsut, I remember the Refuge has been protected from oil and gas activities. In all of my efforts to change and stop oil development on the North Slope, I have felt maybe this last five percent of protected land in the Refuge is land we could revert to as failures arise in our own traditional cultural use areas. The efforts to change the protections in the Refuge worry me. I believe it is important to protect the Refuge in its natural state, to keep it off limits to industry, so we have hope for a place we can return to when our lands have been ruined by oil and gas activities. Just like the Reserve, we need the Refuge to protect the calving grounds of the caribou; we need it for other species like polar bears, whose existence is already threatened; we need it for migratory birds and whales. We need to know there are places like the Refuge that the industry cannot destroy for short-term profit. We need to maintain the land in its natural, healthy state because that is what sustains us.

80. There is a stark disconnect between our concerns and the continual government permitting of oil and gas activities in our region. Generations of our people have discussed and put together comments expressing our concerns, demanded protective mitigation measures, restrictions, preventative actions, etc. Yet in its attempts to promote

and streamline development, the government has ignored our asks and failed to prevent the loss of traditional and cultural activities, time and time again. These are impacts that the Council on Environmental Quality for the Bush administration told us were illegal, yet it just keeps happening. We have to fight for every single protection of our life, health, and safety.

81. The process for the Willow project has been no different. Once again our input and concerns have been ignored. Our knowledge and expertise as caretakers of these lands and waters have been ignored. Comment deadlines were scheduled during our most important harvest seasons, effectively silencing our voices. We are not being consulted effectively. All these things erode our rights as indigenous peoples of this land.

82. Regarding the offshore areas, the prior administration has tried to open more of the Arctic Ocean for oil and gas leasing and development. These decisions did not show any concern for losses and risks that these activities create for us. Multiple administrations have gone back and forth on these decisions; we need permanent protections for our ocean. The recent court decisions rejecting the government's approval of the Hilcorp Liberty project and ConocoPhillips' previous version of the Willow project validate what I know to be true: these projects have very real impacts, many of which harm me, my family, and my community. At the same time, BLM continues to offer oil and gas lease sales and permit more exploration and development activities in the Reserve. BLM is pushing to open more of the Reserve and the Refuge Coastal Plain for oil and gas leasing and development. These decisions, both offshore

**Exhibit 2, page 40 of 148**

and onshore, combined with all the other fossil fuel activities on nearby state, federal, and corporate, lands, threaten our lands, and our animals with more exploration and development activities, more greenhouse gases and worsening climate change impacts, more air and water pollution, and thus, increasing risks to our life, health, safety, and traditions and culture. Instead of regional stability, these poor decisions are creating more instability, more division — all while failing to look at the cumulative impacts of all these decisions on our lands, waters, life, health, safety, and traditional culture. Decades of work by our people and others to defend our home and our life, health, and safety, and traditions, culture, and our future, are dismissed once again. These issues and concerns that we speak of are constant, urgent, and fundamental to our existence. They do not change with the changes in administrations. It is time we secure our lands and waters, the health, safety and traditional culture of our people, in a way that does not leave it up to any new administration to act in ways that undermine them. President Biden's order pausing new oil and gas leasing and directing a programmatic review of the oil and gas rules are positive first steps toward securing our future, however, they are in direct conflict with decisions that allow oil and gas projects, like the Willow project, to go forward.

83. We have already lost harvests of whales, caribou, and other animals in our traditional hunting areas due to oil and gas activities. This affects our food security, the health of our people and hurts our transfer of knowledge to future generations. Hotdogs offered by industry in their meetings cannot replace the loss of our traditional and cultural

foods. ConocoPhillips invited us to have dinner at CD-1 when Alpine first started. Now we cannot go there, they now offer us hamburgers at the K-pad instead.

84.     Oil and gas activities are affecting our animals. For example, during the seismic activity and exploration drilling in Camden Bay in the early 1990's, the whales struck by Nuiqsut whalers were between 18 and 25 miles off Cross Island. In previous years, whales were struck within 10 miles of the island. One whale was struck and lost due to the weather turning bad during towing of the whale. The crew abandoned the whale in order to make it to shore as the increase in current was pulling the harvest back to the ocean. Once a whale is struck, even if it is then lost, it counts towards Nuiqsut's annual quota. The community also lost two boats that year. One was struck by a whale during the hunt and damaged beyond use. The whalers made it to an ice floe to stay afloat. Another boat was lost when the whale it had struck was lifted to the surface by a second whale. This caused the harpoon line to become entangled in the prop and the weight of the whale sank the boat in minutes. The crew made it to a second boat, the last of them escaping just before the nose of the damaged ship went under. I believe that the noise from the drilling and seismic activity agitated the whales and made them more aggressive. The whales were migrating further from the island, which increased the distance that hunters had to travel, the time it took to return to shore with a whale. The harvest was diminished that year, as more of the meat spoiled before the whale could be brought to shore and butchered. When our whaling captain shared the news about the loss of the whale, our native corporation tried to convince the industry that there was no

Case 3:23-cv-00061-SLG   Document 190-2   Filed 11/17/23   Page 42 of 148

impact to whaling. An elder had to come in and correct the testimony, tell the story of the lost whale. Our native corporation's greed should not be allowed to erase our testimony.

85. Expanded oil and gas activities onshore in the Arctic will lead to increased activities in our waters, including more vessel, fuel barge, and airplane traffic to support oil and gas activities. These will generate noise and other disturbances in our waters and those can harm and disturb the whales and whalers. For example, ship-to-shore vessels can come between the whales and harpooners. If whales are deflected from their traditional migration routes, if their migration is delayed or changed, or if their food supply is harmed because of oil and gas activities in the Reserve and Refuge, I am worried that our ability to hunt whales and to feed ourselves with our traditional foods will be lost.

86. I am also worried about the potential harm to our whalers' psyche and our year-long traditional cycles if we lose our ability to hunt whales. The winter that followed the Camden Bay activities, I heard of an unusually high rate of domestic violence in Nuiqsut and increases in suicide attempts and in suicides. I heard of and witnessed increases in drug and alcohol use as well. As a community health aid, I listened to people's stories of how difficult it was to hunt without success and the lack of resources and help from a food bank. The winter was the worst I spent as a community health aide and that experience helped me to get busy and to speak out at meetings about oil development. It is devastating. When we faced Alpine's construction, it was the

worst years of my life. I now know I have had many worst years of my life. But I fear the worst is yet to come. I can't comprehend the level of devastation we will face if oil and gas activities continue their current trajectory, including with the approval of Willow. As hard as it has been and all the tears that have been shed, I fear the tears that will continue to be shed. But nobody is listening. What will it take to be heard? Is it numbers of suicides? Numbers of substance abuse treatments? Numbers of mental health disparities? Numbers of child neglect and endangerment? Those are not statistics I want to count, but are they statistics that will make us heard? What will it take to change the permitting of activities and projects that harm us and our lands and our waters?

87. Climate change is having huge impacts on our lives. We have more rain and ice fog because of the open ocean. Torrential rains and hydrology changes are causing erosion, including right here in Nuiqsut and along Colville River. Erosion is affecting our transportation routes, including on the Colville River. We are also experiencing more sink holes and permafrost thaw. We've seen entire lakes disappear. Every single ice cellar we have has been affected by permafrost thaw. There is a lot of erosion and permafrost thaw along the gravel road to GMT2. Areas near the road with full block sized areas that have collapsed. The extension of the Willow road will increase this destruction of the tundra, into areas that are currently undisturbed. We are trying to modify our ice cellars, and the ways in which we use them, to counter the warming. We make them deeper, we pack them with snow, we add covers to create a buffer, and we

change when we put food in there and when we take food out. We also have to store more food in freezers and prepare our food differently to counter the lack of reliable ice cellars. We got one community freezer but learned it could only fit one small whale, not another or a big one. Two more community freezers were added recently and one whaling captain also has her own. We pickle and smoke more now, which means we have to build smokehouses and get more wood. All of this takes a lot of extra effort. Is this how we have to live now?

88.     Climate change threatens our ability to hunt and gather our traditional foods. Changes to the sea ice pack and the resulting increased exposure to winds and waves create tremendous risk for our whalers. Without the protective ice pack, it is very dangerous to hunt in our small whaling boats. There are days when the whalers can't go out to hunt because of the bad weather. The lack of protection provided by sea ice is changing with climate change.

89.     Climate change is also having a toll on our animals. We are seeing more sick caribou, animals with parasites, tumors, lesions, cysts, and deformities. Caribou near our village are smaller. Climate change is affecting the timing of the caribou migrations near our community and the calving season. Climate change is also affecting our animals through changes in vegetation. Willows are spreading and form dense thickets in some places; I've seen these thickets become barriers to caribou movement. I also see different kind of grass now and it's not the kind of plants and vegetation that caribou eat and depend upon for its higher nutritional value. I worry how these changes in vegetation

will affect our animals, including caribou. For example, I am concerned that changes to the environment may harm the Porcupine caribou herd's ability to migrate to the Coastal Plain to give birth, and the calves will not get the needed plants from the Coastal Plain that they need to grow and survive. I have the same concerns about the climate change impacts on other Arctic caribou herds, including the Teshekpuk, Central Arctic, and Western Arctic herds, which are currently experiencing severe declines. Climate change puts our traditional foods at risk and threatens our ability to rely upon those foods.

90.     In recent times, we have seen an increase in dead and sick fish, especially broad whitefish but also other fish, in the Colville River. We've seen fish mold, tumors and malformations in eggs, bloody body cavities, tumors, malformation including turned spines, and sores. In 2021, every time we checked our nets in the Colville River and Nigliq Channel we found fish that had an issue. In summer 2022, my son did the fishing and he threw away the fish that had abnormalities. I am not sure what causes all these issues—samples have been collected but the Borough has yet to test them—but we believe that some of these fish issues, especially fish mold, are maybe in part caused by rising water temperatures. I am also concerned that some of these effects are being caused by contaminants from oil and gas activities in our area. Over the last many years, around June and July, I have measured water temperatures in the Colville River; it has reached up to 70 degrees F. If fish migrations are affected by warming waters, this could affect our seals. We are also seeing more sores on seals. We are seeing species, like beavers, river rats, and bugs, north of Brooks Range that did not use to be here. We are

seeing mistiming of insects and the birds they feed. The torrential rains and the resulting erosion in the Colville River banks are destroying peregrine falcon and bald eagle nests, including ones with chicks in them. I've seen it with my own eyes. We are also having rain on snow events. We see bloody caribou trails that result when caribou break through the crust and break their hooves. These trails make it easy for predators to find them. It is also easier for us to hunt them but it is psychologically hard for me to see them suffer like that. Increased rain and rain on snow events are also affecting us; our hunting and fishing trips are more dangerous because of wet conditions. We have to protect our snow machines and other equipment from water.

91.     With worsening climate change, our fears for erosion and accidents, including spills and uncontrolled leaks like CD-1 leak, also increase. ConocoPhillips' report on CD-1 discusses the role that thawed permafrost played in the accident. I also learned recently that the oil industry is closing wells in Prudhoe Bay because of erosion issues. Industry would not close the wells unless they are leaking. Is this the future we are looking at with changing climate, a future of leaks of many wells around us? For us, these safety issues come to light too late. How will the regulators improve monitoring and frequency to respond to these changes? Industry accepts fines as a cost of doing business. Given the size of their profits, fines are just peanuts for them.

92.     BLM's decisions to hold lease sales in the Reserve have led to more oil and gas exploration and development near Nuiqsut and in our traditional hunting and fishing grounds. Willow and Peregrine are recent examples of this. At Willow, ConocoPhillips

has already begun construction and has already affected last summer's hunting (because we were prevented from using the area during the summer). Our village has worked with multiple lease sales over the years. This includes sales by the State of Alaska on the other side of Colville River. The state does not engage us in their leasing process, and they often ignore communities' needs. Each successive lease sale has led to more losses of our traditional and cultural use areas. For every lease sale, we are promised there will be strong protective measures put in place. It is the lease sales process in which the strongest protections are offered, and it is at this stage that our reaction, the need to protect what is ours, starts. Yet every time the protections are weakened by the successive lease sales, and the exploration and development that follows lease sales. We never get to feel or see the protections we are promised; we only get to see and feel the losses, the failures to protect our way of life. And now we have a dividing line for caribou protections at the Teshekpuk Lake. Nuiqsut must fight for every protection on caribou in our area because it is a resource district, and we are not getting any. Yet the importance of protection in Teshekpuk Lake include Nuiqsut. Our region needs to remember this. I also support the Native Village of Nuiqsut's efforts to secure conservations easements.

93. In the collaborative process of identifying special areas, including the Teshekpuk Lake and Colville River special areas, there was support among all participants and decision makers to recognize these areas for protection. The previous administration opened these special areas to allow for leasing, exploration, and other

development activities there; this should not be done. The Willow and Peregrine projects threaten these special areas, including key areas for caribou and moose. Our village is at the heart where the adverse effects of these projects will be felt.

94.     All these decisions, including the decisions to approve the Willow project and open the Refuge and more of the Reserve to oil and gas, are causing fears to reverberate through my people and our communities. While various social programs have been put in place to mitigate the impacts of oil and gas activities on our people, I fear we will still pay the highest price for our nation's energy decisions. The government and its decisions are threatening our lands and waters, they are affecting our lives. I feel we are being sacrificed. I pray that the life, health, and safety of our people will not be the accepted price for our energy policies.

95.     Years and years of BLM's decisions to hold lease sales and authorize exploration activities have spurred oil and gas activities in the Reserve, activities that are detrimental to the traditional and cultural activities of our family and village, especially when these activities cause harm to our animals, including caribou, fish, and birds. And now the decisions about the Refuge, the IAP for the Reserve, ConocoPhillips' Willow project and seismic exploration plans this winter only add to all these harms. How can we feel our comments during these processes are being heard when the North Slope Borough withheld my concerns out for staff recommendation? The Trump administration allowed many of these projects move forward fast; the Biden

**Exhibit 2, page 49 of 148**

administration now must take into consideration the risks that all these projects pose to the health and safety of our people and our community.

96.     We depend on traditional and cultural foods that depend on or migrate through the Reserve, the Refuge, and the adjacent Beaufort and Chukchi seas. Any harm from oil and gas activities to our resources, including bowhead whale, seals, fish, caribou, and birds, threatens our food and our health. When we are unable to harvest our traditional foods, we will have to find other ways to supplement our traditional diet. We will have to learn about these new foods, how to prepare these new foods, and how to pay for these foods. I am concerned that we do not get the same value of nourishment and energy from other foods as we do in our traditional foods. I believe we have increased health problems when we do not eat our traditional foods and live our traditional lifestyles. Many Native communities in the lower 48 suffer from health issues related to poor nutrition, and I worry that my community will increasingly face the same problems due to changes to our lands and waters and affecting harvests of our traditional foods. Will Nuiqsut become the new Native diabetes hub?

97.     I am concerned, as has been confirmed by past activities, that oil and gas exploration and drilling activities, like the Willow project, will harm our animals and their habitats. I am especially concerned about the impacts to caribou. The caribou migrate to the northern arctic for calving. The area the pregnant cows are coming to are important staging areas. These areas are important for feeding and resting after migratory movement and are critical to herd's productivity rates. Increasing stress on pregnant

cows that have traveled great distances affect calving outcomes. Imprinting to birthing areas requires arrival to the areas prior to birth. If arrival to birthing areas is delayed, that may prevent imprinting from occurring, affecting generations of migrations. Poor survival rates of pregnant cows prevent herd growth. Multiple births are prevented if one cow does not survive. Population numbers will be adversely affected. Deflection of the migration from the central arctic to the west are detrimental to herd recovery. Calf weight will go down if cows are stressed. Decreased calf weight increases risk for calf survival. Predatory attacks due to increased stress could rapidly affect herd numbers. Increased strain on herd numbers will slow recovery. Prolonged recovery increases subsistence harvest stress for multiple seasons. Migration changes could affect vegetation quality and cause more strain on the herd. Changes in predator-prey ratio can alter ecosystems. Changes in the ecosystem affects our food security. If there are fewer caribou, there will be less fur bearers. If we can't harvest furs, the quality of our winter gear will be affected. We need to be warm to keep hunting. We need all of our harvests to meet our needs. We need the variety to sustain us through bad years. We need our healthy ecosystems to provide for our lifestyle. Poor caribou harvests affect everything, from sinew to whaling boats. Poor harvests affect sustainability, sharing, community ties, and inter-community dependence for survival.

98.     I have been working on food security issues with the University of Alaska and Anaktuvuk Pass. Anaktuvuk Pass and Nuiqsut are sister villages. Families, hunting, and adverse weather events tie our villages together. We collaborate extensively on

policies and procedures that affect our villages. We share our caribou hunting grounds with Anaktuvuk Pass because they have lost theirs. If anything happens to caribou on our hunting grounds, this will also affect Anaktuvuk Pass. Nuiqsut supports Anaktuvuk Pass' letter of concern related to the Willow project.

99. Any changes in the animal populations could affect our hunters, including myself. We educate our families that hunts must be respectful and quiet. If industrial infrastructure, noises and other disturbances from oil and gas activities cause our animals to move away from our traditional hunting grounds, I am concerned that this would place more wear on our equipment and our bodies and put the hunters at greater risk. I am also concerned about the additional risks for our families and village and region as we respond to efforts to harvest in lands changing our caribou and our hunts. I am also concerned that permits issued to support oil and gas activities will include restrictions that will prevent our access to our traditional use areas and engagement in our traditional activities. I am concerned we will be kept from entering or landing on lands where we hunt and fish, and we will be prohibited from bringing our hunting equipment.

100. I have similar concerns about how oil and gas activities near the Beaufort and Chukchi seas could harm seals, as they have in the past. I worry that the noise and disturbance from oil and gas activities could hurt seals or cause seals to abandon the nearshore waters. If seals that I would otherwise hunt are harmed by these activities, and this interferes with my ability to hunt those seals, this would harm me personally. Harm to the animals that my family and I hunt is direct harm to a resource that I depend on.

Such harm, therefore, also injures me and impairs my ability to live the traditional subsistence lifestyle that has been passed down to me from my elders and to provide for my nutrition and that of my family and community.

101. I worry about all the contaminants that the oil and gas industry introduce to our environment. I worry about the risks that these contaminants pose to our traditional foods and our health. Contaminants from historical military and industrial activities in our region have proven these concerns. Many studies, including those by CDC, do not adequately account for our high consumption rates of fish and other traditional foods; this makes us vulnerable. There is lack of information on the quality of our animals and new projects do not address these ecosystem concerns and their impacts on us. We should not be put in a position where our hunters and fishers and whalers need to worry if their animals are safe to eat because of these changes in our environment. I don't want to hear did I make my elders sick because of the food, like I heard many years ago.

102. When my nephew became ill, I decided to write down all the health questions that have risen in my community. I wrote down about the sick fish, the double-headed caribou, about all the illnesses that have increased in our community, the things we have seen in our environment. I submitted these health questions, which are attached here, to North Slope Borough and Alaska Department of Environmental Conservation. I submitted them to BLM during the IAP process. I submitted them to BLM three times during the Willow process. The North Slope Borough has done nothing with these

questions, and will they? BLM has done nothing with these questions. They need to be incorporated to any decision to allow more oil and gas activities near our village.

103. I am also concerned about polar bears. These animals are very important to our people, our culture, and our traditions. My extended family hunts polar bears, which range across the North Slope, from Canada to past Utqiaġvik in the West, and we use every part of them. We eat the meat, make tools and gifts out of them, and their fur keeps us warm. We have seen big changes in polar bears in industrialized versus non-industrialized areas; these changes are obvious to indigenous peoples like us. One year when I went to Nome, I found a polar bear claw. I worry the animal lost its life due to changing climate conditions. Here on the North Slope, we have found bears that have starved, or that are starving. We have seen bears that have drowned. We see the animals changing, coming further inland, spending more time on land. These animals are suffering with thinning ice. The Arctic ecosystem as a whole is threatened by the potential loss of this important species. Allowing more fossil fuel exploration and development, including on our lands and in our waters, will only lead to burning more fossil fuels that will result in worsening climate change and further harm to polar bears. It concerns me that seismic and other oil and gas activities, including those that would be allowed under the proposed ConocoPhillips seismic surveys, Refuge leasing plan, and that would result from the Willow project would further harm polar bears, either directly or through their food. I've heard about the new government study about polar bears in the Reserve and the Refuge, and that there are more polar bear dens in the Reserve than

previously thought. I worry that increased industrial activities, including seismic

activities and the construction of the Willow roads and drilling pads.in particular, will

disturb these dens and threaten polar bears survivability, or result in more human-polar

bear conflicts, conflicts that often do not end well. As the planes flew researching near

Nuiqsut it was impactful to us watching the circling over dens to try monitor and had to

be worse for the bears. I also worry that seismic and other activities in the Reserve or the

Refuge can harm fish and seals, which could harm polar bears by threatening the

availability of their food sources. All these animals are connected. We want to see polar

bears protected where they belong, here, as part of this ecosystem, and not in a zoo.

104.    We have been taught not to put things in or near water—the ocean, lakes,

and streams—that may cause harm to our animals. For example, when we go fishing or

camping, we are careful where we store our fuel tanks. I fear that oil drilling activities,

like those associated with the Willow, Peregrine, or other projects, will result in water

discharges into our lakes, rivers, and our ocean. These can damage our animals and our

fishing and hunting grounds.

105.    When our hunting or fishing trips are less successful, the whole community

will suffer, as it has in the past during times of shortage. Much of our year is planned

around the whale hunt and if the hunt is unsuccessful, many of our traditional cultural

activities and community celebrations are affected. Our experiences have proven that our

seasons of cultural traditions and preparations for success will change to seasons of fear

and unpreparedness and the real hardship of empty food cellars. When whale meat and

other traditional foods are less available, my nutrition suffers as many mothers give the food to the hunter and the children first.

106. If there is a spill and our animals become sick, I am concerned about how we will feed our families into the future and how we will be able to share our foods as our elders taught us. After the Exxon Valdez spill, we shared our foods with friends and families from boarding school days that were affected. The studies done after the spill did not fully address how the spill affected our food sources. Data from the Gulf of Mexico spill is teaching us that spills have more serious and long-lasting impacts to local communities' food. If there is a spill in the Arctic, I fear the impacts will be serious and long-term, and I wonder if others will share their foods with us.

107. I remember a local community meeting concerning oil and gas development in Umiat. There were concerns about levels of contaminants in fish, near the Umiat area, from earlier oil and gas development activities. Samples of the fish were being taken, but we were told not to worry because there was food in the lower 48 that had higher levels of contaminants. We were told about the health effects these contaminants can have on people who are exposed to them. The liver had the highest levels of contaminants, yet we eat the liver as a delicacy and for its high fat content. We share this with our elders and our grandchildren, two very sensitive populations that could experience adverse effects from eating contaminated livers. After the meeting, a village member came to me crying. Her elder had gotten sick and had a severe neurological event similar to what was described in the meeting. She asked me if she

caused the elder to get sick because she had shared this fish with her all winter. I tried to reassure her, but without efforts to adequately monitor our foods, I cannot be sure. I am attaching here a document that I submitted to the United Nations regarding my concerns about toxins in our environment. This is one of the many documents on which I have worked with other organizations.

108. I am afraid that we will have to worry more about contaminants and their impacts on our health because of ever expanding fossil fuel development in our environment. Our fish are already turning dead and sick with mold, tumors, and malformations and every new oil and gas decision opens a door for new sources of contaminants that can make things worse. These contaminants spread and accumulate through the food web, a web that extends across the North Slope. Through our sharing networks, Arctic cisco contaminated in the Refuge can end up on my plate; and fish I caught in Colville River can be shared with others. We should not have to be fish pathologists to safely prepare and share fish like we have done for eons. As mentioned above, it was the Umiat fish contamination issues that resulted in my involvement with CDC, including the National Tribal Health Think Tank. We saw with the CD-1 blowout that lots of chemicals are moved for industry's response rapidly, which causes accidents and increases risks of contamination. The ice pads are not preventing contamination because of the poor regulatory evaluation and enforcement. Community members have commented about fish studies in Canada that attribute abnormalities that we are seeing in our fish to containments. Willow construction will generate and require the transport of

**Exhibit 2, page 57 of 148**

solid waste and wastewater and require fuel and chemical transport and storage. I am concerned that Willow construction will pollute our resources.

109. I am concerned that industrial infrastructure and traffic, including helicopters and aircraft traffic, associated with the Willow project and other exploration and development activities will adversely affect caribou in the Reserve. The northern and eastern parts of the Reserve are important for caribou migration, especially for Nuiqsut fall migration, and for winter habitat. The construction of the Willow project includes ice roads, gravel roads, and a drill pad in the Teshekpuk Lake Special Area and this will affect the movements of the Teshekpuk Lake herd. When caribou are deflected from their preferred habitats or migration routes because of Willow or any or all the oil and gas projects, I worry this will affect the health of the animals, the health of the herd, and the health of our people who depend on caribou.

110. One concern is that disturbance during spring migration could cause the herd to be deflected south of Teshekpuk Lake. If this happens, the lake could force the herd to go west, away from our community and our traditional hunting grounds. If caribou are routed west and give birth there, the herd will imprint to those areas.

111. We start seeing the fall migration in July when the Teshekpuk Lake herd comes through the northern east corner of the Reserve. This migration overlaps with summer and fall construction activities at Willow. This movement is critical to the village. From the east, we rely on the Porcupine caribou. We also rely on the Central Arctic Herd.

*CBD et al. v. BLM et al.,*
Case No. 3:23-cv-00061-SLG

**Exhibit 2, page 58 of 148**

112.    I worry that all these industrial activities, including Willow construction over the next couple of years, will deflect caribou, keep them away from their preferred calving and insect relief habitats.  Multiple caribou herds are already in severe decline and our hunters are told not to harvest cows to protect the herds.  Yet, BLM authorizes more projects that can cause further declines in the herds, change their migratory routes, and funnel them away from our traditional hunting areas.  They could affect our ability to access fall bull caribou that have a lot of meat, and fat for making Eskimo ice cream.  I also worry about similar impacts on the Central Arctic Herd and the Western Arctic caribou herd.  Any impacts to the Western Arctic Herd could reach many villages south of here.

113.    As I have mentioned, I have major concerns about the impacts of helicopters and other overflights on us and our animals.  We have talked about the severity of these impacts for decades.  Overflights cause tremendous hardships to multiple species, including caribou and birds.  They cause tremendous hardship to our hunters.  I fear that helicopters might even endanger caribou and/or muskox hunters including members of my family, as they have in the past.

114.    When in camp, the noises from the aircraft are disruptive, the flights are disruptive, and the interactions with personnel are disruptive.  The flights bring unnatural activity into our natural activity areas.  With more and more oil and gas activity on lands, these overflights are increasing the severity.  They are eliminating hope for traditions and culture, we are running out of places to go to.

115.    Stick picking is often done after snow melt.  This is too late.  We watch the foreign debris emerge from the snow and we don't know what it is and how it is affecting the natural processes of our lands and waters.  It is detrimental to our wellness.  Our process is to prevent, whereas the oil companies just leave and collect later.  Despite our concerns and our inputs in the process, the companies get away with causing severe impacts.  That leaves locals with little to no recourse.

116.    The Borough zoned an entire area near our community to protect it from oil development, but now those protections have been completely wiped away, which is devastating.  The Borough forced this rezone down our throats during the pandemic.  In December 2020, as part of the re-zoning process, I submitted important comments to the North Slope Borough planning director.  As I mentioned above, he held these comments and did not share them with the planning department staff until after they provided their recommendation.  As a result, the staff was never able to consider my input before making their recommendations.  The Borough failed to consider any of this information.  This is just one example of how the Borough has silenced Nuiqsut and excluded my village from participating in the processes.

117.    My comments focused on the human health threats of re-zoning the area around our village, and how the mitigation measures that were proposed would not protect us.  I shared my expertise and experience with the health problems that are already present in Nuiqsut, which are likely due to oil and gas activity in the area.  Respiratory problems.  Thyroid disorders. Cancer.  Reproductive health.  I shared

**Exhibit 2, page 60 of 148**

information about the health risks that my nephew faces, and how the doctor has asked if his family can leave Nuiqsut to try to improve his health, and what a difficult hardship it is, to have to consider leaving the home, the house, the family, the job, the school, the village and the culture.

118.    I explained in my comments how I asked questions about health impacts to industry, and how they responded with accusation.  I explained that I work with the knowledge of my elders, who taught me and shared their knowledge and encouraged me to share the importance of our traditions and culture, and to protect it.  I talked about so many examples of our subsistence activities being ruined by oil and gas disturbance.  I shared so many observations of how industry has harmed wildlife and the land.

119.    I explained how the promised economic benefits have never come, and how exhausting it is for us to always be participating in these processes that result in no meaningful protections for us.  I talked about how this affects other people's willingness to even try.  And how it feels so powerless, for us not to be able to protect our own health or culture.  During our meetings, industry, and the federal and state governments are always telling us they are going to be approved anyway, trying to prevent and undermine our comments.  I explained how we face retribution when we question oil and gas activity.  And the threats to my own life that I have faced, since I speak out.  I shared our village's experience with the checks that are supposed to mitigate impacts to us, but do not sustain our families as planes of people go away to spend their checks.  No one is paying for the cost of our loss to eat fish or whales.

120.    We have worked so hard to retain our culture. They are forcing generations of impacts on our communities. In the past, our community has fought to add protections to development plans, only to have those protections removed at the last minute due to industry request. The Department of the Interior cannot continue this history of bowing to industry, managing them in a weak way, and refusing to listen to those most impacted by development. I hope that, under President Biden, the federal government and local governments will work together to safeguard the wellbeing of communities like mine.

121.    We really need animals to get around and past these areas, but north to south infrastructure in particular with Willow and Peregrine will block the animals from getting to us. We won't have the migration come to us. There may be smattering of animals that get through the infrastructure, but they will be unhealthy and highly stressed. It will decrease their health and the health of calves. The deflection will impact us and other communities like Anaktuvuk Pass. We're so close in proximity that we're all going to be severely impacted. The southward migration also hits other communities that will also face that deflection. We may get some caribou in the spring migration, but that's when the caribou are coming to calve and it will not allow them to get to the important areas along the coast that are so important. The herd will bottleneck and diverge from that infrastructure. Those animals will no longer come to our area for renewal. They will get moved over, just like the Central Arctic Herd got moved over. It is changing the caribou that are coming to our area. They are not going to get to us. We might get smatterings of caribou, but it won't be what we need for our community when we need

them. Caribou must be in the places where we need them, at the time we need them, in the quantity and concentrations we need them, and in the healthy condition we need them in order for harvest to be successful. The continued developments around us have only increased the need for the area south of us. We are running out of areas to go.

122. Seismic exploration activities are often conducted in a manner that harms caribou, marine mammals, including polar bears and seals, and fish that I depend on for food, health, life, and my traditional culture. I have seen the effects of past seismic activities on the tundra when traveling across the North Slope. The commuter planes fly low, about 100 feet off the ground, and as we fly, I look for animals in hopes to help our hunters. From the air, long linear trails appear across the land. The first time, these trails caught my eye right away; I was flying over a checkerboard of scars caused by the caravans of seismic trucks and repetitive actions of seismic equipment. I asked my elders about these tracks. They had warned of scarring to the tundra from these activities, and worried that the animals we rely upon for food, like caribou, would be deflected from their habitat. Our elders were not listened to when they raised their concerns. Seismic activities create berms on the land, but the companies do not place markers on these berms to warn our hunters. I am worried for the safety of our hunters and for the wear and tear on their equipment when they go on hunting trips in areas where seismic has occurred. And the checker-board pattern demonstrates how far our hunters have to go to get to the other side of this activity.

123.    I am very concerned that the oil companies and the government are ill-equipped and unprepared to prevent and clean up an oil spill in the Arctic.  I am very concerned that spill plans, as written on paper, will not work and I also worry about the lack of enforcement and regulatory resources if these plans do not work.  I remember the BP pipeline oil spill in 2006.  Even though alarms from the spill detection technology went off indicating oil was spilling onto the fragile tundra, the company did not pay any attention.  It wasn't until a worker driving along the pipeline days after the spill smelled the oil and reported it that the company took any action to prevent further damage.  This concern became especially salient during the Covid-19 pandemic, when companies reduced staff to those deemed necessary.  This meant that many leaks, emissions, and exposures likely happened without detection, that necessary preventative maintenance and inspection did not occur, and that responses were delayed.  How can promises of "not one drop" be honored and not be broken when industry can cut costs to increase profits, leaving broken pipes at existing infrastructure that leak oil?  An oil spill, whether on land or in the Ocean, whether in the Reserve or the Refuge, will spread by water, air, currents, and fish and other animals.  With thawing permafrost, an on-land spill would be harder to contain.  Even in industry's own models, spills will take multiple years to contain:  the first year they may not get to it, the second year they will try to contain it, and the third year they will try to clen it up.  A spill would cause harm to our fragile environment, including vegetation, fish, and other animals and to our communities that rely on these

resources. I worry about the short- and long-term impacts that oil spills and any chemical responses to them would have on our lands and waters and our health.

124. With every oil and gas project, I am worried about the possibility of another uncontrolled leak like the 2022 CD-1 gas leak or the 2012 Repsol well blow out in early 2012 on the Colville Delta.

125. ConocoPhillips' Alpine CD-1 gas leak happened in March 2022 just few miles from our village. The leak went on for a couple of months because the company was unable to plug it. During this entire time, our village was placed at great risk, including from methane pollution. The company evacuated its own employees but insisted we were safe. And now BLM, in its supplemental EIS, completely dismisses our concerns saying that the chance of gas blowouts from Willow is small and that we should not have to worry about it. Nowhere does the agency acknowledge the financial and other impacts that the CD-1 gas leak caused our people, some of whom lost their jobs when they made the decision to leave town to protect the health of their families. Nowhere does the agency consider the risks that this leak posed to our elders and children who stayed, and subsistence hunters that were out on the land and could not be contacted. BLM makes no mention of the fear that people in our village felt. No community should have to experience the fear, anxiety, and confusion that we faced during the CD-1 accident.

126. The Repsol blowout happened in February 2012 approximately 18 miles northeast of our village. The blowout released natural gas and an estimated 1,000 barrels

of drilling mud. It happened late in the season and industry failed to do any cleanup. The blowout exposed us to harmful levels of benzene, and many have had lasting health impacts from this disaster. I am still worried about the exposures from that blowout and the failure to get adequate safety, monitoring, prevention, and containment processes in place.

127. I am worried, and because of their actions, I am infuriated that decision-makers have failed to learn from the CD-1 and Repsol events and are not, and have not been taking the mistakes from it into account in the decision-making process for opening our lands and waters for more leasing and oil and gas activities. In addition to the serious health concerns that these accidental releases pose to us, I am worried about damage that they could also to do to the tundra, lakes, rivers, and to the Beaufort and Chukchi seas and coastal areas, including important traditional use areas for Nuiqsut, and the climate. I am concerned about the risks to our traditional diet, caribou, fish, birds, and marine mammals, from oil and the chemicals used in oil and gas exploration and development. I am concerned that there are no animal resource centers on the North Slope that will be able to respond appropriately to the wildlife needs if there is a spill.

128. I am concerned that oil and gas companies will not use appropriate safety measures to prevent a spill and will not be able to stop a leak. During the Exxon Valdez spill in Prince William Sound, responders failed to use appropriate protective equipment, which caused more harm to the environment and people. I toured the Gulf of Mexico during the Deepwater Horizon spill and saw that the lack of protective equipment is still a

problem. The government ignored the lessons learned from the earlier spill, and I fear that disregard will continue in the future. I am concerned that the oil companies are allowed to drill without adequate containment supplies and support from village response teams. President Trump's collective efforts to cut out key agencies, including the EPA, Fish and Wildlife Service, and CDC, and to undermine environmental protections, pose serious threats to me and my communities. President Biden and the Department of the Interior need to re-evaluate the former administration's harmful environmental policies and any current projects that were begun under these policies, to ensure they do not harm communities or the environment. Too often, the government tries to lease and develop every piece of land around us and moves forward with projects like Willow and Peregrine without engaging the community and listening to us—which makes it difficult to stop development, even when there are too many impacts to us. There has been too much development, too fast and too soon. It has been hard for our community to come to consensus on ways to prevent impacts. It is unfair to the local communities who cannot always engage or are not always given the correct information about projects. We want to have ample opportunity to give input to stop development before it is permitted. Our ability to protect our resources and way of life depends on it.

129. When oil and gas activities are permitted, whether on land or offshore, it is not a matter of "if" but "when" oil spills will happen. This was painfully demonstrated by the Deepwater Horizon spill in the Gulf of Mexico, and also by the Exxon Valdez spill. Watching the failure to stop the Deepwater Horizon spill really affected the psyche

of our people. We are greatly stressed about, it is bringing out anger and fear, and it is breaking down our ability to work effectively together. When there will be a spill from oil drilling activities in the Arctic, the immediate risks to the people, our lands and waters, and the wildlife are severe and real. Many animals, like whales and birds, come to the Arctic for renewal of the next generations. When spills occur during this time, generations of these animals may be affected. Whole populations could collapse. We would then have to work to identify and assess any health changes to our animals, and find the resources, facilities, and equipment to do these assessments. We might have to find alternate food. These effects would be profound and long lasting.

130. I am also concerned that we are not properly assessing and proactively preparing for the health effects that an oil spill will have on us. Past efforts to assess those impacts, notably the Health Impact Assessment relating to the Reserve, were not done in consultation with us and thus did not reflect all our concerns. The health impact assessment does not tell us what the impacts to our health are from oil and gas activities, including spills. This information still needs to be collected. There is data for specific years that show impacts but that data was excluded from the assessment. There are no criteria in the documents to flag oil and gas concerns, including effects from flaring. They don't want to tie oil and gas activities, including the 2012 Repsol blowout, to our health impacts. Instead, they focus on smoking and indoor air. We questioned how this will be interpreted without data specific to oil and gas activities. Because the models and data are controlled by the industry, the outcomes always come out to favor the industry,

not us. I am concerned that oil and gas companies will not be concerned with doing such proactive health impact analyses either. I also worry that oil companies lack appropriate village notification processes and resources to monitor, assess, and help villagers protect their health when there is a spill.

131. The North Slope Borough municipal government sometimes ignores our requested protections to human health in their planning processes. For example, Nuiqsut and Anaktuvuk Pass have advocated for staggering oil and gas development to the south of Nuiqsut, which would help minimize impacts to caribou by reducing activity in the appropriate locations during both the spring and fall migrations. But the Borough has not adopted this widely supported inter-region and inter-community recommendation, putting the caribou herd at greater risk of harm. This lack of protection at the local level underscores the need for strong federal protection and improved environmental policy.

132. Oil and gas development creates health issues for our people and in our communities. I saw and heard friends and family get sick during the Repsol blow out. I have talked to others who were sickened, some who have since died, by the efforts to clean up the Exxon Valdez spill. When there is a spill in the Arctic, I worry that our people will suffer from illness as the people who responded to that spill did.

133. At every meeting we attend, we elevate our health concerns. I am concerned that decisions about the effects of oil and gas activities are being made without adequate knowledge of the impacts on the health of our people. We have no specialized health care assessments to assess the impacts from oil and gas activities and no guiding

points to help make decisions based on the best for the health of the people who live where these activities are to occur. How will our health concerns be met? Who will help the diabetics, heart patients, and those with respiratory illness and educate them on how to protect themselves from the effects of oil and gas activities? Who will counsel people for social reactions to oil exploration and development and an oil spill? We have done so and we will continue to do so, but our resources are limited. We do not have the health care resources to deal with changes to our health that may be caused by oil and gas activities. Taking our people from our community to other areas is costly. When people fall ill, like one of my nephews recently did, they may face the hard decision to have to leave our community, leave not just their homes and families but their village and their culture.

134. I am worried that many of our people will have decreased longevity because of adverse health issues resulting from pollution and contamination. Oil exploration and drilling activities, and the effects of those activities, may compound our health issues without providing us resources to address them appropriately. I worry that we will have serious changes in our health if we are unable to live our traditional and cultural ways because changes brought to our lives and our environment by oil and gas activities. The Arctic peoples deserve better health impact assessments.

135. I have received calls from community members in every community in the Arctic and I have listened to their questions and concerns about past drilling activities and the possibility of an oil spill and what community members can do to help keep us all

safe.  I listened to many concerns from our people when we had the rare algae plume that was mistaken for an oil spill.  When the CD-1 leak happened, people called me before they reached out to the government.  These concerns have caused stress, anger, and frustration.  They have caused many sleepless nights, difficult meetings, the breakdown in the unity of our communities over the divisive issues of oil and gas development, and much hard work to keep our families united together.  These concerns have taken time away from my and others' ability to practice our traditional and cultural activities and from our families.  Many people are worried that our traditional way of life may be over, and thank me for trying to protect it.

     136.    The changes to our villages that could happen due to oil and gas exploration and development are severe to think about for me.  I see the real frustration in our villages as people get drunk and talk on the VHF radios venting their frustrations and fears.  I worry about the increase of drugs and alcoholism and the neglect and abuse that follows.  I was recently asked to visualize all the things I have gone through over the last 20 years in trying to stand up for our people and then amplify those experiences to the next 20 years.  From these visioning exercises, I've become terribly upset and concerned for our future.  It made me realize that without significant protective measures put in place now, we will not survive the difficulties we will face in trying to protect the life, health, safety, and traditional culture of our people.  It is because of these visioning exercises that I do what I do, including these lawsuits, because nothing can prepare me for what we may lose.

137.   I have learned from aboriginal people in Russia and Nigeria's experiences from Shell's oil and gas development projects, and have learned about serious environmental degradation, health impacts, social impacts, and conflicts with traditional and cultural activities caused by oil development and spills in these areas.

138.   I toured the Gulf of Mexico after the spill and saw a spill plan, like the ones Shell proposed in the Arctic Ocean, in action.  In the Gulf, I learned about ineffective boom placement, lack of maintenance of response equipment, inconsistent protective measures for special areas, and the lack of protective measures for workers.  I saw uncoordinated response efforts, a lack of transparency, and empty promises to those at risk of losing the most.  I saw divisions among the people and profit-making, not public health, as guiding decisions.  It gives me no reassurance that oil companies allowed to operate here can protect the Arctic.  Their promises are just words on paper.

139.   I can still see the eyes of the people who lived in the Gulf of Mexico and were working to try to respond to the spill.  I remember the haunting look in their eyes of wanting to protect their homes and livelihoods against the odds with the dread of knowing what they were responding to but not knowing their health effects and what they were losing every minute.  I have seen this same fear and anger in our people's eyes as they see the efforts to expand oil and gas development on our lands and waters.  The faces I saw in the Gulf as boats were taken out of the water on the first day of shrimp season are not the faces I want to see in the Arctic or on our people during whaling.

140.    Seeing the response in the Gulf confirmed to me the importance of our traditional knowledge.  Our traditional knowledge and experiences in travelling in our lands and waters conflict with the words in these spill plan documents.  I am concerned that the oil companies and the government are ill-equipped to protect the Arctic and lack a true understanding of our areas to be able to protect them from an oil spill.  I am concerned that there is a lack of understanding in the spill plans themselves, in the decisions to approve the spill plans, and in the decisions to allow oil and gas drilling activities to occur in the Arctic.  I am concerned that the oil companies and the government ignore the importance and vitality of the Arctic ecosystem, the inter-relationships between the environment and the migratory animals that depend upon it, and the necessity of critical habitat for wildlife, and the threats posed by oil and gas activities.  I am concerned that the impacts from an oil spill and the recovery methods used to clean up a spill are not fully understood and may have a negative effect on the ecosystem.

141.    I have seen and heard about failures in spill response drills when they have been conducted in the Arctic Ocean.  I have heard about failures of recovery equipment when they have been deployed for testing.  I have learned that chemical dispersants and other spill response methods are ineffective in broken ice conditions.  I am concerned that the high rates of permafrost thaw and coastal erosion will contribute to the ineffectiveness of the spill response planning and equipment.  I am concerned that these failures show a basic lack of understanding about the Arctic environment, including how

its different parts are connected though currents, streams, migratory animals, and our food sharing networks. Because of this lack of understanding about our lands and waters, I am concerned that this has and will prevent adequate efforts to ensure effective spill response materials are in place in the Arctic, and I am concerned that these materials will not be maintained effectively. I am concerned that distribution of response equipment to protect tribal areas is almost non-existent. If there is a spill, I am also concerned that our community members, who have volunteered for decades to be part of village response teams, will not be called out to help.

142. I am concerned about the effects of dispersants and other chemicals used for spill clean-ups on our communities and our animals. As more information is learned from the effects of the Gulf of Mexico, I have learned more about the chemicals in dispersants and their health effects. I fear that chemical companies and decision-makers are ignoring health concerns, and all people will be negatively affected if dispersants are used to clean-up a spill in the Arctic or along the migratory paths of our animals. I am concerned to the effects the Gulf of Alaska spill and the Gulf of Mexico spill has on the migrating birds and the study that shows egg shells are showing contamination. I worry how the migration of these birds is affected and the health of our people eating them. I worry how the new generations of birds will continue to be impacted during their migrations through these areas. I worry what the contaminants in the egg shells accumulating in the birthing area of the birds will do to future generations. I learned from elders how some of our birds have never come back from the Exxon spill and now

more are affected by the Gulf spill. These animals are coming with contaminates and spreading the concern to the food chain. So will the contamination spread to our people dependent on the food chain? I worry that oil and gas exploration and development activities will contaminate the birds, eggs, and other parts of the food chain that would negatively affect the health, both general and reproductive, of the people, myself and my family, who rely on these foods. I worry for the grown children I once taught basketball ("the little dribblers") who are now of reproductive age who have asked me reproductive health questions. Many are having problems and fear the contaminants are affecting the health of our children. Some vent their fears and frustrations about what's happening to our lands and waters, to our health, on Facebook. I have pushed to get the data for the chemicals the oil and gas companies are releasing into our environment, but the government still has not collected it and shared it with us. We should have the quality of the data on these chemicals comparative to what is available in the European Union. There should be no more oil and gas lease sales and activities allowed on our lands, including in the Reserve, until we have that information.

143. I am concerned there is a lack of effective Arctic standards for spill response and recovery, and a lack of appropriate testing of those standards. I am also concerned that there is a lack of understanding by those who want to conduct oil and gas drilling and by those who are allowing oil and gas drilling in the Arctic of the need for effective standards. I am concerned that because of a lack of standards, there may be a greater likelihood that an oil spill could occur and that any recovery efforts will not be

adequate to clean up a spill. I am concerned that we, our local leadership and community members, will now need to learn about engineering and controls so that we can understand the spill plans and whether they effectively protect our lands and waters, and how safety measures for the Arctic can be improved to ensure our lands and waters are protected. I am concerned about how Alaska and the people of the North Slope, in particular, will be the ones who will be forced to address and respond to any problems that arise from oil and gas exploration and development. And I am worried that the need to protect public health, reduce energy consumption, restoration of areas impacted by industrial oil and gas activities and exploration should be an integral part of the planning process and not an afterthought. I am concerned when I see that many states are less than transparent in addressing the public's concerns with oil and gas development and how difficult it is to research the impacts that oil and gas development have on public health. Many people are researching and building the evidence of health concerns and suffering from oil and gas development in health impact assessments, and they are living with the reaction of not using precaution designed into the process. Precaution to human health must be designed in the permitting and leasing processes and not as a result of the loss of life and lawsuits. Prevention must be the basis of the effort, not added when the evidence builds. Proactive assessment of, and engagement of the local communities in, all areas of industry to reduce emissions should be a continuous process of every permit and not just a plan to find funding eventually. Reducing energy consumption must be the goal of every permit, we should not be permitting on the design of the industry that produces and

consumes the energy.  Every impacted area must be planned for restoration as part of every permit and we should not have to wait to plan and budget with other funding streams such as the helium process for restoration of the legacy wells as we did in Umiat.

144.    There are so many oil exploration and development projects happening on the North Slope.  In order to have a voice in the processes, I must devote considerable time to learning about these many projects.  I am forced to learn about complex development plans, like the Willow project, and multi-year exploration projects like the Peregrine, projects that are very different than our traditional and cultural activities.  To make sure we are involved in the decision-making processes and to educate decision-makers about our lands and waters, I have attended many meetings and conferences with local, regional, state and federal agencies, and industry.  I have had to learn about NEPA, regulatory and enforcement processes, pipeline safety, environmental health and chemical toxins, and how to respond if there is an oil spill.  I am told that I must have training in oil spill response just to access traditional and cultural areas that have become developed by the oil industry.  I have traveled many miles to visit villages along the North Slope to given presentations at schools, tribal and city councils, and communities that share facts and knowledge about these projects and their impacts on our communities that may not have been shared by the industry or the state and federal agencies.  I have to do all of this voluntarily to be an informed community member to comment effectively at local community meetings where development plans are presented.  I feel that I must spend this time in order to protect myself, my family, and my community, and to protect

the wildlife and the environment that provide food for me and my family. I would rather spend this time gathering food, hunting, or enjoying my friends and family.

145. Because of the increasing presence of oil and gas exploration and development projects in the Arctic and near my community, including with the Willow project to the west and now the Peregrine project to the south, I feel that we have to become educated in our traditions and culture and in the technical and scientific world to keep pace. Because the decisions about these projects are important to our future, we have to try to be engaged in so many processes that seem to be beyond our control. I feel that we have to try to learn from others who have experienced oil spills in order to help us prepare to assess the potential damages that could result from spill in the Arctic. We have to read and assess volumes and volumes of documents and work to ensure that an oil and gas development project won't negatively affect an area of traditional and cultural use and the animals we depend on or prevent our usage of an area for generations. I feel that we have to participate in many meetings to try to get answers to our questions and concerns about impacts from oil and gas development and its associated effects like oil spills. We try to make our concerns known during decision-making processes in the hope that the impacts to us and our traditional and cultural uses will be reduced. The stress and strain of these efforts are very tiring. But, our traditional and cultural activities are very important, so I feel we must do this work even though it brings additional stress and strain. I feel we have to endure the pain and hardship of these efforts to be involved in the decision-making process and to deal with bad decisions so that we have hope that our

future generations will be able to practice our traditional and cultural activities as we do now.

146.    We want to be Iñupiat into the future not just residents in an industrialized area.  We want our health and our culture and traditions to continue into the future, but these are jeopardized by the decisions of the Federal government to continue to lease our lands to oil companies and allow more and more oil and gas exploration and development activities here.  The government makes these decisions without consulting with us, without our permission, without looking at the cumulative impacts they have on our lands and waters and our people.  The seasons of life and land are so intertwined for our people that I worry that these decisions, and all things that can follow from them, including oil spills, worsening climate change, more air and water pollution, and decreased animal populations, will affect us for generations.  The cumulative impacts from all the piecemeal decisions made by various administrations, including the current one, are devastating our communities and threatening the life, health, safety, and traditional culture of our people.  After decades of involvement and engagement in these complex issues, efforts to protect our lands and waters, we are just seeing more lease sales, more exploration and development, and more exacerbated changes which are affecting our way of life and breaking our communities apart.  Instead of more oil and gas lease sales and permitted activities on our lands, we demand policies, processes, and decisions that are preventive, precautionary, protective, and proactive, ones that serve the long-term

interests of our people and the Arctic, and that feed us with goodness instead of badness left behind by oil companies.

147.    The North Slope is my home, and I plan to stay here as long as I live.  I will continue to hunt, fish, boat, and camp with my family and share our cultural traditions and practices every year as I have in the past.  I will continue to encourage my children and grandchildren to educate and involve themselves in local issues, and to fight for our life, health, safety, and traditional culture as our elders have directed us to do.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Dated:  November 15, 2023                    By: _____

                                                        Rosemary Ahtuangaruak

Attachments

March 3, 2023

The Honorable Debra Haaland, Secretary
United States Department of the Interior
1849 C Street, NW
Washington, DC 20240

Dear Secretary Haaland,

Thank you for your thoughtful consideration of the proposed Willow Master Development Project (Willow). We are writing to emphasize the problems with the consultation process and the mitigation measures identified in the Willow final Supplemental Environmental Impact Statement (SEIS), and to explain why the administration must deny any version of the proposed project. We write in our individual capacities, based on our experience with this process.

This is not the first time we have explained why these measures are inadequate. But as the City of Nuiqsut and Native Village of Nuiqsut noted in their recent cooperating agency comments to BLM, none of their input or concerns about these measures were documented in the preliminary SEIS. We are disappointed but not surprised to see that BLM has once again ignored their input and comments on the preliminary document and appears to have made no additional changes in response to their concerns before the release of the SEIS. It seems that despite its nod to traditional ecological knowledge, BLM does not consider relevant the extensive knowledge and expertise we have gained over millennia, living in a way that is so deeply connected to our environment.

The long list of mitigation might look impressive to politicians and government decision-makers. To us, it is an attempt to break the importance of our life and culture into fragments that are each a mere technical problem to be solved so the project can go forward. BLM does not look at the harm this project would cause from the perspective of how to let us be us - how to ensure that we can maintain our culture, traditions, and our ability to keep going out on the land and the waters.

BLM's narrow focus on justifying why the project should go forward subverts any meaningful discussion or consideration of why the No Action Alternative should be selected. This was true in the context of the frame the agency applied to every single one of our cooperating agency consultations, and may also be true for a Record of Decision that points to a long list of new measures that promise to make this project acceptable. Each measure is framed as an argument to let the project go forward and represents a monumental misunderstanding about what is required for us to survive.

At a minimum, we request a delay in the release of the record of decision until BLM can engage with the City and Native Village of Nuiqsut meaningfully regarding mitigation to protect our health and subsistence way of life.

**Exhibit 2, page 82 of 148**

I.   The consultation process has been deeply disappointing and contrary to the
administration's obligations for Tribal consultation and to consider Indigenous
Knowledge

The City and Native Village of Nuiqsut have provided input to BLM throughout the
cooperating agency process which BLM has completely failed to acknowledge. As BLM
states, during the cooperating agency process we met for many days to discuss our concerns
with BLM about the impacts of the project. BLM presented the City and Native Village of
Nuiqsut with a list of "cooperating agency suggested mitigation measures," but none of
these were measures Nuiqsut suggested. The City and Native Village explained extensively
why the measures would be ineffective and would not achieve their intended purpose. Yet,
the draft SEIS did not mention the information provided. Instead, the draft SEIS simply listed
the mitigation measures in an appendix, without any discussion whatsoever.

When the City and Native Village of Nuiqsut received a copy of the preliminary final SEIS,
they noticed that BLM again characterized this list as "cooperating agency suggested
mitigation measures," and again failed to acknowledge their input. They again pointed out
this omission to BLM. However, when the final SEIS was released, we once more discovered
that nowhere in the SEIS does BLM acknowledge our extensive input about why the
mitigation measures are inadequate. The only mention of our input at all is from the Native
Village of Nuiqsut's comments on the first EIS. Nothing the City and Native Village provided
during the supplemental EIS process is mentioned.

This administration has committed to support and help advance the priorities of Alaska
Native leaders, including those related to sustainable land management and the
conservation of natural, cultural, and historical resources.[1] The White House has also
committed to elevating indigenous traditional and ecological knowledge in federal scientific
and policy processes.[2] It is essential that BLM consider the information the City and Native
Village of Nuiqsut provided about why the mitigation measures designed to protect the
caribou migrations, as well as other mitigation measures, will not be effective. It is a matter
of our survival.

The disclosure of this information is also required by the National Environmental Policy Act
(NEPA). NEPA requires that the agency make every effort to disclose and discuss in the draft
EIS all major points of view on the environmental impacts of the alternatives, including the
proposed action.[3]

---

[1] Conserving and Restoring America the Beautiful, May 6, 2021 (Principle 4).
[2] Executive Office of the President, Office of Science and Technology Policy, Memorandum
for Heads of Federal Departments and Agencies: Implementation of Guidance for Federal
Departments and Agencies on Indigenous Knowledge, Nov. 30, 2022.
[3] *In re Big Thorne Project*, 93 F. Supp. 3d 1134, 1147 (D. Alaska 2015), *aff'd*, 857 F.3d 968
(9th Cir. 2017), and *aff'd sub nom. In re Big Thorne Project & 2008 Tongass Forest Plan,* 691
F. App'x 417 (9th Cir. 2017); *see also The Lands Council v. McNair*, 537 F.3d 981, 1001 (9th
Cir. 2008) (affirming that agency must "acknowledge and respond to comments by outside
parties that raise significant scientific uncertainties and reasonably support that such
uncertainties exist.")

2

**Exhibit 2, page 83 of 148**

BLM must also respond to the critiques the City and Native Village of Nuiqsut provided. The agency must disclose all comments and discuss "any responsible opposing view which was not adequately disclosed in the draft [EIS] and shall indicate the agency's response to the issues raised."[4] As the Memorandum on Uniform Standards for Tribal Consultation (Nov. 30, 2022) explains, "consultation requires that information obtained from Tribes be given meaningful consideration." The memo also requires federal agencies to maintain a record of tribal input received and an explanation of how Tribal input influenced or was incorporated into the agency action. The SEIS reflects none of these obligations. We participated in the cooperating agency process with good will and exhaustive effort. Unfortunately, we now find it necessary to write publicly, outside of the process, so that you can hear our views directly.

II.     The government's management of the NPR-A stifles our voice and threatens our wellbeing

Federal officials ask why other North Slope villages do not outwardly state opposition this project. Those villages get some financial benefits from oil and gas activity but experience far fewer impacts than Nuiqsut. We are at ground zero for the industrialization of the Arctic. The SEIS suggests that to mitigate this imbalance, the NPR-A Impact Mitigation Fund could direct a minimum of 15% of the grant funding to the City of Nuiqsut.[5] This hardly addresses the imbalance in costs and benefits within the North Slope Borough.

The politicians and proponents of oil development are correct that we get some money from oil development in the NPR-A. But think about the purpose of this money, and what we use it for. The very existence of the Impact Mitigation Fund suggests that it is somehow fair for industry to pass along the expenses of harm from oil development - and the responsibility for addressing them - onto us, as long as they've paid us to deal with them. How exactly is that considered a benefit to us? Anyhow, the life, health, and safety and the importance of tradition and culture could never be protected from one development with 15% of the funds available. No dollar can replace what we risk.

But an even bigger reason government officials do not hear all of the opposition that our people have to oil development is because the power of one of the largest companies in the world reaches into every community and household, and into the environmental review process itself, censoring what we say to one another in Facebook groups (which the company administers), censoring our reports of violations (because the company employs the observers),[6] censoring our basic governmental functions (because the company's

---

[4] *In re Big Thorne Project*, 93 F. Supp. 3d at 1147.

[5] SEIS suggested cooperating agency measure #37.
[6] SEIS Suggested cooperating agency mitigation measure #35, which would provide information on how to report violations, does not fix this problem. The existence of a complaint procedure does not remove the pressure our people feel to keep quiet.

3

**Exhibit 2, page 84 of 148**

charitable giving supports our city government),[7] censoring our efforts to express our concerns (because the company organizes and controls the meetings to address these concerns),[8] censoring scientific research (because the company controls, designs, and funds the studies),[9] censoring information about the impacts of their activities (because the company controls, designs, and funds the monitoring and reporting),[10] and censoring our attempts to teach our children how to become leaders and protectors of our land and culture (because the company designs and pays for school programs).[11] The corporate power is so strong and pervasive, it seeped into the process of writing this very letter, which we were unable to finalize in its original form on behalf of the City and Native Village.

Packaged as suggested mitigation measures in the Willow SEIS, ConocoPhillips would pay for a small amount of our fuel[12] (which we need to travel farther for hunting) and pay for greenhouses[13] and food storage facilities[14] for imported store-bought foods that are too expensive for us to buy anyway (because their activities are chasing our animals away). It would also provide funding to support our healthcare clinic (because their activities are

---

[7] *See, e.g.* ConocoPhillips, Local Community Giving https://www.conocophillips.com/sustainability/creating-shared-value/global-giving/local-community-giving/ (noting assistance with community civic services); *see also* ConocoPhillips, Listening to Stakeholders on Alaska's North Slope https://www.conocophillips.com/sustainability/sustainability-news/story/listening-to-stakeholders-on-alaska-s-north-slope/ (noting the formation of the Nuiqsut Community Development Foundation, which provides "support" to our community); *see also* ConocoPhillips 2021 Sustainability Report at 123 (noting funding for city administration).

[8] *See, e.g,* suggested cooperating agency measure #37, where ConocoPhillips would conduct inter-community subsistence workshops; *see also* ConocoPhillips 2021 Sustainability Report at 121 (conducting "frequent engagements with communities located closest to our operations from community meetings, open houses, and reports to state and local organizations.")

[9] *See, e.g.,* ConocoPhillips 2021 Sustainability Report at 111 ("collaborating" with BLM's North Slope Science Initiative); *see also id.* at 121 (listing environmental study programs in Alaska including air quality monitoring stations, caribou, bird, and fish surveys, hydrological studies, lake water quality and recharge monitoring, subsistence hunting studies, and tundra rehabilitation).

[10] *See, e.g.,* SEIS suggested mitigation measures #56, #57, #59, ConocoPhillips 2021 Sustainability Report at 103 (conducting polar bear surveys); *id.* at 111 ("collaborating" with BLM's North Slope Science Initiative, which includes monitoring); *id* at 116 (monitoring caribou impacts).

[11] *See, e.g.,* suggested cooperating agency measure #20, where ConocoPhillips would fund traditional and western scientific education programs in Nuiqsut schools to "help inform and improve the community's understanding of the oil and gas industry development and its associated impacts."

[12] SEIS suggested cooperating agency measure #52.

[13] SEIS suggested cooperating agency measures #40. This is not a new mitigation measure. ConocoPhillips promised these greenhouses a few years ago, and still hasn't followed through.

[14] SEIS suggested cooperating agency measure #67.

4

causing us respiratory and other illnesses) and pay for a cultural center[15] (because oil development is destroying our culture). It would pay us $250,000 for much needed search and rescue equipment the moment they begin project construction. Once the processing facility is built (which is designed to make Willow the next Prudhoe Bay of the North Slope), we'd get another $250,000 for search and rescue.[16] Do you know why our search and rescue needs have increased? Because climate change, caused primarily by fossil fuel development, has made our hunting and travel so much more dangerous. Do you know why existing sources of funding are inadequate? Because the State will only providing funding if we go through a pre-approval process (which is not possible when we're responding to emergencies in the middle of the night or on weekends), because our tension with the North Slope Borough means that it has been less supportive of us than it could be, and because ConocoPhillips provides us with rescue vehicles that cannot be repaired in Nuiqsut and are therefore useless as soon as they break down.

How can any of these measures be considered mitigation? They are payoffs for the loss of our health and culture. They are small gestures offered by a company that made $19 billion in profits last year.

Make no mistake. Our community needs financial support, scientific studies and monitoring, and economic development. We face dire threats to our lives daily, including epileptic seizures by children at school and no trained staff to respond, cancer diagnoses, food insecurity, respiratory failure, suicides, drug and alcohol abuse, and accidents that occur when we travel out on the land or on the sea. Many of these problems are caused by oil development, but these social impacts are not captured or adequately disclosed by the SEIS's technocratic monetization of the social costs of carbon nor BLM's brief description of health impacts.

Why is our only option to have ConocoPhillips fund the support we need? Why would any local, state, or federal government allow a company that is responsible for so many of our problems continue creating those problems? Why would any government continue to foster our dependence on a fading industry, instead of investing its attention, resources, and money in creating an economy that is ready for and will be competitive in a post-fossil fuel economy? This is the definition of environmental injustice. It is also the definition of corporate capture, where private industry uses its financial and political influence to provide essential government services and take control of government decision-making and oversight. This dynamic helps explain why BLM considers it "mitigation" to stop industrial traffic to protect caribou and their calves only after the agency has consulted with the company to assess the impacts this would have on operations.[17] Similarly, why does BLM consider such basic obligations as providing an adequate number of inspectors to ensure compliance[18] and gaining site and road access for these inspections to take place[19] as "mitigation" and not simply a core part of its responsibilities? With the financial and

---

[15] SEIS suggested cooperating agency measure #58.
[16] SEIS suggested cooperating agency measure #4.
[17] Cooperating agency suggested measure #50.
[18] Cooperating agency suggested measure #36.
[19] Cooperating agency suggested measure #55.

5

**Exhibit 2, page 86 of 148**

political power that create this dynamic, it is not hard to understand why the Mayor of the North Slope Borough, a staunch opponent of the last big development pressures we faced, supports this project. The City of Nuiqsut has had an open invitation to the North Slope Borough Mayor to visit us since the CD-1 gas leak. He has refused to come and discuss our concerns with us, yet he speaks on our behalf to state and federal lawmakers and decisionmakers.

Another reason the government does not hear more about our opposition to this project is that we have expressed our concern for decades, but it has not made any difference. Many of us get discouraged and give up. We have gone through process after process, and the agency is always designing new mitigation, but the facts about what has happened to us and our land over this period are indisputable: the infrastructure has surrounded us, the caribou have left our traditional hunting grounds, and our mental and physical health has deteriorated. We have fought to protect our life, health, and safety every step of the way, yet this is where we are. The government acknowledges there are problems, but industrial development is always allowed to continue. Providing us with a process to explain to BLM how this development is harming us, without ever making any real decisions to prevent this harm, demoralizes and depresses us. The processes do not even maintain the pretense of addressing our concerns. They are only defenses of why the project should continue.

Finally, the government does not hear the full opposition to this project because we are told, "the government sold the leases, so this is going to happen anyway." This constant refrain from the federal and state government and ConocoPhillips has penetrated the North Slope Borough's position, so that even our own municipality does not defend us. The SEIS removes many of the legally flawed statements that reinforce this view, but it will take more than their elimination from this SEIS to undo the decades of damage that this incorrect interpretation of BLM's authority has done to our voice. It is time for the administration to assert affirmatively and clearly that it has not only the authority but the obligation to protect us, and that the leases are, and always have been, subject to this obligation.

III.    More durable protection for Teshekpuk Lake is necessary but will not sufficiently protect our village

The Department of Interior recently stated it would improve protections for the Teshekpuk Lake Special Area (TLSA). Maybe the administration will even defer the well pad proposed in TLSA (BT2). Protection of TLSA is essential but achieving stronger protection within these lines on a map cannot be made as a tradeoff for sacrificing Nuiqsut. The impacts of Willow would be almost entirely outside of the TLSA. Even one well pad is likely to deflect the spring migration, when caribou are headed to their calving grounds north of Teshekpuk Lake. This migration is imprinted on them, directing them to the place where they will most successfully give birth. Any deflection of this path will threaten their calving success and their population, as well as our nutritional, spiritual, and cultural connection to these animals. Even one well pad at Willow opens the door to western expansion, which BLM

recognizes would be devastating for our land, water, air, and animals. Deferral of well pads for now will not stop the exponential industrial development that faces us.[20]

IV.  The mitigation measures do not mitigate impacts; instead, they allow development to go forward and measure those impacts as they occur

Many of the SEIS suggested mitigation measures are designed to allow activity to go forward, and to simply study the additional impacts to our village and our resources as they occur. This mechanical approach to studying the harm we undergo feels like a form of human experimentation, especially since the administration is well-aware of the serious impacts to us from the oil development that has occurred thus far. BLM proposes to monitor impacts as they occur, but doesn't identify any thresholds that would be imposed, or any actions that BLM would take if those thresholds were exceeded.

Most concerning are the measures that study our health while letting the project go forward. If BLM knows that our health is deteriorating, how can it in good conscience allow an activity to go forward which will make our health worse? Are we again the government's chosen guinea pigs, in a modern-day Project Chariot? These measures propose to simply continue studying the impacts of contamination and pollution on our food, our air, and our water, while allowing the pollution to continue.[21]

Also deeply disappointing are the measures that would continue observation of activity that threatens our food security, while allowing that activity to go forward.[22] BLM knows our village and others are struggling to put food on the table because of the industrial activity already occurring, and the agency is going to study how that gets even harder, as Willow goes forward.[23]

BLM also recommends greenlighting a project that it admits will contribute to climate change and studying those impacts are as they occur.[24] The agency also proposes to measure the tundra damage from Willow, while allowing the project to go forward.[25] These, too, have significant negative impacts on our community.

---

[20] *See, e.g.,* Cooperating agency suggested measure #2, which would defer BT5 until three years after the construction of the Project's other three drill sites are complete.

[21] *See, e.g.,* ROP A-11, ROP A-12, cooperating agency suggested mitigation measures 18, 25, 27, 30, 31, 39, and 54.

[22] cooperating agency suggested mitigation measures 1, 2, 5, 24, 38, 42, 43, 48, 56, 57, 59,

[23] The analogy to Project Chariot is not hyperbole. After determining that creating a port at Point Hope with a nuclear bomb was inappropriate, nuclear researchers buried radioactive material in the area and turned their project into a study to measure how much radiation was necessary to "render a population dependent after local food sources have become too dangerous." Johansen, Bruce E. *Environmental racism in the United States and Canada: Seeking justice and sustainability.* ABC-CLIO, 2020, p. 257. Now it seems that the government is studying just how much disturbance to caribou is necessary to eliminate our subsistence lifestyle.

[24] Cooperating agency suggested mitigation measures 12, 17.

[25] Cooperating agency suggested mitigation measures 32, 66.

**Exhibit 2, page 88 of 148**

V. The SEIS does not analyze whether or to what extent the mitigation measures would be effective.

Many measures would mitigate only part of the impacts and BLM does not explain how effective the measures would be, the basis for that determination, and what the remaining impacts would be. Many of them are also vague, which prevents any meaningful analysis of their effectiveness.[26]

Finally, all the Required Operating Procedures (ROPs) can be easily waived, at the complete discretion of the local BLM office. Some of the ROPs are not even included in ConocoPhillips' project design.[27] The SEIS states that "some of these measures are similar to existing NPR-A LSs and ROPs or other requirements and are included to show the Project proponent's commitment to adhering to them."[28] Does that mean that the ROPs that are not included in ConocoPhillips' design features demonstrate the company's lack of commitment to following them? For the design features that are similar, but not identical, to the SEIS ROPs, why has BLM not required ConocoPhillips to modify them, so that they align with the ROPs?

The environmental racism and injustice of oil development on the North Slope must stop. Oil development paid for our utilities, our schools, and so many other advancements we have benefitted from. But providing these services is the responsibility of our governments, not private corporations. And we have a right to these services whether we agree to hosting an industrial wasteland in our backyard or not. The municipal, state, and federal government must stop insisting otherwise by delegating this responsibility to the oil industry.

The government also has an obligation to protect us from the harms of the oil industry and must stop expecting us to sacrifice our own lives "in the national interest." Fenceline communities have been asked to do so for too long, and environmental justice requires a new approach.

Quyanaq for your consideration,


Rosemary Ahtuangaruak                    Carl Brower


Eunice Brower

----

[26] See, e.g., ROP F-1, Additional mitigation measure 3.6, cooperating agency suggested mitigation measures 1, 6, 8, 9, 10, 19, 20, 21, 22, 23, 29, 33, 34, 35, 44, 45, 46, 47, 49, 50, 51, and 52.
[27] See, e.g., ROPs A-11, A-12, B-2, and M-2.
[28] SEIS App I.1 at 18.

8

**Exhibit 2, page 89 of 148**

March 3, 2023

I.      **Mitigation measures that assume that threats to our health, life, safety, and culture can be compensated through token financial payments or undue corporate involvement and influence**

a.  Cooperating agency mitigation measure #3: This measure would direct a minimum of 15% of the Impact Mitigation Fund funding to the City of Nuiqsut.

Comment: Our community and life, health, and safety and the importance of tradition and culture could never be protected from one development with 15% of the funds available. We would face a continuous risk for decades to come -a severe reality we don't want to endure.  The recent accident at CD-1 has highlighted for us all the risks that are still unaddressed and that cannot be covered by the funds available. Emergency preparedness for industry left our villages watching the buses as we tried to inquire for the details to understand the event. The real risk has and always will be for our village. No dollar can replace what we risk.

b.  Cooperating agency mitigation measure #4: CPAI will provide Nuiqsut $250,000 for search and rescue equipment and operations with the start of Project construction (i.e., gravel placement). CPAI will provide a second $250,000 payment to Nuiqsut for additional search and rescue equipment following commissioning of the Willow processing facility.

Comment: This does not address our search and rescue needs. We are called to respond to accidents over a large area, and on roadless land and waters that make rescues very difficult, including on the east side of the Colville River. Even the state has difficulty conducting these operations, but it expects us to somehow carry them out instead. Beyond the logistical challenges that are difficult for our small village to overcome, our expenses are far greater than the funding we get for search and rescue.

The challenges we have with search and rescue are one example of how our municipal and state governments ignore us, and how ConocoPhillips' "help" causes us more problems than it resolves. The state will only provide funding if we go through a pre-approval process (which is not possible when we're responding to emergencies in the middle of the night or on weekends).  Another problem is that state seems to be only interested in conducting search and rescue operations if it also empowered to make arrests if people are found breaking the law. Our tension with the North Slope Borough means that it has also been less supportive of us than it could be. ConocoPhillips provides us with rescue vehicles that cannot be repaired in Nuiqsut and are therefore useless as soon as they break down.

c. Cooperating agency suggested mitigation measure #20: This measure would Fund traditional and western scientific education programs in Nuiqsut schools to help inform and improve the community's understanding of the oil and gas industry development and its associated impacts.

Comment: This measure will not be effective if industry is allowed to continue taking our children out for "lessons" without us. Educational opportunities need to be vetted by our community and our Council first and buffered with Nuiqsut staff involved in these projects. Currently ConocoPhillips is in control of what happens and shows up to do these programs. Protections of our students is needed. Conflicts exist and our students need our guidance during these interactions. These programs have also lacked consistency and follow-through.

d. Cooperating agency suggested mitigation measure #37: CPAI shall conduct at least two multi-village workshops during project development to identify important inter-community subsistence areas. The communities included for the Project are at a minimum: Nuiqsut, Utqiaġvik, Anaktuvuk Pass, and Atqasuk.

Comment: Intervillage meeting to identify important hunt areas used by both communities is important. We need to work together to help us explain how oil and gas impacts can harm all our communities. We are interconnected. Key hunters engage to help the harvesting, share land knowledge, escort through the hunt, prepare for the other villages arrival, assist in the processing of the harvest, work to bring hunters to and from airport and through the hunt modes. They follow time honored traditions that put differences aside for survivability. The hunt locations are important to our communities. This process has continued through many administrations and recognize as held for inter community relations and survival.

But ConocoPhillips should not be organizing and conducting these meetings. The intervillage discussion needs to occur first, without the company's pressure and its agenda driving the conversations (as happens in so many meetings we have about the impacts of the company's activities on us). After we have had the ability to meet amongst ourselves, then we can share our views with the company. Otherwise, we're not going to be able to determine and express what we need. The solutions, as with all these mitigation measures, will be about how to let the company go forward. That frame obscures our perspective and our needs. Intercommunity relations already exist. Specific discussions for the issue need to occur. The unity in the village and between villages exist. The multiple threats to each community is different. The company's involvement in these discussions is likely to cause strife between our communities, not help us work together. Of course, everything the company does is in support of its profit, and how to achieve its own goals. The community can only share the concerns identified. Educate others and work forward. Kaktovik Mayor and Nuiqsut Mayor met during AML. The communities have similar concerns. The issue resonates as one on each side of much of the north slope oil field. Intervillage relations exist.

Visits between the village's engagements have occurred. The land designation is different, and this fragments our community engagement. In the past, the discussions were intervillage through the generations, but this changed more recently. We want to continue our work together, but not under the watchful eye of the company.

e. Cooperating agency suggested mitigation measure #52: Provide household level vouchers for fuel (not fixed dollar value) to support subsistence activities on a quarter-annual basis.

Comment: Fuel vouchers do help efforts to continue harvest efforts, but the amount we get is only a small fraction of what we need. The vouchers have not been distributed effectively or reliably. Also, it isn't just hunters who spend more on fuel due to impacts from oil and gas activity. For example, as hunters travel farther, so much search and rescue. The recent fuel crisis during the holidays, the extensive increase in fuel costs, and supply problems caused difficulties for our local emergency responders and essential services staff while industry was still able to easily secure fuel for its needs. We are also concerned about fuel delivery delays and what that means for those who do not have an alternate heat source. Last winter we had three events which required response by walking and skiing, since we were out of fuel. Addressing our complex and cascading problems through vouches for individual purposes will not resolve the underlying problems caused by industrial activity.

f. Cooperating agency suggested mitigation measure #53: Provide funding to support the Nuiqsut healthcare clinic so that treatment optionsavailable in the clinic can address the most frequent concerns (e.g., asthma).

Comment: We have commented extensively on our concerns and needs regarding threats to our health and our healthcare needs, without any meaningful response or help with these problems. During the rezoning process, we raised this within our own municipal government, which should also want to protect the health of our citizens. The NSB ignored our input and the former Planning Director refused to share our comments within the Planning Department until after the staff had completed its recommendations. The NSB process also prevented meaningful staff engagement. How can Nuiqsut feel the NSB is concerned about the wellbeing of people in Nuiqsut, or that the municipal planning process can address our needs? The cost of providing health insurance to our entire village is small compared to current and future profits from development. The emissions reported in the NVN report from industry demonstrate the risk we face. Health care concerns were among the reasons people evacuated our village during the accident at CD1. Health care providers from out of town cancelled clinic visits during the accident, knowing they would be unable to respond to any environmental exposure that occurred. We should not be in this position in the first place, faced with accidents that are inevitable. These activities should not be occurring, since we know they come with so much risk. Instead, the risk is put upon a small village, which must then go into

high alert when an accident happens, all the while still being excluded from meetings addressing the emergency. The prescriptive discussions must occur, not the response you all have here.

g. Cooperating agency suggested measure #58: Provide funding to help design and develop a cultural center in Nuiqsut for the community's use.

Comment: A cultural center is a priority of Nuiqsut. Grant efforts continue and previous efforts continue, but Covid added to our needs and priorities, and we have so many competing needs and priorities, and they should not override the importance of a cultural center. A cultural center, however, cannot be considered mitigation, because it would not prevent the harm to our culture from Willow, or somehow replace the cultural importance to us of the Teshekpuk Lake caribou and their important habitat, especially in the NE corner of the NPRA. Yes, the center helps but at what cost?

h. Cooperating agency suggested mitigation measures #67: Provide gravel and building materials for construction of a public greenhouse suitable for Arctic conditions, to protect food security and allow communities to better adapt to the future climate through the establishment of local fresh food production.

Comment: This is not a new mitigation measure. ConocoPhillips promised these greenhouses a few years ago, and still hasn't followed through.

II. **Mitigation measures that should be part of normal operations**

a. Cooperating agency suggested mitigation measure #9: This measure would require the company to make sure their staged equipment is not blocking our subsistence access.

Comment: The failure to currently enforce this measure causes many conflicts between subsistence users and industry. Workers do not abide by this rule. Equipment is staged to ensure that employees can evacuate, and in locations that block subsistence access. Despite the promise of drip pans, dripping oil from this equipment continues to pollute the staging areas.

Coming upon a diverter at one location caused us great concern. Will we be informed if emissions occur on the diverter? Will we have an alarm around these areas? Will there be a way for notifying of safe passage for residents not included in the staff safety meetings?

b. Cooperating agency suggested mitigation measure #10: This measure requires the company to remove waste and debris in a timely manner, which it is already required to do, and which it does not.

Comment: Debris was very depressing at Kpad area on the Kuukpik road and at the ice pad infront of the mud plant. Workers removed equipment and supplies but left the debris. Workers toss plastics and food wrappers from the vehicles. One day nine bottles were counted and only when the Mayor of the City of Nuiqsut stopped to take a picture did they even notice. Once an area is dirty, workers have even less incentive to clean up after themselves. Someone else will clean it later. Blowing Arctic winds spread the debris and workers only clean the pad area and roads and do not collect the debris further away. The debris can last for many years and often require us to clean it up after industry cleanup efforts.

c. Cooperating agency suggested mitigation measure #36: BLM shall coordinate with the State of Alaska and the NSB to provide an adequate number of inspectors on site during construction and operations of the Project to ensure the project is in compliance with its permits. CPAI shall provide site access and accommodations to the required inspection staff.

Comment: This should not be called a mitigation measure. It should be a normal part of the regulatory process. Inspectors need sufficient training. The history of the region has taken good, educated personnel and forced impossible conditions that lead to burn out due to the extensive demands for permits and projects, the intensity of the work, and their desire to live with their families – retention of inspectors is another problem that needs to be addressed, and can be supported by longevity plans. Staff responding to events must have assurances if their family is safe or will be moved to safety. Staff must be able to decide if events require their temporary or longer relocation to be able to come back and respond. If they can prepare their families, they will be able to respond more effectively to the events requiring inspections.

Inspectors need clear directives and a clear process for filing their reports, so that their authority and their reports are not questioned or undermined. These jobs need to be full-time, well-paying jobs to ensure consistency and strong expertise. The position should cover inspections at the field, unit, and project level, and have access to the command center and to review corporate decisions. The health of these inspectors, who may be exposed to life, health and safety risks must also be addressed. If an adverse event does happen staff training, preparedness, prior engagement formulates effective engagement. Staff can feel protected by having additional support during extremely demanding times. Supporting unique Arctic traditions and culture can also help. Wishing expired first aide kits were refilled during an accident is an example of employee safety. The failure to address these issues is compound during a severe event.

d. Cooperating agency suggested measure #55: Develop a road use agreement between CPAI and BLM that provides BLM unfettered access of project gravel and ice roads, except when safety may be jeopardized by road conditions or activity.

Comment: Residents of Nuiqsut benefit from use of these roads. Why would CPAI have the right to exclude us or BLM, when these are our public lands? CPAI should not have the power to determine whether safety may be jeopardized. But we do not have confidence in BLM making this determination either, as we have lost trust in the government's transparency and competency.

III. **Mitigation measures that do not mitigate impacts but instead, allow development to go forward and simply measure those impacts as they occur**

    a. Studying the impacts of Willow on our health

        i. ROP A-11: this measure would require a study of contaminants in locally used subsistence foods.

        Comment: Why wouldn't BLM conduct these studies before Willow is approved?

        ii. ROP A-12: this measure would require the study of public health impacts of oil spills.

        Comment: Why wouldn't BLM first conduct this study based on the spills that have already occurred? Why wouldn't this study also include impacts from gas blowouts, like the one that just happened at CD-1?

        iii. Cooperating agency suggested mitigation measure #7: Install air quality monitoring stations at a predominantly down-wind location on a gravel pad used to directly support drilling or operations One air monitoring station will be required for every five drill site pads or single processing facility, per development project. This data will be collected and be made publicly available in real time through the North Slope Science Initiative website.

        Comment: Monitoring for our life health and safety is why we need the monitoring. Unless data is provided in real time, which it is not, this information does not allow us to make decisions to protect our health. The Native Village of Nuiqsut or the City Council of Nuiqsut must have control over air quality monitoring. Bring the data to our village so it does not force us to pay high prices to even look at the data.

        When the industry experiences any concerns, there must be a procedure to notify us. For example, if industry has determined it is necessary to evacuate staff, this is something we must be notified of. The pad should have an alarm that could alert traditional and cultural activity users in the rea if adverse air conditions occur. We want to discuss plans created for these facilities including emergency response plans.

We should not have to wait for decades to know VOC 24/7 data. We should have PM2.5 and PM10 too.  We need all our criterion evaluated to preventative human health life and safety. We want the village to receive the training paid by Conoco for the continued dialog with these reports. We want increasing air quality regulation that are triggered for criterions of concern. We want to make sure the concerns are fully protective of our traditional cultural activities with the appropriate assessments for area wide travels not just towards Nuiqsut. Sampling does not address the needs to inform our village use in the area.

As we learned with CD1 just putting a monitor on one side may not guide the assessment as multiple monitors would. Snatch grabs help during adverse events, but important grab times can be missed. Sampling can miss emissions if scheduled routinely. The sampling done 24 hours a day and 7 days a week is very important to fully evaluate air quality concerns. Levels around other sites may emit emissions of concern and having one station may miss the importance of those emissions. The distance to the monitor is relevant in setting safety levels. The people of our village may be around these facilities and their life, health and safety is what we need to monitor.

iv.   Cooperating agency suggested mitigation measure #18: This measure would fund the collection of baseline health information on Nuiqsut residents and a Community Health Study that studies contaminant levels in local subsistence resources.

Comment: In the 2020 ROD, BLM said "Public health monitoring is the purview of the State of Alaska and NSB, and would require handling of sensitive information protected under [sic] HIPPA." Why is this listed as a mitigation measure if BLM already plans to reject it? If BLM were genuinely suggesting this measure, it would explain why the policy basis for reversing its previous rejection of it. This could be an acknowledgement that compliance with HIPAA is not mutually exclusive with the collection of baseline health data.

The state collects fees for each ton of pollutant emitted, but also doesn't fund our health care needs. Also, this vague stipulation doesn't address the exorbitant costs of Nuiqsut health care. Health problems caused by oil and gas activity are so complex that insurance is quickly depleted. Oil and gas should never have been permitted in the first place without adequate preventative measure to curb emissions, such as strict enforcement and increasing fines.

The regulatory agencies should spend their money to prevent emissions, instead of making money on emissions that are generated. But corporate profitability prevails over human health concerns, resulting in the emission of multiple tons of emissions.

The comprehensive health assessment program questionnaire does not include questions related to environmental exposure or proximity to oil and gas operations. This lack of data is a major problem. The NSB and state do not support health care policy developments that could help our village concerns, and their refusal to elevate Nuiqsut health concerns prevents decision makers from understanding the role of environmental exposure and from making informed decisions. BLM should review the Children's Environmental Health Textbook policy recommendations. The values of pollutants that are monitored and the thresholds identified by the EPA are not protective of children's or women's reproductive health. Levels set for industry employees are not appropriate for residents exposed continuously. Studies must be comprehensive and not simply tied to timeframes that fit a project's construction schedule. Baseline needs to go back to the 80's not unit expansion of 2014. Key comparative values contributing to the health concerns such as REPSOL should not be excluded because they are different companies. Baseline set at 2014 excludes this data allowing assessments to be flawed.

v. Cooperating agency suggested mitigation measure #25: Expand the air monitoring capabilities in Nuiqsut to include monitoring for hazardous air pollutants, volatile organic compounds, and polycyclic aromatic hydrocarbons. The measured concentrations will be made available in near real time for the community andthe public at large.

Comment: As we have explained, unless this information is can be used in a way to protect us from harm, it isn't very helpful. It is simply a deeply flawed way of documenting some of the impacts that are occurring. 24 hour monitoring of VOC is important but additional health criteria are not included in just the VOC. All the children's environmental health need 24-hour assessments. The risks our future generations face are not acceptable trade offs for national energy development. During CD1 process they sent the village to NSSI already 2 months behind in reporting. Was the village expected to pay self data costs to use to monitor these sites for these days to finally decide to act to an event two months prior? Village control of these stations are needed to ensure our concerns are met. Arctic variables are key factor in monitoring and failures can increase risk identification. Remote monitoring is important but not the only factor. Community-lead activities are not effectively supported. During the CD1 event, residents who knew about the risks, or who did not feel well, evacuated, reducing our able-bodied work force. People get information and answers to their concerns, and they saw our leadership attacked just for asking questions that should be asked. The effort to educate all was ripped out of our hands as a community by the industry taking the community out of the process. To allow industry to control and protect their interests. The cost of equipment and education for the community must

be paid by ConocoPhillips. Maintenance and certification must also be paid by ConocoPhillips. Hiring a 3rd party can be part of the solution but the choice of this contractor must belong to the community, not industry. We also need more control over regional communication, such as radio, internet, television, and phone lines, as these are all essential to our ability to provide a rapid response to emergency situations. The tribe got the purple air monitor, but ASTAC wireless access was interrupted at the tribal office and at the school Wi-Fi access. Student supported programs such as world bridge created devices but when the funding was cut student engagement ended. Regional support through state and federal and tribal resources exist but are not successfully maintained. Despite our continuous input at all levels of decision-making, we are ignored or excluded. We are belittled and ostracized for trying. Yet our persistence sometimes pays off; it enabled us to finally get the placement of a 24-hour VOC monitor in the village after the 1986 questions on air quality. The communication to our village in these areas must occur simultaneously as they do to industry personnel. Leaving uninformed residents at risk areas is unacceptable. Signage, access notification, checkpoint, all offer ways to inform. The past wasn't good enough the future must be. We want to be us here not sacrificed in an event.

vi.   Cooperating agency suggested mitigation measure #27: This measure would provide periodic testing of consumable subsistence resources for contamination. Testing frequency and the number of samples tested per testing interval would be determined in consultation with the community of Nuiqsut.

Comment: We don't have confidence in consultation requirements, as we have explained. Oil and gas reinjection wells are also a concern. Food security issues are more than just sample the foods. It is to fully sample the ecosystem that could be affected by oil and gas actions. Oil and gas risks should not be siloed. esearch and monitoring needs to include human health as well as resource health availability, accessibility, in the times we need them, in the quantities we need them and at the locations where we need them. It is much more complex than that. Allowing a consultation process of Nuiqsut choice to develop the discussion to present back to you paid by your company would be a much better process. Your company profitability prior to this event could be used for this.

vii.   Cooperating agency suggested mitigation measure #28: CPAI shall fund the Nuiqsut air quality monitoring station. A third-party contractor will be identified to operate and maintain the station. The third-party contractor will develop a training program open to Nuiqsut residents for operating and maintaining the monitoring

station, with appropriate technical oversight completed by the contractor.

Comment: The City Council of Nuiqsut and the NSB both have needs, and mitigation measures should not undermine our cooperation. The NSB has not been supporting our needs or concerns. Our relationship and cooperation also cannot be forced. The NSB tells us, "They sold the leases, so it is going to happen anyway." That was stated throughout the process by companies, corporations, and municipal government, SOA and federal government. Despite this, our experience with the CD1 event has strengthened our resolve to protect our village from oil and gas risks. Control of the station must reside in the village not just provide oversight, management, funding and a 3rd party contractor, they hire, they control, and they limit the response to Nuiqsut during the events. When we sense a constant hesitancy of company staff and contractors, we do not feel confident in what they are saying. Staff would be put in a position of losing their job with industry by saying an answer that industry doesn't want stated. Past discussions between industry and staff has led to discomfort and a hesitancy to speak truthfully. A community-controlled process will better ensure more free and open discussions.

viii. Cooperating agency suggested mitigation measure #30: This measure would develop an ongoing contamination study program (e.g., snow sampling, fish sampling) and adaptive management plan to address found contamination. Any contamination found in excess of state or EPA levels would be reported to ADEC within 72 hours of being determined.

Comment: What would happen after contamination is discovered? Decision guidelines must be variable, according to the risks and levels. Contamination studies should occur before any additional activity goes forward. Risk to our health should be treated in a precautionary and preventative way, not measured as they occur.

ix. Cooperating agency suggested mitigation measure #31: This measure would monitor water quality, permafrost, and vegetation near sites where hydraulic fracturing or deep well injection (i.e., underground injection control wells) are occurring for potential contamination or unanticipated impacts. This measure would also develop an adaptive management plan outlines how impacts would be analyzed and potentially addressed.

Comment: Adaptive management plans, which are essentially vague commitments to deal with problems as they arise, are not appropriate for issues of human health.

In the 2020 ROD, BLM rejected a measure to monitor water quality, stating "Water quality protection and monitoring is the purview of the ADEC. Testing and monitoring of all freshwater sources that intersect the Project is not reasonable and does not mitigate known Project effects." If BLM were seriously recommending water quality monitoring as a mitigation measure, it would explain why it is reversing its previous position.

Permafrost, water quality, and vegetation are important to monitor, but these are not the only resources that have already been damaged because of the agencies failing to protect us. Reinjection from persistent pollutants exist in everyday actions for oil and gas. No evidence demonstrates their removal is complete. The people of Nuiqsut fought this but progressive oil and gas defeated all our work to leave the chemicals for our future generations. This is how hard it is to make sure our pregnant women can be safely fed in our village from our lands and waters. The food we eat, the quantities we need them, the times we need them and the places we need them in, in the healthy state we need them to be for our new little eye to come.

x. Cooperating agency suggested mitigation measure #39: this measure would institute a monitoring program for drill site BT2 to determine if contamination migrates off the gravel pad. Monitoring shall include water, snow, soil, and vegetation sampling. Any contamination found in excess of State or EPA levels will be reported to ADEC within 72 hours of being determined.

Comment: As we have explained, contamination studies should be done on existing well pads first. That said, BT2 north contaminates off pad monitoring is important, and these are important sampling. Please ensure that monitoring is done with those samples to fully understand if the measure addresses the concerns. Measures for only some contaminants may not fully capture the depth of the concern. A lack of understanding about contaminants and their potential impacts impeded Nuiqsut's efforts to ensure effective monitoring in the past, such as regarding our efforts to get 24-hour VOC monitoring. The Children's Environmental Textbook submitted in comments note important criteria as well as important references supporting Nuiqsut's children's health concerns. The NSB municipal planning process does not ensure our safety. Please assess our comments also submitted to BLM during the IAP process.

xi. Cooperating agency suggested mitigation measure #54: This measure would provide funding to the City of Nuiqsut to contract with a third-party professional organization or consultant to develop and administer a human health study. The study would consider unique aspects to life

on the North Slope, including the consumption of subsistence food sources.

Comment: More information is needed but studies alone will not protect us. Actual measures to ensure the protection of our health are necessary. The policy discussion in the Children's Environmental Health Textbook must be implemented. Planning with the NSB, SOA and at the federal government kept Nuiqsut priorities out of the continued process in exchange for those tied to the profits. Starting a study long after our health has already been severely affected by oil and gas impacts is not the response we need. The response needs real evaluations and enforcement that gets at the whole concerns. The CD1 event shows how important it is for us to be protected from the risk of gas as well as oil. The people in our village must be adequately protected from these risks. Mitigation must not simply be measuring emissions after accidents have happened.

b. Studying the impacts of Willow on our food security

i. Cooperating agency suggested mitigation measure #1: This measure would limit certain proposed projects to developing no more than 65% before a minimum 2-year pause to observe project impacts.

Comment: What kind of observations will be required, and what will BLM do if it observes alterations in the migration patterns? What is the scientific basis of the 65% limitation? Impacts from development do not correspond strictly to size. The impacts of the road west, north, and south all have different types and degrees of impacts on various resources. What is the basis for selecting two years as the time to study these impacts? As we explained in our comments on the preliminary final SEIS, due to the annual variability in caribou movements, it would take at least five years, and perhaps longer, to identify the impacts of Willow on the Teshekpuk Lake Caribou Herd. Would only the impacts on permafrost, hydrology, caribou, and subsistence be assessed? What is the basis for selecting these four resources and not others? If studies of the impacts on other resources are anticipated, why are those not identified? How does BLM conclude that two years is an adequate time to identify impacts for each resource, even though measuring the impacts to these resources would all require different time periods, since they are all very different resources and function differently within the ecosystem? How effective will this mitigation measure be, and what is the basis for BLM's conclusion? What is it that BLM hasn't yet studied, or hasn't already learned, by studying impacts already being caused by GMT 1 and 2? Why shouldn't those studies continue at GMT 1 and 2 to answer any remaining questions, before allowing Willow to go forward?

ii. Cooperating agency suggested mitigation measure #2: This measure would defer BT5 and the gravel road to it for three years.

Comment: This measure is supposed to allow observation of impacts, but nothing in the measure discusses how observation is to occur. Deflections from the well pads that are initially approved will alter the migratory patterns imprinted on the caribou, and this will affect the ability of our village and Anaktuvuk Pass to successfully hunt. Adding additional disturbance three years later does not mitigate those impacts. What is the basis for deferring only BT5? What is the basis for selecting three years as an appropriate period?

iii. Cooperating agency suggested measure #5: This measure would monitor caribou movement in real time.

Comment: What degree of deflection would BLM consider meaningful? What would BLM do if deflection occurs? The only way to effectively limit the impacts of an activity is to limit the activity, so BLM should limit the total amount of vehicle trips. The use of real-time radio telemetry is not going to tell you how much vehicle traffic needs to be limited. How would you ensure that the sample of collared animals represented those that are being deflected?

iv. Cooperating agency suggested mitigation measure #38: This measure would develop a study to monitor for and determine potential impacts that may occur to fish returns and caribou migration from mine site blasting.

Comment: What degree of impacts would BLM consider meaningful? What will BLM do if these impacts occur? Gravel mine blasting harms our village in many ways, not just by affecting fish and caribou. It affects our doors, windows, houses, foundations. It causes settling and structural cracks, water and sewer connection issues and breaks, and other household issues unique to the homes. It requires the repair of damages to road insulation, and road maintenance issues. Air quality during blasting and in the transport of gravel is also a problem. These issues should be considered in all infrastructure facilities and services.

v. Cooperating agency suggested mitigation measure #48: The measure would employ caribou monitoring personnel to maintain awareness of presence and movements of caribou.

Comment: What would be done with the information reported by the observers? Caribou monitoring can help but unless there are established, measurable thresholds and defined responses that will happen when those thresholds are exceeded, all the measure does is provide information about the threats that are happening to our food

security. This measure is too vague. Also, past efforts by industry to prevent reported observations shows that this measure is unlikely to be helpful. Full engagement by all entities is necessary. When the cumulative effort is fragmented into silos this measure is too vague to to ensure the intent of the measure will be fulfilled.

vi. Cooperating agency suggested mitigation measure #56: Continue to fund the long-term caribou monitoring project in and near Nuiqsut through the life of the Willow Project.

Comment: The process to monitor and document caribou has not given Nuiqsut any reassurance that it will continue to have access to caribou as they move through this important geographic area. The monitoring just shows how we are being affected. Monitoring without protections is simply the adding of documents to the process. Fines could influence actions. If there are still unknown questions, the study (of impacts from GMT 1 and 2) should be expanded and incorporate village concerns, especially about how these impacts can be prevented. The study over time and variability incorporated and fragmented from the understanding by unit, historical, federal redesignation of boundaries, etc. have increased the risks and concerns for Nuiqsut that cannot be repeated here. The intent behind this measure cannot be achieved as it is currently written. Extensive evaluation of the existing research to date must be documented before just adding another study area. The real risk is north and south movements through the NE corner of Teshukpuk Lake for Nuiqsut. The hardships already exist further documentation doesn't prevent it. The studies are structured in a way that remove relevant responses. Researchers exclude these because they do no see these issues as part of their study. This affects what is studied, what is reported. While you study, you continue to approve oil and gas activity continuing around us. NSB needs to enforce the issues for conflicts with fines for those involved. Much money has gone to the NSB but Nuiqsut faced their refusal to support us in the CD1 event. Responders attacking our residents trying to understand our concerns from this issue. We cannot be assured we can get support in these process when others interests have differences from Nuiqsut. We are left to hunker down and wait while others act to their interests. We will not wait for this study. We are proactively trying to prevent. The intent of this measure does not meet the concerns and again prevents actions needed to restore, recover, and return caribou for Nuiqsut harvest concerns.

vii. Cooperating agency suggested mitigation measure #57: This measure would provide a funding mechanism to support ongoing caribou collar studies through construction of the Willow Project and five years of operations only activity to provide a better understanding of caribou responses to increased oil and gas development.

Comment: Who will fund this study? What will BLM do with the results? Collaring is too late to prevent impacts. Put collars on twenty and conduct activity that pushes them back and forth to show movements? How will you learn from this? How will you learn why some collared caribou go through the narrow NE corner and others do not? Not having the historic numbers of collars and movements makes it difficult to put any information you gain in context. The Nuiqsut residents have expressed their concerns but the projects and activity just continue and expand. This area is not like other areas. It cannot be risked to show it won't happen. Collars are needed but not at the risk for Nuiqsut's concern for caribou to allow documentation.

 viii. Cooperating agency suggested mitigation #59: this measure would provide a funding mechanism to support ongoing Teshekpuk Caribou Herd studies.

Comment: Again, you're measuring impacts to our food security in real-time. This is unacceptable. Harming us further cannot be the cost for your additional information.

c. Mitigation measures that study the impacts of climate change while allowing significant impacts to climate change to go forward

 i. Cooperating agency suggested measure #12: This measure would require additional NEPA analysis if the rate of production of oil increases by 10% than what was previously analyzed.

Comment: This approach does not address the fragmented nature of NEPA analyses, where cumulative impacts are never adequately disclosed before activity begins. Without thresholds that would trigger stopping the activity, the additional analysis is piecemeal and ineffective.

GHG emissions have serious impacts to our life, health, and safety and on our tradition and culture. Project plans often given what can be approved piecing overage plans into activities in separate activities allowing severe conflict with village concerns. Cumulative evaluation often is created by the unit, project and overall. The incorporation of all concerns gets fragmented by permit, by unit, by company, by land designation, by land ownership, by special recommendations. None of these address village concerns. Creating the evaluation should be included throughout the industrialized area. Loopholes that get around our concerns need to be eliminated. Human health, life, safety, importance to tradition and culture should prevent exemptions.

ii. Cooperating agency suggested mitigation #17: CPAI will prepare an adaptive management plan that will be responsive to climate change by monitoring and mitigating potential thawing and thermokarst impacts on all Project structures including roads, pads, and the constructed freshwater reservoir.

Comment: ConocoPhillips' own incident report explains how thawing permafrost led to gas escaping in many locations throughout the CD 1 pad, but BLM assumes that whatever the risks are, the company will be able to adaptively mange the risks.

We have provided extensive information about the increasing and compounding effects of climate change, including changes to the ecosystem, fish passage changed by the spring thaw, the change in water movements and the effect on fish, the changing harvest locations. All these things need to be better understood before you can assess the impacts of additional oil and gas projects on us.

Permafrost thaw and erosion affect infrastructure ice formation and movements can impact oil and gas infrastructure. Not understanding these risks can allow poor decisions that allow adverse events. Climate is part of the assessment but not the only need. The importance of life, health and safety and the importance of tradition and culture.

d. Mitigation measures that study the impacts to our tundra while allowing the damage to tundra to go forward

   i. Cooperating agency suggested measure #32: This measure would monitor vegetation along ice road footprints for vegetation damage and compression of soil and vegetation. Cooperating agency suggested measure #66: Implement an adaptive management plan that includes regular monitoring and is responsive to floodplain impacts, thermokarst development, changes in hydrology, vegetation damage, seasonal flows, water levels, erosion, deposition throughout the Project area.

   Comment: Vegetation and ice roads are an ongoing concern. You can see the impacts in the with tundra damage reports. The thermokarsting reports continue to expand our concerns, as well as the emissions from industry traffic and the impacts on non-tussuk and tussuk areas. The use of lakes to build the ice roads is also a concern.

e. Mitigation that would involve us in the study of impacts we face

   i. Cooperating agency suggested mitigation measure #33: This measure requires the community of Nuiqsut to be involved in the development of studies in the Project area, from study design to implementation. CPAI would present planned studies (e.g., study requirements,

methodology, timing) to the community and incorporate feedback as practicable. CPAI would provide regular updates to the community about ongoing studies and study planning.

Comment: Nuiqsut direct engagement in the research not just by KC but by all the local entities must be included.  The joint effort with KSOP is needed but our experience last season showed that KSOP is discouraging community engagement. Reluctance of the relationship of the contractor with CP created real conflicts and preventions. Threats to leadership who represented views outside theirs faced repercussions. The unity of the process was prevented by increasing control by one.

IV. **Mitigation measures that BLM has not analyzed, including their effectiveness, the basis for that determination, and what the remaining impacts would be. Many of them are also vague, which prevents any meaningful analysis of their effectiveness.**

    a. Additional mitigation measure 3.6 (Noise), which was adopted in the 2020 ROD: this measure would limit blasting to daytime hours.

Comment: Our sleep is not all that is disturbed by the gravel mine blasting. Hearing it during the day is deeply unsettling and chases away the caribou near our village.

    b. Cooperating agency suggested measure #1: this measure would limit proposed projects that would have a gravel footprint exceeding 300 acres to developing no more than 65% of the proposed project before instituting a minimum 2-year pause to observe project impacts.

Comment: Developing 65% of the project will allow impacts to go forward. The degree of impacts is not directly correlated to the size of the project, but also depends on the project location. For example, any expansion of infrastructure north or west will deflect the fall migration of the caribou (BT1, BT2, and BT3). Any expansion of infrastructure to the south will affect the spring migration.

    c. Cooperating agency suggested measure #2: This measure would defer BT5 and the gravel road to it for three years.

Comment: Deflections from the well pads that are initially approved will alter the migratory patterns imprinted on the caribou, and this will affect the ability of our village and Anaktuvuk Pass to successfully hunt. Adding additional disturbance three years later does not mitigate those impacts. What is the basis for deferring only BT5? What is the basis for selecting three years as an appropriate period?

    d. Cooperating agency suggested measure #6: This measure would halt construction during caribou calving season when calving caribou are within one

mile of the activity. The measure also states that drilling and operations activity would be minimized at drill site pads during caribou calving season to the extent that is safely practicable.

Comment: To what extent would activity be minimized? How effective will this be at protecting cow/calf pairs? Who determines what is safety practicable? The females react to safety and less activity does not assure them, and still creates noise which makes them have apprehension about the activity. They may get closer, but their movements are still affected, due to their caution when traveling with their calves.

e.  Cooperating agency suggested mitigation measure #8, #51 and ROP F-1: these measures would require the use of an Aircraft Use Plan.

Comment: How will BLM determine whether the plan is adequate? What are the impacts we will experience even if this plan is implemented? Who will enforce this plan? Decreased flights during calving is important but does not prevent the impacts during spring and fall migrations. Allowing the herd to travel through the northeast corner is very important. The return allows access to healthy animals in multiple numbers. This restriction will not protect disturbance to the migration.

By addressing sources of sounds in silos, the measures fragment the overall problem of noise. It is important to decrease traffic in the Willow area but the overall activity is still a problem and the area that is of high importance for the survival of Nuiqsut still has too much noise.  The work of many documents shows NEPA analyses that estimate 20 flights that turned into 1900. Now we face three million flights.  This narrow measure does not get at the extended importance of the area for the mitigation of the animals for Nuiqsut.  The measure does not ensure the protection of the spring and fall migration.

f.  Cooperating agency suggested mitigation measure #11: In areas where roads cross through Yellow-billed loon nesting buffers, maximum vehicle speeds will be restricted to 25 mph within the buffer zone during the nesting season (approximately June 1 through July 31). These speed limits will be prominently signed during this period.

Comment: Protections for species identified in research efforts as needing additional protections are important. Decreased speed can reduce collision with birds during nesting. Moving activities away from important nesting areas is intended to prevent the number of bird disturbed. Dust emissions near road impact birds as well as people. Preventing exposure by decrease speeds, decreasing dust on ice roads, and routing to prevent disturbance in the ecosystem of the nesting sites can help the survivability of the nest and hatchlings. Hazing birds to prevent impacts during blasting is important but also disruptive of the nesters in the area. Use of these areas are for foraging and resting in groups and to avoid predators. Blasting can affect these birds. Limiting

disruption during June and July is important for survivability of the reproducing birds and their hatchlings. BLM should shut down activity during these important periods.

g. Cooperating agency suggested mitigation measure #14: this measure requires an adaptive management plan for the Colville River crossing at Ocean Point.

Comment: BLM provides no guidance on how the adaptive management plans are designed, how they will be implemented, or how they will be enforced. The development of the Colville River crossing at Ocean Point threatens our food security in two main ways:

- It impacts our subsistence and traditional activities at the crossing: it turns an important subsistence location into an industrial river crossing. Our hunters have relied on this lookout point to scan the tundra for animals, but with the heavy traffic at the crossing, the animals don't come to the area anymore. The value of this area is destroyed even once the winter industrial activity has ended. With equipment staged, our enjoyment of camping at this historical site is ruined. Having children at camp put them in harms way. Teaching others of our traditional cultural uses must be moved away from this used area. Fish nets placed here must find other locations. Contaminates seen in previous activities where equipment is staged will accumulate in this area. The conversion of this special place into an industrial staging area threatens the caribou fall and spring movements. High current areas make river crossings dangerous through the seasons and even in -40 can open water be found. The use of this crossing by industrial vehicles makes it even more dangerous for our hunters. Every time the ice breaks through, industry shrugs and keeps working. But each time we see this, what we see is a threat to our food security. We saw many this year with activity near the village.

- The crossing threatens the fish in the river, which we rely on: Grounding of ice during these activities are visualized while crossing the Nigliq channel bridge with the ice heaves formed. The blockage this creates, the scouring created by the building up of ice making deep channels during melt changes hydrology. Fish movements are affected important habitat for fish stages can be affected. Changes to the river delta occurs naturally, however, industry changes are not natural and does affect the ecosystem. Vitality of the Colville River and Delta must not be impacted. Over 60 boats pass this area for moose season. Many all summer. Camp access will be necessary for our families. Travels to hunt and fish is preferred to natural access areas. Options created by these activities create access but not harvest necessarily. Annual use changes with activity changing how we act with them. Thinking this large ice formation will not change hydrology during melting causes flood risks in a highly flood prone area. Fish passage movements change fish access in traditional cultural use areas.

h. Cooperating agency suggested mitigation measure #15: The Project will

prepare an adaptive management plan to address potential floodplain impacts where gravel roads, pads, or boat ramps may block or restrict the flow of water during spring breakup.

Comment: EPA needs to assess the impacts to water quality from the currently existing projects and require improvements before additional construction can take place. We report problems, but industry is allowed to continue its activities for years without the problems being addressed. This area is important and our village should not be forced to negotiate with EPA how improvements will be made. Allowing our concerns to be stated but not prevented makes these discussions discouraging. Often scoping comments turn into defense to why the project should occur. Often these meetings only include industry representatives – no one from the regulating agencies. Industry then presents our concerns to others in way that isn't accurate. When designs are based on cost reduction, prevention of important design needs are never included. Failure to allow the design to prevent these problems and wait for multiple inspections put the risk back to us who have to live with the results of these poor design choices which prioritize cost and profit. Rehabilitation should not be an acceptable response to the damage that is caused. Preventions should be in the design process. These problems are repeated throughout the project, multiplying our concerns. The reasons for not doing a project get muted and the decision to allow the degradation of the environment continues. EPA should be preventing these problems in the first place. Full evaluation should not take multiple seasons to initiate an action. The protection is in the title of the agency but the stipulation shows the regulatory agency didn't protect or prevent just let it happen until the next EIS process and now let's consider it? Words on paper to support choices are not protective of traditions and culture.

These measures allow the damage to take place and try to fix it afterwards. What are we supposed to do? Wait for the fish to die because they can not move? We saw the concerns of fish die offs on the Yukon fisheries cause concern to the Colville. We have areas still awaiting EPA corrective actions from existing sites.

Protections to overall develop concerns and failures to correct compound this effort in the very important Colville area. What we need is the protection of the caribou migrations, not attempts to fix the failures in previous project approvals through this new project approval. The damage from any previous project must be fixed before a new project is approved.  Correcting damage from the past should not be considered mitigation as part of a new approval. We constantly are left holding the bag to address our concerns and the fillers of the bags force us to get more bags to keep bring these bags of concerns forward. Blockage is only part of the concern. Residual residues from industry activities can be washed into the melt. Spreading meltwater spreads these issues. Entering important fish passages, nesting areas, calving feeding areas create concern for our foods. Gravel movements affect water quality sediments and near pad and road areas. Vitality of these areas have high numbers for migratory bird issues. Risks for the

bird renewal levels affects where they go to. Permafrost thermokarsting can have serious ecosystem concerns.

i. #16: CPAI will collect stage monitoring data for Willow Creek 3 and Lake M0015 during ice- free periods for three consecutive years prior to the start of construction of the constructed freshwater reservoir (under Alternatives B, C, and D). This information will be used to ensure adequate water levels are maintained during the filling and operations of the constructed freshwater reservoir.

Comment: In the 2020 ROD, BLM rejected a measure to limit water withdrawals, explaining that this was within the purview of the state. How will BLM ensure adequate water levels are maintained? There is not enough information about the water that will be used for ice roads. What are the impacts of eliminating the reservoir? We learned that you would dramatically expand the number of lakes used, but this information isn't clear in the SEIS.The 96 lakes we heard about need clarification. Is this for project use or for further exploration and expansion?

j. Cooperating agency suggested mitigation measure #19: CPAI will prepare a coordination plan between the Kuparuk, Alpine, and Willow developments to minimize the use flaring across all three developments and to reduce the incidences of multiple facilities flaring simultaneously. When simultaneous flaring must occur, the length of flare overlap shall be minimized to the greatest extent possible.

Comment: Changing the timing of flaring does not reduce the overall pollutants that are released due to flaring. We've had periods of continuous flaring for months. What we need is a decrease in the flaring and an increase evaluation of flares. Industry must defend the need to flare. There need to be clear distinctions about why flaring takes place, and these need to be documented. We need to be notified when flaring will occur. We need real responses to our concerns about the impact of flaring on our health. We need fewer facilities flaring, not just staggering the time that more and more flaring takes place. We need fewer days and less flaring. We need special monitoring that oversees the need to flare. We want an analysis of the impact to air pollution for flaring vs. not flaring. Our concerns and opposition are caused by the company and regulatory agencies' failure to take our health seriously. When ConocoPhillips acted to protect its own personnel during the CD1 even, allowing our village to see the buses leave and leave us behind, it created immediate concern. Reporting requirements don't solve this problem.

k. Cooperating agency suggested mitigation measure #21: This measure would include local advisors (e.g., elders, tribal council members, hunters, NSB wildlife experts) as team members when conducting studies, identifying historic sites, and completing Project planning.

Comment: Local advisors help but just putting them on the project does not prevent concerns. They need to be authorized to prevent conflicts.

l.  Cooperating agency suggested mitigation measure #22: This measure would fund an NSB wildlife biologist position stationed in Nuiqsut to help the community and NSB monitor wildlife health and provide the community information on the safety of consuming subsistence resources.

Comment: NSBWL position/absence of NSBWL at the local level has created tension in the relationship between NSB and our village, especially as the problems Nuiqsut faces increase throughout the years. The NSB refusal to elevate the village concerns and act on our behalf to prevent the harms we face has increased the conflict. Placing a position can help foster the understanding but what we really need is for the NSB to decide that our village will not be sacrificed for more oil and gas development. The NSB must review its position on Nuiqsut. We should not trade our life, health, safety and the importance of our tradition and culture to live in Nuiqsut. As the federal government, State of Alaska, and North Slope Borough allowed more and more development of the oil and gas resources near us, our learning curve went up. The projects have severe repercussions for our village. Leases sold can be returned. There are many that need to be reevaluated, to determine whether they should have been sold in the first place. Events like the CD1 gas leak cannot be continually accepted as the risk Nuiqsut must bear. Accepting these risks as the cost for energy development is not acceptable. We need our foods, families, tradition, culture, life, health, and safety. That is what the objective of these mitigation measures should be focused on. Simply putting a position in Nuiqsut isn't getting at the root of these problems. Yes, we need inspections, but our inspectors have to inspect multiple oil and gas sites around us and do not have sufficient training. The existence of these positions is misleading because it gives the image that we are being protected when we are not. Inspectors get burned out, they quit, and then there are gaps in data collection until the positions are filled again. These people are saddled with the burden of decades of failures and mistakes made by the NSB. Retention of knowledge, knowledge of the agency through time and proactive preparing future workforce is what is needed.

m.  Cooperating agency suggested mitigation measure #23: these measures would improve subsistence ramp construction and access.

Comment: While we need ramps, what we need more is better education of industry workers to ensure we can use these ramps. Even putting this in writing has not made a difference. Fines must be imposed to prevent these conflicts. Since industry develops its policies to prevent costs, only significant fines will change industry practice. All the problems around ramps must be assessed from users concerns not just a plan to place to check a box after for industry to say they did it. We need to better understand how industry is planning to follow through on its outreach with workers.

**Exhibit 2, page 111 of 148**

n. Cooperating agency suggested measure #26: Above ground pipelines would have a nonreflective finish.

Comment: How effective is this at mitigating caribou deflection? We have had many discussions about the effects of pipelines on caribou movement. Hunters have commented and still do comment on this and addressing other pipeline issues would better respond to hunter concerns.

o. Cooperating agency suggested mitigation measure #29: The measures states that a subsistence representative shall be present whenever field activity is occurring, including having representatives scheduled to cover day and night work shifts. Subsistence representatives are to be included in all field activities conducted in support of the Project.

Comment: The 2020 ROD rejected measures related to subsistence representatives, explaining that "BMP H-1 or ROP H-1 sufficiently meet the objective to prevent unreasonable conflicts between subsistence users and other activities." Is BLM genuinely proposing this measure now, and if so, why hasn't it explained it reasoning?

Industry staff need to be trained in how to respond to observer reports. When the budget is reduced, observers must not be the first to let go. These positions need to exist from the beginning, not just when CPAI crews are expanding. Observers need to be working across the industry field, not just near the village. Contractors who prevent reports from staff must not be allowed to continue contract management. Contract management must not be in control of those who are focused on profit for the company. The need for these protections against conflict of interest was made clear by the conflicts that took place last season. All the reports from the past need to be shared with the city. This includes the contract agreements to employ the observers and the actual reports from the observers, not just the contractor reports. We also need to know about any additional processes these reports were used in. We should also be informed of actions taken in response to any of these reports, and any future plans to address problems that have been identified by observers. It is unclear how observer reports have resulted in any changes.

p. Cooperating agency suggested mitigation measure #34: CPAI would consult with Nuiqsut on the design of proposed Project bridges to ensure they provide adequate clearances and safe passage for boaters traveling along waterways.

Comment: Even with the consultation process Nuiqsut's concerns were not incorporated into the design process at Alpine. The problems with that bridge could have been prevented if our concerns were heard during that process. Instead, other priorities kept taking precedence over Nuiqsut interests. Travel by boat continues to be impacted across the industrial field and along traditional travel routes. Islands we land at to go through the industry had

23

people telling us to move. Boat breakdowns due to heavy demands for subsistence had heavy equipment scrape a vehicle we used to get parts. Pilings or bridge supports were built without consideration of traditional access such as during high-water levels. The incomplete understanding of our use resulted in industrial barriers that become long term obstruction. Just fixing future bridges isn't the only answer. If we never fix areas already an issue only more conflict occurs. These issues should be fixed before you ask us to engage in yet another process, to build yet more barriers.

q. Cooperating agency suggested mitigation measure #35: CPAI shall include topics on how to report violations to company policy, regulatory requirements, or state and local laws and whistleblower protections for CPAI employees or their contractors who report such violations.

Comment: There are so many ways communication is stifled, beyond these. The communications during the CD-1 demonstrate just one example where this measure would not get at bigger problems. As soon as Ben Stevens said, "I don't know how you are getting information before I do here in Anchorage," the entire way the company communicated with the village changed. The communications around and with the village changed. The fear for families increased creating heavy communications to the city and others. Yes, industry has their process but when we see that the families of the workers are fearful, there is no way for us to trust that our own safety is being taken into account.

r. Cooperating agency suggested mitigation measure #41: Construct and operate an environmental testing laboratory in Nuiqsut.

Laboratory testing sampling is a very complex discussion effort to understand.. Some tests could be developed and having industry control this would defeat the purpose. Making sure they fund, and support training and community engagement and reporting must be a part of this. Putting a facility in the village requires complex discussions. Air quality monitoring is an ongoing and related issue. So much more needs to be discussed before this measure can have any meaningful effect.

s. Cooperating agency suggested mitigation measure #42: Restrict noise (e.g., limit drilling, limit construction activity) when caribou are present during the calving and migration periods. When noise is unavoidable, avoid abrupt sounds. A steady drone of noise is easier for caribou to acclimate to, so consider adding a white noise generator if necessary to lessen abrupt sounds.

Comment: What does "restrict" mean? How is "when caribou are present" determined? The FEIS states that when noise is unavoidable, ConocoPhillips would avoid abrupt sounds. What exactly are abrupt sounds and how would this be enforced? BLM opines that steady drone of noise is easier for caribou to acclimate to and advises consideration of adding a white noise generator if necessary to lessen abrupt sounds. Is BLM proposing to add even more noise to our landscape? The

actions creating the sound, the activity around the pad, the equipment used, the transfer of supplies and personnel are just some of the important issues also relevant to noise reduction. This measure lacks sufficient detail and contains unsubstantiated assumptions.

Acoustic studies such as those that have occurred in near shore and offshore should be conducted onshore. The shutdowns that are required offshore have been somewhat helpful, and BLM should consider similar measures – not just noise reduction. However, it is important to note that noise can travel a far distance, so it is not just a shutdown around Nuiqsut subsistence hunting grounds or important caribou habitat that must be considered.

The timing of noise restrictions is important, this measure is so vague it is impossible for the agency or us to understand how effective it would be. Any measures would need to be accompanied by inspections and continuous industry education and engagement. The question of when noise would be "unavoidable" and who determines this also makes the measure potentially ineffective.

By ignoring other noise concerns, caribou calving concerns, and migration concerns, this measure is incomplete and would not achieve its stated intent. Many more noise variables are a part of this measure not included for the full understanding of this measure. We are pretty sure caribou don't listen to speakers to understand the white noise recommendation. Caribou do react to noises but this measure response is too narrow to address the concern.

t.  Cooperating agency suggested mitigation measure #43: This measure would limit the overall activity, including outdoor foot traffic, and minimize air traffic at specific times to reduce impacts to caribou (especially during calving and migration periods).

Comment: How would ConocoPhillips limit and minimize activity, and to what extent? During which time periods would these limitations take place? How would they be enforced? This measure is so vague it is impossible to tell what would be required or when. Like the efforts to minimize vehicle traffic, less activity does not assure females with calves, who are very cautious. They still show apprehension about the activity.

u.  Cooperating agency suggested measure #44: This measure would minimize visual impacts by fencing or otherwise camouflaging or screening pads and areas that have the most activity and movement.

Comment: BLM opines that caribou are more likely to turn away from movement than from structures perceived as stationary objects and react more strongly and habituate less readily to foot traffic than to vehicle traffic. What information supports these assumptions? How effective would these measures be?

The overall movement of caribou throughout the area must also be addressed – not just the affect in the immediate area. When other activities elsewhere are not camouflaged, the caribou will still react, affecting the movement of the herd through the entire landscape, and the mitigation in specific places will not be effective. Milk run type of activity continually occurs across the entire field putting structure shields some activity and change area only where shielding occurs. The multiple actions of oil and gas activities continually moves across the north slope. Man haul, to monitoring, to inspections, to regulatory actions, etc. The failures to prevent caribou deflection thus far show that these measures are not effective.

v.  Cooperating agency suggested mitigation measure #45: This measure would reduce the number of animals required to halt traffic.

Comment: What is number would be required? It would also limit traffic during the fall hunting period. To what extent would traffic be limited? It would use recommendations from the subsistence committee. Would the company be required to abide by all recommendations? The FEIS also states that the measure would require stopping traffic as soon as caribou are sighted or when caribou are a half mile or less from the road. How would these measures be enforced, and how effective would they be?

These measures cannot be effective unless the specific roles and responsibilities of everyone involved are set out clearly at the outset. Also, these responsibilities must be structured so that there are no conflicts of interest, as has been the case in the past. Without baseline data about caribou behavior before activities started in these important caribou habitat areas, it will be difficult to assess whether the mitigation measures are effective. Comparisons to Red Dog Mine are not appropriate – the importance of the Teshekepuk Lake area is incomparable. The area is too important to rely on vague, unenforceable mitigation measures and unsubstantiated assumptions that they will be adequately effective.

w.  Cooperating agency suggested mitigation measure #46: this measure would buffer the Teshekpuk Caribou Habitat area by 5 to 6 kilometers (3.1 to 3.7 miles) to account for the avoidance response of calving caribou to infrastructure.

Comment: How effective will this be? The buffer doesn't resolve the problem of the narrow bottleneck the caribou must travel through along the western side of the lake. Any disturbance at all in this area risks deflecting caribou movements away from Nuiqsut and the villages further south. The importance of this area to caribou and our subsistence must not rely on the assumption this measure will work. One of the biggest problems is that with all measures, workers are unlikely to abide by them. No one is out there checking on them 24 hours a day. For them, it comes down to getting the work done during the shift to get the paycheck.

x.  Cooperating agency suggested mitigation measure #47: This measure would require the use of convoys and/or checkpoints to moderate traffic flow and to consolidate traffic in space and time.

Comment: Who would implement these measures? How would traffic be moderated? Setting up check points to do the evaluation during increased caribou access doesn't prevent the deflection. The impacts of traffic on caribou vary with the season, but this measure fails to acknowledge those differences. This measure suffers from the same problems as measure #46. The importance of this area to caribou and our subsistence must not rely on the assumption this measure, which is vague, will work. BLM needs to consider how all the measures work together – that's the only way to assess whether they'd even possibly be effective. Every measure is about conducting the activity and seeing what happens. This is not mitigation.

y.  Cooperating agency suggested mitigation measure #49: Off-pad activities shall be suspended from May 20 through June 20, unless approved by the authorized officer. The intent of this requirement is to restrict activities that would disturb caribou during calving. The permittee shall submit a stop-work plan that considers this, and other mitigation related to caribou early arrival. The intent of this latter requirement is to provide flexibility to adapt to changing climate conditions that may occur over the life of the Project (approximately 30 years).

Comment:  the window is too narrow. Herd movements through the spring bring pregnant cows through the calving areas. The calves are born and rapidly consume new plant growth that have intense benefits for survivability. Movement during this time through the area changes as the spring to summer melt occurs. The timing of this migration has been successful for generations. However, current generations face increasing development that deflects the herd usage. The resulting impacts on Nuiqsut can not be allowed to continue. The work would have to be prevented for longer intervals.  The importance of the winter movements through ice are not included in the measure. The changes progress to the area through the melt to water passage to the lakes.  The entire area of usage and its importance is not addressed. Deflection in this area will result in harvest lost not tolerable for winter storage needs. Measures to protect calving are important but cannot be assessed in isolation.

z.  Cooperating agency suggested mitigation measure #50: From May 20 through August 20, traffic speed would not exceed 15 mph when caribou are within 0.5 mile of the road. The permittee would observe caribou movement from May 20 through August 20, or earlier if caribou are present prior to May 20. Based on these observations, traffic would be stopped:

•  temporarily to allow a crossing by 10 or more caribou by direction of the authorized officer

•   traffic may be stopped through the Project area for a limited amount of time, and only if necessary to prevent displacement of calving caribou. Such

closures will not be undertaken without first consulting with permittees to assess operational impacts on permitted activities.

Comment: This measure would have limited effectiveness during calving since the mere existence of the road will deflect cow/calf pairs. In addition, this measure would not address the impacts that occur during fall, winter, and early spring. It is highly unlikely that traffic will follow the speed limits. Can the equipment drivers, who are not trained to see wildlife on the tundra, adequately count the caribou nearby, while also driving? Besides, a company's rush to get work completed is on an entirely different timescale than a caribou's sense of safety traveling across the tundra or getting enough food to survive the winter.

This measure is subjective, cannot be meaningfully enforced, and ignores the risk of deflection of caribou away from Nuiqsut. The measure does not specify how many caribou would trigger the 15 mph limit.

During Covid, we were especially reliant on the successful efforts of our hunters since the stores and restaurants were not getting restocked. The hunters prepared, worked together and shared with the whole village. Many families requested assistance from our superhunters. The hunters received many thanks from the households, renewing the bonds between the hunters and the community. The importance of being able to feed our families from our lands and waters was once again demonstrated. We suffered hardships and some families may not have survived without this food. The reduced industrial activity during Covid may also be why the herd returned to Anaktuvuk Pass.

Without an understanding and assessment of how the cumulative effects of all the activities affect the caribou, individual measures like this won't be effective. The importance of this area to caribou and our subsistence must not rely on the assumption this measure, which is vague, will work. This measure assumes protections to prevent deflection of the spring and fall migration are in place and effective. Too many variables exist for BLM or us to be able to even consider whether this measure would be effective. Just look at the fractured windshields from rocks on these gravel roads to see how the speed limits are not enforced. Workers are focused on getting the job done. No one is there to enforce. The priority for Nuiqsut is that we protect migratory movements for our survival. The layers are not pieces. Each piece has problems.

**Exhibit 2, page 118 of 148**



**NATIVE VILLAGE OF NUIQSUT ("NVN")**
2205 2nd Avenue PO Box 89169
Nuiqsut, Alaska 99789-0169
PHONE 907-480-3010
FAX 907-480-3009
Eunice Brower kunnan.eunicemary@gmail.com



**CITY OF NUIQSUT**
**Mayor Rosemary Ahtuangaruak**
P.O. Box 89148
Nuiqsut, Alaska 99789-0148
Main: 907-480-6727
Fax: 907-480-6928
rahtuangaruak@gmail.com
mayor@cityofnuiqsut.org
cityclerk@cityofnuiqsut.org
www.cityofnuiqsut.org

January 25, 2023

Re: NVN and City of Nuiqsut Comments regarding BLM Willow MDP Preliminary Final FSEIS
Review: January 10 - January 20, 2023

To Whom It May Concern:

The City of Nuiqsut and the Native Village of Nuiqsut ("NVN") have formally submitted via e-mail
last week their respective comments to BLM-Alaska using the required matrix mandated by BLM-
Alaska. However, the City Council of Nuiqsut and NVN's Council have authorized this letter to be
used by the City and NVN for distribution to others who do not have access to the BLM-Alaska
matrix at this time.

The Bureau of Land Management's (BLM) engagement with us is consistently focused on how to
allow projects to go forward; how to permit the continuous expansion and concentration of oil and
gas activity on our traditional lands. We express our concerns, but BLM continues to weaken or
waive mitigation measures, or fails to enforce them, and the impact to our daily life continues. We
explain how the road will deflect caribou and make hunting more difficult, and BLM hears us asking
for more road access. We say the helicopters disturb the caribou, and BLM again hears us asking for
more roads. We explain our distress about our air quality from routine activities, and we are
confronted with accidents like Repsol and CD1. We point out that it is becoming harder for us to
harvest subsistence food, and BLM responds with more research and monitoring (but continued
activity). We speak of the significance of our tradition and culture, and BLM schedules meetings
during whaling. We emphasize the importance of our life, health, and safety, and we watch as

**NVN/CITY OF NUIQSUT JOINT LETTER RE: BLM WILLOW MDP PRELIMINARY FINAL FSEIS REVIEW**
Page 1 of 10

**Exhibit 2, page 119 of 148**

ConocoPhillips employees are evacuated from CD1. We express concerns about our lack of access to information about the CD1 accident and our fundamental responsibility to protect the people of our village, and we are accused of causing panic and alarm during the blowout. People state opposition to the endless expansion of oil development and the complete encirclement of our village, and they face repercussions. It is therefore with a deep and persevering commitment to protecting our culture, health, and survival that we offer the following comments.

I. The public and cooperating agency process has been deeply flawed

The process for public input on this project has been disappointing and inadequate. Drilling proponents point to the five years this project has been under review, claiming the extensive timeline demonstrates that the plan has undergone thorough consideration. Instead, the lengthy process demonstrates the opposite. The only reason the environmental review has taken this long is because BLM and ConocoPhillips have made repeated missteps along the way:

- In the fall of 2019, the BLM published the first draft EIS and provided for the shortest comment period allowed by law (45 days). Despite our request for an additional 45 days, BLM granted a smaller extension that required us to submit our comments during whaling.
- Even with this stifled public input, ConocoPhillips had no option but to acknowledge that its proposal would cause unacceptable impacts to the Teshekpuk Lake Special Area. It withdrew its proposal and spent the spring of 2020 designing a new proposal. If ConocoPhillips had respected the importance of this area to our way of life in the first place, it would not have lost all that time designing a new proposal.
- In March 2020, BLM published a new draft EIS, just as Covid was requiring us all to stay at home, in fear of our lives. Yet, BLM again allowed only a 45-day comment period and refused to grant any extensions. BLM's virtual public meetings during these early days of Covid were plagued by technological glitches and bandwidth constraints, effectively silencing our voice.
- When the final decision approved the project in December 2020, it was thrown out by the Federal District Court in Alaska, due to the numerous inaccuracies in the EIS and in the Endangered Special Act analysis. If BLM and the Fish and Wildlife Service had conducted a sufficient analysis in the first place, the court would not have had to send it back to the agencies.
- While preparing the supplemental EIS, BLM asked for our subsistence timeline, and then BLM scheduled the comment deadline in the heart of our most important season: In July 2022, BLM released a draft supplemental EIS, again allowing only a 45-day period to comment. We again requested an extension, since the close of the comment period was during the most important time for caribou hunting and while we were preparing for fall whaling.
- In August, BLM committed to extending the comment period for Nuiqsut, but then reversed this decision three days later, without any explanation.

The cooperating agency process does not substitute for the public process. The public process, which is required by law, provides every person with an opportunity to share their views directly with BLM. It also ensures that their views, as well as BLM's responses to their input, are documented. The cooperating agency relationship does not remedy BLM's poor public process.

Moreover, the cooperating agency process has also been deficient. We spent many days engaging with BLM in discussions about mitigation to subsistence and the impacts to our wildlife, air, water, and land. We identified the many flaws in the mitigation measures the agency proposed, but the PFSEIS does not reflect or document these concerns. Instead, it states that the measures are derived from BLM's discussions with us, suggesting that we endorse those measures or that those measures respond to our concerns.[1] As we have explained to BLM throughout the cooperating agency process, none of the suggested mitigation measures will protect subsistence, our health, or our land, individually or collectively.

The flawed cooperating agency process has continued, with BLM releasing the PFSEIS immediately before our meetings with the White House and the Department of Interior during the week of January 9, 2023. We traveled a great distance to share our concerns, but BLM could not wait just one more day, until after we attended those meetings, to hear our concerns about the draft document before releasing the final. In addition, the timing of the release was frustrating, as it gave us no time to review the PFSEIS before those meetings, which meant we were unable to share our concerns about the final document while we were in D.C. Furthermore, we were only given 10 days to review the PFSEIS, rather than the standards two weeks that is normally provided. The poor federal consultation is made even worse by the fact that the North Slope Borough's (NSB) consultation process with Nuiqsut was also flawed. During the rezoning process which was required under municipal law, the former Planning Director withheld the Mayor of Nuiqsut's written comments from Planning Department staff until after the department issued its recommendation to the NSB Assembly, effectively silencing the input of the City government.

Finally, BLM's failure to include the response to comments on the DSEIS in its release of the PFSEIS prevents us from assessing how BLM took various concerns into account. For example, as ConocoPhillips itself explains, the company has "made significant changes to the project including changes to infrastructure location, size, facilities, and projected aircraft and vehicle traffic. BLM has not adequately analyzed these changes in its supplemental draft EIS."[2] BLM's initial response to this concern was that such brevity was in line with Secretarial Order 3355. Yet this Order has been revoked by Secretarial Order 3398, and BLM has not modified this or any of the other outdated responses in Appendix B.3. In the absence of adequate information about the current project proposal and an updated response to comments, the comments we provide to you now are unfortunately and unnecessarily incomplete.

Providing equal access to the decision-making process is a fundamental requirement of environmental justice, but the people of Nuiqsut, who would be most impacted by Willow, have had the least access to decision-makers in this process.

II. BLM must adequately address the impacts of uncontrolled gas releases

BLM cannot successfully build trust with our community by dismissively stating that the chances of a gas blowout "would be very low"[3] and that "there is no cause for concern,"[4] especially after the

---

[1] PFSEIS, Appendix I-1 at 39.
[2] *Id.,* Appendix B-3 at 60.
[3] *Id.* at 422.

**Exhibit 2, page 121 of 148**

experience we had last spring with the blowout at CD1. No community should have to experience the fear, anxiety, and confusion that we faced during that accident.

BLM should not approve additional wells until the investigation of the accident has been concluded. To date, the only information we have is from the company itself, not the regulators who oversee these wells. But even BLM's summary of ConocoPhillips' report is incomplete and misleading. The PFSEIS fails to include any discussion at all about the impacts to air quality from uncontrolled gas releases. With respect to the CD1 blowout, the PFSEIS states that it was the result of exceeding well pressure limitations and that this deviation went unnoticed. It also explains that the source of the gas was from an interval that had not been previously identified as one with significant hydrocarbons.[5] What the PFSEIS avoids disclosing is that these mistakes were the result of multiple human errors for which ConocoPhillips is responsible. BLM fails to acknowledge that even in a place where ConocoPhillips has been drilling for decades and where company staff thought they understood the underlying geology, releases - some of which may be very serious – will occur.

ConocoPhillips' report also discusses the role that thawed permafrost played in enabling the gas to escape from multiple locations throughout the well pad. But the PFSEIS fails to discuss this risk, even though the EPA expressly advised that BLM do so, and to "outline steps that will be taken to mitigate or avoid similar incidences from occurring for the lifetime of the Willow Project."[6]

The PFSEIS discussion of impacts from the CD1 blowout amounts to one, hollow sentence: "The event did not result in harm or damage to wildlife or the surrounding tundra; natural gas was not detected anywhere off the CD1 pad or in Nuiqsut (approximately 9 miles to the south)."[7]

BLM entirely ignores the financial impacts to the people in our village, some of whom lost their jobs when they made the decision to leave town to protect the health of their families.

The PFSEIS also ignores the risks we faced, and continue to face in the future, such as the risks to the subsistence hunters who were out on the land, near CD1, and who we could not contact. Nor does BLM consider the threats to the elders and the people with health problems, who would be most at risk if the gas line to Nuiqsut had to be shut off.

BLM makes no mention of the fear people felt, especially those who were experiencing unexplained headaches, difficulty breathing, and nausea and those whose health had been affected by the Repsol blowout. During the accident, we requested real-time data about the air pollution in Nuiqsut. Reports are posted on the North Slope Science Initiative website, but the first VOC report covering the period of the blowout was not uploaded to the NSSI website until over a week after the air sample was taken. The subsequent daily samples were not reported until around five days after they were

---

[4] *Id.,* Appendix B-2 at 17.

[5] *Id.* at 423.

[6] Comments from EPA Region 10 to Stephanie Rice BLM, re Draft Supplemental Environmental Impact Statement for the Willow Master Development Plan (August 29, 2022) [EPA Letter].

[7] PFSEIS at 423.

taken.[8] Unless we can use the information in real time to make decisions about how to protect our health, this information is unhelpful.

BLM also fails to discuss the breakdown in communication that took place during the accident, when people in our village had no information about the risks but saw ConocoPhillips' employees being evacuated, when our village leadership was excluded from emergency meetings, and when public questions and concerns could only be submitted to a website. The PFSEIS omits any discussion of the severe stress we faced, and the ongoing effect on our mental health, of experiencing that event and knowing that the regulatory agencies have done nothing to prevent a similar event in the future or to require adequate emergency preparedness and response before the next accident occurs. BLM refuses to acknowledge a fundamental fact: the agencies have failed to manage our land in a way that allows us to feel protected. This has consequences on our mental health.

III. BLM must consider an alternative that protects our subsistence and traditional way of life

The PFSEIS fails to provide any alternative that would protect subsistence. BLM does not, despite EPA's recommendation,[9] describe the monetary value of subsistence foods that may be lost due to Willow. However, over 70% of households use subsistence resources for more than half of their diet. To replace these foods with store-bought food it would cost every household nearly $30,000 per year.[10] This loss of millions of dollars per year to the people of Nuiqsut doesn't include the social and cultural costs from their loss of subsistence.

Despite this and other omissions, the PFSEIS is filled with examples of how the project will be harmful to the health of our community. The PFSEIS states that "the Project may significantly restrict subsistence uses for the community of Nuiqsut under all action alternatives due to a reduction in the availability of resources caused by alteration of their distribution and a limitation on subsistence user access to the area."[11] BLM acknowledges that even as it permitted GMT 1 and 2, it was aware of the significant impacts to subsistence those projects would entail and points out that Willow's impacts would not only be additive to those impacts, but would also be greater, due to the larger size of the Willow development.[12] BLM also acknowledges that the "effects on subsistence harvester access or subsistence resource availability would adversely affect the Nuiqsut community. These, as well as effects on social connections and cultural continuity, and mental health may be adverse and would be disproportionately borne by the Nuiqsut population."[13] The PFSEIS also documents the food insecurity our community faces and the limited and inadequate health data that exists for Nuiqsut.[14] As BLM notes, we are living in a human corral, surrounded by oil infrastructure and activity on all sides, and the project will makes things even worse.[15] EPA similarly finds that the

---

[8] https://catalog.northslopescience.org/dataset/3016
[9] EPA letter.
[10] PFSEIS at 287.
[11] PFSEIS at 363.
[12] Id. at 417.
[13] Id. at 362.
[14] Id. at 368, 378.
[15] Id. at 415.

NVN/CITY OF NUIQSUT JOINT LETTER RE: BLM WILLOW MDP PRELIMINARY FINAL FSEIS REVIEW
Page 5 of 10

"proposed project has the potential to have significant environmental justice and climate impacts."[16] Yet, despite the extensive discussions about the harm our community will face, all the action alternatives proposed by BLM would have the same (significant) impacts to subsistence.[17]

We request that BLM include consideration of an action alternative that would meaningfully reduce impacts to subsistence, as required by the National Environmental Policy Act and the Alaska National Interest Lands Conservation Act. Such an alternative should include - but not be limited to - the deferral of additional drill pads, which BLM states that it is considering.[18]

As we explained many times throughout the cooperating agency process, and again most recently in our meetings in Washington, D.C., one of the greatest threats of the proposed project is the extension of the road farther into caribou habitat. All the proposed pads and accompanying roads extend into undeveloped areas that are important habitat for the Teshekpuk Lake Caribou Herd and risk additional deflections to the migration and harm to our subsistence hunting. The northern arm of the road would cross Fish Creek, a key area for caribou hunting. It would also encroach into the narrow bottleneck the caribou travel through when they migrate from Teshekpuk Lake towards our village during the fall migration. This means the road, even the somewhat shortened road in Alternative E, is likely to deflect them away from our village, making it much more difficult for us to hunt. Despite BLM's statements to the contrary, the construction of this road is unjustified.

The road extending north and the chosen location for a the gravel mine would require exceptions to Lease Stipulation K-1, which BLM claims "would be required under all action alternatives."[19] BLM also proposes to waive LS K-2 and LS K-5.[20] Contrary to BLM's assertion, an exception to a lease stipulation is never "required," since it is a condition of the lease.[21] Enforcement of the lease stipulations is not only reasonable, but also a fundamental obligation of BLM as part of its management and protection of the NPR-A's surface resources. If ConocoPhillips is unable to design a project that complies with the stipulations in its leases, BLM should deny the application, not waive the stipulations.[22]

BT1 would allow ConocoPhillips to access 48% of the oil at the Willow prospect.[23] All the additional wells would provide access to far less oil but would cause significant impacts to our subsistence. As the PFSEIS explains, roads will deflect caribou even when no activity is taking place

---

[16] EPA, Comments on DSEIS, Aug. 29, 2022.

[17] PFSEIS Appendix E.16 at 49-51.

[18] *Id.* at 11.

[19] PFSEIS at 41.

[20] Appendix D-1 at 116.

[21] The lease "[r]ights granted are subject to applicable laws, the terms, conditions, and attached stipulations of this lease, the Secretary of the Interior's regulations and formal orders in effect as of lease issuance." *See* BLM, Offer to Lease and Lease for Oil and Gas, Tract No. 2008-H-017 at 1 (Dec. 16, 2008) (Sample Willow Lease).

[22] *N. Alaska Env't Ctr. v. Kempthorne*, 457 F.3d 969, 976 (9th Cir. 2006) (finding that "BLM can deny a specific application altogether if a particularly sensitive area is sought to be developed and mitigation measures are not available.").

[23] PFSEIS, Appendix D-1 at 113.

and will also deflect them when traffic is at low levels, below normal operations.[24] Yet all action alternatives involve heavy road use for multiple years.[25] Therefore, If BLM approves any drilling at all, we request that it only approve BT1 and defer approval of any additional wells. Additionally, to have any chance of protecting our ability to continue subsistence hunting in the future, the approval of BT1 must be accompanied by each of the following conditions:

- Before the start of construction, BLM will conduct monitoring of caribou behavior and distribution to establish a baseline against which subsequent behavior can be compared. This will include telemetry studies of collared individuals and broader population-focused aerial surveys.
- To the extent that any of this data has already been collected, the results be made publicly available. The results of all additional studies will also be made publicly available.
- During construction, BLM will continue monitoring. This will include a representation of overall density and distribution and a detailed study of movement behavior. BLM will provide an analysis of whether there are statistically significant differences in distribution and behavior compared to the pre-construction studies. These analyses will be conducted by season, using seasonal breaks such as reported in Person et al. 2012 and Fullman et al. 2021, since caribou movement behavior and distribution varies widely between seasons.
- During construction, BLM will collect and publicly report road traffic amount, timing, and location to allow an analysis of construction activity impacts on caribou distribution and behavior.
- BLM will also collect acoustic data before and during construction. The receivers will be placed in locations radiating out from the construction location in multiple directions and for long distances to provide an indication of the the sound footprint of industrial construction.
- BLM will also conduct caribou stress hormone analysis before, during, and after construction and make this information publicly available.
- BLM will collect subsistence harvest data for caribou before, during, and after construction.
- During pad operation, all the data above will continue to be collected and compared with pre-construction data to indicate whether there are impacts on caribou or subsistence harvests.
- Due to the high year-to-year variability in caribou movement patterns and habitat use, BLM will not approve any additional wells until this monitoring has taken place for five years.
- If differences in caribou behavior, distribution, or harvests are detected, BLM will prohibit future development of pads.
- BLM will include the above requirements in both the ROD and as a Condition of Approval on the approved APD.

IV. BLM must conduct a more comprehensive analysis of impacts to our health and include meaningful measures to protect the health of Nuiqsut residents

The PFSEIS does not adequately consider impacts to air quality. BLM claims that because modeling results show compliance with federal and state air quality standards, no significant air quality impacts will occur. Yet, an examination of Nuiqsut health data shows that significant impacts due to air quality are already occurring, and any additional air pollution, including from Willow, will be cumulative to these impacts. In addition, as the 2020 Record of Decision acknowledged, "The

---

[24] *Id.* at 234.
[25] *Id.,* Appendix D.1, Tables D.5.5.5 through D.5.5.8.

**Exhibit 2, page 125 of 148**

Case 3:23-cv-00061-SLG   Document 190-2   Filed 11/17/23   Page 125 of 148

project would increase air and noise emissions and human activity in Nuiqsut's subsistence use area. This could increase stress in some Nuiqsut residents and lead to or exacerbate mental health issues such as anxiety and depression."

We appreciate the inclusion of the results of HAP monitoring from 2018 until 2021, but the data for all years since 2014 should not be presented together, since it obscures information about the trend in HAPs since development in the NPR-A began. Despite this lack of precision, the data shows that five of the six monitored HAPs have been detected at the Nuiqsut Monitoring Station.[26] As recommended by EPA, BLM should require monitoring of additional HAPs, including acetaldehyde, carbon disulfide, carbonyl sulfide, ethylene glycol, naphthalene, and 2,2,4-trimethylpentane. BLM must provide evidence and an explanation for its unsubstantiated conclusion that impacts from additional HAPs "are expected to be less substantial than those from the six included HAPs."[27]

The air quality analysis omits essential information. This information must be gathered and included in the EIS. If the information is unavailable or if the costs of obtaining it are exorbitant, BLM must discuss what effect the missing information may have on the agency's ability to predict impacts.[28] For example, data for Criterial Air Pollutants have not been reviewed for PSD by ADEC or EPA.[29] In addition, BLM acknowledges that the data for particulate matter and ozone but the agency fails to explain why this information is unavailable or discuss the effects that these information gaps have on the agency's ability to assess the impacts of pollution from Willow.[30]

We appreciate some of the additional suggested mitigation measures regarding air pollution, which should be further strengthened to adequately address our concerns. BLM proposes to install one air quality monitoring station for every five drill site pads or single processing facility at a predominantly down-wind location on a gravel pad used to directly support drilling or operations. BLM states that this date would be "made publicly available in real time through the North Slope Science Initiative website."[31] BLM also proposes to expand air monitoring capability in Nuiqsut to monitor for HAPs, VOCs, and PAHs, and to make this data publicly available in near real time.[32] Finally, BLM proposes that a third-party contract operate and maintain the air quality monitoring station and develop a training program for Nuiqsut residents to operate and maintain the monitoring station.[33]

These measures must be strengthened in several ways. First, it should be clarified that the City or Native Village of Nuiqsut will have full control over the monitoring station and data. BLM asserts that although ConocoPhillips owns the monitoring station, "the data collected are designed and operated in accordance with applicable EPA PSD regulations and guidance documents." This does not assure the independence of the monitoring or provide our community with confidence that the

---

[26] PFSEIS at 59, table 3.3.3.

[27] *Id.,* Appendix E.3.B.1 at 2-18.

[28] 40 C.F.R. § 1502.22(a); *see also* 43 C.F.R. § 46.125.

[29] PFSEIS, Appendix E.3A Air Quality Technical Information at 12, Table E.3.4.

[30] *Id.* at 80.

[31] *Id.,* Appendix I.1 at 40.

[32] *Id.* at 43.

[33] *Id.* at 44.

data reported is reliable, adequate, or measures the ranges of pollutants that are relevant. Providing oversight, management, and funding to a 3rd party contractor does not alleviate our concerns, as the contract will inevitably feel some degree of pressure from ConocoPhillips, as the funder of the 3rd party contract.

Second, as explained above, the data provided on the NSSI website is not "real time."

Third, even for monitoring conducted by ConocoPhillips, there must be a protocol established for whenever the company has air pollution-related concerns. The failure of the company to communicate in an immediate, clear, and consistent way with our village during the CD1 accident demonstrates the need for this protocol. The company was evacuating its own employees but had told us nothing about the accident.

Fourth, any monitoring equipment should be accompanied by an alarm that will alert people conducting traditional and cultural activities in the area that adverse conditions are occurring.

Fifth, air quality monitoring must be installed throughout our subsistence use areas – not just at the development site and in Nuiqsut.

Sixth, the monitors should sample air continuously. Although the CO, NO2, SO2, and O3 instruments capture data nonstop, the data is reported in terms of hourly averages, which can obscure shorter periods of concern. Similarly, the samples from PM10 and PM2.5 should not be averaged over a 24-hour period, and these two pollutants should also be captured continuously.

Seventh, ConocoPhillips should be required to fund the creation of an emergency response plan that would be used if air quality reaches unhealthy levels.

Finally, and most importantly, BLM should establish clear thresholds for all pollutants of concern which, if exceeded, would require the immediate shut down of all polluting activities. These thresholds should not be based on EPA limits, but instead should be calibrated to ensure protection of children and elderly. BLM should consult the Textbook of Children's Environment Health, which explains why lower thresholds are necessary to protect children and provides useful policy recommendation.

BLM also suggests mitigation specifically aimed at flaring, which would require ConocoPhillips to coordinate the timing of flaring at its Kuparuk, Alpine, and Willow developments. This measure is inadequate because the variation on timing does not actually reduce overall air pollution. BLM estimates the number of times flaring will be required and describes the reasons that would justify flaring, but the agency should require the company to report the reason for flaring each time it does so. BLM should also require the company to notify Nuiqsut before any flaring occurs. In addition, BLM should establish clear thresholds for flaring, which, if exceeded, will require the shutdown of activity.

BLM also suggests the development of an ongoing contamination study and monitoring of water quality, permafrost, and vegetation near sites where hydraulic fracturing or deep well injection is occurring. While we appreciate the agency's recognition that this information is important, we

believe it can and should be gathered before development at Willow is permitted. BLM should conduct these studies at existing sites, for example at Alpine, GMT1, and GMT2. We have already provided extensive evidence and testimony about our concerns about contamination to our land, water, and subsistence. Ample evidence exists throughout the US, and the world, about the harmful impacts of oil and gas development and its disproportionate impact on environmental justice communities. It is deeply disturbing that the agency proposes to move forward with additional activity not withstanding this evidence and to suggest that a more thorough study of the impacts that will inevitably occur is somehow "mitigation."

The Alaska Fiscal Model Parameters do not accurately reflect cash flow associated with the NPR-A Impact Aid program. Royalty revenues are potential associated with Federal and private lands. There is no discussion of the complex nature of the formula that includes Royalties, Rents, Bonuses and Lease revenues that are all restricted revenues to use for Impact Grants.

The oil price assumption used by the State is quite low, well below the level that industry has historically maintained as an economic threshold for new development. The State Royalty estimate is likely not accurate and that calls into question the accuracy of the other assumptions.

Employment projections have historically been off in these BLM analyses. Seasonal and year-round jobs, and Slope based versus Anchorage jobs are only estimates. During the public comments with the agency the issue of actual local employment was raised, but does not seem to be addressed in the BLM analysis.

Finally, the run-off/drainage from industry roads into our local and regional rivers and lakes has been not been addressed in a meaningful, pro-active way by the agency. Likewise, dust control from the use of these industry roads continues to be a serious problem for our residents. These issues have undoubtedly contributed to abnormalities found in the fish caught in our waterways.

Respectfully submitted,

**Eunice Brower, President**
**NATIVE VILLAGE OF NUIQSUT**

**Mayor Rosemary Ahtuangaruak**
**CITY OF NUIQSUT**

**Exhibit 2, page 129 of 148**

Comments of Rosemary Ahtuangaruk

As I sit down to write these comments, I look at the questions I have faced this year. The one my grand nephew faced causes me the greatest concerns. They asked about environmental exposures. We have a report last year from our Tribe assessing industry's self-reporting. I fear the answers are the risks for our children and grandchildren. When I started asking questions, they were about respiratory illnesses, they were about thyroid disorders. The problem my nephew faces pushes the answer other doctors have asked: "Can you move away from your village?" My family has to consider this question more than I want to admit. The hardship of leaving the home, the house, the family, the job, the school, the village and the culture. These are not what we should be having to do now.

The local meeting has had many come to ask these questions and more. They were told we will have access to our animals and there are regulations to protect us. Yet I saw the exemptions ramp through the industrial fields. I saw the smog and flares. I asked questions and tried to prevent the stories of people who live where energy development occurs, of where their products are made, of where they spill. I asked about air quality and saw how more flares caused more problems.

I saw how those who profit didn't like the questions and did everything to stop me or to "create an air of suspicion" or that "I wasn't trying to help us" or that "I was working for others". My regional tribal president told me I had to work with all who come to the Arctic for all can impact our way of life and we must learn what they are doing and to prevent the worst impacts. We must share the importance of our traditions and culture. The eldest women of our village came to me at the clinic to ask. They stayed all day until 7 pm at night to talk and encourage me. They taught me and shared their knowledge to help us protect our way of life. Now they have passed on and all their years of knowledge have gone on with them.

The piecemeal process has not allowed us to protect our important hunting and fishing areas. At my cabin, I was told we can't shoot geese. I was told to not let our sons hunt across the river. I had a helicopter land taking pictures and location points on GPS while I was cutting fish within a few feet of me. I had helicopters bring wildlife surveyors to the small island I had put my tent up on. I watched as a helicopter carrying a load of material caused the caribou my son shot walk into a manmade lake. I watched a helicopter deflect a herd of 200 animals traveling from pad to pad and prevented their movements to continue to the coastline for

**Exhibit 2, page 130 of 148**

insect relief. We would have harvested as I've had done for decades in that area before industry came.

I watched birds driven out of their nest so the babies could be counted then to see the sea gulls attack those same babies out of cover of the vegetation. There so many seagulls that follow the footprint of industry changing the numbers of birds and their successful nests. Watching these birds moved by gravel pads and failed nests caused by using less desirable locations. I watched the chasing to band the birds using nets and wonder the cost for energy, risk for injury and family separation. I saw the monitors cut into the necks of caribou causing injury before falling off. I saw the fish with tags cut into their bodies and sores develop. Was the weakening to their body a cost of the tag?

Worse than all of this was the effects of illness on many broad white fish. I never saw so many sick ones before. Tumors to the eggs, malformed eggs, bloody eggs, bloody body cavity, trauma, tumors to the stomach, tumors to the muscle, malformation, turned spines, sores to the body, substances collecting on the body, dead fish floating, sick caribou with tumors to muscle, lesions to the liver, discoloration to the liver, cysts in the liver, stomach and body, wasting condition, deformity, duck with second bill like formation, and others told me like the elder who shared seeing a two headed caribou calf.

These do not show that protections are working. These do not show our foods are safe and will continue to return. Friends from the Yukon River have had fishing restrictions and large fish die offs reported to the west of us. This causes concern. Are our fish next? The differences that we see in our fish are similar to illnesses in our elders. Is the health of our food making our elders sick when 10 of 11 elder men have died of cancer.

The cancers that I faced as a health aide have tripled for the health aides working now. The hardship to try to care for these complex illnesses cost our village more than the health care, the support community members give also and their jobs, their committees, their volunteerism. The cost to consistently participate. The willingness to stand for the better good when you sit waiting to see if your family member and loved one will wake up or be able to go home at all. When the jobs do not come as they were promised and do not sustain our families as planes of people go away to spend their checks. None is paying for the cost of our loss to eat fish or whales. The cost of housing and scholarships ripped out of reach if you question the profit-making corporation. They are leaving the risk for me. I fought with lawsuits and determination but the pain for our family is real. The risk for my life by others trying to keep me from trying. The fear I faced to see 3 cars run stop signs or traffic lights and come close to hitting me. Is this the cost I face as well as my family? The injury of pain is a deterrent to attend. The compounding headache from stress and the vomiting of blood, is this the cost to our physical bodies from seeing the loss of traditional and cultural use areas.

**Exhibit 2, page 131 of 148**

From the question from the young asking what is this? It looks different. The worry of getting a word into the process and is it going to make a difference? The failures of trying, affecting my children's willingness to try. The conflict from the corporation and our village prevents them working together.

Is this the future compounded by cumulative effects? When is the cost too much or for who is the cost acceptable? When I look at the new little eyes, I see the generations of the past and the visions of those coming. I want to live as my elders taught me, eating the foods in the quantities we need, harvesting from our lands and waters and teaching our children as we have done sharing our traditions and culture. I want to know the foods we eat are healthy. Our families continue to share the stories of us in the future and the stories continue to grow with our living on our lands and waters. I want to be able to continue to bring our stories to affect the decisions affecting our daily lives in spite of some trying to control who sits at these tables. I want to push our priorities to prevent the severity of the impacts on us. Not get left behind so profitability determines the decisions. I want the process to stop and let us decide. I want to support protections for our animals and the lands and waters to help us all continue to live. I want to see the horizon, have a view of clarity not the particulate-strewn sunrises and sunsets.

I want the way forward to put the plan of restoration to 50% first before further leasing not the less than 1% currently enjoyed by the industry. I want precaution to lead the way, not proven effects by those sickened.

I want the prevention set up first to show the values before, during and after. I want the protection by enforcement not progressively ignored leading to millions of pounds of emission per year. I want the permits to be responsive so that there is a halt to improve not leave devastation to live with. I want to be proactive coming back to keep the goodness of the Arctic growing more not giving resource extraction free reign for profit, costing life, health and safety and the Inupiat way of life rapidly declining for the national energy policy and greed.

These are the questions and answers for our reproductive health. The question is the air quality affecting our little dribblers. This is real and they deserve better. When you have seven from your teams asking questions about miscarriages, difficulty to conceive, problems during conception, abnormalities during pregnancy, and children with health problems. Then you ask more questions. When government, industry and universities do not answer and the view changes from natural oil seep to over a thousand wells and decades of emissions these are answers. Answers of sacrifice for profit, don't ask and don't tell so "I can", "I want", not what is best for us all to care for our villages, our most vulnerable and the future generations is what we need. Make the way forward not about sacrifice but show the staggering of activities, show the restoration for migratory routes, show the flight restrictions for the important areas and hunt locations that respond to the reactions that are rebounding from profitability at all cost for decades. The

**Exhibit 2, page 132 of 148**

public owned, public trust doctrine and the babies deserve the strength of trying and the will to say no!

**Exhibit 2, page 134 of 148**

This is Rosemary Ahtuangaruak. I am the Mayor of the City of Nuiqsut. I support each of our community members who chose to get up and speak to the NSB Assembly today on these issues. I recognize their comments and support their issues they bring before the NSB.

I chose not to speak to the NSB prior as I have been a new mayor working to get my house in order. In response to the issue for CD1. We did call the North Slope Borough and we did try to receive information and to verify the issues as we confronted them. We did not participate in the meetings that gave you the recognitions of not being at risk. Excuse me I must try to get my voice.

It has been very hard. We have had to face decisions for the safety of our community. I have had to answer many important questions and many I don't have answers to. I asked many important questions, and many are unanswered. I take responsibility for failing to protect our village, I have been the Mayor since November. I couldn't prevent these issues. No matter how hard I worked. I worked in so many ways to prevent way beyond here. I had to look into our eyes each day as our families' asked questions and made decisions. We sat in their meetings.

We had to decide to prevent exposure for our future generations or risk exposure. We could not be assured. We learned from REPSOL blowout what it means to hunker down. We told you it was too close you chose to make decisions in land management that put us at risk. REPSOL took two hours, but the exposure was for many weeks. 17 miles away from us and this was closer. It took less time. Yet the VOC 24-hour monitor came during the event.

This Mayor has commented on the Air Quality concern for decades. Yet we suffered over 80 days of flaring prior to the CD1 event. Every time we try to protect us it is weakened. This director held this Mayor's comments out of the process until after staff recommendations. They were submitted December 9, 2020 and read into the record this year preventing staff from engaging in planning to prevent serious health concerns. We put in concerns for air quality and the health assessment didn't look to compare the health data with data with oil and gas emissions.

We have been belittled by commentors because we ask questions to protect our life, health and safety. We had to continue the process being tolerant of the attacks. This Mayor was assaulted by the lead individual I had to face for CD1 process questioning my leadership as Mayor. I support every one of our village responses to this process. Each family had to decide, "I am feeling these problems the headaches, the shortness of breath, the nausea. Each family had to decide what they had been through. These were immediate decisions they all had to make. I understand the concerns I had learned and didn't have the information to direct their decisions. I support our families. The AOGCC report days later reported 7.5 mcf of natural gas was released. We felt those symptoms. We learned before how sick we can become. We acted on the information we received. I hate that we must face them. The permit could have been enforced as originally permit said. They would shut down the flares every few hours to allow the particulates to disperse. But you didn't and you could have.

We had people engaging in activities of tradition and culture. There was no mechanism to notify them of the adverse event. Unless you were in the safety meeting there was no information. There was no consistency to the security industrial field. We had people driving in the area who did not know about the event. A trucker got arrested for crossing the safety zone. This Mayor was taken out of the situation room before we could even ask for a test of the emergency alert system which failed by the way. I still

do not participate in the situation room.  I couldn't get it into the process until days later when they came to the village for meetings.

This village is important and we are not the sacrifice to the decisions being made to change our lands and waters. You failed to manage our land in a way that allowed us to feel protected. Your staff prevented important discussions that could have been added at this important land use planning time with unit development and leasing.  These could have leveraged resources to protect us. You made decisions to bring seismic activity within 500 feet of every home, street, and structure of our village. These were decisions that were made in support of the permitter over our village life, health and safety. We face directional drilling within 4 miles of our village during this process.  This should not occur.  All activities for furthering development in this unit should be halted, until we fully understand what went wrong and how are we going to prevent it.  We need to understand everything associated with this event.  We deserve this our village is important our life, health, and safety is not the cost for oil and gas development. We went through the process for the Willow permit. I do not support that project.

I was told to deal with it. We got the NPRA impact mitigation fund and what we got was 400 after the event.  We couldn't get very far with that. Maybe some gas to get to another community but not food to feed our families or to pay for lodging for their stay.  I had to look at our families who had to make these decisions and act.  I know they didn't have the resources to leave.  It hurts to have to listen to all the stories of our families. It cost us a lot. It shouldn't have happened. The protections could have been enacted to protect our villages. Decisions were made that allowed them to occur.

All my efforts to protect human health were siloed in oil and not enacted for gas.  Important triggers for research and monitoring not enacted for this event.  The protections for wildlife that has created the Teshukpuk lake area the boundary is not at the edge of the lake.  This important area needs these protections. Everything we have fought for was cut off at the lake and our village enforcement we must fight for. That is wrong. The vitality of this area for Nuiqsut is too important.  We have had a real learning curve for the CD1 event.  We know more for what should have been mitigated.  We are more important than that. The actions of this process of some of the leaders in this process has shown Nuiqsut how we were unsupported from some at these tables. Our village has had to stand up for this process. Our tolerance has waned.  The actions you make affect our daily lives and we are important. We must work throughout this process.  You could have acted to support our concerns to not support the permitter with blasting nearby and an uncontrolled gas leak. These are decisions that could have been made.  We did ask. We continue to ask. We should not have to ask during these types of events.

The NSB has a grant since 2018 on air quality. I am sure you have acted on this grant. You could have come to our village. You still have not responded to this request.  We need this information.  We do not have what we should have to respond to decisions to protect our community.  We do need to see this information and act on the information to protect our future generations. We asked for this information you should come and respond to our concerns. We are important and we deserve to be informed.

**Exhibit 2, page 137 of 148**

# Submission for "The impact of toxics on Indigenous peoples" Mandate of the Special Rapporteur on toxics and human rights

## by Rosemary Ahtuangaruak

## May 2, 2022

## Introduction

Thank you for the opportunity to provide responses to your questions about the impacts of toxics on our village, Nuiqsut. Nuiqsut is a traditional Iñupiat village of 500 people located near the Beaufort Sea coast on Alaska's North Slope. Our village's way of life is deeply connected to the Arctic lands and waters that stretch from the Chukchi Sea in the west to the Canadian border in the east. Here, we have practiced our way of life for millennia.

We depend on the rivers, lands, and ocean for many food resources such as fish, seals, bowhead whales, ducks, geese, caribou, fur-bearing animals, and berries. These traditional food resources are critical to our food security and foundational for our cultural, social, and spiritual values. They are nutritionally critical because they constitute a mainstay of the diet for Nuiqsut residents and are commonly fresher and healthier than available store-bought food. They are also economically critical because, due to high transportation costs and relatively small market sizes, the cost of store-bought food in northern Alaska communities is much higher than in Alaska's urban population centers. Most households in Nuiqsut harvest more than half of their food. Extensive sharing traditions provide us, including those in need, with a variety of traditional foods and also help unite our families and communities across the region. The continued viability of our culture and traditional way of life is of the greatest importance to members of our village.

Our life, health, safety, and traditional culture is threatened by oil and gas exploration and development activities. These activities are surrounding our community and affecting our traditional and cultural use areas. To the north, east, and south, oil and gas development is spreading across State of Alaska's lands and waters. Further east, within the federally managed Arctic National Wildlife Refuge, oil and gas leasing is planned. To the west of Nuiqsut, in the National Petroleum Reserve-Alaska, the federal government has authorized massive oil developments that are creeping further and further into our traditional use areas. Individually and collectively, these activities are turning our traditional use areas, our home, to an industrial complex.

**Exhibit 2, page 138 of 148**

Case 3:23-cv-00061-SLG   Document 190-2   Filed 11/17/23   Page 138 of 148

# AMERICA'S ARCTIC





1.     **Are Indigenous communities in your country suffering from the adverse effects of hazardous substances and toxic wastes? Please describe the case and circumstances of these effects in detail, including the source of the toxic exposure, the types of hazardous substances Indigenous peoples are being exposed to, the degree of government and company consultation and consent to relevant activities, as well as any efforts made by the government and companies to provide effective remedies.**

Oil and gas exploration and development activities are polluting our food, water, land, and air with various toxic chemicals. These chemicals include drilling fluids, anti-corrosion agents, scale inhibitors, cementing agents, and other chemicals used during exploratory drilling. During production phase, a host of additional toxins are released from the discharge of production waters, flaring, venting and purging, energy production, and transportation.[1]  Wastewater, produced water, spent fluids, and chemicals are disposed of in injection wells. Structural failures in these wells are common, as are leaks that end up polluting surface and drinking water.[2]

These toxins flow from routine exploration and development activities and from the countless accidents that occur.

Airborne emissions from oil and gas development include $NO_x$, sulfur dioxide, and carbon monoxide. Flaring is a significant source of $NO_x$ benzenes, VOCs, PCBs, dioxins, formaldehyde, acetaldehyde and ethene.[3] These contaminants are linked to lung disease and lung cancer. Studies show that residents near flares suffer from a statistically significant increase in preterm births.[4] $NO_x$ can cause and exacerbate asthma, a problem

---

[1] Arctic Monitoring & Assessment Program, AMAP Assessment Report: Arctic Pollution Issues, Petroleum Hydrocarbons at 663, Tbl. 10-2 (1998), https://www.amap.no/documents/download/96/inline.

[2] Abraham Lustgarten, *Injection Wells: The Poison Beneath Us*, ProPublica (June 21, 2012) https://www.propublica.org/article/injection-wells-the-poison-beneath-us

[3] Gunnar W. Schade *et al.*, *Source apportionment of non-methane hydrocarbons, NOx and H2S data from a central monitoring station in the Eagle Ford shale, Texas*, Elementa: Science of the Anthropocene 6 (2018), https://online.ucpress.edu/elementa/article/doi/10.1525/elementa.289/112795/Source-apportionment-of-non-methane-hydrocarbons; Arctic Monitoring & Assessment Program, AMAP Assessment Report: Arctic Pollution Issues, Petroleum Hydrocarbons at 663, Tbl. 10-2 (1998), https://www.amap.no/documents/download/96/inline; Aaron Wernham, Final Amended IAP/EIS for the NE NPRA, A Brief Analysis of Potential Human Health Impacts.

[4] Lara J. Cushing *et al.*, *Flaring from unconventional oil and gas development and birth outcomes in the Eagle Ford Shale in South Texas*, Environmental Health Perspectives 128.7 (2020): 077003.

3

which our community is seriously burdened by. As a health aid in Nuiqsut from 1986-2000, I saw the number of asthma cases in our village go from 1 to 75.

Flaring also emits benzene and polycyclic aromatic hydrocarbons (PAHs) that are known carcinogens.[5] Flaring also results in black carbon which is associated with cardiovascular mortality and cardiopulmonary hospital admissions.

Many in our community are concerned that the government is not adequately assessing the risks of flaring and our concerns for health impacts from flaring go unaddressed. When the federal government considers permitting new oil and gas projects, the air quality modeling and analysis is flawed and underestimates the likely effects on our air quality.[6]

Oil and gas drilling also results in toxic drilling muds. We are concerned that pollutants from these muds migrate into our fresh water, into our ocean, and into our food.

Over the last couple of years, we have seen an increase in dead and sick fish, especially broad whitefish but also other fish, in the Colville River and the Nigliq Channel. We've seen fish mold, tumors and malformations in eggs, bloody body cavities, tumors, malformation including turned spines, and sores. When we see fish with abnormalities, we won't eat them. We have also seen sick caribou with tumors to muscle, lesions to the liver, discoloration to the liver, cysts in the liver, stomach and body, wasting condition, and deformity. I am not sure what all causes all these issues, but we believe that some of them, especially fish mold, could be in part caused by rising water temperatures. I am concerned that some of these effects are being caused by contaminants from historic and present oil and gas activities in our area. I wonder if the increased rates on cancer in our community are related to the issues we are seeing in our animals.

Wells drilled by the federal government from the 1940s to 1980s were abandoned and many are still toxic site today. For example, Umiat, which is about 90 miles south, or upstream, of our village on the Colville River, is a former base for U.S. Navy oil exploration and is listed as a federally registered contaminated site. Although cleanup activities began in in late 1990s, they are still not complete. Studies showed that fish from this area were contaminated with PCBs.[7] The lingering contaminants in this area affect us

---

[5] Lara J. Cushing *et al.*, *Up in smoke: characterizing the population exposed to flaring from unconventional oil and gas development in the contiguous US*, Environ. Res. Lett. 16 (2021).

[6] *See, e.g.,* M. Williams, Air Quality Review of the BLM's August 2019 Willow Master Development Plan Draft Environmental Impact Statement (Oct. 21, 2019).

[7] North Slope Borough, Fish Health Studies, http://www.north-slope.org/departments/wildlife-management/studies-and-research-projects/health-assessment-of-subsistence-resources/fish-health-studies.

4

today, because this area has become a higher-use area for our community as oil and gas activities around Nuiqsut have pushed us from many of our traditional areas.

Oil and gas development always comes with risks of spills. According to Alaska Department of Environmental Conservation's spill database, there have been approximately 9,800 spills associated with oil exploration and development on the North Slope over the last 40 years. These spills total 3.8 million gallons and 163,490 pounds of oil and other hazardous materials.[8] We are exposed to addition spills from related oil and gas activity such as spills from oil field services, transmission pipelines, air transportation, bulk fuel terminals, power generation, and other sources.[9] A 2010 study of the frequency, severity, and causes of North Slope oil spills found that the main causes are valve/seal failures, operator error, and internal corrosion.[10] The majority of these spills were directly on the tundra.[11] The oil companies, the state, and others have put in place various automated monitoring systems to detect leaks and other system failures. We've seen that many leaks go unnoticed, undetected, for a long time. This leaves us vulnerable.

In February 2012, a Repsol well located approximately 18 miles northeast of our village experienced a blowout which resulted in a release of an estimated 1,000 barrels of water-based drilling mud and natural gas. This blowout exposed our community to harmful levels of benzene.[12] Many have had lasting health impacts from this disaster. With Repsol, Nuiqsut residents learned what it meant to hunker down.

Oil spill response requires use of dispersants and other chemicals that have not only proven ineffective in the Arctic, especially in broken-ice condition, but also add another layer of toxic inputs to our environment. As a community health aide, I have worked with people who were exposed to chemical dispersants during the Exxon Valdez oil spill response. I have also witnessed the use of dispersants firsthand during the BP Deepwater Horizon oil spill. I fear that chemical companies and decision-makers are ignoring health concerns associated with dispersants, and our people will be negatively affected if

---

[8] Alaska Department of Environmental Conservation, Statewide Oil and Hazardous Substance Spills Database, https://dec.alaska.gov/applications/spar/publicmvc/perp/spillsearch (North Slope spills, all substance types, between 1/1/1992-4/20/2022).

[9] *See, e.g.*, *id.* (all North Slope spills between 1/1/1992-4/20/2022 amounting to 13,781 spills totaling 4,179,766 gallons and 451,876 pounds of hazardous substances).

[10] Nuka Research and Planning Group, Alaska North Slope Spill Analysis, Final Report on North Slope Spills Analysis and Expert Panel Recommendations on Mitigation Measures (Nov. 2010), https://dec.alaska.gov/media/7570/nssa-final-report.pdf.

[11] *Id.* at 65.

[12] Alaska Native Tribal Health Consortium, February 27, 2012 & March 15, 2012 VOC Sampling Results & Future Monitoring Recommendations (2012).

dispersants are used to clean-up a spill in the Arctic. Since many of our traditional food sources are migratory, dispersants used anywhere along the migratory paths of our animals could end up in our foods.

Uncontrolled gas releases are another risk we face. At the time of this submission, our community is still waiting for an uncontrolled well to be plugged. On March 4, 2022, ConocoPhillips announced an "uncontrolled event" at the Alpine CD1 pad, only a few miles from our village, which resulted in methane pollution.[13] On March 8th, ConocoPhillips evacuated all non-essential employees. Despite the evacuation of its own employees, the company insisted that no one in our village was at risk. This did not make much sense to people, and around 20 families fled the village in fear for their health and safety. Many had experienced lasting impacts from the Repsol blowout and did not want to go through a similar experience again. Nuiqsut participated in ConocoPhillips' update for the community, but the process only created mistrust between the community and the company. This lead community members taking action to protect their family, health, life, safety, and important culture.

In addition, the company provided conflicting information to us about where the gas was coming from, undermining our trust in their ability to accurately assess the situation. In addition to the concerns we had about the impacts of air pollution from the release, we were concerned that the company might be required to shut down the gas line that supplies our village. If that were to happen, our village would be required to evacuate. The logistics of evacuating our entire village would be complex and would need to happen quickly in winter months when most homes would have no other source of heat. Yet the company provided us with no information that would enable us to understand how imminent this risk was. The company diminished Nuiqsut's health and safety concerns during the process and misled Nuiqsut's ability to evaluate these concerns by sending us to an outdated North Slope Science Initiative website for information. ConocoPhillips never gave us information about the volume released, we had to get that number from an Alaska Oil and Gas Conservation Commission report. To us, it appeared they were accepting the risks to the community in their effort to maximize their profitability from the development during this event. Meanwhile, the company kept asserting that everything was fine, while it was clear it struggled to understand the cause of the release and to bring it under control. As the mayor of Nuiqsut, I am responsible for the health and safety of our citizens. But when I asked questions about the risks and began to consider how we would evacuate if we were required to do so, I faced threats and intimidation and was told that I was being unreasonable. We were given no assistance to take action to protect our village.

---

[13] Alex DeMarban, *ConocoPhillips prepares drilling rig to investigate and stop weekslong natural gas leak*, Anchorage Daily News (Mar. 22, 2022), https://www.adn.com/business-economy/energy/2022/03/22/conocophillips-prepares-drilling-rig-to-investigate-and-stop-weeks-long-natural-gas-leak/.

**Exhibit 2, page 143 of 148**

While ConocoPhillips announced it had the release under control on April 8th, it admitted that trace amounts of gas may continue to escape to the atmosphere. The accident happened because while it was drilling a well, the company hit a pocket of gas (that it claims it did not anticipate), even though the company has been drilling in this area for decades and the company has been unable to explain why it was unprepared for this risk. This experience is a reminder that accidents will always happen, and it has reinforced the risks to our community when things go wrong. It also highlights the company's lack of transparency and the strong pressure that some people in leadership roles on the North Slope feel. Some people may feel the need to downplay any risks because we are so economically dependent on oil and gas development.

These direct impacts of oil and gas development are made worse by the cumulative impacts. For example, because the Arctic is a sink for toxics from throughout the world, the impacts of oil and gas pollution are cumulative to impacts from those toxics, as well.[14] Climate change is another cumulative effect. Rapidly eroding permafrost, which contains large mercury reserves, is threatening to add yet another source of toxic exposure.[15] Thawing permafrost is also causing erosion of our riverbanks and coasts[16] and it also releases methane and carbon dioxide into the atmosphere further accelerating climate change.[17] Loss of multi-year sea ice is also expected to add more mercury to our

---

[14] *See, e.g.*, P. F. Hoeskstra *et al., Trophic transfer of persistent organochlorine contaminants (OCs) within an Arctic marine food web from the southern Beaufort–Chukchi Seas*, 214 Environmental Pollution 509 (2003), http://www.north-slope.org/assets/images/uploads/Hoekstra%20et%20al%202003%20Barrow%20Trophic%20OCs%20FWMF%20paper.pdf; P. F. Hoeskstra *et al., Concentrations of persistent organochlorine contaminants in bowhead whale tissues and other biota from northern Alaska: Implications for human exposure from a subsistence diet*, 98 Environmental Research 329 (2005), http://www.north-slope.org/assets/images/uploads/Hoekstra%20et%20al%202005%20(OCs%20in%20Bowhead%20Whale%20Tissue%20-%20Human%20Health%20Exposure).pdf.
[15] Brooks Hays, *Arctic permafrost home to large mercury reserves, study finds*, UPI (Feb. 5, 2018).
[16] *See, e.g.,* Cole Payne *et al., Remote Sensing of River Erosion on the Colville River, North Slope Alaska*, 10 Remote Sensing 397 (2018), https://www.mdpi.com/2072-4292/10/3/397/htm; David Marcolino Nielsen *et al., Increase in Arctic coastal erosion and its sensitivity to warming in the twenty-first century*, 12 Nature Climate Change 263 (2022), https://www.nature.com/articles/s41558-022-01281-0.
[17] *See, e.g.,* U.S. Geological Survey, Alaska's Thawing Permafrost, https://www.uvm.edu/~swac/docs/mod6/cape_halkett_4web.pdf.

**Exhibit 2, page 144 of 148**

ocean, thus threatening our animals and food sources.[18]

**2. What are the adverse impacts of toxic and hazardous waste on Indigenous communities' collective and individual rights, such as their rights to lands, resources, culture, health, livelihood, political and economic involvement, etc.?**

When pollution affects our subsistence resources and our traditional lands, it harms our right to culture, health, and livelihood. The process by which these activities are approved violate our civil and political rights, as well. In addition, members of our community who speak out against oil development or try to learn more about the risks to our health face threats and intimidation.[19]

**3. Is the government implementing a right to free, prior, and informed consent regarding exposure to toxics and hazardous substances on Indigenous communities' lands and territories?**

The US and Alaska governments do not recognize a right to FPIC and does not seek our consent before approving oil and gas activities. Institutional review boards need to be established to ensure comprehensive local engagement, research, and monitoring around these issues.

**4. Are companies responsible for producing the toxics and hazardous waste implementing dialogue with regards to those substances and their consequences with Indigenous communities?**

The companies are generally dismissive of our concerns. They are also in control of much of the research and monitoring. They are willing to leave community concerns behind in exchange for their own profitability.

---

[18] *See, e.g.,* John Chételat *et al., Climate change and mercury in the Arctic: Abiotic interactions*, 824 Science of the Total Environment 153715 (2022), https://www.sciencedirect.com/science/article/pii/S0048969722008075.

[19] Sabrina Shankman, *Surrounded by Oil Fields, an Alaska Village Fears for Its Health*, Inside Climate News (Aug. 2, 2018), https://insideclimatenews.org/news/02082018/alaska-north-slope-oil-drilling-health-fears-pollution-risk-native-village-nuiqsut/.

**Exhibit 2, page 145 of 148**

**5.    Have Indigenous peoples tried to take action (either legal action, advocacy campaign, etc.) to raise awareness on the issue and/or have they tried to obtain compensation?**

Our community has spent many years trying to raise our concerns with the state and federal governments.

For example, the tribal government in our village, the Native Village of Nuiqsut, passed resolutions in 2019 opposing oil and gas activities and urging the Federal, State, and local governments to conduct comprehensive baseline studies on the quality of lands, waters, air before authorizing any new oil and gas exploration and development activities near our traditional use lands.[20] The tribal government found that significant concerns in opposition to these and other oil and gas exploration and development projects have not been addressed by the government or the oil companies, and that without baseline studies, our lands, waters, and air continued to be degraded without adequate information about the impacts that all these activities have on our people, including our health and our subsistence, hunting, gathering, fishing, cultural and religious activities.

In 2019, the Native Village of Nuiqsut was one of the plaintiffs that challenged the federal government' approval of ConocoPhillips Alaska Incorporated's 2018-19 winter exploration activities in the National Petroleum Reserve-Alaska, just west of our community. The oil company's exploration plan was one of many similar plans that have gradually pushed oil and gas activities deeper and deeper into the Reserve and into our traditional use areas. The lower court, the Alaska District Court, ruled against the plaintiffs in January 2020 and the case was ultimately dismissed as moot.[21]

I was also one of the plaintiffs in a successful federal lawsuit that forced the U.S. Environmental Protection Agency to regulate dispersants and other chemicals that are used in response to oil spills.[22]

I have attested to the extensive impacts to our health from oil and gas activities in countless community meetings and in some of the lawsuits challenging exploration and development.[23] I have worked with various national-level think tanks, working groups,

---

[20] Resolution 2019-09; Resolution 2019-07 (Oct. 25, 2019).
[21] *Native Village of Nuiqsut et al. v. Bureau of Land Management et al.*, Case Nos. 3:19-cv-00056-SLG (D. Alaska Jan. 9, 2020) & 20-35224 (9th Cir. Aug. 24, 2021).
[22] *Earth Island Institute et al. v. Regan et al.*, No. 20-cv-00670-WHO (N.D. Cal. Aug. 9, 2021), https://www.earthisland.org/images/uploads/suits/Order_granting_P_Mo_for_Summ_Jm.pdf.
[23] *See, e.g.*, Declaration of Ahtuangaruak, *Center for Biological Diversity et al v. Bureau of Land Management et al.*, Case No. 3:20-cv-00308-SLG (D. Alaska Dec. 24, 2020).

9

**Exhibit 2, page 146 of 148**

and policy development centers, and participated in many other local, state, and national opportunities to express my concerns for the health of our people.

**6.      What are the most significant challenges to eliminating exposure to toxics in Indigenous communities?**

Oil and gas development cannot be done safely; thus, the only way to eliminate our exposure to toxics from this activity is for the state and federal government to stop approving it. Our municipal and state governments are heavily reliant on revenue from oil development which makes stopping it difficult. Once activities are permitted and the contaminants released to our environment, the harm is done. The contaminants that end up in our food live for centuries and they compound over time. The effects of every project, and the cumulative effects of all the projects, stay with us.

Our concerns for and the impacts of toxic exposures from all the various oil and gas activities are not evaluated holistically. Instead, they are evaluated in a piecemeal way, fragmented by permit, company, oil and gas unit, project, land ownership, and so on. This piecemeal approach diffuses our concerns and allows permitters to authorize projects without full evaluation of the health impacts of these projects.

**7.      What community education does your country, or the responsible company, provide for Indigenous peoples living in areas with high exposure to toxic and hazardous waste?**

The government and oil companies do not provide adequate education to our community about the toxics we are exposed to.[24] One of the oil companies has an air monitoring station which collects data on carbon monoxide (CO), nitrogen oxides ($NO_X$), ozone ($O_3$), sulfur dioxide ($SO_2$), particulate matter $\leq 10$ μm ($PM_{10}$), and particulate matter $\leq 2.5$ μm ($PM_{2.5}$).[25] However, our community believes that independent monitoring would be more reliable. The companies also do not set up communication efforts with Nuiqsut or notify the village of events that prompt them to protect their own personnel.

_____

[24] *See, e.g.,* Native Village of Nuiqsut, Comments on the Draft Integrated Activity Plan and Environmental Impact Statement for the National Petroleum Reserve-Alaska (Feb. 5, 2020).
[25] Alaska Department of Health and Social Services, Environmental Public Health Program, Baseline Human Health Summary: GMT2 Project (July 2017), https://eplanning.blm.gov/public_projects/nepa/65817/155650/190430/Appendix_G-_GMT2_Baseline_Human_Health_Summary.pdf.

**Exhibit 2, page 147 of 148**

**8. What specific actions has your country taken to protect the rights of Indigenous persons exposed to toxics, in particular women and children?**

None that we are aware of. Not enough is being done. The only place where we have made some gains is with children's environmental health. The Children's Environmental Health Network has made recommendations to protect children's health, but the government has not acted on those recommendations.

**Exhibit 2, page 148 of 148**