# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

CENTER FOR BIOLOGICAL DIVERSITY *et al.*,

    *Plaintiffs*,

    v.

BUREAU OF LAND MANAGEMENT *et al.*,

    *Defendants*,

CONOCOPHILLIPS ALASKA, INC. *et al.*,

    *Intervenor-Defendants*.

Case No. 3:23-cv-00061-SLG

## DECLARATION OF DANIEL RITZMAN

I, Daniel Ritzman, hereby declare as follows:

1. I live in Rio Rancho, New Mexico.

2. I have an undergraduate degree in environmental policy from the University of California, Davis, and a Masters in Science in Wildland Recreation Management from the Idaho College of Forestry. I have worked in the conservation community on Alaska and Arctic issues since 1993.

3. I am the Director of the Conservation Campaign for the Sierra Club. I have been with, and a member of, the Sierra Club for nearly 16 years. In my current role with the Sierra Club, I direct seven campaign staff and I serve as the primary Sierra Club policy and advocacy contact for issues related to defending our public lands, waters, and wildlife. A significant, daily portion of my duties are related to our programs in Alaska and the Alaskan Arctic, including the National Petroleum Reserve-Alaska (Reserve) and the surrounding Beaufort and Chukchi Seas.

4. I am also a current member of Greenpeace, Inc. and Defenders of Wildlife. I count on Greenpeace and Defenders to keep me up to date on issues affecting the environment. In particular, I look to Greenpeace and Defenders to monitor the threats to the Arctic and to actively engage to prevent harm to the special species and landscapes in the Arctic.

5. I also guide with Arctic Wild, a wilderness guiding company that leads trips across Alaska's Arctic, including within the Reserve.

6. In the nearly 30 years that I have worked on issues related to Alaska's Arctic, I have developed not only what I consider to be a deep knowledge of the issues, but also a great appreciation for the landscape — for the flora and fauna that it supports, and the people who live on the land and rely on it for their food security and culture.

7. I have been personally involved with the Reserve since the late 1990s. When the Clinton Administration moved to open the Northeast region to leasing, I commented to the Bureau of Land Management (BLM) in opposition to the move. I was also a member of the first BLM Resource Advisory Committee in Alaska, where I advocated for conservation of the Reserve. In addition, I commented in opposition to the Bush Administration expansion of leasing during the 2000s. When the Obama Administration began development of the Integrated Activity Plan (IAP), I commented in support of protection and expansion of the Special Areas and in opposition to leasing and development.

8. I have traveled to the Arctic both professionally and recreationally. I have been to America's Arctic, the area north of the Brooks Range, at least once each summer for the last approximately 29 years. Some of the summers I have been there more than twice, and I estimate my total number of trips to the Arctic region to be close to 60. During these trips I spent countless hours exploring the tundra, camping in the mountains and out on the coastal plain. I value the opportunity to witness the birds and wildlife and to experience the flora of the region.

9. I have had the privilege to visit the Reserve a number of times over the years, including in the vicinity of the Willow project. On many of these trips, I was guiding or leading a group of people.

10. The Reserve has some of the best wildlife viewing opportunities of any area I have ever traveled to. In the Reserve I have seen several wolverines, with the most memorable experience being watching a mother and her young playing along the banks of a stream for nearly five minutes. On numerous occasions I have encountered grizzly bears and have watched them chasing caribou along the banks of the Utukok River. As detailed below, during my visits to Teshekpuk Lake, I have been fortunate to see members of the Teshekpuk Lake caribou herd, and in the Utukok Uplands I have seen the large migration of the Western Arctic caribou herd. Along the Colville River and its tributaries I have watched many peregrine falcons, Gyrfalcons, and Rough-legged hawks defending their nests and hunt for prey. To me, one of the most unique features in the Arctic are the large sand dunes area. I have traveled to the Pik Dunes, located withing the Teshekpuk Lake Special Area, to experience this unique landscape firsthand. The Reserve is also incredibly rich in bird life and one of my birding highlights was seeing a barred-tailed godwit along the lower stretches of the Kokolik River. These birds make one of the most amazing migrations traveling from western Alaska to the South Pacific Islands like New Zealand. This is the only time I have ever seen one of these birds.

11. My first visit to the Reserve was in 1996 when I floated the Colville River from the confluence of the Killik River through Umiat to Nuiqsut. That visit made a great

first impression on me as to the incredible natural values in the area. I saw numerous peregrines and Gyrfalcons nesting in the bluffs, grizzly bears, and caribou. This trip was before the existing infrastructure at Alpine went in. Since that time, ConocoPhillips has built additional developments, extending from Alpine in the Colville River Delta to the GMT-2 development southwest of Nuiqsut. The company's massive new Willow project now threatens to extend industrial infrastructure and development activities deep into the Reserve, including along the border and within the boundaries of the Teshekpuk Lake and Colville River Special Areas, for years to come. Developments like GMT-2 have already had a negative impact on my ability to return to these areas and to enjoy them in their pristine state. Oil and gas exploration and development activities have far-reaching impacts that can disrupt and displace wildlife that live in and move throughout this landscape. Willow's expansion of industrial activity and encroachment into areas like the Teshekpuk Lake Special Area will further magnify these impacts and harm my ability to continue to recreate and view wildlife in the Reserve. Willow's impacts are compounding with those from other oil and gas projects in the Reserve. The impacts of construction of Willow are also compounding with other components of the Willow project this winter, including extensive seismic exploration as well as a program that involves the drilling of 90 boreholes. Both additional activities will occur within the Willow construction area at the same time as construction and involve additional noise, traffic, and human disturbance.

12. During my first trip down the Colville River, I also passed through Ocean Point, an area along the Colville River where Willow construction vehicles, seismic equipment, and borehole drills and associated camp and support vehicles will all cross the river. I remember the portion of the float between Umiat and Nuiqsut for the incredible number of raptor nests that I witnessed. This trip was definitely the first time I had ever seen a Gyrfalcon. The bluffs along the river provided incredible opportunity to view not just Gyrfalcons but also peregrines, Rough-legged hawks, and Golden Eagles. When I was in college, I had worked in a raptor rehabilitation center and for 2 summers of college I had worked on a raptor study in the eastern Sierras of California and had developed great appreciation and fondness for these birds. It was a desire to see the raptors on the Colville that was the impetus for the trip. The impacts to birds and their habitat that would come from the oil and gas activities would greatly impact my desire to return to this area. In addition, the helicopter and on-the-ground activities that comes from exploration negatively impacts my desire to visit the area.

13. In the summer of 1998, I spent over a month visiting the villages along the Chukchi and Beaufort Seas. I spent at least two nights each in the communities of Point Lay, Point Hope, Wainwright, Nuiqsut, and Utqiaġvik. During that trip I traveled both on land and on sea with local residents. I had the opportunity to hear from residents in the villages the importance of their subsistence hunting both in the ocean and onshore. The people talked about the importance of the opportunity to hunt for the caribou and to be able to access the rivers for fishing. On this trip I was also able to view seals, walrus,

beluga whales, and many species of sea birds, including puffins, just off the shore of the Reserve. The walruses were hauled out on the floes of sea ice and I was in awe of their size and physical presence. I was also able to view walrus in the water swimming and diving for food. In mid-July, we were traveling near Kasegaluk Lagoon and I witnessed numerous beluga whales in the lagoon. We did not go too close for fear of harassing the whales, but as I watched from a distance, I could see them surfacing. I had seen beluga whales before in the Cook Inlet, but I had not seen so many in such a large concentration. This experience was very special and ranks as a top experience during my decades traveling in the Arctic.

14. During my trips to the Chukchi Sea, including the area adjacent to the Reserve, in 1998 and 1999, in addition to the walrus, I also witnessed humpback whales out in the waters. I had recently traveled to Hawaii where I had gone whale watching and had seen humpbacks. When I saw them again in the Chukchi Sea, I remember thinking how amazing it was that these animals could make this incredible journey from the warm waters of Hawaii to the icy seas of the Arctic. On numerous times in different locations in the lower 48 I have had the opportunity to observe species of birds, like the Pacific loon and Black Brandt, that spend a significant portion of their summer in the reserve. For some of these species, like the Brandt, the Reserve is a critical part of their lifecycle and I fear that development would harm the birds and hinder my ability to witness them in areas outside the reserve.

15. In 2003, I flew to the Teshekpuk Lake Special Area to explore the Pik Dunes. As I mentioned above, I have long been fascinated by Alaska's Arctic dunes and have made an effort to visit a number of them including the Pik and Kobuk dunes.

16. I returned to the Reserve in 2006 when I floated the Kokolik River. On this trip, I saw more than 10,000 of the Western Arctic Caribou herd, as well as an incredible gathering of short-eared owls, and a pack of wolves. I have floated the Kokolik two other times since then, in 2010 and 2012. On those trips I have seen wolverines, tens of thousands of caribou, muskox, grizzly bears, and wolves. As mentioned above, one of the major highlights was seeing a barred tailed godwit, a shorebird that makes one of the longest migrations on the planet.

17. I also floated the Nigu, Etivlik, and Colville Rivers and was again able to experience large numbers of wildlife and bird species in 2014 and 2015. During these trips, along the Colville River, in the area between Umiat and Nuiqsut, I again enjoyed the incredible number of birds of prey nesting in the river corridor. I don't know of any place else with this amount of raptor nesting and in all of my travels I have never encountered this many raptors. This is what keeps me wanting to return to this area.

18. In addition to floating the river on these trips, I also spend time exploring the surrounding landscapes including the riverside bluffs and the tundra. In my past trips, I have hiked as much as 5 miles into the Reserve away from the Colville River banks, taking in the incredible landscape and searching for interesting geological features, signs of prehistoric life, and signs of wildlife. I intend to again explore the areas off the river

*CBD et al. v. BLM et al.,*
Case No. 3:23-cv-00061-SLG 7

when I next return to Colville River, but worry how these areas may have been changed because of oil and gas activities, including Willow. Oil exploration and development activities that affect the Colville River and adjacent areas would have a negative impact on both my on- and off-river explorations. These activities come with infrastructure, noise from helicopters, air pollution, spill risks, visual disturbance, debris, garbage, and tundra damage. These things would greatly harm my experiences in the region, directly or through harms to fish and wildlife, including raptors, loons, caribou, and polar bear.

19. I also go to the Arctic to view polar bears. I have been involved in polar bear viewing in the eastern Alaskan Arctic outside of the village of Kaktovik and I hope to observe these animals in the Reserve. In September of 2019, I spent four days in Kaktovik working with a local licensed guide to provide a polar bear viewing experience to four travelers. We observed polar bears both from land and via boat. We were able to observe dozens of polar bears, many sows with cubs on the mainland, in the lagoon, on the barrier islands, and on two occasions in the Arctic Ocean. There was no sea ice visible at this time and the polar bears were spending all of their time onshore. I enjoy seeing the bears in the area in the fall.

20. In the late spring of 2022, I returned to the Reserve and spent 4 days on the north shore of Teshekpuk Lake where I observed over 25 species of birds and numerous members of the Teshekpuk Lake Caribou herd, including many mothers with new born calves. On the flight from Fairbanks to Teshekpuk Lake, I flew near the Willow project location and also crossed the Colville River. Out the window of the low-flying airplane I

noted the beauty of the river, the wetlands, and the tundra. These flights into remote parts of Alaska can provide some incredible views of our wildest country. Knowing Willow development and related exploration is occurring in this area is of great concern to me. If continued, these activities will have an adverse impact on my experience in the area. And oil and gas activities and infrastructure, including gravel mines, from the development of Willow would cause an enormous and longer lasting impact to my experience of this area. I had the opportunity to get a taste for when we left the northern shore of Teshekpuk Lake and flew over to the airport in Deadhorse. On that flight I was first treated to the wild scenery of the Teshekpuk Lake region but as we neared the Colville River the sprawl of the Greater Mooses Tooth development came into view. For many miles you could see the impact of the oil industry on the ground. This was a surprise to me just how much industrial sprawl had spread into the lands west of the Colville River in the few short years since I had traveled in that area. I am greatly concerned that if Willow is allowed to be developed and oil and gas exploration continues in the area, it would not be that long before that country was also covered with industrial sprawl.

21. I have also spent time in Deadhorse—one of the Willow access points—where I have seen firsthand the impacts of industrial oil development. I have witnessed the expansive web of pipelines and roads. I have seen the dust come off the roads as the trucks travel on them. I have seen black smoke emitted and gas flaring. I am very concerned about the Willow project, the possibility of development similar to Prudhoe Bay happening in the Reserve. Willow started as an exploration, and now Willow is set to

be a massive development into what I have experienced, and plan to experience, as a pristine area of the Reserve. I feel that the Reserve is some of the most critical wildlife and bird habitat in Arctic Alaska and having witnessed the impacts that Prudhoe Bay has on the land, air, and water I believe if these projects move forward, they will have devastating impacts on the Reserve's fish, birds, and wildlife.

22. In addition to these wilderness trips, I have spent time in the coastal villages of Point Hope, Point Lay, Utqiaġvik, and Nuiqsut. I have spent time with residents of these villages learning about their connections to the land and discussing their concerns about the impact of oil and gas development and climate change. The potential of the Willow project to produce 180,000 barrels of oil per day for 30 or so years, individually and combined with the proposed expansion of Willow, which would include an additional 3 billion barrels of oil, heightens my concern for the climate impacts on Arctic Alaska.

23. In my nearly three decades of travel throughout the American Arctic, I have witnessed firsthand the impacts that the region is facing due to climate change. The three most noticeable impacts have been the melting sea ice, the changes in terrestrial vegetation, and the melting permafrost. My first trip to the Arctic Ocean was in late July and early August of 1992, and that year I found the sea ice right up to the Beaufort Sea shoreline in places like Arey Island and Icy Reef. That was the case until 2007. Starting in 2007, when I visited the Arctic coast in August, there was no sign of sea ice and the Arctic Ocean had waves washing up on the barrier islands. This was a new occurrence to

me. Now every summer I am amazed by the changes that I see from one year to the next as the waves are washing away the barrier islands and the coast. I also view the satellite images of the Arctic sea ice throughout the summer and have witnessed how much and how fast it melts out of the Chukchi and Beaufort Seas every year. These changes are very concerning to me as they change the nature of my experience on the coast. It makes it more difficult for me to travel along the coast, to view and experience whales, polar bears, Pacific walrus and other wildlife, like ice seals, and birds, like eiders. I believe that black carbon and $CO_2$ emissions from oil and gas activities will accelerate and exacerbate global warming. I am particularly concerned that these emissions will accelerate the changes that I have seen onshore and off and which have a very negative impact on the region's sensitive flora and fauna.

24. I have been a longtime fan of the Arctic. This is the part of the world that I most closely identify with and I am personally moved by the beauty of the landscape. I find it very disturbing that in my lifetime climate change could make it harder for me to enjoy this landscape.

25. I teach my son about the amazing plants and wildlife that are found in the Arctic. I have shown him pictures from my trips viewing walrus and talked about their natural history and how they use the Arctic sea ice as a platform to forage from and for resting. We have also talked about the news stories on the massive haul-outs of walrus along the Chukchi coast and what impacts that has on the walrus populations. In addition to walrus I have shared my photos of polar bears, wolves, wolverines, sea ducks, and

birds of prey from the Colville River region. We have talked about the unique adaptations these animals have to living in the Arctic, from the furry feet of the polar bear to the unique way the spectacled eiders over-winter in the open water polynyas in the Bering Sea. My son and I both worry about the harm oil development and climate change will cause to these unique creatures. In the future, I look forward to sharing my experiences traveling in the western Arctic with my son. I hope to show him the wildlife that relies on this critical habitat like the muskox, caribou, grizzly bears, and wolverines. In addition, I believe he would enjoy seeing the fossils that are abundant in the Reserve. I also hope to be able to introduce him to my friends in the Arctic coastal villages and have him learn about their cultures. If warming and the resulting changes to sea ice, permafrost, and terrestrial vegetation continue, I fear that I will lose these opportunities for my son.

26. The Reserve is home to two internationally recognized caribou herds, grizzly bears, musk ox, wolves and Arctic foxes, and numerous species of migratory birds including threatened spectacled and Steller's eiders. The Reserve and its nearshore waters are also important habitat for threatened polar bears, Pacific walrus, seals, and numerous shore birds. I am dedicated both professionally and personally to the protection of healthy wildlife populations, including those that depend on the Reserve. I am concerned that the irreplaceable wildlife and the important habitat the Reserve provides for these species will be lost to oil and gas exploration and development activities. I choose to recreate in natural and wilderness settings for the opportunity to observe healthy, intact wildlife populations. If these opportunities are compromised by oil and gas

activities, I will be negatively affected. The looming Willow development significantly increase the threat of industrial development in the Reserve and the related negative effects on the environment and on me.

27. I most recently visited the Utukok Uplands region in August of 2023 where I guided a trip on the Ipnavik River and planned to do a personal float on the Colville. This trip was another excellent reminder of the wildness of the Reserve. We witnessed caribou, wolves, and wide variety of migratory birds, all of which will be impacted by proposed development of the Willow project. As part of that trip, I had plans to float down a large stretch of the Colville River to Nuiqsut, the village closest to Willow's proposed site. Unfortunately I had to cancel this portion of the trip due to late August weather. I have rescheduled this trip to the Summer of 2024. On my Colville River float trips, I regularly take time to explore off-river and hike into the Reserve, and I plan to do so on my upcoming trips. On my prior trips, this has included hikes up to five miles off-river where I have sought various wildlife, geological, and historic features in the landscape. While in Nuiqsut, I plan to explore the surrounding areas, including a visit to the Ublutuoch River in the area near the Willow development. I expect to experience raptors, wolves, bears, wolverines, and caribou along with other wildlife. In the past, I have encountered archeological artifacts on the rivers in the Reserve.

28. Along the 2024 trip I will travel through the areas affected by the Willow project as well as areas affected by the Peregrine exploration activities and that could be affected by eventual development of Peregrine. I plan to stop at Ocean Point, a culturally

*CBD et al. v. BLM et al.,*
Case No. 3:23-cv-00061-SLG 13

**Exhibit 3, page 14 of 20**

Case 3:23-cv-00061-SLG   Document 190-3   Filed 11/17/23   Page 14 of 20

and geographically important place along the Colville River. The damage done to the riverbed, the banks, and the surrounding tundra of this special location, which is also where the ice road crosses the Colville River, will harm my ability to enjoy the wild ecosystem in its natural state. I hope to experience raptors, wolves, bears, wolverines, and caribou along with other wildlife. In the past I have encountered archeological artifacts on the rivers, and on my hikes away from the rivers, in the Reserve and I am hopeful that I will have that opportunity on this trip as well. If I encounter ongoing Willow related development in that area my experience of the landscape will be greatly diminished and it will influence future travel plans.

29.     I also intend to travel down the Colville again in 2025 or 2026 starting at the confluence with the Nigu and traveling all the way to Nuiqsut. In addition, I plan to return to Utqiaġvik in 2024. I would like to continue visiting these areas for many years to come but I am unsure whether I will be able to continue to experience these areas in the way that is important to me and my family, given the continued exploration and potential development from projects like Willow. I hope to visit these areas well into the future and expect to do so if they do not become too overrun with oil and gas activities and infrastructure.

30.     If the Willow project continues to move forward, I would reconsider my plans to visit that part of the Reserve. And the potential of future development makes me reconsider my trips to this region all together. Certainly my trips to observe birds and other species in the Teshekpuk Lake Special Area would be impacted by Willow because

I would very likely see infrastructure and hear the sounds of Willow's construction and operation. I have had the experience in the eastern Alaskan Arctic of being able to hear the Point Thompson development while traveling in areas in the Arctic National Wildlife Refuge, which completely changed my experience of the trip. I would expect this to be the case in the Teshekpuk Lake Special Area and Colville River Special Area regions where noises and other disturbances from the Willow project would harm the wilderness experience of my trip and could disturb the birds and wildlife that I would expect to see in the area. To experience solitude and to witness wildlife are the primary reasons for my travels in the Reserve, and they are the primary motivations for the people that I guide in the region. Consequently, Willow and other oil and gas projects, individually and jointly, would very negatively impact our interests in making these trips. I worry that my personal enjoyment in seeing wilderness areas and experiencing wildlife will be reduced if Willow is developed and as more and more oil and gas activities spread across the Reserve. Due to these activities, I will likely have a reduced chance of seeing Reserve-dependent wildlife on my future trips. I am also concerned about my ability to guide trips to the Reserve which will cause me a financial loss. Clients take trips to the Reserve because of its pristine and wild character. The perception that the area is becoming an industrial zone — or anywhere close to an industrial zone — will make it harder for Arctic Wild to find clients interested in visiting these landscapes.

31. My concerns are based on first-hand experience with the impacts from oil and gas development in the Reserve. As mentioned above, I visited the Reserve prior to

the construction of developments in the Alpine region and have returned many times since and have seen the impact of industrial development there. Willow will negatively impact wildlife, future generations' ability to experience this landscape, and reduce opportunities for residents of the region to continue to practice their traditional lifestyle.

32. The approval of the Willow project, including construction activities that have already started, will negatively impact water quality, fish, and wildlife in the Reserve. I am concerned about the potential impacts from infrastructure needed to facilitate oil production including pipelines, roads, and production facilities. Oil and gas activities like Willow harm my interests in the Reserve because I want to see the lands, waters, and wildlife of the Reserve in their pristine state. Construction and operation of Willow will mean I will have diminished opportunities to experience quiet or the sights of wolverines, grizzly bears, muskox, whales, polar bears, walrus, seals, caribou, Gyr- and peregrine falcons and other migratory birds. Impacts to the Reserve's waters, wetlands, and floodplains would diminish my ability to enjoy floating the area's many rivers. For example, the ice road crossing at Ocean Point will result in tundra and riverbank damage along the Colville River, ruining my enjoyment of this special place when I travel past it on my trips down the river. This will seriously diminish my wilderness experiences in the Reserve and the Arctic more broadly. In addition, my interests in the Reserve and a livable planet will be harmed by the impacts to the climate caused by the burning of the fossil fuels from the Willow project and any other exploration activities that will lead to development in the future.

33. Following the catastrophic gas release at the Alpine oilfield in March 2022, I am concerned that a similar disaster could occur at the Willow development. I am concerned for the workers, the local community members, and the environment posed by such a release. In addition, my experience and research on the Prudhoe Bay oilfields have shown me that no matter how carful developers are, there will always be spills of oil and other toxic materials. These spills will cause harm to the local environment and limit my ability to enjoy these landscapes on my travels.

34. According to the Fish and Wildlife Service (FWS), Willow's development will harm polar bears and their habitat. The Reserve contains critical habitat for polar bears that is vitally important for denning.

35. If polar bears are adversely impacted by Willow, either directly or due to worsening climate change, it will harm my opportunities to experience the bears. Polar bears hold particular significance for me and I plan to continue returning to the Arctic to view them. However, this population of polar bears is already so imperiled that impacts to the polar bears from climate change made worse by the burning of oil from the Willow project, the Peregrine exploration and potential development, and other oil and gas programs and developments will make it harder for me to continue seeing polar bears in other areas of the Arctic. Many of my clients visit Alaska's Arctic because they want to see polar bears in the wild. My interest in continuing to view and enjoy polar bears will be harmed by the Willow project, including the eventual burning of its oil. I believe

Willow will cause harm to this threatened polar bear population from its contribution to climate change.

36. I am also harmed by FWS's flawed ESA process for Willow. Had FWS closely analyzed the potential impacts to threatened polar bears posed by the Willow project, the agency may have considered alternatives or meaningful mitigation measures to offset these impacts. It failed to do so, and these flaws mean that harm to polar bears is likely to be greater than what FWS outlined in its Biological Opinion.

37. I am also harmed by BLM's flawed NEPA process for Willow, notably the agency's failure to consider alternatives that take into account the cumulative future impacts of the project. If constructed, Willow — which is located directly adjacent to and within the Teshekpuk Lake Special Area — will serve as a stepping stone for future development, further compounding the impacts of oil development across this region. For example, the Teshekpuk Lake Special Area is an extremely important molting area for pacific brant and key habitat for other waterfowl which would be negatively impacted both by Willow and the future development projects its infrastructure will support. My clients and I travel to the Teshekpuk Area specifically to see these species, but industrial activity is likely to disturb and harm these bird populations. Future oil and gas development would put all of these resources at risk.

38. Moreover, BLM failed to consider meaningful alternatives or require adequate mitigation measures to address Willow's direct impacts. If such measures are not in place, Willow — already a major project — will cause even more harm to my

interests by allowing unnecessary avoidable impacts to the lands, waters, and wildlife of the Reserve.

39. The Reserve is America's largest and wildest block of public lands. It is home to an amazing array of wildlife, birds, and an incredible history of human habitation that are incredibly important to me. Oil and gas activities, including ConocoPhillips' Willow project, threaten these values. I want to protect these values and to ensure that future generations will have the opportunity to experience and enjoy the Reserve in its wild state.

I hereby declare under penalty of perjury that the foregoing declaration is true and correct.

Dated: November 16, 2023      By:    *[signature]*
                                                   Daniel Ritzman