IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 3:23-cv-00061-SLG |
| BUREAU OF LAND MANAGEMENT *et al.*, | ) |
| *Defendants*, | ) |
| CONOCOPHILLIPS ALASKA *et al.*, | ) |
| *Intervenor-Defendants.* | ) |

**DECLARATION OF JOSH OBOLER**

I, Josh Oboler, hereby declare as follows:

1. I grew up and have lived in Washington, D.C. for most of my life. I work in education and childhood development. I live with my wife and my child, AJ.

2. I attended the New College of Florida for undergraduate school. I graduated in 1995 and then I went to University of Michigan for law school, where I graduated in 1998.

3. I am a current member of the Center for Biological Diversity and Defenders of Wildlife. I support their work to protect the Arctic, including the National Petroleum Reserve-Alaska (Reserve).

4. I grew up taking trips around the world with my family, visiting iconic natural and cultural wonders. I've been all over the world. I've travelled to every continent except Antarctica. I have always wanted to go to Arctic.

5. When I was a teenager, in 1985, my family took me to Kenya and Tanzania. It was there that I first saw many exotic birds I had never seen before. As I was eating lunch one day, I got knocked over by a kite. It was impressive – and gave me a new-founded respect for birds that has stayed with me throughout my life.

6. In 2005, my child AJ was born. They are neurodivergent with a special interest in birds. It is important to me to continue to travel and learn about birds, to help meet my child's special needs. AJ is passionate about birds and is so happy when we go birding together. AJ is also fascinated with the Arctic, because it is the breeding ground for so many birds from all over the world. Last spring, AJ started to learn more about the

*CBD et al. v. BLM et al.,*
Case No. 3:23-cv-00061-SLG                                                                                                   1

Teshekpuk Lake Special Area, the birds that can be found there, and threats to the area and these birds, including threats from the Willow project. Two of the birds that fascinate AJ are the Pacific black brants, since such a large portion of the population breeds there, and the Arctic tern, since it makes such a long flight.

7. We go out to the eastern shore and Chesapeake Bay whenever we have time, to look for seabirds. AJ has pointed out tundra swans to me, explaining that many of them make the long trip to Western Alaska each summer.

8. We also have a home in Sarasota, Florida, and when we go there, we always go to the coast and to wetlands to look for birds. Among the many, many species we've either spotted or looked for, the pectoral sandpiper stands out as one that AJ is always talking about and seeking out, also because it migrates to the Western Arctic.

9. My family and I have travelled to Alaska three times, but we've never made it to the Arctic yet. AJ's deep interest in birds and in the Teshekpuk Lake Special Area prompted us to finally plan a trip there, this summer. This is the last year AJ will live with us, before going off to college, so it is going to be a very special trip for all of us.

10. Our plan is to take a tour guided by Equinox Wilderness Expeditions. They will fly us into the Teshekpuk Lake Special Area for a week-long trip this coming June. A description of our trip is attached. June is when the birds are there, singing and attracting mates and nesting. We'll camp and explore the area with inflatable kayaks and by hiking. We picked this area because it is a high-density area for many different

breeding bird species. AJ is especially hoping to see the tundra swan and the pectoral sandpiper, since those species also fly near our D.C. and Sarasota homes.

11.     We have been wanting to see so many of these birds in their wild, unspoiled Alaska home. I am looking forward to showing AJ the place where the birds they love begin their lives. It will bring me so much happiness to do this for AJ.  If the construction of Willow is allowed to continue, our enjoyment of the area is going to severely harmed. My child AJ will be heartbroken to see oilfield equipment and infrastructure tearing apart the precious habitat of our beloved birds. And this, of course, will be incredibly heartbreaking for me to witness. AJ will see all the industry traffic and all the tundra being destroyed by the new road. Even if we don't hear or see the noise from our campsite, AJ is likely to see all the industrial activity from the plane, and to be devastated when they learn that all this destruction is happening in furtherance of oil development, which they understand very well is a terrible reason to destroy our last great wilderness areas, since it will only lead to more climate change and global chaos.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Dated: _____11/15/23_____          By: _*Josh Oboler*_____
                                             Josh Oboler



**Arctic Spring Birding and Natural History**
A 7-day exploration in the National Petroleum Reserve-Alaska

Northern Alaska is like the Great Plains of 250 years ago; the land is vast, with rolling hills, mesas, plateaus, and coastal plain with rivers, wetlands and countless lakes. Caribou pour across the land like streams of water. Much of this land on Alaska's North Slope is encompassed in National Petroleum Reserve-Alaska. At more than 23.5 million acres (36,875 square miles), the Reserve is the largest tract of undisturbed public land in the United States. Teshekpuk Lake, the largest lake in Alaska's Arctic, is part of this vast landscape. The lake and its surroundings are likely the most productive, diverse, and sensitive wetland ecosystems in the entire Arctic. The region is habitat for a variety of wildlife, including the resident Teshekpuk Lake caribou herd of 64,000 animals, and hundreds of thousands of shorebirds and migratory waterfowl. Geese gather annually near Teshekpuk Lake; as many as 35,000 Greater White-fronted Geese and 37,000 Brant molt at Teshekpuk Lake, plus thousands of Canada Geese and Snow Geese. On lakes and ponds across the region, loons, all four species of eiders, and globally significant numbers of Dunlin, Black-bellied Plover and Semipalmated Sandpiper breed.

Unlike the Brooks Range, this land has been ice-free for millennia. Herds of woolly mammoth, saber-toothed tigers, and horses roamed the area when much of the rest of North America lay beneath glaciers. Today we find evidence of their existence in eroding cutbanks, along with archeological evidence of hunters of the Arctic Small Tool tradition.

National Geographic Magazine says of the place, "Though National Petroleum Reserve sounds like a massive oil tank that the nation taps in times of need, in reality it contains the largest piece of unprotected wilderness in the nation." This is big country; our expedition will explore a tiny piece of it, landing on Teshekpuk Lake and ranging as far as the Pik Sand Dunes. The dunes are an unusual land about 15 miles south of Teshekpuk Lake. Covering an area of about 15 square miles, the dunes stretch north/south about 5.5 miles, and east/west around 5 miles. The dunes form a basin where several large drained lakes have resulted in an expanse of sand now containing five lakes. The larger dune area has since grown vegetation over several thousand of years. The dunes harbor unusual plant communities and provide habitat for birds and caribou. How and when the Pik Dunes formed remains something of a mystery that scientists are working to figure out.

On our expedition, the land is bathed in 24-hour daylight, so we are free to roam any hour of the day, skirting wetlands and frost polygons as we encounter migrating songbirds nesting, prolific wildflowers and the promise of wildlife roaming the land. We will be hiking in a rugged wilderness area with no improved trails. Therefore, everyone should be in good physical condition with experience hiking off-trail in wilderness terrain. You can count on hiking with wet feet as we cross streams and soggy terrain.

**Itinerary**
Day 0 - Travel to Anchorage, Alaska on your own. Pre-trip group meeting.
Overnight accommodations on your own.

Day 1- We meet at Anchorage airport and fly to Barrow with one of your trip leaders. From Barrow, you will fly to the Inupiat village of Nuiqsut, home to approximately 500 people.

Meanwhile, your other guide will be flying to Coldfoot with our expedition gear and then by bush plane to Teshekpuk Lake. The pilot will then fly to Nuiqsut to pick up the group. Hopefully by the end of the day, the entire party will have arrived on Teshekpuk Lake. We set up camp near the lake and explore the area.

Days 2-6 – Each day we hike cross-country over the tundra, following ancient wildlife migration routes and experience the awakening of spring on the tundra, as birds mate and nest, flowers open to the sun and animals move across the land.

Day 7 – Weather permitting, our bush pilot returns to pick us up. He will ferry everyone to Nuiqsut, where we catch a flight to Barrow and then back to Anchorage.

Maps: USGS quadrangles: 1:250,000 Teshekpuk Lake; 1:63,360 Teshekpuk Lake A-1.