AR847857

# National Petroleum Reserve-Alaska

# FINAL

## Integrated Activity Plan/ Environmental Impact Statement

**Volume 3**
Chapter 4 (sections 4.5 to 4.7)

Prepared by:

U.S. Department of the Interior
Bureau of Land Management
Anchorage, Alaska

In cooperation with:

North Slope Borough
U.S. Bureau of Ocean Energy Management
U.S. Fish and Wildlife Service

November 2012

**Exhibit 6, page 1 of 6**

Case 3:23-cv-00061-SLG   Document 190-5   Filed 11/17/23   Page 1 of 6

4.5.9.2 Oil and Gas Exploration and Development Activities

Alternative B-2 emphasizes protection of surface resources, while making nearly 11.8 million acres of federally owned subsurface (52 percent of the total NPR-A) immediately available for oil and gas leasing. In addition, lease stipulations would provide seasonal and spatial protection to certain environmentally sensitive areas, including Deep Water Lakes, Colville River Special Area and Coastal Area, Teshekpuk Lake, and areas near rivers. The exploration scenario under Alternative B-2 assumes that one 2-D and ten 3-D seismic surveys would be conducted over the next 30 years; the same number as for Alternative A, but involving 9 percent more acreage. It also assumes that 152 oil or gas exploratory or delineation wells, 78 percent of those assumed under Alternative A, would be drilled from winter ice pads over that period. The development scenario under Alternative B-2 assumes that 8 central processing facilities for oil and 21 central processing or compressor facilities for gas along with associated production pads and other facilities would be developed in the NPR-A. The exposure of terrestrial mammals to oil and gas activities, and therefore, the level of associated impact, would be less under Alternative B-2 than under all other alternatives except B-1, given that leasing of lands in a broad area around Teshekpuk Lake would not occur and the overall scale of development is assumed to be less under Alternative B-2. Using the same rationale, Alternative B-2 could be expected to pose slightly greater impacts to terrestrial mammals than would Alternative B-1.

*Effects of Disturbances*

> **Seismic Activities**
>
> Impacts to terrestrial mammals would be nearly the same as those discussed under Alternative A, because it is assumed that the number of terrestrial seismic operations would be the same under both alternatives, but cover 9 percent more acreage under Alternative B-2. The greater change is that seismic surveys would not occur in the broad area around Teshekpuk Lake where no leases would be offered under Alternative B-2. It is expected that the reactions of caribou and other terrestrial mammals to disturbance would be brief, and that fewer numbers of wintering Teshekpuk Caribou Herd caribou would likely be encountered (see Alternative A for a description of potential adverse impacts). Some caribou and other large mammals would likely be displaced from the general area of the seismic work. Some terrestrial mammals would avoid seismic camps, while others, such as foxes, could be attracted to the camps by food odors. The potential for disturbance to hibernating grizzly bears would remain, but bears are present at low density. Impacts to moose would likely be the same as for Alternative A, since there would be no change for the Colville River area where most NPR-A moose winter. Muskoxen may not be affected at all, because all areas currently known to be occupied by mixed-sex groups would be unavailable for leasing.
>
> Under Alternative B-2, Teshekpuk Lake would remain unavailable for leasing. There would be no summer seismic exploration on the lake, and therefore, no disturbance of terrestrial mammals near the lake due to such activity.
>
> **Exploratory Drilling**
>
> Under Alternative B-2 it is projected that the number of exploration and delineation wells drilled (152) would be less than Alternative A, and even fewer in comparison to Alternatives C or D, but more than under Alternative B-1. Impacts to terrestrial

mammals would be similar to those discussed under Alternative A, but somewhat less in spatial extent, frequency, and magnitude. This would especially be so in the areas where leasing would be excluded under Alternative B-2 (the area surrounding Teshekpuk Lake and from there northwest to where non-federal lands begin near Barrow). Exploratory drilling would be conducted during the winter, when some mammal species are less active or less often present, although wintering Teshekpuk Caribou Herd caribou could be present in large numbers. Grizzly bears may experience a reduced level of impacts than under Alternative A, depending on their winter distribution. There may be no difference for moose, or possibly muskoxen, between Alternatives A and B-2, due to their distributions relative to where drilling operations may occur. This assumes their distributions would remain similar over the next 30 years to what they are today.

The implementation of lease stipulations and best management practices would minimize impacts to terrestrial mammals by including (1) provisions to avoid known grizzly bear dens by one-half mile, (2) methods to avoid attracting wildlife to food and garbage, (3) provisions to protect streambanks from damage during overland moves, and (4) provisions to minimize the effect of low-flying aircraft on wildlife (particularly over caribou winter ranges).

**Oil and Gas Development**

Approximately 52 percent of the NPR-A would be made available for leasing under Alternative B-2. Large blocks in the northeast and southwest portions would be excluded from leasing.

The primary effects of oil and gas development on terrestrial mammals would be similar to those outlined under Alternative A, and would result from construction of facilities such as roads and pipelines; motor vehicle traffic within the oil and gas field(s) and on connecting roads; foot traffic near facilities and camps; aircraft traffic; crude-oil and fuel spills contaminating tundra, fresh water, and coastal habitats; and habitat alteration associated with gravel mining and construction. The greatest potential for impacts to caribou would be through disruption of calving areas and interference in the movement of mosquito-harassed Teshekpuk Caribou Herd caribou between insect-relief habitat and foraging areas, but this would be almost completely eliminated under Alternative B-2 due to the two large blocks excluded from leasing. Thus, impacts would likely be less under Alternative B-2 than under Alternative A, given the smaller development scenario that would create less disturbance and affect about 19 percent fewer acres of habitat under long-term disturbance. Functional loss of habitat would be greater than the number of acres indicated as the actual development footprint. Wolfe (2000) suggested that when caribou in the Central Arctic Herd avoided areas within 2.5 miles of roads (during calving season), the functional habitat loss increased from 2 percent (the immediate footprint of roads and gravel pads) to 29 percent.

Caribou, moose, muskoxen, grizzly bears, wolves, wolverines and foxes could be locally affected by activities associated with oil and gas exploration and development. Impacts to mammals would be similar to those discussed under Alternative A, but could be less frequent, lesser in extent, or shorter in duration. A smaller number of individual animals would likely be exposed to human activities. Aircraft traffic would less often

pass over caribou and other terrestrial mammals during flights, and less habitat would potentially be permanently lost.

Construction of permanent roads within the NPR-A would increase access to the area and could increase sport and subsistence hunting of terrestrial mammals if those roads were ever connected to villages or other road systems. Among ungulate species, caribou would be most impacted by increased access for hunting, but other species (moose in particular) may also be impacted, depending on the location of permanent roads. The overall number of animals taken would be unlikely to increase dramatically since most hunting would be for subsistence purposes, but roads could focus hunts in particular portions of the NPR-A. Hunting pressure and harvests have increased for many wildlife species near the Trans-Alaska Pipeline System since its construction, but have not produced adverse population effects (Trans-Alaska Pipeline System Owners 2001). It is unlikely that the more remote roads associated with oil and gas development in the NPR-A would have as great an effect on wildlife populations as occurred along the Trans-Alaska Pipeline System corridor.

**Caribou** – Although much of the construction associated with oil and gas development would occur primarily during winter, development would bring year-round facilities and activities to caribou range. If a field were developed in the area available for leasing northwest of Nuiqsut, or in the large area south of Barrow and surrounding Atqasuk, production pads, pipelines, within-field roads, and other facilities would be located within a small portion of the area used by the Teshekpuk Caribou Herd for calving and a larger portion of the areas used for insect relief and wintering. Wilson and Loya (2012) and Wilson (personal communication) suggest through their modeling efforts that the remaining high-quality calving habitat following development would be 91 percent (95 percent confidence interval: 87-93 percent) for Alternative B-2, significantly more than the 78 percent for Alternative A. A field development in these areas would also require a connector pipeline to link the oil or gas fields with facilities to the east.

The types of impacts of field development on caribou would be similar to those outlined under Alternative A. However, given the reduced possibility that a field would be developed within the calving, insect-relief, and wintering grounds of the Teshekpuk Caribou Herd caribou, impacts to caribou could be less under Alternative B-2 than under Alternative A. Overall, the level of impact would depend on the specific location of any oil or gas field. For example, a field in the central or northwestern portion of the NPR-A would likely not impact the Teshekpuk Caribou Herd caribou calving grounds, although such a development could still affect migratory movements of Teshekpuk Caribou Herd and Western Arctic Herd caribou, as well as activities on their wintering ground. Under Alternative B-2, the Western Arctic Herd caribou could be exposed to oil or gas development facilities in only localized areas outside of their core summer habitats.

Traffic associated with hauling gravel from outside of the NPR-A could result in local disturbance and displacement of caribou within one to a few miles of the operations. A pipeline linking oil or gas fields in the NPR-A with facilities at the Alpine and Kuparuk oil fields, or directly to the Trans-Alaska Pipeline System at Pump Station 2, would result in the disturbance and displacement of some caribou during winter construction, due to air traffic and vehicle traffic along ice roads. It is expected that these

disturbances would be short term (but see Alternative A's discussion of potential effects of seismic operations) and occur within about one to a few miles of the pipeline corridor.

Oil and gas development within the NPR-A could introduce for the first time such infrastructure and activities into the winter range of a North Slope caribou herd (Teshekpuk Caribou Herd). Previously, no North Slope caribou herd has been exposed to oil gas activities year-round. The Teshekpuk Caribou Herd has experienced seismic exploration and activities near villages for many years, and some herd members on the periphery of the range have been exposed to oil field facilities in some years, but there is no evidence as yet of adverse effects other than increased hunting mortality for those animals close to villages. It is not known what population effects might occur if the majority of the herd were to have year-round contact with oil and gas facilities and activities. Despite the current lack of evidence regarding adverse effects from seismic exploration and village contact, negative effects on caribou energy budgets during winter could result from this new situation. Such an effect could be manifested through increased winter mortality itself, or a reduction in calf productivity.

**Muskoxen** – Muskoxen occur in low densities in the NPR-A, and they are not present year-round in all years in areas that might be developed under Alternative B-2. Potential effects of oil and gas development activities include displacement and disturbance of individual animals, direct habitat loss from gravel mining in river floodplains and at oil or gas field facilities, and indirect habitat loss through reduced access caused by physical or behavioral barriers created by roads, pipelines, and other facilities. Under Alternative B-2, impacts would be similar to or less than those under Alternative A, since the area around Teshekpuk Lake, where one mixed-sex group has been known to occur, would not be offered for lease.

**Moose** – Moose occur in low densities in the NPR-A during the summer and are concentrated in major drainages at the eastern edge of the NPR-A in the winter (Map 3.3.6-12). Unless oil or gas fields were developed in the eastern portion of the NPR-A along the Colville River, development would be unlikely to have more than a minor impact on moose. Under Alternative B-2, impacts to moose would be similar to those discussed under Alternative A, because the probability of a development in that portion of the NPR-A would be the same or similar.

If gravel were mined from the eastern portion of the NPR-A, a temporary displacement and disturbance of moose could occur. Borrow pit operations could potentially destroy or degrade up to 1,125 acres of moose habitat if all gravel borrow operations occurred in the eastern portion of the NPR-A (an unlikely scenario).

**Dall Sheep** – Dall sheep would not be affected by oil or gas activities under Alternative B-2 because the area along the extreme southern edge of the NPR-A where they may occur would not be available for oil or gas leasing.

**Grizzly Bears** – Major sources of noise include construction of roads, installation of crude oil or gas pipelines, pump or compressor stations, gravel mining, and drilling operations. These activities could disturb grizzly bears within a few miles of the noise sources. Industrial activities and human presence could also cause potentially serious disturbances to denning bears. Under Alternative B-2, impacts to grizzly bears would be similar to those that would occur under Alternative A, although the extent and duration

of impacts could be less because of the smaller overall development scenario, depending on the locations of field development. Grizzly bears are present at low densities in the northern portion of the NPR-A, but could be attracted to some activities. It is likely that the greatest number of bears would be encountered during development activities in the central portion of the NPR-A, because the southern portion with the highest densities of bears would not be available for leasing under Alternative B-2.

**Wolves** – Under Alternative B-2, oil and gas development would have a similar impact on wolves as under Alternative A. Potential effects to wolves would include short-term disturbance from air and surface traffic and human presence, and increased hunting and trapping pressure through improved access or increased human presence associated with oil or gas development. If caribou abundance decreased substantially as a result of oil and gas development, wolf abundance could, in turn, decrease. However, wolves are not abundant in the portions of the NPR-A that would be available for leasing in Alternative B-2, with the possible exception of the Colville River.

**Wolverines** – The potential effects of oil and gas development on wolverines under Alternative B-2 are the same as under other alternatives, and could include disturbance from air and surface vehicle traffic, increased human presence, and habitat alteration. Because wolverines are considered a shy and secretive species, they could be sensitive to oil or gas exploration and development activities, and abandon habitat areas near development. If development affected caribou abundance, wolverines could be affected in turn. Alteration of riparian habitats through gravel excavation or pipeline construction could affect wolverines, especially during the winter when these habitats provide cover and important hunting areas. Wolverines are present at relatively low density in the portions of the NPR-A available for leasing, with the possible exception of the area along the Colville River, and sightings there have been infrequent. Documented sightings and harvest locations suggest that wolverines could be encountered just about anywhere in the areas available for leasing. Impacts under this alternative are likely to be similar to or slightly less than those that would occur under Alternative A, given the smaller overall development scenario.

**Foxes** – Under Alternative B-2, impacts to arctic and red foxes would be similar to those discussed under Alternative A, although they could be less in duration and extent. Oil and gas development activities could affect foxes by increasing the availability of food and shelter. An increase in the fox population associated with oil or gas development could affect some prey of foxes (such as ground-nesting birds and molting waterfowl) in the development area and over a region larger than the oil field itself (Burgess et al. 1993).

*Effects of Abandonment and Reclamation*

Abandonment and reclamation activities are expected to disturb and displace terrestrial mammals in a manner similar to that associated with construction. The intensity of the disturbance might be less than during construction, however, because it is possible that caribou, muskoxen, and other terrestrial mammals would have become habituated to road and air traffic over the course of construction and operation of the facilities. Some individuals could be killed by collisions with road traffic. If roads were left in place and maintained in useable condition upon abandonment, they could continue to provide