

U.S. Department of the Interior
Bureau of Land Management

# National Petroleum Reserve in Alaska
## Integrated Activity Plan and Environmental Impact Statement

**FINAL**

*Volume I: Executive Summary, Chapters 1-3, References, and Glossary*

*June 2020*

Prepared by:
U.S. Department of the Interior
Bureau of Land Management

In Cooperation with:
Bureau of Ocean Energy Management
National Park Service
Iñupiat Community of the Arctic Slope
North Slope Borough
State of Alaska
U.S. Fish and Wildlife Service

Estimated Lead Agency Total Costs
Associated with Developing and
Producing this Final IAP/EIS:
$3,489,000

FWS AR363916



**Exhibit 7, page 1 of 3**

Case 3:23-cv-00061-SLG   Document 190-6   Filed 11/17/23   Page 1 of 3

# National Petroleum Reserve in Alaska

Integrated Activity Plan and Environmental Impact Statement

## Volume I: Executive Summary, Chapters 1-3, References, and Glossary

Prepared by:
U.S. Department of the Interior
Bureau of Land Management

In cooperation with:

Bureau of Ocean Energy Management
National Park Service
U.S. Fish and Wildlife Service
Iñupiat Community of the Arctic Slope
North Slope Borough
State of Alaska

**Estimated Lead Agency Total Costs Associated with Developing and Producing this Final IAP/EIS:**

$3,489,000

FWS AR363918

**Exhibit 7, page 2 of 3**

Case 3:23-cv-00061-SLG   Document 190-6   Filed 11/17/23   Page 2 of 3

Kernel density isopleth

- 50% (high density)
- 75% (medium density)
- 95% (low density)

- National Petroleum Reserve-Alaska
- Outside the BLM's surface authority

Utilization distribution contours for the Teshekpuk Lake Caribou Herd were calculated using fixed-kernel density estimation analysis of locations of radio-collared female caribou (telemetry database from Alaska Department of Fish and Game [ADF&G]). Contours enclose stated percentages of all collar locations. High-, medium-, and low-density areas are the 50%, 75%, and 95% utilization distribution contours, respectively. Bandwidth calculated using the plug-in method. Final seasonal kernels were calculated as the average of kernels calculated for every 2-day period during the season to account for intra-season movements.

The study years are from 1990-2018. Funding for telemetry collars came from ADF&G, BLM, North Slope Borough, and Conoco Phillips Inc.

Data source: BLM GIS 2019, ADFG GIS 2019

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This product was developed through digital means and may be updated without notification.

Map 3-22

FWS AR364531

**Exhibit 7, page 3 of 3**