

# ConocoPhillips Ptarmigan Seismic Survey
# Environmental Assessment

_____

# DOI-BLM-AK-R000-2024-0001-EA

**ConocoPhillips Alaska, Inc.**
700 G Street
Anchorage, Alaska 99510

FF098191

# Contents

Chapter 1 Introduction .................................................................................................................. 1
    1.0 Overview ............................................................................................................................. 1
    1.1 Purpose and Need for the Proposed Action ....................................................................... 2
    1.2 Resource Management Plans, Laws, and Regulations....................................................... 2
    1.3 Required Permits, Licenses, Authorizations, and Approvals............................................. 3
    1.4 Related Environmental Analyses ....................................................................................... 3
    1.5 Decision to be Made........................................................................................................... 4
    1.6 Scoping and Issues – Public Involvement.......................................................................... 5
Chapter 2 Alternatives................................................................................................................. 15
    2.0 Alternative A – No Action ................................................................................................ 15
    2.1 Alternative B - Proposed Action ...................................................................................... 15
        2.1.1 Staging Pad............................................................................................................. 16
        2.1.2 Access .................................................................................................................... 17
        2.1.3 Stream Crossings and Lakes .................................................................................. 20
        2.1.4 Camp ...................................................................................................................... 21
        2.1.5 Airstrips.................................................................................................................. 23
        2.1.6 Fuel......................................................................................................................... 24
        2.1.7 Seismic Survey....................................................................................................... 25
        2.1.8 Deviations from Integrated Activity Plan Record of Decision .............................. 26
        2.1.9 Wildlife Interactions............................................................................................... 26
        2.1.10 Weed Control ....................................................................................................... 28
        2.1.11 Orientation Plan ................................................................................................... 28
        2.1.12 Subsistence Plan................................................................................................... 29
        2.1.13 Summer Activities................................................................................................ 29
    2.2 Climate Change................................................................................................................ 30
    2.3 BLM Project Specific Required Operating Procedures .................................................. 34
Chapter 3 Affected Environment and Environmental Consequences.......................................... 37
    3.0 Introduction...................................................................................................................... 37
    3.1 Past, Present, and Reasonably Foreseeable Activities ..................................................... 38
    3.2 Issue 1- Subsistence and Sociocultural Systems (including Environmental Justice) ......... 41
        3.2.1 Subsistence and Sociocultural Systems Affected Environment.................................. 41
        3.2.2 Subsistence and Sociocultural Environmental Impacts ............................................... 42

3.3 Issue 2 – Vegetation ................................................................................................ 45
   3.3.1 Vegetation Affected Environment ................................................................... 45
   3.3.2 Vegetation Environmental Impacts.................................................................. 45
3.4 Issue 3 – Soils....................................................................................................... 52
   3.4.1 Soils Affected Environment............................................................................. 52
   3.4.2 Soils Environmental Impacts ........................................................................... 53
3.5 Issue 4 - Water and Fish - .................................................................................... 56
   3.5.1 Water and Fish Affected Environment ............................................................ 56
   3.5.2 Water and Fish Environmental Impacts........................................................... 57
3.6 Issue 5 – Caribou and Other Wildlife .................................................................. 59
   3.6.1 Caribou Affected Environment........................................................................ 59
   3.6.2 Caribou Environmental Impacts ...................................................................... 63
   3.6.3 Other Wildlife Affected Environment ............................................................. 68
   3.6.4 Other Wildlife Environmental Impacts............................................................ 69
4.0 List of Preparers ..................................................................................................... 72

Appendix A - References
Appendix B - Required Operating Procedures
Appendix C - Waste Management Plan
Appendix D - Spill Prevention, Control, and Countermeasure Plan
Appendix E - Wildlife Interaction Plan
Appendix F - Invasive Species Plan
Appendix G - Orientation Plan
Appendix H - Subsistence Plan

LIST OF ACRONYMS

| | |
|---|---|
| AAC | Alaska Administrative Code |
| ADFG | Alaska Department of Fish and Game |
| ADNR | Alaska Department of Natural Resources |
| ANILCA | Alaska National Interest Land Conservation Act |
| BLM | Bureau of Land Management |
| CEQ | Council of Environmental Quality |
| CFR | Code of Federal Regulations |
| CWAT | Community Winter Access Trail |
| EA | Environmental Assessment |
| EIS | Environmental Impact Statement |
| EO | Executive Order |
| ESA | Endangered Species Act |
| FLPMA | Federal Land Policy and Management Act of 1976 |
| GPR | Ground Penetrating Radar |
| IAP | Integrated Activity Plan |
| MMPA | Marine Mammal Protection Act |
| NEPA | National Environmental Policy Act |
| NPR-A | National Petroleum Reserve in Alaska |
| NPRPA | Naval Petroleum Reserves Production Act of 1976 |
| NSB | North Slope Borough |
| ROD | Record of Decision |
| ROPs | Required Operating Procedures |
| SAR | Synthetic Aperture Radar |
| SPCC | Spill Prevention Control and Countermeasure Plan |
| USDOI | United States Department of Interior |
| USFWS | United States Fish and Wildlife Service |

# Chapter 1 Introduction

## 1.0 Overview

ConocoPhillips Alaska, Inc. (CPAI) has requested authorization from the Bureau of Land Management (BLM) to conduct a three-dimensional geophysical winter seismic survey within the Willow Development area of the National Petroleum Reserve in Alaska (NPR-A) for the 2023-2024 winter season. Air-supported cleanup and inspections would take place the following summer (2024). The proposed project area would be located on lands managed by the BLM Arctic District and the Kuukpik Native Corporation (Figure 1).

The 2024 Ptarmigan seismic survey would be conducted on roughly 160,300 acres of BLM-managed land in NPR-A; the seismic acquisition area is laid out specifically to reduce depth uncertainty in the Willow field and improve the ability to "land" the development wells accurately within the targeted reservoir, with the western boundary situated to allow for correlation to existing well data in that area. The overall seismic operational area would cover approximately 229,000 acres, which includes a 1.5-mile buffer around the seismic survey location to stage and move equipment and for possible camp locations (Figure 1). Approximately 3.8 miles of a snow road to access and support the seismic operations would be located on BLM managed lands. Roughly 2 miles of the access snow road would be located on Kuukpik Native Corporation lands (Figure 1). BLM does not authorize use of non-federal lands.



**Figure 1.** Location of proposed Ptarmigan Seismic Survey Program area.

This Environmental Assessment (EA) has been prepared in compliance with the National Environmental Policy Act (42 U.S.C. 4321-4347) (NEPA) to disclose and analyze the environmental impacts of accessing and conducting the Ptarmigan Seismic Survey.

## 1.1 Purpose and Need for the Proposed Action

The BLM's purpose and need for the Proposed Action are to provide reasonable access to and use of federally managed lands within the proposed project area in a manner that would allow for geophysical (seismic) exploration of oil and gas resources and related activities while protecting surface resources and other uses of the NPR-A. The objective of the Proposed Action is to allow CPAI to conduct the requested activity subject to reasonable and appropriate terms and conditions, including, but not limited to, those proposed by CPAI as part of its proposed project and BLM's Required Operating Procedures (ROPs) (USDOI BLM 2022).

CPAI's purpose and need of the proposed project is to acquire high-quality, high-resolution seismic data to support the Willow Oil and Gas Development. Data collected by the seismic survey would be used to correlate existing exploratory well data to accurately position development wells within the targeted oil and gas reservoir and to maximize reservoir productivity.

The need for the action is established under BLM's responsibility, under the Naval Petroleum Reserves Production Act of 1976, as amended (NPRPA), and the Federal Land Policy and Management Act of 1976 (FLPMA), to allow reasonable access for operations that support the development of Federal oil and gas leases.

## 1.2 Resource Management Plans, Laws, and Regulations

The 2020 Integrated Activity Plan Environmental Impact Statement (IAP EIS) (USDOI BLM 2020a) and 2022 Record of Decision (ROD) (USDOI BLM 2022) were completed to fulfill the BLM's responsibility to manage lands in the NPR-A under the authority of the NPRPA, FLPMA, NEPA, and the Alaska National Interest Lands Conservation Act (ANILCA). Findings in the 2020 NPR-A IAP EIS and decisions reflected in the 2022 ROD were based on an open and collaborative public process.

Required Operating Procedures (ROPs) were developed through the BLM planning and NEPA process for the 2020 NPR-A IAP EIS (USDOI BLM 2020a) and are found in Appendix B of the 2022 NPR-A IAP ROD (USDOI BLM 2022). All applicable ROPs from the 2022 NPR-A IAP EIS ROD (USDOI BLM 2022) would be followed.

In addition to required 2022 NPR-A IAP ROD ROPs found in Appendix B, project specific ROPs are shown in Section 2.3 (*BLM Project Specific Required Operating Procedures*) of this EA. Any proposed activity on BLM managed lands within the NPR-A must meet the objectives of all ROPs in Appendix B and Section 2.3 of this EA unless a deviation is requested. CPAI is requesting a deviation from the 2022 NPR-A IAP ROD Required Operating Procedure B-2(g) that prohibits compaction of snow or snow removal from areas of ungrounded lake ice, which may support overwintering fish. The proposed deviation from ROP B-2(g) is analyzed in Section 3.

The Proposed Action must comply with numerous federal laws and Executive Orders (EO) that apply to activities on public lands. Key federal and state controls associated with the Proposed Action are described in the 2020 NPR-A IAP EIS (USDOI BLM 2020). The Proposed Action is in conformance with the 2022 NPR-A IAP ROD (USDOI BLM 2022), NPRPA, FLPMA, ANILCA, National Historic Preservation Act, Endangered Species Act (ESA), Marine Mammal Protection Act (MMPA), Sustainable Fisheries Act, and Executive Orders 11988, and 11990.

The project is analyzed in accordance with NEPA, and regulations implementing NEPA promulgated by the Council of Environmental Quality (40 CFR Parts 1500-1508) and the Department of the Interior (43 CFR Part 46).

**1.3 Required Permits, Licenses, Authorizations, and Approvals**

A number of federal, state, and local permits, approvals, and assessments must be obtained before the proposed activity could begin. Primary regulatory authorizations for the proposed project are listed in Table 1.

**Table 1.** Required Plans, Permits, and Authorizations

| Federal, State, and Local Authorities | Required Plans, Permits, and Authorizations |
|---|---|
| Bureau of Land Management | Right-of-Way<br>Threatened and Endangered Species Determination<br>Essential Fish Habitat Assessment<br>ANILCA 810 Evaluation and Findings<br>Archaeological and Cultural Resources Clearance<br>Waste Management Plan<br>Wildlife Interaction Plan<br>Subsistence Plan<br>Orientation Program<br>Weed Management Plan |
| Environmental Protection Agency | Spill Prevention Control and Countermeasure Plan |
| U.S. Fish and Wildlife Service | Consultation and Concurrence on Threatened and Endangered Species Determination<br>Marine Mammal Protection Act Letter of Authorization (Polar Bears) |
| North Slope Borough | Administrative Approval<br>Development Permit<br>Inupiat History, Language, and Culture (IHLC) Clearance |
| Alaska Department of Fish and Game | Fish Habitat Permits |
| Alaska Department of Natural Resources | Temporary Water Use Authorizations |

**1.4 Related Environmental Analyses**

An environmental assessment is prepared for a proposed action that is not likely to have significant effects or when the significance of the effects is unknown (Council of Environmental

Quality (CEQ) NEPA Regulation 40 CFR §1501.5(a). An environmental assessment shall (1) briefly provide sufficient evidence and analysis for determining whether to prepare an environmental impact statement or a finding of no significant impact (§1501.5(c)(1)) and (2) briefly discuss the purpose and need for the proposed action, alternatives as required by section 102(2)I of NEPA, the environmental impacts of the proposed action and alternatives, and a listing of agencies and persons consulted (§1501.5(c)(2)).

The CEQ NEPA regulations encourage agencies to tier their environmental impact statements (EIS) and environmental assessments (EA) where it would eliminate repetitive discussions of the same issues, focus on the actual issues ripe for decision, and exclude from consideration issues already decided or not yet ripe for environmental review. Whenever an agency has prepared an EIS or EA for a program and then prepares a subsequent EIS or EA on an action included within the entire program (such as a project or site-specific action), the subsequent EIS or EA need only summarize the issues discussed in the broader EIS and incorporate discussions from the broader EIS by reference and shall concentrate on the issues specific to the subsequent action.

In processing applications for exploration activities in NPR-A, BLM commonly develops EAs that are tiered to, and/or incorporate by reference, the current IAP/EIS.

In accordance with 40 CFR 1501.11, 1501.12, and 43 CFR 46.140, the analysis for this EA is tiered off and incorporates by reference the Willow Master Oil and Gas Development Plan Supplemental EIS (USDOI BLM 2023a) and the 2020 NPR-A IAP EIS (USDOI BLM 2020a). The conditions and environmental effects described in the 2023 Willow EIS and 2020 IAP EIS are still valid. Pursuant to 40 CFR 46.140(c), a finding of no significant impact other than those already disclosed and analyzed in an environmental impact statement to which an environmental assessment is tiered may be called a "finding of no *new* significant impact."

**1.5 Decision to be Made**

This EA will assist the BLM in project planning by evaluating potentially significant environmental impacts from the Proposed Action on different resources. As defined by the CEQ, the significance of a federal action is determined by the context of the action in relation to the overall project setting, as well as the intensity of effects resulting from the project. If the BLM determines that the preferred alternative would not result in significant impacts, the BLM will prepare a Finding of No Significant Impacts and Decision Record approving the selected alternative. If the BLM determines that the preferred alternative would not result in significant impacts beyond those already addressed in the 2020 NPR-A IAP EIS (USDOI BLM 2020) and the Willow Master Oil and Gas Development Plan Supplemental EIS (USDOI BLM 2023a) the BLM would prepare a Finding of No *New* Significant Impacts and Decision Record approving the selected alternative. If the project is found to result in significant impacts, an Environmental Impact Statement will be prepared.

The decision maker, BLM Arctic District Manager, will consider technical, economic, environmental, and social issues (Table 2) as well as the purpose and need of the proposed project when making the decision. The decision to authorize CPAI access to and use of

federally managed lands within the proposed project area in a manner that would allow for geophysical (seismic) exploration of oil and gas resources and related activities will be made based on the analysis in this EA, and, if so, under the terms and conditions identified in this EA and adopted in the associated Decision Record.

**1.6 Scoping and Issues – Public Involvement**

CPAI has had meetings with the following agencies to discuss the seismic project:
    USFWS - Pre-Application Meeting, June 2023
    NSB Planning Department - Pre-Application Meeting, August 2023
    BLM - Pre-Application Meeting, August 2023

Public notification of the proposed project and EA development was announced on October 3, 2023, on the BLM NEPA Register website (https://eplanning.blm.gov/eplanning-ui/home) (DOI-BLM-AK-R000-2024-0001-EA). The project was discussed with tribes, municipal governments, ANCSA corporations, and other regional North Slope entities during the NPR-A Working Group meeting which was held on October 17, 2023.

Development of the NPR-A IAP EIS (USDOI BLM 2020a) and Willow Master Oil and Gas Development Plan Supplemental EIS (USDOI BLM 2023a) involved extensive input from federal agencies, the State of Alaska, the North Slope Borough (NSB), individuals, and different interest groups.

Resources potentially impacted by the Proposed Action were considered by BLM specialists in Table 2. BLM specialists evaluated each resource and made determinations of potentially impacted, minimally impacted, or not present.

A **Potentially Impacted** determination in Table 2 means the Proposed Action could result in impacts to a resource that are beyond what could be considered minimal or negligible. Resources identified as potentially impacted are further analyzed in this EA. Eight Potentially Impacted resources were identified (Table 2) including Environmental Justice, Sociocultural Systems, Subsistence, Vegetation, Soils, Water Resources, Fish, and Terrestrial Mammals (including caribou). Potential impacts to these resources will be evaluated in this EA.

A **Minimally Impacted** determination in Table 2 means the Proposed Action would not affect a resource to a degree that would require further analysis because the expected impacts would be minimal, negligible, or are already addressed by standard protections such as Required Operating Procedures from the 2022 NPR-A IAP ROD (USDOI BLM 2022) or other legal protections. There were 15 resources found to be minimally impacted by the Proposed Action (Table 2). Minimally impacted resources are not analyzed further in this EA.

A **Not Present** determination in Table 2 means that a resource is not expected to be affected by the Proposed Action because it is not physically located where the project is occurring, or it is not in the project area during a time when the project is being implemented. There were three resources identified as not present in the project area (Table 2). These resources are not discussed further in this EA.

**Exhibit 9, page 9 of 19**

Case 3:23-cv-00061-SLG   Document 190-8   Filed 11/17/23   Page 9 of 19

ice thickness and found that the ice was thicker under the airstrip, but that grounding did not occur in areas outside of that for natural conditions, suggesting that impacts to overwintering fish and their habitats was minimal.

Removing snow from lakes for camp water poses similar potential impacts to fish. The camp would move with the seismic survey and stay at a given location for two to six days. For that duration of time, snow from adjacent areas could be removed to supply camp water. This could potentially include snow from ungrounded ice on lakes which provide fish overwintering habitat. The exact locations of where the camp would be established along the seismic survey or from which lakes snow may be removed are unknown. However, impacts to fish would be limited by the short duration of time, two to six days, that snow may be removed from a specific lake. That is, it is expected that continued snow drifting and snow fall would cover the cleared area relatively quickly.

Ultimately, potential impacts on overwintering fish from snow removal, if any, would be local and impact only individual fish that occupy those lakes; potential impacts would not be expected to be reflected at the population level. Additional project requirements (see Section 2.3) would require the operator to conduct ice thickness measurements before and after airstrip construction to help assess potential impacts and continue to inform future management.

**Cumulative Impacts to Water and Fish from Past, Present and Reasonably Foreseeable Impacts**

Cumulative effects from past, present, and reasonably foreseeable development activities within the area of the Proposed Action would not be anticipated to substantially impact fish or water resources. While a small number of individual fish overwintering in lakes may experience sublethal or lethal effects due to reductions in dissolved oxygen from constructing airstrips on ungrounded lake ice, impacts would be localized (i.e., lake-specific) and short-lived and would not be expected to affect fish at population or regional levels. Although there are multiple projects that would be simultaneously occurring within the vicinity of the CPAI Ptarmigan seismic survey, no other operators would be utilizing the same lakes for transportation or water withdrawal. Other activities in the region (e.g., transportation, subsistence, scientific research, and community development) would not be anticipated to impact fish and water resources in a manner that would persist and contribute to regional effects.

**3.6 Issue 5 – Caribou and Other Wildlife** - *How would construction and use of the snow road, snow trails, and the seismic survey impact caribou and other wildlife?*

**3.6.1 Caribou Affected Environment**

Caribou (*Rangifer tarandus*) are the most abundant large mammal on the North Slope and are an important subsistence species for regional Alaska native hunters in Nuiqsut, Utqiagvik, Anaktuvuk Pass, Atqasuk, and Wainwright. Caribou are also hunted and viewed by other visitors to the region and are prey for grizzly bears (*Ursus arctos*) and wolves (*Canis lupus*). The caribou herd most commonly occurring in the proposed project area is the Teshekpuk Lake herd. The Teshekpuk Caribou Herd (TCH) was estimated to comprise 61,500 caribou in 2022 (Carmen Daggett, ADFG, pers. comm.). The Teshekpuk Caribou Herd ranges over an area of

approximately 71,000 square miles (45,352,994 acres) on the arctic coastal plain of the western and central Brooks Range.

Teshekpuk Lake provides key habitat for calving, post-calving, and insect-relief for the TCH in most years (Parrett, 2021; Yokel et al., 2011). While some caribou remain near Teshekpuk Lake year-round, many animals from the herd utilize the area surrounding Teshekpuk Lake over the summer and then migrate to the southeast for the winter. Important migration pathways to and from winter ranges cross the proposed project area, with caribou traversing the area while migrating from winter range towards calving habitat in April and May (Figures 9 a and b). Consequently, migrating and parturient caribou could be encountered during the proposed seismic survey in the project area. Additionally, caribou are found in the project area during all times of the year, including during calving, post-calving, and insect relief periods, and therefore could be encountered during summer clean-up activities associated with the proposed seismic activities.



**Figure 9a.** Average spring migration activity for the Teshekpuk Caribou Herd based on kernel analysis of satellite collar locations from 2012-2017 within and near the proposed Project Area.

**Exhibit 9, page 11 of 19**

Case 3:23-cv-00061-SLG   Document 190-8   Filed 11/17/23   Page 11 of 19



**Figure 9b.** Average spring migration activity for the Teshekpuk Caribou Herd based on kernel analysis of satellite collar locations from 2012-2017 within the broader region around the proposed Project Area.

Figure 10 shows the seasonal distributions of the TCH within the proposed project area based on kernel density estimates. High density utilization and occupancy (found in the dark green area which encompasses half of all studied collar locations) occurs in parts or in all of the proposed project area during all seasons except for the mosquito season. Seasons where the proposed project area is completely utilized at the high-density level include fall migration, winter, and spring migration. These periods collectively run from mid-September through the end of May. Partial utilization of the project area at the high-density level occurs during the calving, post-calving, oestrid fly, and late summer seasons. Medium density (found in the light green area encompassing 75 percent of all collar locations) utilization and occupancy of portions of the project area occurs during the calving, post-calving, mosquito, oestrid fly, and late summer periods (early June through mid-September). Low density (found in the yellow area encompassing 95 percent of all collar locations) utilization and occupancy of portions of the project area occurs during the calving, post-calving, mosquito, and oestrid fly seasons (early June through early August). In general, most TCH caribou utilize areas closer to Teshekpuk Lake during the summer months and are more likely to be found across the proposed project area during fall, winter, and spring months.



**Figure 10.** Seasonal distributions of the Teshekpuk Caribou Herd within the proposed Project Area and along the proposed Access Snow Road.

Calving, post-calving, and insect-relief seasons are critical time periods for caribou. Calving has the potential to occur across the project area but is most likely to occur in the northwestern corner of the area, where utilization density during calving season is high, and proximity to early emergent, high nutrient forage near Teshekpuk Lake is high. Of the total 229,000 acres identified for the proposed activity area, 18,943 acres (8 percent) would be used at the high-density level for calving grounds (areas utilized from June 1 – June 15) by the TCH (11,495 acres in the support area and 7,448 acres in the seismic survey area); 187,349 acres (82 percent) would be used for annual calving grounds by the TCH at the medium density level (44,750 acres in the support area, 142,572 acres in the seismic survey area, and 21 acres in the access road); and 22,586 acres (10 percent) would be used for annual calving grounds by the TCH at the low-density level (12,287 acres in the support area and 10,299 acres in the seismic survey area).

For annual post-calving grounds (areas utilized from June 16 – June 30) of the TCH, 6,535 acres (3 percent) would be used at the high-density level (6,085 acres in the support area and 450 acres in the seismic survey area); 48,511 acres (21 percent) would be used at the medium density level (15,214 acres in the support area and 33,297 acres in the seismic survey area); and 173,831 acres (75 percent) would be used at the low-density level (47,234 acres in the support area, 126,571 acres in the seismic survey area, and 21 acres in the access road).

For annual mosquito relief habitat (areas utilized from July 1 – July 15) of the TCH, 16,531 acres (7 percent) would be used at the medium density level (12,505 acres in the support area

and 4,026 acres in the seismic survey area); and 173,831 acres (76 percent) would be used at the low-density level (30,617 acres in the support area, 107,185 acres in the seismic survey area, and 21 acres in the access road). Mosquito relief habitat is primarily located along the coast, north and east of Teshekpuk Lake, where higher winds help to keep mosquitos away.

For annual oestrid fly relief habitat (areas utilized from July 16 – August 7) of the TCH, 34,557 acres (15 percent) would be used at the high-density level (17,655 acres in the support area and 16,902 acres in the seismic survey area); 77,603 acres (34 percent) would be used at the medium density level (15,556 acres in the support area and 62,047 acres in the seismic survey area); and 116,718 acres (51 percent) would be used at the low-density level (35,322 acres in the support area, 81,369 acres in the seismic survey area, and 21 acres in the access road).

Late Summer habitat (areas utilized from August 8 – September 15) of the TCH would be utilized across 151,049 acres (66 percent) at the high-density level (43,599 acres in the support area and 107,450 acres in the seismic survey area); 77,818 acres (34 percent) at the medium density level (24,933 acres in the support area, 53,869 acres in the seismic survey area, and 16.4 acres in the access road); and 10 acres (< 0.01 percent) at the low-density level (4.7 acres in the access road).

Caribou are particularly active during the post-calving and insect-relief periods, seeking optimal forage and escape from pests, resulting in lower localized site fidelity, but high regional site fidelity. The longest cumulative distances traveled per day throughout the entire year by TCH caribou typically occur in July, when mosquito harassment peaks (Fancy et al. 1989; Prichard et al. 2014; Dau 2015).

**3.6.2 Caribou Environmental Impacts**

**No Action Alternative (Alternative A) – Caribou Environmental Impacts**

Under this alternative, there would be no impacts from seismic exploration to caribou or caribou habitat on federally managed lands.

**Proposed Action (Alternative B) – Caribou Environmental Impacts**

*Overwintering period (November-April)*

Winter seismic activities could have adverse impacts on caribou overwintering and migrating in the survey area and access route, potentially causing displacement. The displacement of caribou could have a negative effect on their energy balance, resulting from a reduced intake of quality forage and an increased energy expenditure to relocate to other areas (Reimers et al. 2003). Although caribou are mobile and the seismic operations would be short in duration (e.g., two to six days in one area), it is possible that this disturbance could have an additive effect on winter mortality and disproportionately impact young of the year and pregnant cows (Cameron et al. 2005), particularly during the spring migration period (April-May) when pregnant cows are heading towards calving grounds. Habitat connectivity between winter habitat areas to the south and calving grounds near Teshekpuk Lake could be disrupted by seismic operations. Although disruption to habitat connectivity from the proposed project would be likely to be

temporary due the short duration of the project, combined effects with future activities in the proposed project area may result in ongoing alterations to habitat connectivity. Cumulative effects are discussed below.

*Pre-calving and Calving periods (April-June)*

Seismic activities that occur during the spring pre-calving and calving periods could have a greater impact on migrating caribou. In particular, TCH parturient cows migrating to their calving grounds during April and May could be negatively impacted. Pregnant cows have been observed to be more sensitive to the proximity of infrastructure and industry activities than other caribou, with some calving caribou avoiding roads by up to 6.2 miles (10 kilometers) (Johnson et al, 2019). Seismic and demobilization activities could act as a deterrent to calving caribou, deflecting them to areas not as suitable for calving, potentially with greater predation and lower-nutrient forage options, factors which both have negative implications for cow and calf health and survival (Kuropat 1984; Griffith et al. 2002: Johnstone et al. 2002). Additionally, although calving grounds can vary annually within a larger calving region, USFWS (2015) has concluded that some herds may require a large region to select the best conditions for calving in a given year, accounting for varying snow conditions and timing of forage emergence. Displacement away from a selected calving area could potentially have negative consequences for both cow and calf, even if the alternative site is still within the larger calving region.

The location of caribou calving grounds in key areas with few predators and with abundant early-emergent, high-nutrient forage, and the impact of disturbance and displacement during the calving period is further detailed in Section 3.3.5 of the NPR-A IAP EIS (USDOI BLM 2020a). Some protections for calving habitat are provided by M-1 of the NPR-A ROD (USDOI BLM 2022, also see Appendix B). ROP M-1 minimizes disturbance of wildlife or alteration and hinderance of wildlife movements through the NPR-A by prohibiting the chasing of caribou with ground vehicles. Flight activity for the proposed project is planned for later in the summer, in July and August, when caribou are no longer calving.

*Post-calving and Insect relief periods (June-July)*

During early July, caribou are highly aggregated in most years on coastal areas north and east of Teshekpuk Lake (Parrett, 2021, ADFG). Insect harassment can be significant on these summer ranges during this period, resulting in dense aggregations and movements to seek insect relief (Lawhead et al. 2015, Cameron et al. 2005). The TCH travels inland during the latter half of July, leaving coastal areas. Some TCH caribou may remain near Teshekpuk Lake throughout the year, while others migrate from the area in mid to late August (Parrett 2021 ADFG).

Impacts to caribou from low flying helicopters during summer clean-up activities in July and August would be exacerbated by numerous take-offs and landings of the aircraft (USDOI BLM 2012). All camp locations and areas of "high use" would be inspected and debris collected and removed. The number of helicopter landings would vary depending on camp locations, areas of concern and the amount of debris located, but it is estimated there would be up to 30 take-offs and landings over a 15-day period during clean-up activities. Disturbance to caribou during this 15-day period from low flying aircraft and landings could cause animals to flee, increase stress,

**Exhibit 9, page 15 of 19**

Case 3:23-cv-00061-SLG   Document 190-8   Filed 11/17/23   Page 15 of 19

separate calves from their mothers, and potentially expose calves to predation (Fancy et al. 1989, Griffith et al. 2002, Webster 1997). Low-level aircraft traffic in the vicinity of calving grounds and early post- calving aggregations can reduce calf survival (Wolfe 2000). Severe insect harassment resulting from a herd's inability to avoid biting insects or access insect-relief habitat can substantially decrease caribou conditions in fall, causing them to enter winter in poor body condition, increasing calf mortality and potentially leading to lower herd productivity (Helle and Tarvainen 1984; Colman et al. 2003; Weladji et al. 2003; Couturier et al. 2009; Cameron and Ver Hoef 1994). Flights in early July would be more disruptive to maternal females and calves than flights occurring in the latter part of July when calves are older (Dau 2013).

The impacts of aircraft operations on post-calving caribou and insect relief aggregations are further detailed in Section 3.3.5 of the NPR-A IAP EIS (USDOI BLM 2020a). Some protections for post-calving and insect-relief ranges are provided by M-1 of the NPR-A IAP ROD (USDOI BLM 2022) (Appendix B). ROP M-1 minimizes disturbance of wildlife or alteration and hinderance of wildlife movements through the NPR-A by prohibiting the chasing of caribou with ground vehicles.

**Project Specific Impacts**

Caribou located within 1 mile of winter activity could be temporarily deflected from work areas, with parturient caribou avoiding areas of activity, on average, by up to 4 miles during spring migration. Caribou, however, are locomotively energy-efficient, allowing them to migrate long distances despite severe winter conditions. Noise and movements associated with winter seismic activities could temporarily increase stress levels and alertness levels in some caribou within the area, causing animals to relocate away from the area of activity. Heightened stress and alertness would likely subside once relocated. Additionally, the winter range of the TCH is large, winter habitat is widespread, and caribou would be unlikely to be displaced from preferred winter forage.

Caribou respond most strongly to rapid movements in general and respond more strongly to foot traffic than vehicular traffic. Seismic vehicles are slow (traveling at an average of 30 mph for Tuckers and 20 mph for vibroseis vehicles) and foot traffic during the seismic survey would likely be minimal. Caribou would be likely to avoid camps more than seismic lines due to increased foot traffic at camps.

Deflection of parturient caribou away from their migration route and calving grounds is the largest concern for the late wintertime and early spring periods. Parturient caribou are highly sensitive to disturbance and would likely give the area a wide berth. Seismic activities would already be in progress when migrating caribou encounter the area during spring migration, and caribou would likely alter their migration route around the area. It is not clear if altered migration paths would allow animals to reach preferred calving habitat in a similar amount of time as those that are not deflected. Caribou that do not reach preferred calving habitat could see increases in calf mortality due to predation, low birth weights, and malnourishment from lower quality forage. Most caribou that migrated away from Teshekpuk Lake during the winters

between 2012-2017 returned in the spring by following the southern migration pathway through the project area (Figures 9 a and b).

The impacts to caribou from winter activities would be expected to be temporary due to the transient nature of the seismic survey across the landscape. The advance crew would lay out geophones and nodes ahead of 17 vibroseis vehicles collecting seismic data along individual source lines. The active survey would move throughout the survey area at a rate of approximately 1 mile per day after which the geophones and nodes would be picked up. Each acquisition spread (active survey) area (20,480-38,400 acres) should be completed (including layout, survey, pick-up of equipment, and camp move) within 13-25 days. The slow movement of operations across the landscape (allowing caribou to move), along with the ability of caribou to migrate despite winter conditions, and that caribou winter range and habitat for the TCH is widespread (and caribou would be unlikely to be displaced from preferred winter forage) would result in moderate levels of winter disturbance to caribou. These impacts would be temporary as activity moves through the project area and for one winter season.

Caribou movement increases as insect harassment increases in early summer, and as summer progresses towards the fall migration period, caribou move southward and further inland into the project area. Additionally, calves are younger and more susceptible to disturbance in early July than in late July and August. The disturbances would occur during July and/or August when caribou are already highly mobile and less likely to be displaced by air traffic or other activities. The impacts from summer inspections and cleanup would be expected to be temporary in duration (15 days) and effect. The number of animals directly impacted during this time period would be likely to be a fraction of the total number of animals in the herd and not likely to result in long lasting or population-level effects. Summer impacts to caribou would be minimized by requiring summer activities to start in the southern portion of the project area and progress northward across the area (Section 2.3). In addition, requiring aircraft to divert around groups of caribou during summer inspections and cleanup activities (Section 2.3), would help minimize disturbance to caribou. Impacts from summer activities would be expected to be minor and temporary (15 days) as activity moves through the project area.

Although concurrent impacts to vegetation quality and availability could occur (see 3.3.1 Vegetation) making the project area potentially less attractive to maternal caribou as future calving and post-calving habitat, the proposed project alone would not likely deter caribou from migrating to and utilizing the area in future years after the project is completed, particularly with required vegetation mitigations and if any unmitigated impacts to vegetation are given adequate time to recover.

**Cumulative Impacts to Caribou from Past, Present, and Reasonably Foreseeable Impacts**

Effects on caribou distribution and abundance due to disturbances related to past, present and reasonably foreseeable energy development projects would likely to be long-term, lasting as long as the life of the North Slope oil and gas fields. Any reduction in calving and summer habitat use by cows and calves of the TCH as a result of future onshore development on adjacent lands could result in long-term effects on the caribou herd's productivity and abundance. Cascading effects on neighboring herds, including the Western Arctic Herd and the

Central Arctic Herd, could also occur, as more animals compete for a smaller pool of available resources.

As the duration of the current proposed activity is limited to one year, it is likely that impacts due to displacement would be temporary. However, if energy development in the surrounding area continues (including the Willow Development) and displacement is recurring, impacts on productivity and abundance could become enduring due to additive and combined effects (Johnson et al. 2019).

The proposed project would occur within the Willow Development area. The 2022 Willow Master Development Plan Final Supplemental EIS identified Alternative E, the adopted alternative, as having a gravel footprint (roads and pads) of roughly 428 acres, as well as a 115-acre gravel mine, a 12-acre screeding area, and a 42-acre airstrip, for a total of approximately 597 acres of gravel fill (potential caribou habitat removed). In addition, the Willow Development would include ice pads and up to 431 miles of ice road (3,166 acres) over 8 construction seasons. The proposed action would add approximately 45 acres of long-term disturbance to those acres identified in the Willow Development EIS.

Construction of Willow roads, operations pad, airstrip apron, and mining to support this construction will be on-going during the winter of 2024, adding to the potential disturbance of caribou from December 2023 through late April 2024 in and near the project area.

The seasonal Community Winter Access Trail (CWAT) also runs through the proposed project area and will be actively used during the proposed activities, increasing the total amount of winter activity occurring in the area. Disturbance to caribou would be additive, with the proposed project broadening that area locally impacted by the CWAT.

Although the impacts to caribou from winter operations (disturbance) could be additive with other winter activities including construction of the Willow Development and Community Winter Access Trail, the overall impacts to caribou during the winter would be expected to be temporary, cause moderate levels of disturbance, but not likely to result in long lasting or population-level effects.

Additionally, during the summer there will be several surveys conducted by multiple agencies within the vicinity of Teshekpuk Lake. Each survey will have a helicopter component, which, along with existing local aircraft traffic between villages, adds to the total aircraft activity occurring during the same timeframe as the proposed project. The cumulative aircraft activity impacts on caribou could be greater than the impact resulting from any individual project. However, the proposed project area is in close proximity to existing active oil and gas development (GMT 1 and GMT 2), is within the Willow Development area, and has a history of annual summer survey activity. Consequently, the level of cumulative current aircraft related disturbance would likely be relatively consistent with that of the most recent 5-10 preceding years. It is also likely that the TCH may have acclimated to increased aircraft activity to some extent and therefore may not be as affected by aircraft disturbance as caribou in more remote locations. This is particularly true later in the summer (mid-July through mid-August) when the

proposed project clean-up activities would occur, as caribou are already highly mobile at this time while seeking insect harassment relief.

Although the impacts to caribou from summer activities (disturbance) could be additive with other summer activities including inspections and cleanup associated with the Willow Development and Community Winter Access Trail, the overall impacts to caribou during the summer would be expected to be temporary and at minor levels and not likely to result in long lasting or population-level effects.

Seismic impacts to tundra that lead to changes in forage quality and availability over the long term could also play a compounding role in caribou health and survival. Vegetation changes, when viewed in combination with broader disturbances across the North Slope related to past, present and reasonably foreseeable energy development projects, could incrementally contribute to herd health declines in the long-term. Such impacts would occur in addition to vegetation changes already occurring due to climate change. The effects of climate change could act as a multiplier, influencing the rate and degree of impact from combined indirect effects. If climate change results in greater frequency of rain-on-snow events or other adverse impacts, it could result in caribou entering the proposed project area in poor condition. In such a case, combined impacts from the potential calving displacement could be more pronounced (Murphy and Lawhead 2000).

Although disruption to habitat connectivity from the proposed project would likely be temporary due the short duration of the project, combined effects with future activities in the proposed project area could result in ongoing alterations to habitat connectivity.

Impacts associated with indirect effects on calving and post-calving caribou are discussed in further detail in Section 3.3.5 of the NPR-A IAP EIS (USDOI BLM 2020a).

### 3.6.3 Other Wildlife Affected Environment

In addition to caribou, the proposed project area provides habitat for many species of terrestrial mammals, including muskoxen (*Ovibos moschatus*), moose (*Alces alces*), grizzly bear *(Ursus arctos)*, wolves (*Canis lupus*), Arctic fox (*Alopex lagopus*), red fox (*Vulpes vulpes*), wolverine (*Gulo gulo*), and numerous small mammal species.

Muskoxen were reintroduced to the region in 1969 and 1970 in Game Management Units 26C and 23. The GMU 26C population, also known as the Eastern North Slope (ENS) population, increased and spread into the central arctic coastal plain of GMU 26A by the mid-2000's. In 2012, the group of musk oxen that had moved into GMU 26A fell through lake ice and drowned. Since that time, the remaining ENS muskox have dwindled in number and remained east of the NPR-A. Currently, few muskoxen from the ENS population reside within the NPR-A year-round (Lenart 2021). The ENS population is estimated to be approximately 200 animals and remains predominantly in GMU's 26B and 26C, east of the proposed project area. The GMU 23 muskox population, also known as the Cape Thompson (CT) population, has had more success with a current population estimated at 911 animals (Hughes 2016, NPS 2017). The core of the CT population remains west of the NPR-A on the Cape Thompson peninsula, however