

**Hannah Griego**
Senior Environmental Coordinator
Willow Environmental Permitting and Compliance
Environmental Sustainability and Permitting
ConocoPhillips Alaska, Inc.
P.O. Box 100360, 700 G Street
Anchorage, AK  99510-0360
Phone: (907) 265-6163
Email: hannah.griego@conocophillips.com

August 3, 2023

Donna Wixon *Electronic Submittal*
Bureau of Land Management         *dwixon@blm.gov*
Northern District Office
222 University Avenue
Fairbanks, Alaska 99709

RE: **Application for Right-of-Way Grant FF097571 Amendment and BT1 W1R1C14 Sundry Notice**
**2024 Willow Development Geotechnical Program**
**Greater Mooses Tooth Unit and Bear Tooth Unit, North Slope, Alaska**

Dear Ms. Wixon:

ConocoPhillips Alaska, Inc. (CPAI) requests amendment of the existing five-year Right-of-Way (ROW) Grant FF097571 and submits the attached sundry notice for the BT1 APD, W1R1C14 to conduct activities in support of CPAI's proposed 2024 Willow Geotechnical Program. The proposed studies and support activities are substantially similar to those previously reviewed and approved by the Bureau of Land Management (BLM) as part of ROW Grant FF097571. The data collected will support engineering optimization and construction for the Willow Development.

The proposed scope of work in the NPR-A includes geotechnical investigation and soil sampling to evaluate conditions for future construction of pads and infrastructure. Proposed activities include drilling of up to 90 soil borings to support soil sampling and installation of up to 30 thermistors, installation of 8 long-term monitoring thermistors, and installation of 30 survey monuments. The proposed activities will result in approximately 128 total boreholes for all activities within the NPR-A. Additionally, ground penetrating radar will be used to identify subsurface shallow massive ice and measure thickness of ice at lakes and creeks to support safe working conditions.

To support this work, CPAI requests amendment of the existing ROW Grant FF097571 to include the entirety of the following sections:

- Township 10 North, Range 1 East, Sections 35, 36
- Township 10 North, Range 1 West, Sections 4, 5, 8, 9, 16, 21, 22, 27, 28, 33

- Township 10 North, Range 3 East, Sections 1, 2, 3, 4, 10, 11, 12, 13, 14
- Township 11 North, Range 1 West, Sections 28, 29, 32, 33
- Township 11 North, Range 3 East, Sections 32, 33

Further, CPAI proposes to conduct work in the following sections under a sundry notice to the BT1 APD, W1R1C14:

- Township 9 North, Range 1 West, Sections 2, 3,10,15
- Township 10 North, Range 1 West, Section 34

As part of the requested amendment and sundry notice, CPAI requests a deviation from Required Operating Procedure A-5. Refueling within 500 feet of waterbodies will be necessary for drilling activities at Judy (Iqalliqpik) Creek, Judy Creek Kayyaaq, and Fish (Uvlutuuq) Creek although refueling would not occur within 500 feet of the creeks themselves. No refueling will occur within 100 feet of a waterbody.

CPAI proposes to initiate the 2024 Willow Geotechnical Program activities beginning January 2024 and concluding by September 2024. Actual start and end dates will depend upon tundra travel conditions.

If you have any questions, concerns, or need additional information, please contact Hannah Griego at (907) 265-6163 or hannah.griego@conocophillips.com.

Sincerely,

*Hannah L. Griego* (signature)

Hannah Griego
Senior Environmental Coordinator

Attachments:

1. SF-299 Application for Transportation and Utility Systems and Facilities on Federal Lands for ROW Grant FF097571 Amendment
2. Form 3160-5 Sundry Notice for BT1 W1R1C14
3. 2024 Willow Geotechnical Program Overview Map
4. 2024 Willow Geotechnical Program Willow Area Overview Map
5. 2024 Willow Geotechnical Program BLM ROW Request Map
6. 2024 Willow Geotechnical Program Project Description

cc:
Nichelle Jones, BLM Arctic District Office
Sara LaMarr, BLM Arctic District Office
Chris Wrobel, CPAI
Jennifer Collins, CPAI



# PROJECT DESCRIPTION
## 2024 Willow Geotechnical Program

**PROJECT DESCRIPTION**

ConocoPhillips Alaska, Inc. (CPAI) proposes to conduct geotechnical studies and support activities during the 2024 winter season on federal, state, and private lands within the North Slope Borough to support engineering optimization and construction for the Willow Development project. See Attachment A (2024 Willow Geotechnical Program Overview Maps) for additional details. The proposed scope of work includes:

- Drilling up to 90 soil borings to conduct geotechnical investigations and soil sampling, and support installation of up to 28 thermistors within the National Petroleum Reserve-Alaska (NPR-A) to evaluate conditions for construction of Willow infrastructure,
- Installation of up to 8 long-term monitoring thermistors in the NPR-A,
- Installation of up to 30 survey monuments in the NPR-A, and
- Installation of up to 14 survey monuments on State of Alaska and privately-owned lands between the KRU Central Processing Facility 2 (CPF2) and Colville Delta 4 North (CD4N).

The proposed activities will result in approximately 128 total holes for all activities within the NPR-A and 14 total holes for survey monuments on State and privately-owned lands. The 90 soil borings in the NPR-A will be drilled within the permitted footprint of the Willow Mine Site, gravel roads, bridges, or gravel pads. The 8 long-term monitoring thermistors and the 44 survey monuments (30 in the NPR-A and 14 on State and privately-owned lands) will be installed adjacent to permitted footprints.

CPAI proposes to initiate activities beginning in January 2024 and conclude by September 2024. The actual start date will depend upon winter tundra travel conditions. Clean up and stick picking activities will occur as necessary through September 2024.

**PROJECT DETAILS**

*Borehole Excavations*

Geotechnical boreholes will be drilled to a depth of 15 to 135 feet depending on the purpose of the borehole. The outside diameter of all boreholes will be approximately 8 inches. The total acreage of fill in wetlands from the proposed scope of work is less than 0.1 acre. For more details, see Attachment B (Typical Borehole).

1

**Exhibit 10, page 3 of 10**

PROJECT DESCRIPTION
2024 Willow Geotechnical Program

Boreholes will be advanced using an exploration drill or similar equipment specifically configured for dynamic arctic soil conditions. The exploration drill and support tooling are housed in a mobile enclosure built on a flexible steel-frame sled with a high-density polyethylene snow interface. The bottom of the sled is a shallow tub fully covered in Ultra High Molecular Weight Polyethylene (UHMW) to create a large low-pressure and low-friction surface to slide over the snow, which prevents sharp edges from the sled deck from dragging on the tundra. A flexible tundra protector on the front of the sled pushes snow under the sled and ensures the corners of the deck do not meet the tundra. A second smaller sled carries a heated 12-person personnel pod that also houses a sealed 55-gallon drum with survival food and gear and is towed behind the larger Drill Enclosure (DE). Additional drills may be used and mounted in a similar enclosure to reduce overall project duration. Each DE will be moved within the project area and will be supported throughout the program by Steigers and Tucker Snocats for equipment and crew transportation. A generator and all support tools will be carried on the DE. For more details, see Attachment F (Mobile Drill Enclosure, Safety Sled, and Steiger Photo).

Drilling methods may include the use of sonic drilling, hollow stem auger, or air rotary dependent on drilling conditions and borehole purpose. Soil borings will be logged by a field engineer/geologist for geotechnical conditions during drilling. Each borehole will be sampled, field classified, and documented in a field log prepared by the field engineer/geologist. Soil samples will be collected by one of three methods: a split barrel drive sampler at 5-foot intervals, a continuous core auger with a 5-foot continuous sample barrel, and/or grab samples from the auger flights. Up to 30 thermistors will also be installed in geotechnical boreholes to support Willow engineering optimization and construction (see Thermistor Installations).

Geotechnical boreholes will generally be backfilled with drill cuttings generated during the borehole drilling process except where boreholes occur into substrate below waterbodies. Dry sand fill will be used as backfill to stabilize the thermistors. Excess cuttings will be mounded at each boring to accommodate any future hole slump during spring thaw as shown in Attachment G (Backfilled Borehole Photo).

Most geotechnical boreholes will be drilled into tundra. However, boreholes to support bridge and water intake pipeline vertical support member (VSM) design are proposed through ice and into the underlying substrate below ordinary high water in the following waterbodies (see Attachment C):

- Five boreholes at proposed bridge piers at Judy (Iqalliqpik) Creek.
- One borehole at the proposed bridge pier at Judy Creek Kayyaaq.
- Five boreholes at the proposed bridge piers at Fish (Uvlutuuq) Creek.
- Up to ten boreholes at proposed water intake VSM locations at Lake L9911.

Boreholes in substrate below waterbodies will be drilled with the same dimensions and using the same methods as above although drilling will occur over ice (see Mobilization and Access). Drill cuttings from boreholes in substrate below waterbodies will not be backfilled but will be collected and disposed of offsite in accordance with regulations.

**Exhibit 10, page 4 of 10**

Case 3:23-cv-00061-SLG   Document 190-9   Filed 11/17/23   Page 4 of 10

*Thermistor Installations*

Geotechnical activities include installation of thermistors in the NPR-A to support Willow engineering optimization and construction and for long-term monitoring. The outside diameter of the thermistor borings will be approximately 8 inches. The casings for the thermistor installations consist of PVC piping up to 1.5 inches in diameter, protected by a 4-inch diameter PVC piping cap and oversleeve marked with reflective tape, which will extend above surface up to eight feet. Satellite loggers for thermistors will be mounted on metal stakes and marked with a reflective delineator. Dry sand will be used to backfill all thermistor holes. Thermistors will be installed in boreholes in the channels at Judy (Iqalliqpik) Creek, Judy Creek Kayyaaq, and Fish (Uvlutuuq) Creek. For more details, see Attachment D (Thermistor String Installation Details). Configuration and dimensions may vary depending on installation location.

The thermistors installed for the purposes of short-term monitoring for engineering optimization and construction will be removed prior to the end of Willow construction. In-channel thermistors will be removed prior to 2024 spring breakup. Long-term monitoring thermistors will be left in place for the duration of the Willow Project. When the thermistors are no longer needed, the thermistor string and accompanying above-ground monitoring equipment will be removed, and the thermistor casing will be cut at grade, capped, and abandoned in place.

*Survey Monument Installations*

Up to 44 survey monuments (30 monuments within the NPR-A and 14 monuments between CPF2 and CD4N) will be installed to a depth of 35 feet. Boreholes for monument installation will be drilled as described for Borehole Excavations, above. Dry sand fill will be used as backfill to stabilize the monuments. See Attachment E (Survey Monument Cross-Section Detail).

*Ground Penetrating Radar*

Ground penetrating radar (GPR) will be used as a means for identifying shallow massive ice in the vicinity of future project infrastructure. It will also be used for field reconnaissance to assess ice thickness prior to driving heavy equipment onto the ice at Lake L9911 and across creeks.

*Program Locations*

Exact borehole, thermistor, and survey monument locations will be adjusted based on geologic interpretations conducted in the field. All proposed borehole locations will be contained within the defined project area as shown in Attachment A.

PROJECT DESCRIPTION
2024 Willow Geotechnical Program

**Table 1: 2024 Geotechnical Program Locations**

| Township | Range | Section | Landowner/Manager (Unit) |
|---|---|---|---|
| 9N | 1E | 1, 2 (NE ¼, S ½), 8, 9, 10, 11, 12 (N ½, SW ¼), 15 (N ½), 16, 17 | BLM (GMTU) |
| | | 7, 18 | BLM (BTU) |
| 9N | 1W | 2 (W ½), 3, 10, 11, 12, 13, 14, 15 (E ½), 22 (NE ¼, S ½), 23, 24, 27, 28, 33 | BLM (BTU) |
| 9N | 2E | 5 (N ½, SW ¼), 6 | BLM (GMTU) |
| 10N | 1E | 35 (SE ¼), 36 (S ½) | BLM (GMTU) |
| 10N | 1W | 4, 5, 8 (N ½, SE ¼), 9, 16, 21, 22 (S ½, NW ¼), 27, 28 (E ½), 33 (E ½), 34 | BLM (BTU) |
| 10N | 2E | 31 (S ½), 32 | Kuukpik (GMTU) |
| 10N | 3E | 4, 10, 11, 13 (N ½, SW ¼), 14 (N ½) | BLM (GMTU) |
| | | 1 (SW ¼), 2 (S ½), 3 | BLM (CRU) |
| | | 12 | BLM (No Unit) |
| 10N | 5E | 3, 4 | Kuukpik (Pikka) |
| | | 11 | Kuukpik (No Unit) |
| 10N | 6E | 8, 10, 17 | SOA (No Unit) |
| | | 11 | SOA (QU) |
| 10N | 7E | 7, 8 | SOA (QU) |
| | | 1, 9, 10, 11 | SOA (SMU) |
| 10N | 8E | 4, 5, 6 | SOA (KRU) |
| 11N | 1W | 28, 29 (E ½), 32, 33 | BLM (BTU) |
| 11N | 3E | 32, 33 | BLM (GMTU) |
| 11N | 5E | 29, 32 | Kuukpik (CRU) |
| 11N | 8E | 32, 33 | SOA (KRU) |

Notes: N: North; E: East; W: West; NE: Northeast: SW: Southwest; SE: Southeast; NW: Northwest; BLM: Bureau of Land Management; GMTU: Greater Mooses Tooth Unit; BTU: Bear Tooth Unit; CRU: Colville River Unit; SOA: State of Alaska; QU: Quokka Unit; Kuukpik: Kuukpik Corporation SMU: Southern Miluveach Unit; KRU: Kuparuk River Unit

**MOBILIZATION AND ACCESS**

This project will use existing gravel infrastructure, ice road systems being constructed and permitted for other CPAI activities, and tundra travel to access the studies and activities area. Tundra travel routes will be surveyed during the summer season and refined in the field to avoid hazards such as steep terrain or environmentally sensitive areas, including willow habitat, areas with thin snow cover, and culturally sensitive sites. Tundra travel will occur in areas as shown in Attachment A and as listed in Table 1.

Access will also occur over ice at Lake L9911, Judy (Iqalliqpik) Creek, Judy Creek Kayyaaq, Fish (Uvlutuuq) Creek, and Willow 8 Creek locations in accordance with Alaska Department of Fish and Game (ADF&G) Fish Habitat Permit (FHP) FH14-III-0078-Amendment 1 for overland cross-country equipment travel between the Canning and Ikpikpuk Rivers.

4

PROJECT DESCRIPTION
2024 Willow Geotechnical Program

In addition, drilling activities will occur over ice at Lake L9911, Judy (Iqalliqpik) Creek, Judy Creek Kayyaaq, Fish (Uvlutuuq) Creek. Based on water depths, the crossing and work locations for Judy (Iqalliqpik) Creek, Judy Creek Kayyaaq, and Fish (Uvlutuuq) Creek are anticipated to be naturally frozen down to the substrate when geotechnical activities occur and Snow may be cleared from the ice surface to further promote freeze down. However, to ensure that drilling occurs on ice that can safely support the weight of the equipment, it may also be necessary to apply water to increase the thickness of the ice. Water used for ice thickening will be withdrawn from permitted sources including Lake L9911; it will not be withdrawn from creeks. Substantially thickened ice will be breached or slotted before spring break up. At all waterbodies, ice thickness will be verified prior to access using ground penetrating radar (GPR). Small diameter (2.5 inch +/-) handheld drills will be used in conjunction with the GPR to verify ice thickness and quality.

Access for summer clean up and stick picking activities will occur via helicopter in conjunction with other CPAI activities in the area; thus there will not be helicopter activity independent to the geotechnical program. If clean-up activities were conducted independently, however, CPAI estimates that it would require approximately 10 helicopter landings.

**EQUIPMENT AND MATERIALS**

Table 2 includes a summary of equipment necessary to conduct the studies and activities. Equipment and material types may vary depending on availability.

Table 2: Equipment and Materials

| Equipment or Material Item | |
|---|---|
| Drill Enclosure (DE) | Enclosed safety sled (with survival equipment) |
| Dill Rig (located in the DE) | Fuel Trailer |
| Generator (located on the DE) | Materials Trailer |
| Steiger | Tool Connex |
| Loader/Dozer | Remote Camp Units |
| Tucker Snocat (tundra travel and support) | Watermaker or trailer-mounted ISO Tank |
| Pick-up trucks | Incinerator |

**SURFACE FACILITIES EQUIPMENT**

The activities described above will not require any additional permanent surface facilities. All equipment and materials associated with geotechnical studies and activities are mobile and will accompany field personnel between work areas.

**FUEL STORAGE AND TRANSFER**

Fuel storage capacity totaling approximately 15,000 gallons is planned for this project. Fuel storage of more than 1,320 gallons requires that a Spill Prevention and Countermeasure Control (SPCC) plan be developed and maintained onsite. CPAI's construction contractor will be

5

responsible for the camp and fuel tanks and will hold a SPCC plan for its fuel storage and handling facilities associated with their camp operations.

Equipment will be refueled daily at designated locations on existing gravel pads, camps, and drilling areas. All fuel transfer and handling will follow CPAI and the contractor's operations and management procedures and federal, state, and local regulations. Spills will be reported to the appropriate agencies and landowners within the required timeframe. CPAI and the contractor maintain rigorous fuel transfer protocols and procedures, including the use of secondary containment which will be used during all fueling operations. No refueling will occur within 100 feet of a waterbody.

**BILLETING**

Personnel housing will consist of a mobile, arctic-rated camp mounted on trailers with skis for tundra travel. Camps range from 32 to 53 feet in length and will be assembled into strings of four trailers for a full complement. The remote camp will include wash facilities, kitchen, incinerator, and ISO water tank. Approximately three overnight camp locations are anticipated within the project area. For more information, see Attachment H (Typical Mobile Camp String).

**WILDLIFE PLAN**

Wildlife avoidance and interactions will comply with the standards described in CPAI's North Slope Environmental Field Handbook, CPAI's Wildlife Avoidance and Interaction Plan, and the requirements of the project's environmental permits.

To minimize wildlife attractants, survival gear, food, food waste, and wrappers will be stored in bear-proof canisters and transported to the appropriate CPAI waste storage facility at the end of each shift. All lubricants will be stored in sealed containers and further stored in locked metal containers.

**HISTORICAL SITES AND CULTURAL RESOURCES**

A field survey and desktop literature review of known cultural, archeological, and paleontological resources (sites) has been conducted for the project areas and will be provided separately to the appropriate regulatory agencies. The project area has been examined by cultural resource reconnaissance efforts, during surveys for proposed exploration drilling and development projects. There are three known Alaska Heritage Resources Survey sites in the vicinity of the proposed study area. However, no sites occur within 500 feet of proposed boreholes or travel routes and CPAI will maintain an operational buffer from these sites in the field. No adverse impacts to historic sites and cultural resources are anticipated. The Alaska State Historic Preservation Office (SHPO) concurred with the Bureau of Land Management's findings of no adverse effect for the Willow Development on February 2, 2023, which covers the same spatial area as the 2024 Willow Geotechnical Program.

PROJECT DESCRIPTION
2024 Willow Geotechnical Program

**REHABILITATION PLAN**

During borehole drilling activities on the tundra, the first one to two feet of soil containing plants and underlying topsoil will be saved to the extent practicable. At the completion of each tundra borehole, the drill cuttings will be returned to geotechnical boreholes. Drill cuttings from boreholes at waterbodies (Judy (Iqalliqpik) Creek, Judy Creek Kayyaaq, Fish (Uvlutuuq) Creek, and Lake L9911) will be collected and will be disposed of in accordance with regulations. When decommissioned, thermistor casings will be cut at grade and capped. See Attachment G (Backfilled Borehole Photo).

**PERMIT LIST**

Table 3 below lists the permits, authorizations, and approvals required to conduct the proposed engineering studies and activities.

**Table 3: Permit, Authorizations, and Approvals**

| Agency | Permit, Authorizations, or Approval |
|---|---|
| Alaska Department of Fish & Game | • Overland travel in accordance with Fish Habitat Permit (FHP) FH14-III-0078- Amendment 1 for stream crossings between the Canning River and Ikpikpuk River (expires June 30, 2024)<br>• FHP for soil boring at Judy (Iqalliqpik) Creek, Judy Creek Kayyaaq, and Fish (Uvlutuuq) Creek<br>• FHP for soil boring at Lake L9911<br>• Public Safety Permits |
| Alaska Department of Natural Resources, Division of Oil and Gas | • Lease Operations North Slope (LONS) Modification for Kuparuk River Unit<br>• LONS Modification for Colville River Unit<br>• LONS Modification Amendment for Southern Miluveach Unit<br>• LONS Modification Amendment for Pikka Unit<br>• LONS Modification Amendment for Quokka Unit |
| Alaska Department of Natural Resources, State Pipeline Coordinators Section | • Land Use Permit |
| North Slope Borough | • Land Management Regulations Administrative Approval<br>• Traditional Land Use Inventory Clearance |
| U.S. Army Corps of Engineers | • USACE Nationwide Permit 18 – Minor Discharges |
| U.S. Bureau of Land Management | • Right-of-Way FF097571 Amendment<br>• BT1 W1R1C14 Sundry Notice<br>• Section 7 Concurrence with U.S. Fish and Wildlife Service (as needed) |

7

Exhibit 10, page 9 of 10

Case 3:23-cv-00061-SLG   Document 190-9   Filed 11/17/23   Page 9 of 10

PROJECT DESCRIPTION
2024 Willow Geotechnical Program

**Table 3: Permit, Authorizations, and Approvals**

| Agency | Permit, Authorizations, or Approval |
|---|---|
| U.S. Fish and Wildlife Service | • Letter of Authorization for Intentional Take<br>• Letter of Authorization for Incidental Take |

All activities will be conducted in accordance with federal, state, and local regulations, permit stipulations, and general concurrence stipulations.