# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 3:23-cv-00061-SLG |
| BUREAU OF LAND MANAGEMENT *et al.*, | ) |
| *Defendants*, | ) |
| CONOCOPHILLIPS ALASKA, INC. *et al.*, | ) |
| *Intervenor-Defendants.* | ) |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' RULE 62(d) MOTION FOR INJUNCTION PENDING APPEAL

Upon consideration of Plaintiffs' motion made pursuant to Federal Rule of Civil Procedure 62(d) for injunction pending appeal, IT IS ORDERED that the motion is hereby GRANTED. Until further notice of this Court, Defendants and Intervenor-Defendant ConocoPhillips Alaska, Inc. are hereby enjoined from engaging in on-the-ground activities, including carrying out any road or pipeline construction, pursuant to Defendants' authorization of the Willow Project.

DATED this ___ day of _____, 2023 at Anchorage, Alaska.

_____
Hon. Sharon L. Gleason
UNITED STATES DISTRICT JUDGE