Jeremy C. Lieb
Erik Grafe
Ian S. Dooley
Carole A. Holley
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: jlieb@earthjustice.org
E: egrafe@earthjustice.org
E: idooley@earthjustice.org
E: cholley@earthjustice.org

Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: ejorgensen@earthjustice.org

*Attorneys for Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Friends of the Earth, and Greenpeace, Inc.*

Kristen Monsell (*pro hac vice*)
CENTER FOR BIOLOGICAL
DIVERSITY
1212 Broadway, St. #800
Oakland, CA 94612
T: 510.844.7100
E: kmonsell@biologicaldiversity.org

*Attorneys for Plaintiff Center for Biological Diversity*

Cecilia Segal (*pro hac vice*)
NATURAL RESOURCES DEFENSE
COUNCIL
111 Sutter St., 21st floor
San Francisco, CA 94104
T: 415.875.6100
E: csegal@nrdc.org

Michelle Wu (*pro hac vice*)
NATURAL RESOURCES DEFENSE
COUNCIL
40 West 20th St., 11th Floor
New York, NY 10011
T: 646.889.1489
E: michellewu@nrdc.org

*Attorneys for Plaintiff Natural Resources Defense Council*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT *et al.*, <br><br> *Defendants*, <br><br> CONOCOPHILLIPS ALASKA, INC. *et al.*, <br><br> *Intervenor-Defendants.* | Case No. 3:23-cv-00061-SLG |

**PLAINTIFFS' MOTION FOR EXPEDITED CONSIDERATION OF THEIR RULE 62(d) MOTION FOR INJUNCTION PENDING APPEAL**

Pursuant to Local Civil Rule 7.3(a), Plaintiffs respectfully submit this motion to expedite consideration of Plaintiffs' Rule 62(d) motion for injunction pending appeal of the Court's order and judgment dismissing Plaintiffs' claims with prejudice. Docs. 184, 185. Plaintiffs recognize the Court has already entered an order expediting consideration and expressing an intent to rule on Plaintiffs' motion for an injunction pending appeal no later than December 4, 2023. Doc. 189.

Prior to this order, Plaintiffs planned to request a ruling on their motion for an injunction pending appeal by December 1, 2023.

As described in Plaintiffs' motion for injunction pending appeal, an injunction is necessary to preserve current conditions on the ground, prevent irreparable harm, and preserve the possibility for Plaintiffs to obtain effective and complete relief. Doc. 190.

*CBD et al. v. BLM et al.*,
Case No. 3:23-cv-00061-SLG                                                                                                  1

Case 3:23-cv-00061-SLG   Document 191   Filed 11/17/23   Page 2 of 6

Pursuant to Federal Rule of Appellate Procedure 8(a), a party must ordinarily move first in the district court for an injunction while an appeal is pending unless doing so would be impracticable. Fed. R. App. P. 8(a)(1)(C), (a)(2)(A). Moving first in this Court is practicable only if, in the event this Court denies Plaintiffs' motion, Plaintiffs have adequate opportunity to obtain a decision from the Ninth Circuit Court of Appeals that averts the harmful, ground-disturbing activities scheduled to commence on December 21, 2023. *See Al Otro Lado v. Wolf*, 952 F.3d 999, 1005-06 & n.5 (9th Cir. 2020) (considering motion for stay pending appeal filed three weeks after injunction and following denial of motion to expedite stay briefing in district court). Plaintiffs believe a ruling in this Court by December 1, 2023, is necessary for that to occur. Even this decision date will require Plaintiffs to request an expedited decision and a shortening of the Court of Appeals' standard briefing schedule for motions if the schedule is to leave enough time for the appellate court panel to consider not only the arguments and evidence about likely harms, but also, for the first time, the claims on the merits. *See* Fed. R. App. P. 27.[1]

Recognizing the Court has stated it intends to rule no later than December 4, 2023, Plaintiffs respectfully request that the Court take the arguments above into consideration.

---

[1] The attached Declaration of Counsel, required by local rules, describes Plaintiffs' consultation with Defendants and Intervenor-Defendants prior to filing this motion.

Respectfully submitted this 17th day of November, 2023.

*s/ Erik Grafe*
Erik Grafe (Alaska Bar No. 0804010)
Jeremy C. Lieb (Alaska Bar No. 1810088)
Ian S. Dooley (Alaska Bar No. 2006059)
Carole A. Holley (Alaska Bar No. 0611076)
Eric P. Jorgensen (Alaska Bar No. 8904010)
EARTHJUSTICE

*Attorneys for Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Friends of the Earth, and Greenpeace, Inc.*

*s/ Kristen Monsell*
Kristen Monsell (California Bar No. 304793) (*pro hac vice*)
CENTER FOR BIOLOGICAL DIVERSITY

*Attorneys for Plaintiff Center for Biological Diversity*

*s/ Cecilia Segal*
Cecilia Segal (California Bar No. 310935) (*pro hac vice*)
Michelle Wu (New York Bar No. 5633664) (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL

*Attorneys for Plaintiff Natural Resources Defense Council*

# CERTIFICATE OF COMPLIANCE WITH WORD LIMITS

I certify that this document contains 389 words, excluding items exempted by Local Civil Rule 7.4(a)(4), and complies with the word limits of Local Civil Rule 7.4(a)(2).

Respectfully submitted this 17th day of November, 2023.

      *s/ Erik Grafe*
      Erik Grafe

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2023, a copy of foregoing PLAINTIFFS' MOTION FOR EXPEDITED CONSIDERATION OF THEIR RULE 62(d)MOTION FOR INJUNCTION PENDING APPEAL, with attachments, was served electronically on all counsel of record through the Court's CM/ECF system.

I further certify that Tarek Farag, tarekfaragusa@hotmail.com, was served by electronic mail.

                        *s/ Erik Grafe*
                        Erik Grafe