

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

# TIME SCHEDULE ORDER

Docket Number: 23-3624
Originating Case Number: 3:23-cv-00061-SLG

Case Title: Center for Biological Diversity, et al. v. United States Bureau of Land Management, et al.

**Monday, November 27, 2023**

| | |
|---|---|
| Center for Biological Diversity | Mediation Questionnaire due |
| Friends of the Earth | Mediation Questionnaire due |
| Greenpeace, Inc. | Mediation Questionnaire due |
| Natural Resources Defense Council | Mediation Questionnaire due |
| Defenders of Wildlife | Mediation Questionnaire due |

**Thursday, January 4, 2024**

| | |
|---|---|
| Center for Biological Diversity | Appeal Opening Brief (No Transcript Due) |
| Friends of the Earth | Appeal Opening Brief (No Transcript Due) |
| Greenpeace, Inc. | Appeal Opening Brief (No Transcript Due) |
| Natural Resources Defense Council | Appeal Opening Brief (No Transcript Due) |
| Defenders of Wildlife | Appeal Opening Brief (No Transcript Due) |

**Monday, February 5, 2024**

| | |
|---|---|
| United States Bureau of Land Management | Appeal Answering Brief (No Transcript Due) |
| United States Fish & Wildlife Service | Appeal Answering Brief (No Transcript Due) |
| National Marine Fisheries Service | Appeal Answering Brief (No Transcript Due) |
| United States Department of the Interior | Appeal Answering Brief (No Transcript Due) |
| United States Department of Commerce | Appeal Answering Brief (No Transcript Due) |
| Gina M. Raimondo | Appeal Answering Brief (No Transcript Due) |
| Steven Cohn | Appeal Answering Brief (No Transcript Due) |
| Sara Boario | Appeal Answering Brief (No Transcript Due) |
| Jonathan Kurland | Appeal Answering Brief (No Transcript Due) |
| Debra Haaland | Appeal Answering Brief (No Transcript Due) |
| Tommy P. Beaudreau | Appeal Answering Brief (No Transcript Due) |
| ConocoPhillips Alaska, Inc. | Appeal Answering Brief (No Transcript Due) |
| Arctic Slope Regional Corporation | Appeal Answering Brief (No Transcript Due) |
| North Slope Borough | Appeal Answering Brief (No Transcript Due) |
| Kuukpik Corporation | Appeal Answering Brief (No Transcript Due) |
| State of Alaska | Appeal Answering Brief (No Transcript Due) |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.2. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**