# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

SOVEREIGN IÑUPIAT FOR A LIVING
ARCTIC, *et al.*,

        Plaintiffs,

    v.

BUREAU OF LAND MANAGEMENT, *et al.*,

        Defendants,

    and

CONOCOPHILLIPS ALASKA, INC., *et al.*,

        Intervenor-Defendants.

Case No. 3:23-cv-00058-SLG

CENTER FOR BIOLOGICAL
DIVERSITY, *et al.*,

        Plaintiffs,

    v.

BUREAU OF LAND MANAGEMENT, *et al.*,

        Defendants,

    and

CONOCOPHILLIPS ALASKA, INC., *et al.*,

        Intervenor-Defendants.

Case No. 3:23-cv-00061-SLG

## ORDER RE MOTIONS TO FILE *AMICUS CURIAE* BRIEFS

Before the Court at Docket 183 in Case No. 3:23-cv-00058-SLG and at Docket 203 in Case No. 3:23-cv-00061-SLG is the *Alaska Congressional Delegation and Alaska State Legislature's Motion for Leave to File Amicus Curiae Brief in Support of Defendants' and Intervenor-Defendants' Opposition to Plaintiffs' Motions for Injunction Pending Appeal*. Plaintiffs Sovereign Iñupiat for a Living Arctic, *et al.* take no position on the motion; Plaintiffs Center of Biological Diversity, *et al.* do not oppose the motion; Defendants do not oppose the motion; Intervenor-Defendants State of Alaska, North Slope Borough, ConocoPhillips Alaska, Inc., and Arctic Slope Regional Corporation do not oppose the motion; Intervenor-Defendant Kuukpik Corporation has not responded to the motion.

Upon due consideration and good cause being shown, the motions are each GRANTED. IT IS ORDERED that the *amicus curiae* at Docket 183-1 in Case No. 3:23-cv-00058-SLG and the *amicus curiae* at Docket 203-1 in Case No. 3:23-cv-00061-SLG are each ACCEPTED as filed.

DATED this 1st day of December, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00058-SLG & 3:23-cv-00061-SLG; *Sovereign Iñupiat for a Living Arctic, et al. v. BLM, et al.* & Center for Biological Diversity, *et al.* v. BLM, *et al.*
Order re Motions to file *Amicus Curiae* Briefs
Page 2 of 2

Case 3:23-cv-00061-SLG   Document 207   Filed 12/01/23   Page 2 of 2