Jeremy C. Lieb
Erik Grafe
Ian S. Dooley
EARTHJUSTICE
310 K Street, Suite 508
Anchorage, AK 99501
T: 907.277.2500
E: jlieb@earthjustice.org
E: egrafe@earthjustice.org
E: idooley@earthjustice.org

Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: ejorgensen@earthjustice.org

*Attorneys for Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Friends of the Earth, and Greenpeace, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT *et al.*, <br><br> *Defendants*, <br><br> CONOCOPHILLIPS ALASKA, INC. *et al.*, <br><br> *Intervenor-Defendants.* | Case No. 3:23-cv-00061-SLG |

## MOTION TO WITHDRAW COUNSEL

Pursuant to Local Civil Rule 11.1(c), Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Friends of the Earth, and Greenpeace, Inc. ("CBD *et al.*") hereby move for leave to withdraw Carole A. Holley as their counsel in the above-captioned case.

Ms. Holley's last day of employment with Earthjustice was December 31, 2025. Erik Grafe, Jeremy Lieb, Ian Dooley, and Eric Jorgensen will remain as Earthjustice counsel for CBD *et al*.

A proposed order is attached to this motion.

Respectfully submitted this 8th day of January, 2026.

*s/ Erik Grafe*
Erik Grafe (Alaska Bar No. 0804010)
Jeremy C. Lieb (Alaska Bar No. 1810088)
Ian S. Dooley (Alaska Bar No. 2006059)
Eric P. Jorgensen (Alaska Bar No. 8904010)
EARTHJUSTICE

*Attorneys for Plaintiffs Center for Biological Diversity, Defenders of Wildlife, Friends of the Earth, and Greenpeace, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2026, a copy of foregoing MOTION TO WITHDRAW COUNSEL, with attachment, was served electronically on all counsel of record through the Court's CM/ECF system.

        *s/ Erik Grafe*
        Erik Grafe